**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Core Supplement Technology, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5363738** | |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4645 North Ave** <br> **Oceanside, CA 92056** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** <br> County | **Location of principal assets, if different from principal place of business** <br> **4645 North Ave Oceanside, CA 92056** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)    **www.coresupplementtech.com**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Core Supplement Technology, Inc.**

Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5411__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (*if known*) |
|--------|--------------------------------------|--------------------------|
|        | Name |  |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**      .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Core Supplement Technology, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2017**
                MM / DD / YYYY

**X /s/ Joseph Odea**                          **Joseph Odea**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Stephen C. Hinze**              Date  **October  3, 2017**
Signature of attorney for debtor              MM / DD / YYYY

**Stephen C. Hinze**
Printed name

**Stephen C. Hinze, Attorney at Law A PC**
Firm name

**217 Civic Center Drive
Suite 10
Vista, CA 92084-6170**
Number, Street, City, State & ZIP Code

Contact phone   **(760) 689-0705**      Email address   **sch@schinzelaw.com**

**131787**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2017**      *X* **/s/ Joseph Odea**

                        Signature of individual signing on behalf of debtor

                        **Joseph Odea**

                        Printed name

                        **President**

                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Core Supplement Technology, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AlphaNutra Solution Limited No. 498 Yaohua Rd Shanghai China CN** | | **Trade debt** | | | | **$69,955.00** |
| **Banc of America Leasing 2059 Northlake Parkway 3rd Floor North Tucker, GA 30084** | **Banc of America Leasing** | **Bosch Capsylon 705 and accessories, Flodex, 2008 Hyster E50Z fork lift, 2009 Skyjack Scissor Lift, 2003 Yale Reach Truck, Global Auto Floor Scrubber** | | **$175,741.00** | **$54,000.00** | **$121,741.00** |
| **Bank of America NA 2059 Northlake Pkwy Tucker, GA 30084** | **Bank of America NA** | **160 Cu Ft Paul Abbe blender; NRS51-HES Chuck Capper w/tooling, Cremer COunte tablet press, AF3 screw conveyor and turn table** | | **$127,409.00** | **$63,500.00** | **$63,909.00** |
| **Berlin Packaging LLC PO Box 95584 Chicago, IL 60694-5584** | | **Trade debt; Packaging supplies and service** | | | | **$137,945.00** |
| **Dongyu USI 2590 Main St. Irvine, CA 92614** | | **Trade debt** | | | | **$86,633.00** |
| **Fifth Nutrisupply, Inc. 5595 Daniels St. Unit B Chino, CA 91710** | | **Trade debt** | | | | **$57,600.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Core Supplement Technology, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Financial Pacific Leasing C/O CT Lien Solutions 2727 Allen Parkway Houston, TX 77019** | | **Image 4000 Dual ead Automatic Filler; Pneumatic Lift Assembley; Dust Shroud; Free Flowing Tool; Level Control; Mobile Stainless Steel Dual Screw Floor** | | $253,285.00 | $198,000.00 | $55,285.00 |
| **Five Percent Nutrition 8285 Bryan Dairy Road Suite 190 Largo, FL 33777** | | **Customer Depost** | | | | $224,711.87 |
| **Fuller Enterprise USA, Inc. 1735 E. Grevillea Ct. Ontario, CA 91761** | | **Trade debt** | | | | $175,240.00 |
| **General Ingredients Solutions, 1220 E. Elm Street Ontario, CA 91761** | | **Trade debt** | | | | $84,001.00 |
| **Glanbia Nutritionals c/o Glanbia Business Services, Dept 3331 Carol Stream, IL 60132-3331** | | **Trade debt** | | | | $56,000.00 |
| **Green Wave Ingredients Ima North America, Inc 7 New Lancaster Road Leominster, MA 01453** | | **Trade debt** | | | | $115,151.00 |
| **MTC Industries, Inc. 255 Oser Ave Hauppauge, NY 11788** | | **Trade debt** | | | | $59,505.00 |
| **PlusPharma, Inc 2611 Commerce Way, Suite A Vista, CA 92081** | | **Trade debt** | | | | $52,608.00 |
| **Primeval Nutrition 70 Batesville Blvd. Ste. A Batesville, AR 72501** | | **Customer Deposit** | | | | $66,761.20 |

Debtor    **Core Supplement Technology, Inc.** _____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shanghai Freeman 377 Hoes Lane, Suite 240 Piscataway, NJ 08854** | | **Trade debt** | | | | **$112,200.00** |
| **Ungerer & Company 4 Bridgewater Lane Lincoln Park, NJ 07035** | | **Trade debt** | | | | **$85,809.00** |
| **UniChem Enterprises, Inc. 1905 S. Lynx Pl Ontario, CA 91761** | | **Trade debt** | | | | **$72,500.00** |
| **Vitajoy USA Inc. 14165 Ramona Avenue Chino, CA Chino, CA 09171-5753** | | **Trade debt** | | | | **$703,795.00** |
| **Volt Management Corp P.O. Box 679307 Dallas, TX 75267-9307** | | **Temporary Labor** | | | | **$86,252.00** |

<div>

**Fill in this information to identify the case:**

Debtor name    **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

</div>

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ **2,829,323.23**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ **2,829,323.23**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **2,208,316.56**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **3,397,186.31**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b     $ **5,605,502.87**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Core Supplement Technology, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank Of America** | **Checking** | 3646 | $25,660.70 |
| 3.2. | **Wells Fargo** | **Checking** | 8886 | $23,062.83 |
| 3.3. | **Wells Fargo** | **Savings** | 7587 | $2,618.41 |
| 3.4. | **Wells Fargo** | **Checking** | 8229 | $649.78 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                      $51,991.72
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

Debtor    **Core Supplement Technology, Inc.**                               Case number *(If known)* _____
             Name

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

   7.1.   **Security Deposit on 4645 North Ave. Oceanside CA 92056**                    **$30,000.00**

   7.2.   **Security Deposit 4665 North Ave Suite G Oceanside CA**                      **$22,730.92**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

   8.1.   **Prepaid Taxes**                                                             **$47,200.00**

   8.2.   **Prepaid Property Liability Insurance**                                      **$8,572.56**

   8.3.   **Prepaid Insurance**                                                         **$17,178.17**

   8.4.   **Prepaid Material**                                                          **$88,012.64**

   8.5.   **Deferred Taxes**                                                            **$80,183.00**

**9.**    **Total of Part 2.**                                                          **$293,877.29**
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

   11a. 90 days old or less:    **1,364,793.22** -    **72,345.00** = ....    **$1,292,448.22**
                                face amount          doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                         **$1,292,448.22**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  **Core Supplement Technology, Inc.**    Case number *(If known)* _____
Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Life Brands, LLC - Branded Line of Products**  100  % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw Material | 7/29/2017 | $0.00 | Recent cost | $408,154.00 |
| 20. | Work in progress<br>Work In Process | 7/29/2017 | $0.00 | Comparable sale | $128,098.00 |
| 21. | Finished goods, including goods held for resale<br>Finished Goods | | $0.00 | Revenue based | $0.00 |
| 22. | Other inventory or supplies | | | | |
| 23. | **Total of Part 5.**<br>Add lines 19 through 22. Copy the total to line 84. | | | | $536,252.00 |

24.   **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Core Supplement Technology, Inc.**                    Case number *(If known)* _____
                    Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desk Chair** | **$47.55** | | **$0.00** |
| **Mid-Back Swivel Chair** | **$35.83** | | **$0.00** |
| **Hercules Swivel Task chair with** | **$146.78** | | **$0.00** |
| **Cubical with desk and drawers CUBICAL 1-1** | **$165.11** | | **$20.00** |
| **Cubical with desk and drawers CUBICAL 2-1** | **$165.11** | | **$20.00** |
| **Cubical with desk and drawers CUBICAL 3-1** | **$165.11** | | **$20.00** |
| **Desk - Extra in AK Office DESK-1** | **$98.99** | | **$10.00** |
| **Double Pedestal Desk Maple DESK  SALES-1** | **$127.86** | | **$10.00** |
| **Desk L. Rocha Mfg DESK 1-1** | **$153.50** | | **$10.00** |
| **Desk for R. Arreola DESK 2-1** | **$264.39** | | **$10.00** |
| **5'6"x6'6" Right Return Desk DESK 3-1** | **$141.78** | | **$10.00** |
| **DESK 6X7 L SHAPE DESK L ROCHA DESK 4-1** | **$243.73** | | **$10.00** |
| **24"x 48" Mahogany Single pedestal DESK 5-1** | **$98.52** | | **$10.00** |
| **C/M Amber 30X60 single pedestal DESK C/M AMBER-1** | **$238.95** | | **$10.00** |
| **Desk L Shape Right Return Mahogany DESK L SHAPE-1** | **$307.42** | | **$10.00** |

| Debtor | **Core Supplement Technology, Inc.** | Case number *(If known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

| | | |
|---|---|---|
| **DESK L SHAPED 6' X 6' CHERRY DESK L SHAPE 1-1** | $314.83 | $10.00 |
| **6'x6' L SHAPE DESK W/LEFT RETURN DESK L SHAPED-1** | $314.81 | $10.00 |
| **Desk LR Cherry 5'6" X 6'6" DESK LR CHERRY-1** | $261.96 | $10.00 |
| **File Cabinet 4 Drawer Vertical FILE CABINET-1** | $133.70 | $20.00 |
| **4 Drawer Vertical File w/Lock FILE CABINET 1-1** | $74.97 | $20.00 |
| **4 Drawer Vertical File w/Lock FILE CABINET 1-2** | $69.40 | $20.00 |
| **4 Drawer Vertical File w/lock Le FILE CABINET 2-1** | $102.97 | $20.00 |
| **1 4 drawer 1 2 drawer Black w/lo FILE CABINETS-1** | $235.40 | $20.00 |
| **Lateral File Cabinets FILE CAIBENTS 3-1** | $705.26 | $200.00 |
| **4 DR LATERAL FILE GREY LATERAL FILE QC-1** | $224.82 | $20.00 |
| **Office Furniture OFFICE FF-1** | $397.14 | $50.00 |
| **Office Furniture/Fixture OFFICE FF 2-1** | $41.85 | $10.00 |
| **Office Furniture/Fixture OFFICE FF 3-1** | $48.96 | $10.00 |
| **Office Furniture OFFICE FURN-1** | $183.94 | $10.00 |
| **Picnic table and banches 6 ft PICNIC TABLE 3-1** | $169.71 | $20.00 |
| **Picnic Table Round 44" Top Almond PICNIC TABLE 4-1** | $182.57 | $20.00 |
| **Picnic Tables PICNIC TABLES-1** | $303.43 | $20.00 |
| **High Back Exec Chair Black RECEPTION CHAIR-1** | $54.57 | $10.00 |

Debtor **Core Supplement Technology, Inc.**　　　　　Case number *(If known)* _____
　　　　Name

| | | |
|---|---|---|
| U-Shape, Left return 6'X8'6" Esp RECEPTION DESK-1 | $331.65 | $25.00 |

| | | | |
|---|---|---|---|
| 40. | **Office fixtures**<br>**Core Company Sign** | $1,266.70 | $0.00 |
| | Door for Change Room | $39.29 | $10.00 |
| | Electric Sub Panel | $436.10 | $40.00 |
| | LED LIGHT SYSTEM LED LIGHT SYSTE-1 | $7,698.00 | $20.00 |
| | Sink and Faucet for Lunch Room LR SINK/FAUCET-1 | $136.71 | $20.00 |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Fron Lobby Clock** | $14.16 | $0.00 |
| | Computer 1 | $192.52 | $20.00 |
| | COMPUTER 2-1 | $30.90 | $20.00 |
| | Computer Dell 745 Optiplex-COMPUTER 3-1 | $45.01 | $20.00 |
| | COMPUTER 4-1 | $28.15 | $20.00 |
| | Windows 7 Dell 745 Desktop, Ramo-COMPUTER 5-1 | $83.98 | $20.00 |
| | HP Compaq 8200 Elite Win 7 DVD COMPUTER 6-1 | $284.94 | $20.00 |
| | HP Compaq 8200 Elite Win 7 DVD COMPUTER 7-1 | $284.94 | $20.00 |
| | HP Compaq 8200 Elite Win 7 DVD COMPUTER 8-1 | $292.58 | $20.00 |
| | Computer Dell 745 Optiplex B. As - COMPUTER BA-1 | $53.19 | $20.00 |
| | HP Elite 8300 Desktop PC- COMPUTER BILL-1<br>- | $322.54 | $50.00 |

Debtor    **Core Supplement Technology, Inc.**
Name

Case number *(If known)*

| | | |
|---|---|---|
| **HP Elite 8300 Desktop PC - Intte - COMPUTER DSKTP-1** | $1,068.89 | $250.00 |
| **Dell Computer 840 EVO MZ-7TE250B -COMPUTER JO-1** | $352.42 | $50.00 |
| **HP Elite 8300 Desktop PC -COMPUTER LAB-1** | $322.53 | $50.00 |
| **Dell Optiplex 745 3.4GHZ 8GB COMPUTER LT-1** | $112.00 | $20.00 |
| **Lenovo Think Centre M71e SFF Des COMPUTER MB-1** | $361.59 | $20.00 |
| **Hp Elite 8300 Desktop PC COMPUTER NIKKI-1** | $322.54 | $50.00 |
| **Dell 745 Optiplex Desktop Comput COMPUTER NM-1** | $79.13 | $20.00 |
| **Dell Optiplex 780 SFF E800 Dual COMPUTER QC-1** | $145.52 | $20.00 |
| **15.6 E6520 laptop PC - Intel cor DEL NOTEBOOK-1** | $352.39 | $50.00 |
| **Dell Optiplex 790 SFF Desktop In DELL COMPUTER-1** | $137.08 | $20.00 |
| **Dell Latitude E5520 15" Notebook DELL NOTEBOOK-1** | $195.82 | $20.00 |
| **Dell Optiplex 780 SFF E8400 3ghz DELL OPTIPLEX-1** | $150.07 | $20.00 |
| **HP ELITE 8300 DESKTOP PC HP DESKTOP PC-1** | $1,063.46 | $200.00 |
| **HP Elite 8300 Desktop PC HP ELITE DT PC-1** | $348.68 | $20.00 |
| **HP Elite 8300 Desktop PC HP ELITE DTPC 1-1** | $348.68 | $20.00 |
| **HP Elite 8300 Desktop PC HP ELITE DTPC 2-1** | $348.68 | $20.00 |
| **I Phone I PHONE-1** | $23.99 | $20.00 |
| **Dell Latitude E6510 15.6 in Lt C LAPTOP** | $143.69 | $10.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Core Supplement Technology, Inc.**　　　　　　　　　　Case number *(If known)*
　　　　　Name

| | | | |
|---|---|---|---|
| **COMPUTER-1** | | | |
| **Laser Jet Printer  Pro 400 LASER JET PRNTR-1** | $109.43 | | $10.00 |
| **Laser Printer AK LASER PRINTER-1** | $63.89 | | $10.00 |
| **Linux Computer LINUX COMPUTER-1** | $374.56 | | $20.00 |
| **Monitor ACER 23" MONITOR AK-1** | $98.30 | | $10.00 |
| **Monitor C. Robison Sales MONITOR ASUS-1** | $38.29 | | $20.00 |
| **Viewsonic 27 inch lit lcd 1080 MONITOR JOE 2-1** | $114.36 | | $10.00 |
| **ViewSonic VA2446M-LED 24 inch LE MONITOR LAB-1** | $105.29 | | $10.00 |
| **24in LCD Monitor MONITOR LT-1** | $81.98 | | $10.00 |
| **Acer G236HL 23 inch MONITOR NIKKI-1** | $97.77 | | $10.00 |
| **ViewSonic VA2446M-LED 24 inch LE MONITOR NIKKI 1-1** | $105.29 | | $10.00 |
| **Acer G237HK bi 23 inch LED Back MONITOR QC-1** | $80.81 | | $10.00 |
| **MONITOR ASUS VS207T-P 20 IN MONITOR SC-1** | $61.04 | | $10.00 |
| **HP Probook 6560B Notebook PC NOTEBOOK (BILL)-1** | $246.92 | | $50.00 |
| **Brother DCPL2540DW WCL Printer PRINTER-1** | $66.59 | | $5.00 |
| **Office Jet Printer All in one PRINTER (JOE)-1** | $79.55 | | $5.00 |
| **Brother HL-L2340DW Compact PRINTER (SEAN)-1** | $69.65 | | $5.00 |
| **Brother all in one CL  MFCL2700D PRINTER 2-1** | $81.89 | | $5.00 |
| **Brother Wireless Compact Laser P PRINTER** | $123.95 | | $5.00 |

| Debtor | **Core Supplement Technology, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3-1** | | |
| **Brother DCPL2540DW Wireless CL p PRINTER S&R-1** | $74.87 | $5.00 |
| **Monochrome Desktop Thermal Trans PRINTERZEBRA-1** | $152.92 | $10.00 |
| **InFocus IN116A DLP Projector PROJECTOR-1** | $230.40 | $20.00 |
| **Router ROUTER-0** | $31.11 | $0.00 |
| **Router ROUTER 2-1** | $38.88 | $0.00 |
| **Router ROUTER 3-1** | $163.17 | $100.00 |
| **Router ROUTER 4-1** | $17.07 | $0.00 |
| **Lenovo Thinkserver TS140 TOWER SERVER-1** | $252.49 | $20.00 |
| **Brother DCPL2540DW Wireless printer WCL PRINTER-1** | $84.23 | $10.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | $2,255.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **GMC C7500 Truck - 2007** | $17,132.60 | Comparable sale | $16,964.00 |

Debtor   **Core Supplement Technology, Inc.**                     Case number *(If known)* _____
         Name

| 47.2. | **16' 2007 Isuzu Box Truck TRUCK BOX '16-1** | | | |
|---|---|---|---|---|
| | **VIN: JALC4B16377001739** | **$15,891.00** | **Comparable sale** | **$14,950.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Portable AC Unit 1000 BTU** | **$303.51** | **N/A** | **$80.00** |
| **16 station tablet press** | **$15,642.84** | **N/A** | **$2,000.00** |
| **48 inch stainless steel rotary table** | **$1,832.44** | **N/A** | **$400.00** |
| **AFS Screw conveyor** | **$9,258.32** | **N/A** | **$2,500.00** |
| **150 PSI Oiless Air Compressor** | **$188.85** | **N/A** | **$20.00** |
| **Refrigerated air dryer** | **$54.76** | **N/A** | **$0.00** |
| **Euro Dry DE106 Air Chiller** | **$259.55** | **N/A** | **$20.00** |
| **AAV-90D Desiccant Air Dryer** | **$4,968.04** | **N/A** | **$800.00** |
| **Air impact wrench** | **$252.23** | **N/A** | **$40.00** |
| **All Fill Auto Powder Filler** | **$15,517.43** | **N/A** | **$800.00** |
| **Fiber optic amp** | **$468.89** | **N/A** | **$80.00** |
| **Sartorius LE225 AD Analytical balance** | **$1,090.71** | **N/A** | **$200.00** |
| **Auto Auger Series Filler** | **$22,790.81** | **N/A** | **$9,000.00** |
| **Auger BSL-S3 130001** | **$10,879.00** | **N/A** | **$3,000.00** |
| **A&D FX-700CT Balance** | **$651.78** | **N/A** | **$120.00** |
| **Sartorius ENTRIS64-1S Anlytical Balance** | **$749.39** | **N/A** | **$200.00** |
| **Precision Balance** | **$1,092.05** | **N/A** | **$200.00** |

| Debtor | **Core Supplement Technology, Inc.** | Case number *(if known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| **ENTRIS323-1S Balance** | $545.02 | N/A | $80.00 |
| **Marburg Delibander Model 1250** | $8,857.13 | N/A | $2,000.00 |
| **Deka 18-12 Battery (reconditioned)** | $1,823.85 | N/A | $250.00 |
| **Bi-directional lable preocessor** | $12,163.42 | N/A | $1,200.00 |
| **Bin blender motor 5 HP** | $903.66 | N/A | $0.00 |
| **Blender 10 Cu. Ft.** | $12,888.90 | N/A | $0.00 |
| **Blender 10 Cu. Ft. Moving Base** | $259.04 | N/A | $2,500.00 |
| **Bin Blender** | $11,364.80 | N/A | $500.00 |
| **Bin Blender** | $1,554.59 | N/A | $500.00 |
| **Bin Blender** | $28,765.79 | N/A | $6,000.00 |
| **Fiberoptic BRKT Guid** | $263.30 | N/A | $50.00 |
| **King capsule counter** | $7,961.91 | N/A | $500.00 |
| **Capsule filler Semi-automatic** | $2,785.72 | N/A | $500.00 |
| **Spring Torque Tester 0-100in.Lbs** | $1,989.72 | N/A | $250.00 |
| **Spring Torque Tester 0-100 In-Lbs** | $1,872.36 | N/A | $250.00 |
| **Cremer CF1230 Channel Counter** | $26,505.26 | N/A | $4,000.00 |
| **Sure Kap (Capper Machine)** | $12,102.86 | N/A | $2,000.00 |
| **Cap Shoe** | $239.83 | N/A | $20.00 |
| **8-111-999-201 Capsylon 705** | $143,443.30 | N/A | $38,000.00 |
| **3M T&B Model 200A SN 15054** | $2,040.43 | N/A | $400.00 |
| **Castors for bin blender** | $461.34 | N/A | $80.00 |

Debtor    **Core Supplement Technology, Inc.**                                     Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Chuck Capper Machine** | $36,666.67 | N/A | $10,000.00 |
| **Single head chuck capper** | $62,721.22 | N/A | $40,000.00 |
| **Small Clean Room** | $2,161.69 | N/A | $300.00 |
| **Clean Room Transportation** | $2,142.88 | N/A | $0.00 |
| **Compressor** | $668.80 | N/A | $200.00 |
| **Control panel for screw conveyor** | $1,245.86 | N/A | $100.00 |
| **Conveyor Belt** | $441.81 | N/A | $50.00 |
| **Conveyor ss 6x4** | $1,210.22 | N/A | $200.00 |
| **12.5 Conveyor 304 SS Shells** | $3,664.28 | N/A | $400.00 |
| **GlobalTek 6'x4' SS Conveyor** | $2,126.26 | N/A | $400.00 |
| **Conveyor Bottomless** | $1,591.76 | N/A | $250.00 |
| **Conveyor Table Top** | $1,464.99 | N/A | $250.00 |
| **Conveyor Lable Air 6x3.5** | $891.75 | N/A | $200.00 |
| **Conveyor 6" wide** | $3,148.28 | N/A | $60.00 |
| **Conveyor 4.5"** | $3,620.26 | N/A | $65.00 |
| **Bottomless Conveyor** | $2,017.56 | N/A | $350.00 |
| **Conveyor 59" Length** | $911.98 | N/A | $150.00 |
| **8' Stainless Steel Conveyor** | $507.10 | N/A | $120.00 |
| **Globaltek 10' x 4" SS Conveyor** | $7,090.79 | N/A | $1,100.00 |
| **Conveyor 10' x 4" SS w/ speed Control** | $2,750.01 | N/A | $550.00 |
| **10 ft conveyor(7.5" wide) w/indexing** | $6,010.71 | N/A | $1,100.00 |

Debtor   **Core Supplement Technology, Inc.**                              Case number *(If known)* _____
               Name

| | | | |
|---|---|---|---|
| Transfer conveyor 60 in x 30 in | $181.57 | N/A | $20.00 |
| Bottomless Conveyor G100TR | $2,065.93 | N/A | $300.00 |
| Cottner (Lasko) | $287.14 | N/A | $600.00 |
| Pharmafill Cottoner CS1 U072112 | $14,339.30 | N/A | $3,000.00 |
| Cremer Counter Machine | $25,666.68 | N/A | $1,000.00 |
| Double Cone Blender | $71,246.44 | N/A | $50,000.00 |
| Dosing discs for Capsylon Encaps | $3,545.98 | N/A | $400.00 |
| 57850-1/16-1/2 Chicago Latrobe | $284.68 | N/A | $20.00 |
| Image 4000 dual head filler | $147,942.64 | N/A | $100,000.00 |
| Dust Collection | $2,254.65 | N/A | $300.00 |
| Dust Collector Model DFE3-12 | $65,238.88 | N/A | $50,000.00 |
| Data view Temperature data logger | $449.54 | N/A | $50.00 |
| Nissan CUM01L15S 36 V Electric | $2,727.72 | N/A | $800.00 |
| Lakso 73 Electric Lift | $1,190.39 | N/A | $400.00 |
| Zansai Cam Compression with JQC | $4,272.96 | N/A | $800.00 |
| Encapsulating Digital Balance | $144.64 | N/A | $20.00 |
| Encapsulator Dosator Tube | $7,365.59 | N/A | $0.00 |
| Zanasi F40 Encapsulator | $74,170.00 | N/A | $20,000.00 |
| Encapsulation Machine | $40,714.27 | N/A | $15,000.00 |
| Encapsulator orientor 70F | $1,437.35 | N/A | $400.00 |
| F40 Encapsulator Tooling | $0.00 | N/A | $0.00 |

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(If known)* | |
|--------|--------------------------------------|--|--------------------------|--|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Vibrator for encapsulator | $80.34 | N/A | | $0.00 |
| Induction Sealer | $990.69 | N/A | | $200.00 |
| 24' FG Extension Ladder | $227.31 | N/A | | $50.00 |
| Fork Lift Arial Platform, 48"x 40" | $351.44 | N/A | | $100.00 |
| Followability Index Measurement | $3,106.31 | N/A | | $600.00 |
| Weigh Tronix DWS3030-01 floor scale | $318.13 | N/A | | $50.00 |
| Weigh Tronix DWS3030-01 Floor Scale | $295.41 | N/A | | $50.00 |
| Tennant Floor Scrubber | $986.83 | N/A | | $300.00 |
| Global Auto Floor Scrubber | $3,391.91 | N/A | | $800.00 |
| Floor Scrubber | $1,909.26 | N/A | | $300.00 |
| Charger 24V DC | $330.56 | N/A | | $100.00 |
| Food Scale | $510.30 | N/A | | $80.00 |
| Fork Lift | $2,438.08 | N/A | | $800.00 |
| CAT Fork Lift | $5,599.38 | N/A | | $2,500.00 |
| Electric Fork Lift | $2,785.73 | N/A | | $1,500.00 |
| Electric Fork Lift | $407.16 | N/A | | $0.00 |
| ATR Standard set polystyrene ATR stand | $543.31 | N/A | | $0.00 |
| FTIR QC Machine | $14,182.20 | N/A | | $3,000.00 |
| Hand Capsul counter | $406.08 | N/A | | $100.00 |
| Heat Guns | $1,344.90 | | | $200.00 |
| Heat Lamps | $367.21 | | | $30.00 |

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Heat Tunnel | $2,716.93 | | $200.00 |
| Heat Tunnel Oven-3 level | $7,925.26 | | $4,000.00 |
| Digamatic Height Gauge | $990.31 | | $200.00 |
| Bulk Hopper Elevator Assembly | $9,860.43 | | $1,200.00 |
| Hot Stamp Coder for Labeler | $178.20 | | $20.00 |
| Huidity data loggers | $587.90 | | $50.00 |
| Hydraulic Driver for Stud | $746.11 | | $100.00 |
| Hyster Electric 3 stage side shift Fork Lift | $10,157.15 | N/A | $6,000.00 |
| Sotax FT-300 Flowability tester | $526.15 | | $100.00 |
| Nilfisk CFM-3151 Industrial vacum | $575.36 | | $80.00 |
| PN# STCO5-57 5"diameter indexing roller | $481.17 | | $50.00 |
| Insuction Sealer | $9,205.44 | | $2,000.00 |
| Induction Tunnel Package Line | $1,206.06 | | $400.00 |
| Lepel CS plus 200 induction sealer | $10,141.78 | N/A | $3,000.00 |
| Video Jet ink jet coder 1G9731700 | $773.22 | | $0.00 |
| Video Jet Ink Jet coder-98400004W | $618.59 | | $0.00 |
| Ink Jet SN FR16310166 | $14,669.07 | | $1,400.00 |
| Video Jet Ink auto flush | $1,290.72 | | $0.00 |
| Video Jet Excel 273 se auto flush | $1,149.44 | | $0.00 |
| Markem-IMAJE AN FR16210026 | $15,057.61 | | $5,000.00 |
| Markem-image | $15,235.61 | | $5,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 15

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Core Supplement Technology, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Ink jet | $1,714.37 | $0.00 |
| ink jet | $383.95 | $0.00 |
| Ink jet | $728.73 | $0.00 |
| Excel 2000 unit Ink Jet coder | $7,184.53 | $0.00 |
| Video Jet Excel 237 se auto flush | $1,149.44 | $0.00 |
| Inspection Table Kangola Machine | $774.54 | $300.00 |
| Kirby Lester TT count verification | $3,467.50 | $900.00 |
| Lab/QC equipment | $104.76 | $0.00 |
| Easy Labeler labling machine | $343.63 | $40.00 |
| Label Machine | $2,875.74 | $300.00 |
| Zebra Lable Machine | $61.47 | $10.00 |
| Zebra ZT410 Direct Thermal Transfer | $1,085.81 | $20.00 |
| Lable Sensor Model 1120 | $366.65 | $0.00 |
| Labelette Labler | $12,098.93 | $2,500.00 |
| ST1100 Wrap Around Labler | $7,390.94 | $1,000.00 |
| Label Machine with encoder | $6,723.81 | $1,400.00 |
| Clear Lable Sensor | $965.08 | $0.00 |
| Low step ladder | $61.12 | $10.00 |
| Laser sensor 1 250 MM | $375.81 | Unknown |
| Ungesa Clean Trace NG Luminometer | $1,276.78 | $100.00 |
| Magnet 4N-201505301 | $2,194.56 | $100.00 |

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Makita XT217 18 V Lithium Ion Battery | $339.96 | $50.00 |
| Manual for auto lable applicator | $103.80 | $0.00 |
| Material guide 66mm butterfly | $209.58 | $0.00 |
| material guide 77mm | $209.58 | $0.00 |
| Material guide 90 mm | $209.58 | $0.00 |
| 80 pc pan set | $142.46 | $0.00 |
| Loma Metal detector | $4,073.80 | $1,000.00 |
| Mezzanine for big blender | $964.01 | $100.00 |
| Milling Machine | $380.96 | Unknown |
| Milling Machine | $3,238.08 | $500.00 |
| Arizona Instruments Moisture Analyzer | $440.51 | $0.00 |
| Ohaus MB200 Moisture Analyzer | $371.28 | $50.00 |
| Moisture Meter HE 53/03 | $2,326.00 | $500.00 |
| Toledo 1D 1 Multirange Scale | $266.51 | $40.00 |
| Neck Bander for Packaging | $4,982.83 | $1,000.00 |
| Neck Bander | $958.51 | $100.00 |
| Skidding | $716.94 | $0.00 |
| Pallet Jack | $140.94 | $20.00 |
| Mitsu Pallet Jack | $442.87 | $0.00 |
| 2.5 ton pallet jack | $251.86 | $20.00 |
| 2.5 ton pallet jack | $238.43 | $20.00 |

| Debtor | **Core Supplement Technology, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.5 Ton Pallet Jack** | $238.43 | | $20.00 |
| **Packaging Pallet Wrapper** | $2,861.24 | | $1,000.00 |
| **Packaging Line** | $7,353.31 | | $1,500.00 |
| **Packaginh Line** | $1,623.12 | | $250.00 |
| **Packaging Line** | $24.23 | | $0.00 |
| **Packaging Line** | $792.19 | | $120.00 |
| **PDC Shrink Heat Tunnel** | $1,480.27 | | $200.00 |
| **Sartorius Digital Balance Scale** | $461.58 | | $50.00 |
| **Ishida check weigher** | $620.73 | | $100.00 |
| **LD 19 SB Custom 1-6 HR 1 phase** | $928.55 | | $200.00 |
| **Rmsod Cut 50DY** | $344.99 | | $100.00 |
| **Ohaus EP 12001 Explorer** | $489.40 | | $100.00 |
| **Little Giant NCB 2448 8PYBK** | $702.27 | | $120.00 |
| **Polishing machine** | $1,095.19 | | $200.00 |
| **Capsul polisher** | $3,418.63 | | $600.00 |
| **Logistical S-7 Weigh and fill** | $10,242.88 | N/A | $1,200.00 |
| **Power washer** | $46.83 | | $5.00 |
| **Sartorius Percision Balance** | $662.57 | | $50.00 |
| **Mi-T-M JP-1502-3ME1-1500 psi** | $1,317.78 | | $200.00 |
| **Print Plates for Lableing** | $241.07 | | $0.00 |
| **Leybold SV-100 Pump** | $2,068.97 | | $20.00 |

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Busch RC-0100 pump | $1,994.33 | | $20.00 |
| Punch and die set for stainless | $654.40 | | $50.00 |
| QC luminameter | $917.98 | | $50.00 |
| Yale Reach Truck | $12,974.01 | N/A | $8,000.00 |
| F40 Encapsulator rebuild | $39,544.88 | | $9,000.00 |
| Roller for PKG Labeler | $1,697.75 | | Unknown |
| 12 step rolling ladder | $690.12 | | Unknown |
| SS Rotary Table with speed control | $2,475.90 | | $300.00 |
| 48 global Tech Rotary Table | $2,017.56 | | $300.00 |
| 58 Inch rotary table | $2,140.40 | | $200.00 |
| 48 Inch Rotary Table | $1,918.31 | | $200.00 |
| 48 inch rotary table | $1,428.00 | | $150.00 |
| Sanitation equipment | $549.98 | | $0.00 |
| Production Scale | $54.42 | | $20.00 |
| Scale | $298.91 | | $20.00 |
| Scale | $78.44 | | $20.00 |
| Scale | $147.33 | | $20.00 |
| Scale | $168.33 | | $20.00 |
| Sartorius Entris323 | $481.23 | | $20.00 |
| Ohaus Valor digital scale | $317.73 | | $30.00 |
| Platform Scale FG-30KAM | $268.02 | | $15.00 |

Debtor    **Core Supplement Technology, Inc.**                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| Sartorius Scale AY-5101 | $98.55 | | $10.00 |
| Sartorius Scale | $669.33 | | $150.00 |
| Scale Weights various sizes | $709.95 | | $100.00 |
| Screenng Machine Model #MTS 600 | $1,955.48 | | $900.00 |
| AF3 Screw Conveyor | $5,127.37 | | $1,100.00 |
| Induction Foil Sealer | $3,978.66 | | $900.00 |
| Sensor Kit | $259.99 | | $0.00 |
| Sensor Kit | $267.11 | | $0.00 |
| Shipping | $910.69 | | $0.00 |
| Shrink Tunnel | $914.03 | | $200.00 |
| 3200 KPC HD Shrink Tunnel | $4,508.96 | | $50.00 |
| Skiding | $616.68 | | $0.00 |
| 2009 Skyjack Scissorlift 19 foot | $7,110.00 | N/A | $1,200.00 |
| Slot Sampler | $614.84 | | $50.00 |
| Slot Sampler | $679.00 | | $50.00 |
| Spindle capper | $25,070.48 | N/A | $16,000.00 |
| Stack Pack Machine | $197.34 | | $0.00 |
| 400KW X-Treme Steam Generator | $35,413.85 | N/A | $9,000.00 |
| Former 65 mm | $128.33 | | $0.00 |
| Stick Pack Machine | $4,377.11 | | $0.00 |
| Steel Wheel Risers | $584.62 | | $100.00 |

Debtor    **Core Supplement Technology, Inc.**                                    Case number *(If known)* _____
                    Name

| | | | |
|---|---|---|---|
| Strip Doors for Clean Room | $55.66 | | $0.00 |
| Bi Directional Accumulation Table | $3,648.23 | | $400.00 |
| 24 x 24 SS Table | $347.69 | | $50.00 |
| Rolling stainless steel table | $317.73 | | $50.00 |
| SS Table with backsplash | $317.73 | | $0.00 |
| Stokes 33 station tablet press | $5,428.56 | | $2,000.00 |
| Tap density tester | $5,230.29 | | $3,000.00 |
| Testing  Equipment | $1,523.80 | | $20.00 |
| Testing equipment | $1,739.01 | | $20.00 |
| Testing equipment | $56.54 | | $20.00 |
| Test equipment | $533.32 | | $20.00 |
| 48 inch turn table | $3,404.50 | | $1,000.00 |
| Cap Plus Twin Shell Blender | $11,089.30 | | $4,000.00 |
| T&B Universal Crimp Tool | $276.78 | | $20.00 |
| Alto Vacume | $637.76 | | $200.00 |
| Air Power Vibrator | $1,062.58 | | $150.00 |
| Stainless Steel Work table | $83.12 | | $1,000.00 |
| CVC 300 C Wrap Labler | $15,082.31 | N/A | $6,000.00 |
| CVC 310 Wrap Labeler | $31,622.22 | N/A | $19,000.00 |
| ZANASI F40 ENCAPSULATOR (ENCAP F40-1) | $47,023.80 | | $22,000.00 |
| Zebra ZT410 Direct Thermal Transfer | $1,057.97 | | $200.00 |

Debtor    **Core Supplement Technology, Inc.**      Case number *(If known)* _____

Name

| | | |
|---|---|---|
| Pallet Jack | $133.32 | $20.00 |
| Heavy Duty Pallet Jack | $140.00 | $20.00 |
| Heavy Duty Pallet Jack | $140.00 | $20.00 |
| Heavy Duty Pallet Jack | $140.00 | $20.00 |
| Pallet Racks in Ware House | $4,734.06 | $1,000.00 |
| Pallet racking for Warehouse | $346.11 | $75.00 |
| Teaer Drop style Pallet Racks | $17,137.36 | $8,000.00 |
| Heavy Duty Pallet Racks | $140.00 | $20.00 |
| Heavy Duty Pallet Racks | $140.00 | $20.00 |
| Panic Bar for Door | $484.00 | $20.00 |
| Schaefer Semi Auto Encapsulator ENCAP MODEL 10-1 | $54,912.69 | $22,000.00 |
| Patterson Fan 2052533 FAN-1 | $81.65 | $20.00 |
| 4 Hands Free Faucets FAUCETS-1 | $1,946.41 | $60.00 |
| Fence around Bin Blender FENCE-1 | $732.43 | $100.00 |
| Wireless Headset W/handset lifte HEADSET WRLS-1 | $157.14 | $100.00 |
| server, monitor wiring whs 3 for INTERNET SET UP-1 | $1,048.26 | $150.00 |
| High Shelf Ladders LADDER-1 | $118.80 | $20.00 |
| Low Step Ladder LADDER 1-1 | $56.80 | $10.00 |
| locks and tags LOCK OUT TAGS-1 | $184.15 | $20.00 |
| LOCKOUT TAGS  LOCKOUT TAGS 2-1 | $50.16 | $5.00 |

Debtor   **Core Supplement Technology, Inc.**                    Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| **TOUCH SCREEN  & 60" CONVEYOR/PLO METAL DETECTOR2-1** | $23,660.69 | N/A | $15,000.00 |
| **Mezzanine for Big Blender MEZZANINE 2-1** | $957.65 | | $200.00 |
| **Mezzanine MEZZANINE3-1** | $924.47 | | $200.00 |
| **Lab Work Station Portable 2 Shelving PKG LINE 5-1** | $52.92 | | $10.00 |
| **Racks RACKS-1** | $151.61 | | $20.00 |
| **Storage Racks RACKS 2-1** | $249.85 | | $20.00 |
| **Hot Point Refrigerator/Freezer REFRIGERATORS-1** | $197.68 | | $25.00 |
| **12 step rolling ladder ROLLING LADDER-1** | $670.68 | | $100.00 |
| **SCALE WEIGHING EJ6100 COMPACT SCAKE WEIGHING-1** | $191.40 | | $20.00 |
| **SECURITY CAMERA WHS 3 SEC CAMERA WHS3-1** | $297.66 | | $50.00 |
| **Security System SEC SYSTEM-1** | $360.62 | | $50.00 |
| **Security Camera System TH SECURITY CAM TH-1** | $312.13 | | $50.00 |
| **Additional Security Cameras WHS SECURITY CAMERA-1** | $308.69 | | $50.00 |
| **Document Shredder SHREDDER-1** | $81.36 | | $10.00 |
| **TEX WRAP SHRINK TUNNEL ST-1322 SHRINK TUNNEL 3-1** | $18,115.80 | | $11,000.00 |
| **Stainless Steal Sink SINK STAINLESS-1** | $167.28 | | $50.00 |
| **Custom cleanroom soft walls SOFTWALL-1** | $533.39 | | $100.00 |
| **SS Shelves Wall Mt 2 12 x 48, 1 SS SHELVES-1** | $246.34 | | $20.00 |
| **Toledo SS table w/casters SS TABLE-1** | $285.57 | | $20.00 |

Debtor    **Core Supplement Technology, Inc.**                                      Case number *(if known)*  _____
_____
Name

| | | |
|---|---|---|
| SS Tables w/casters SS TABLE 2-1 | $417.32 | $20.00 |
| SS WORK TABLE 30 X 24 X 33 SS TABLE 3-1 | $155.85 | $15.00 |
| Metal Storage Cabinet STORAGE CABINET-1 | $424.33 | $100.00 |
| Table for Filler TABLE-1 | $144.66 | $10.00 |
| Strip Doors Clean Room STRIP DOORS 1-1 | $53.60 | $0.00 |
| STRIP DOORS FOR CLEAN ROOMS STRIP DOORS 1-2 | $603.72 | $0.00 |
| STRIP DOORS CLEAN ROOMS STRIP DOORS 3-1 | $2,241.45 | $0.00 |
| Strip Doors 4 STRIP DOORS 4-1 | $327.38 | $0.00 |
| Custom Clean room Strip Doors STRIP DOORS 5-1 | $1,810.21 | $0.00 |
| 100 amp SubPanel for Encap room SUBPANEL-1 | $1,575.01 | $0.00 |
| Table for Filler TABLE-1 | $144.66 | $10.00 |
| DUAL TABLET/CAPSULE COUNTER TBLT/CAP COUNTE-1 | $41,179.19 | N/A | $20,000.00 |
| Turntable TURNTABLE 2-1 | $622.83 | $150.00 |
| VINYL WALL PANELS FOR ENCAPSULAT VNYL WALL PANEL-1 | $802.71 | $0.00 |
| Motorola Talkabout MD200, Ramon WALKIE TALKIE 1-1 | $7.46 | $0.00 |
| Motorola Talkabout MD200, Ramon WALKIE TALKIE 2-1 | $7.46 | $0.00 |
| Motorola Talkabout MD200, Ramon WALKIE TALKIE 3-1 | $7.46 | $0.00 |
| Motorola Talkabout MD200, Ramon WALKIE TALKIE 4-1 | $7.46 | $0.00 |

Debtor   **Core Supplement Technology, Inc.**                    Case number *(If known)* _____
         <sub>Name</sub>

| | | |
|---|---|---|
| **Motorola Talkabout MD200, Ramon WALKIE TALKIE 5-1** | $7.46 | $0.00 |
| **Motorola Talkabout MD200, Ramon WALKIE TALKIE 6-1** | $7.46 | $0.00 |
| **20 gallon/2000W  electric Water WATER HEATER-1** | $388.48 | $20.00 |
| **WIRE SHELVING WH WIRE SHELVING W-1** | $2,075.68 | $1,000.00 |

51.   **Total of Part 8.**                                         | $652,499.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Core Supplement Technology, Inc.**                                    Case number *(if known)* _____
                   Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,991.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $293,877.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,292,448.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $536,252.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,255.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $652,499.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,829,323.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,829,323.23 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph Odea** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Line from *Schedule A/B*: | _____ | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

**Fill in this information to identify the case:**

Debtor name __**Core Supplement Technology, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Ally** | Describe debtor's property that is subject to a lien | $3,767.00 | $14,950.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

**16' 2007 Isuzu Box Truck TRUCK BOX '16-1 VIN: JALC4B16377001739**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/3/2015**

**Last 4 digits of account number**
**3507**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **Banc of America Leasing** | Describe debtor's property that is subject to a lien | $175,741.00 | $54,000.00 |
|---|---|---|---|---|

Creditor's Name

**2059 Northlake Parkway**
**3rd Floor North**
**Tucker, GA 30084**

Creditor's mailing address

**Bosch Capsylon 705 and accessories, Flodex, 2008 Hyster E50Z fork lift, 2009 Skyjack Scissor Lift, 2003 Yale Reach Truck, Global Auto Floor Scrubber**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2016**

**Last 4 digits of account number**
**0002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Core Supplement Technology, Inc.**                    Case number (if know) _____
       Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America** | Describe debtor's property that is subject to a lien | $1,474,700.00 | $2,374,997.00 |

Creditor's Name

**All Accounts, Chattle Paper, Instruments,
Deposit Accounts letter of credit rights,
general intangibles; all inventory; all
equipment and fixturew; All negotiable and
non-negotiable title docs; all parts and
asscessories Books and records..**

**One Independence Center
NC1-001-05-13, 101 N.
Tryon St
Charlotte, NC 28255-0010**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/11/2016**
**Last 4 digits of account number**
**5227**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Bank of America NA** | Describe debtor's property that is subject to a lien | $127,409.00 | $63,500.00 |

Creditor's Name

**160 Cu Ft Paul Abbe blender; NRS51-HES
Chuck Capper w/tooling, Cremer COunte
tablet press, AF3 screw conveyor and turn
table**

**2059 Northlake Pkwy
Tucker, GA 30084**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/19/2016**
**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **Berlin Packaging LLC** | Describe debtor's property that is subject to a lien | $83,470.56 | $40,000.00 |

---

Debtor   **Core Supplement Technology, Inc.**                          Case number (if known) _____
                          Name

---

**Creditor's Name**

**Pharmafill Cottoner Model CS1; CVC 300 C Labeler; Lepel CS Plus Induction Sealer; Pallet Stretch Wrapper; Double Cone Blender model 96RCB; Accuteck Spindle Capper; KDF-6 Capsule Filler; Cremer Counter; G series Heat Tunnel; Cat Fork Lift**

**PO Box 95584**
**Chicago, IL 60694-5584**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**9/25/2015**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **Financial Pacific Leasing** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    $253,285.00    $198,000.00
**Image 4000 Dual ead Automatic Filler; Pneumatic Lift Assembly; Dust Shroud; Free Flowing Tool; Level Control; Mobile Stainless Steel Dual Screw Floor; Check Weigher; Dust Collector Model #DFE3-12; other equipment described in fincancing st**

**C/O CT Lien Solutions**
**2727 Allen Parkway**
**Houston, TX 77019**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**10/19/2016**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0713**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **LCA Bank Corporation** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    $35,520.00    $35,000.00
**2016-4992 GLS 350/200 Genius+ Touch Screen Metal detector & 60" conveyor with plough reject; CVC 100 Tablet Capsul Counter with SDual Counting heads, vibrtinghopper, two rotary disks and single bottle conveyor**

**P. O. Box 1650**
**Troy, MI 48099-1650**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

---

Debtor    **Core Supplement Technology, Inc.**                                Case number (if know)
Name

|  | | |
|---|---|---|

Creditor's email address, if known

**Date debt was incurred**
**2/10/2016**

**Last 4 digits of account number**
**0798**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **LCA Bank Corporation** | Describe debtor's property that is subject to a lien | $7,940.00 | $5,300.00 |
|---|---|---|---|---|

Creditor's Name

**Logical S-7 weigh and fill system with discharge chutes, large scale bucket, 10 ft conveyor, indexing option for conveyor, accilivitious conveyor**

**P. O. Box 1650**
**Troy, MI 48099-1650**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/12/2015**

**Last 4 digits of account number**
**1561**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Providence Capital Funding** | Describe debtor's property that is subject to a lien | $11,020.00 | $2,000.00 |
|---|---|---|---|---|

Creditor's Name

**Used Zanasi 40F Capsule Filler S/N 20532**

**3020 Saturn Street**
**Suite 203**
**Brea, CA 92821**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/10/2015**

**Last 4 digits of account number**
**3409**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Core Supplement Technology, Inc.**                                Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 0 | **Providence Capital Funding** | Describe debtor's property that is subject to a lien | $35,464.00 | $20,000.00 |

Creditor's Name
**3020 Saturn Street
Suite 203
Brea, CA 92821**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Zanzsi 40F Rebuild  S/N 44585**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

_____
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**01/06/2016**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1864**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $2,208,316.56 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Acasi Machinery Inc.**<br>**7085 NW 46th Street**<br>**Miami, FL 33166** | Line  **2.6** | **0713** |
| **Almax Corporation**<br>**7 Schindler Dr**<br>**Rockaway, NJ 07866** | Line  **2.6** | **0713** |
| **Busch Machinery, Inc.**<br>**727 E 20th Street**<br>**Tucson, AZ 85719** | Line  **2.8** | **1561** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  **2.7** | **0798** |
| **CT Corporation System**<br>**330 N. Brand Blvd. STE 700**<br>**Glendale, CA 91203** | Line  **2.10** | **1864** |

10/03/17  2:44PM

| Debtor | **Core Supplement Technology, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| CT Lien Solutions<br>2727 Allen Parkway<br>Houston, TX 77019 | Line **2.9** | | 1864 |
| CT Lien Solutions<br>2727 Allen Parkway<br>Houston, TX 77019 | Line **2.10** | | 1864 |
| FamVans, Inc<br>10870 Kalama River Ave<br>Fountain Valley, CA 92708 | Line **2.1** | | 3507 |
| Image Fillers, Inc<br>735 Fox Chaxe, STE 111<br>Coatesvill, PA 19320 | Line **2.6** | | 0713 |
| Jennison Quality Components<br>54 Arch Street Extension<br>Carnegie, PA 15106 | Line **2.10** | | 1864 |
| Max Racks, Inc<br>3791 Hillside Ave<br>Norco, CA 92860 | Line **2.6** | | 0713 |
| Providence Capital Funding<br>3020 Saturn Street<br>Suite 203<br>Brea, CA 92821 | Line **2.6** | | 0713 |
| Providence Capital Funding<br>3020 Saturn Street<br>Suite 203<br>Brea, CA 92821 | Line **2.7** | | 0798 |
| Tristar Machinery<br>1287 Naperville Drive<br>Romeoville, IL 60446 | Line **2.9** | | 1864 |
| West Coast Environmental<br>2323 Chico Ave, STE 3<br>South El Monte, CA 91733 | Line **2.6** | | 0713 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,141.00 |
|---|---|---|---|
| | **3M**<br>**PO Box 844127**<br>**Dallas, TX 75284-4127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,345.00 |
|---|---|---|---|
| | **Advanced Air & Vacuum**<br>**1685 N. Marshall Ave**<br>**El Cajon, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,525.00 |
|---|---|---|---|
| | **AIDP, Inc.**<br>**19535 East Walnut Drive South**<br>**Rowland Heights, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,630.00 |
|---|---|---|---|
| | **Airlite Plastics, Co.**<br>**PO Box 8400**<br>**Omaha, NE 68108-0400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Core Supplement Technology, Inc.**                                    Case number (if known) _____
                Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,018.00 |

3.5 | Nonpriority creditor's name and mailing address

**Albion Minerals**
**101 N. Main**
**Clearfield, UT 84015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,018.00**

---

3.6 | Nonpriority creditor's name and mailing address

**Alkemist Laboratories**
**1260 Logan Avenue #B2**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,119.00**

---

3.7 | Nonpriority creditor's name and mailing address

**AlphaNutra Solution Limited**
**No. 498 Yaohua Rd**
**Shanghai China CN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$69,955.00**

---

3.8 | Nonpriority creditor's name and mailing address

**Alvar Enrique Morales**
**4017 Independence Ave**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

3.9 | Nonpriority creditor's name and mailing address

**Alz Chemical**
**680 Village Trace**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

3.10 | Nonpriority creditor's name and mailing address

**Ameri-Seal**
**21330 Superior Street**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,878.00**

---

3.11 | Nonpriority creditor's name and mailing address

**American Lecithin Company, Inc**
**115 Hurley Road**
**Unit 2B**
**Oxford, CT 06478-1037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$423.00**

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,718.00 |
|---|---|---|---|

**American Nutrition**
**718 Broadway**
**Everett, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.00 |
|---|---|---|---|

**Analytical Laboratories in Ana**
**2951 Saturn Street**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,513.00 |
|---|---|---|---|

**APP Global, Inc**
**1940 S Lynx Place**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.00 |
|---|---|---|---|

**Aramark**
**Aus West Lockbox**
**PO Box 101179**
**Pasadena, CA 91189-1179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**BAG Corp**
**P O Box 671212**
**Dallas, TX 75267-1212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,710.39 |
|---|---|---|---|

**Bank of America Credit Card**
**P. O. box 15731**
**Wilmington, DE 19886-5731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Credit card purchases__

Last 4 digits of account number  __6624__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,270.00 |
|---|---|---|---|

**Batory Foods**
**PO Box 80047**
**City of Industry, CA 91716-8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,945.00** |
|---|---|---|---|

**Berlin Packaging LLC**
**PO Box 95584**
**Chicago, IL 60694-5584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt; Packaging supplies and service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,996.00** |
|---|---|---|---|

**Canyon Plastics, Inc.**
**28455 Livingston Ave**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,671.00** |
|---|---|---|---|

**CapsCanada**
**8858 Rochester Ave**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,127.00** |
|---|---|---|---|

**Chempoint**
**411 108th Ave NE**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$563.00** |
|---|---|---|---|

**ChromaDex Inc.**
**10005 Muirlands Blvd.**
**Suite G 1st Floor**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,994.00** |
|---|---|---|---|

**Clark Pest Control**
**PO Box 1480**
**Lodi, CA 95241-1480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,705.00** |
|---|---|---|---|

**Clutch**
**527 Molino Unit # 203**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,684.00 |
| | **Color Maker** | ☐ Contingent | |
| | **1300 N Hancock Street** | ☐ Unliquidated | |
| | **Anaheim, CA 92807** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,246.00 |
| | **Covance Laboratories, Inc.** | ☐ Contingent | |
| | **2102 Wright St.** | ☐ Unliquidated | |
| | **Madison, WI 53704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
| | **Creative Compounds** | ☐ Contingent | |
| | **600 Daugherty Rd.** | ☐ Unliquidated | |
| | **PO Box 4011** | ☐ Disputed | |
| | **Scott City, MO 63780** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,199.00 |
| | **Custom Blow Molding** | ☐ Contingent | |
| | **946 S. Andreasen DR.** | ☐ Unliquidated | |
| | **Escondido, CA 92029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,943.00 |
| | **Daylight Transport** | ☐ Contingent | |
| | **CVC Technologies, Inc.** | ☐ Unliquidated | |
| | **10861 Business Drive** | ☐ Disputed | |
| | **Fontana, CA 92337** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,366.85 |
| | **Diana Naturals Inc.** | ☐ Contingent | |
| | **PO Box 157** | ☐ Unliquidated | |
| | **Silverton, OR 97381** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
| | **Direct Food Ingredients, Inc.** | ☐ Contingent | |
| | **500 La Terraza Blvd. Ste 150** | ☐ Unliquidated | |
| | **Escondido, CA 92025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,633.00**

Dongyu USI
2590 Main St.
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,559.32**

Dynamic Distribution
2/40 Yarraman Place
Cape Porpoise, ME 04014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$974.40**

Eirich Machines
4033 Ryan Rd
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,003.00**

Enzo
2605 Pinon Ct.
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,418.40**

Eriez Manufacturing Company
2200 Asbury Road
Erie, PA 16506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,165.00**

Ernest Packaging Solutions
1345 Sycamore Avenue
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,334.00**

ETHORN
16050 Canary Avenue
La Mirada, CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,339.00 |
|---|---|---|---|

**FedEx**
**PO Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,216.00 |
|---|---|---|---|

**FedEx Corporate Services**
**Regions Lockbox Services**
**C/O FedEx SenseAware**
**Birmingham, AL 35287-1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,603.00 |
|---|---|---|---|

**FedEx Freight**
**Dept LA PO Box 21415**
**Pasadena, CA 91185-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,610.00 |
|---|---|---|---|

**Feed Me More**
**664 Chelton Oaks Street**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,600.00 |
|---|---|---|---|

**Fifth Nutrisupply, Inc.**
**5595 Daniels St. Unit B**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,711.87 |
|---|---|---|---|

**Five Percent Nutrition**
**8285 Bryan Dairy Road**
**Suite 190**
**Largo, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,240.00 |
|---|---|---|---|

**Fuller Enterprise USA, Inc.**
**1735 E. Grevillea Ct.**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,001.00** |
|---|---|---|---|

**General Ingredients Solutions,**
**1220 E. Elm Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,000.00** |
|---|---|---|---|

**Glanbia Nutritionals**
**c/o Glanbia Business Services,**
**Dept 3331**
**Carol Stream, IL 60132-3331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,094.50** |
|---|---|---|---|

**Global Formulas**
**17885 Sky Park Circle, Ste. K**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,295.90** |
|---|---|---|---|

**GNT USA**
**660 White Plains Road**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,166.65** |
|---|---|---|---|

**Golden Globe Group, LLC**
**13567 OLD EL CAMINO REAL**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Building lease for 2614-2616 Temple Heights Drive Oceanside California

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,712.16** |
|---|---|---|---|

**Granite Nutrition**
**3921 E. La Palma Avenue**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,151.00** |
|---|---|---|---|

**Green Wave Ingredients**
**Ima North America, Inc**
**7 New Lancaster Road**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,537.00** |
|---|---|---|---|

**Harbor Packaging**
PO Box 844969
Los Angeles, CA 90084-4969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,896.00** |
|---|---|---|---|

**Hawthorne Lift Systems**
1600 E. Missiion Road
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**Honey Badger**
3005 S. Lamar Blvd
Ste D109 #145
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|

**HP Ingredients Corp.**
707 24th Ave. W.
Bradenton, FL 34205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,660.00** |
|---|---|---|---|

**HS Biopharmaceuticals, Inc.**
2792 Loker Ave. West Ste 105
Carlsbad, CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,704.00** |
|---|---|---|---|

**Ima North America, Inc**
7 New Lancaster Road
Leominster, MA 01453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,743.42** |
|---|---|---|---|

**Infinite Packaging Group**
712 Valley Ridge Circle
Lewisville, TX 75057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,763.06 |
|---|---|---|---|

**Inspired Nutraceuticals**
6242 Warner Ave 9F
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,950.00 |
|---|---|---|---|

**InterHealth, Inc.**
5451 Industrial Way
Benicia, CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,921.40 |
|---|---|---|---|

**Jennison Quality Components, I**
54 Arch Street Extension
P.O. Box 861
Carnegie, PA 15106-0861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,837.00 |
|---|---|---|---|

**Jiaherb**
12440 Firestone Blvd, Ste 319
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,070.00 |
|---|---|---|---|

**Jigsaw**
9035 E Pima Center Parkway
Suite 3
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**JJJ Enterprises**
PO Box 463021
Escondido, CA 92046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,406.00 |
|---|---|---|---|

**Jost Chemical**
8150 Lackland Road
Saint Louis, MO 63114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,964.34 |
|---|---|---|---|

**Kelly Services**
PO Box 31001-0422
Pasadena, CA 91110-0422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Temproary Employee Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.00 |
|---|---|---|---|

**Kyowa Hakko**
600 Third Ave, 19th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Layn USA, Inc**
20250 Acacia St.
Suite 105
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.36 |
|---|---|---|---|

**LC Magnetics**
1139 N. Kraemer Place
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Leak Star Advanced Leak Detect**
PO Box 2333
Carlsbad, CA 92018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**Marburg Industries Inc.**
1207 Activity Drive
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,023.00 |
|---|---|---|---|

**Marlin Leasing Corporation**
6470 E. Johns Crossing
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/9/2015

Basis for the claim:  **Trade debt**

**Last 4 digits of account number**  9179

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Core Supplement Technology, Inc.**
_____
Name

Case number (if known) _____

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,350.00 |
|---|---|---|---|

**MayPro Industries, LLC.**
**2975 Westchester Avenue**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.12 |

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,580.74 |

**Metrolift**
**556 Commerce Street**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Repair and Maintenance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,192.00 |

**Micro Quality Labs, Inc.**
**3120 N Clybourn Ave.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Lab Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,929.00 |

**Milne  Fruit (MicroDried)**
**P.O. Box 368**
**Grandview, WA 98930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,498.00 |

**Mitsubishi International Food**
**2200 Fletcher Ave. 5th Fl.**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.00 |

**MJB Freight Systems, Inc**
**6225 Marindustry Dr.**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Core Supplement Technology, Inc.**                                    Case number (if known) _____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,505.00 |

**MTC Industries, Inc.**
255 Oser Ave
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,781.00 |

**Muriello Muscle**
1102 Robinwood Drive
Oldsmar, FL 34677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |

**Natreon, Inc**
2-D Janine Place
New Brunswick, NJ 08901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Natural Alternatives Int. Inc.**
1535 Faraday Avenue
Carlsbad, CA 92008

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,702.25 |

**Nature's Supplements, Inc.**
1342 Rocky Point Drive
Oceanside, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,788.00 |

**Naturex, Inc.**
375 Huyler Street
South Hackensack, NJ 07606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,461.00 |

**Novel Ingredients, Inc.**
72 Deforest Ave.
East Hanover, NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|

**NuLiv Science USA**
**255 Paseo Tesoro**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,552.00 |
|---|---|---|---|

**Nutriom, LLC.**
**3145 Hogum Bay Rd. NE**
**Lacey, WA 98516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,672.00 |
|---|---|---|---|

**Nutrleaf Nutrition**
**1780 La Costa Meadows Drive**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,382.00 |
|---|---|---|---|

**OneSource Distributors, LLC**
**3951 Oceanic Drive**
**Oceanside, CA 92056-5832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,553.00 |
|---|---|---|---|

**Ontario Refrigeration**
**635 S. Mountain Avenue**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,014.00 |
|---|---|---|---|

**Orora Packaging Solutions**
**PO Box 101150**
**Pasadena, CA 91189-1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,282.00 |
|---|---|---|---|

**Package All Corp.**
**PO Box 4105**
**Rancho Cucamonga, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,300.00** |
|---|---|---|---|

**PanaSource Ingredients, Inc.**
**98-A Mayfield Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,216.00** |
|---|---|---|---|

**PAT Vitamins, Inc.**
**1751 Curtiss Court**
**La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Pharma Resources Inc.**
**C/O Dixit Law Firm, PA**
**3030 N. Rocky Pt. DR. W. #260**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __3A00__

Basis for the claim:  __Pharma Resources Law Suit Settlment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.00** |
|---|---|---|---|

**Pharmachem Labs**
**2929 East White Star Ave**
**Anaheim, CA 92806-2628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Platinum Bear**
**1890 Pinto Circle**
**Gardnerville, NV 89410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,608.00** |
|---|---|---|---|

**PlusPharma, Inc**
**2611 Commerce Way, Suite A**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,761.20** |
|---|---|---|---|

**Primeval Nutrition**
**70 Batesville Blvd. Ste. A**
**Batesville, AR 72501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Core Supplement Technology, Inc.**                    Case number (if known) _____

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,302.00** |

**3.103**  Nonpriority creditor's name and mailing address
**Pro-Scape, Inc.**
**510 Venture Street**
**Escondido, CA 92029**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2,302.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**  Nonpriority creditor's name and mailing address
**Pyure Brands, LLC**
**2277 Trade Center Way, Ste 101**
**Naples, FL 34109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**  Nonpriority creditor's name and mailing address
**ReadyRefresh by Nestle**
**PO Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,177.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**  Nonpriority creditor's name and mailing address
**RJ Van Drunen & Sons, Inc**
**300 W 6th Street**
**Momence, IL 60954**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$15,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**  Nonpriority creditor's name and mailing address
**Royalty Nutrition**
**100 West 5th Street #4F**
**Long Beach, CA 90802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$9,272.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**  Nonpriority creditor's name and mailing address
**RS HUGHES CO INC**
**2575 PIONEER AVE STE 102**
**Vista, CA 92081**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$9,826.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**  Nonpriority creditor's name and mailing address
**RSP**
**3381 NW 168th Street**
**Opa Locka, FL 33056**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$31,946.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Core Supplement Technology, Inc.**                    Case number (if known) _____

_____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Sabinsa**
**20 Lake Drive**
**East Windsor, NJ 08520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**SeaTech Bioproducts Corp.**
**159 Memorial Dr. Unit C**
**Shrewsbury, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,310.00** |
|---|---|---|---|

**Sedona Staffing**
**600 35th Avenue**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Temporary Employee Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|

**Select Staffing**
**PO Box 512007**
**Los Angeles, CA 90051-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Temporary Employee Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,200.00** |
|---|---|---|---|

**Shanghai Freeman**
**377 Hoes Lane, Suite 240**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,764.00** |
|---|---|---|---|

**Shri Kartikeya Pharma**
**D. No. 5-9-225, 3rd floor**
**Sanali Estate, Chirag Ali Lane**
**Andhrapradesh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,170.00** |
|---|---|---|---|

**Stauber Ingredients**
**4120 N. Palm Street**
**Fullerton, CA 92835-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Core Supplement Technology, Inc.**                                          Case number (if known) _____

Name

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,205.00** |

**Superior Labs**
**9921 Carmel Mountain Rd. #297**
**San Diego, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,845.60** |

**The Western Group**
**3950 NW St. Helens Rd**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00** |

**Tic Gums**
**4609 Ricklynn Drive**
**Belcamp, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,809.00** |

**Ungerer & Company**
**4 Bridgewater Lane**
**Lincoln Park, NJ 07035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,500.00** |

**UniChem Enterprises, Inc.**
**1905 S. Lynx Pl**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4665**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,108.00** |

**UniFirst**
**4041 Market Street**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,200.00** |

**Unipharm**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Core Supplement Technology, Inc.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,199.75**

Univar USA, Inc.
PO BOX 34325
Seattle, WA 98124-1325

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$703,795.00**

Vitajoy USA Inc.
14165 Ramona Avenue Chino, CA
Chino, CA 09171-5753

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,474.26**

Vitalah
41 Hangar Way
Watsonville, CA 95076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,252.00**

Volt Management Corp
P.O. Box 679307
Dallas, TX 75267-9307

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Temporary Labor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.00**

Wesco Security Systems, Inc.
PO Box 1108
Placentia, CA 92871

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,891.00**

Westco Chemicals, Inc
12551 Saticoy Street South
North Hollywood, CA 91605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,656.00**

Wixon
PO Box 88533
Milwaukee, WI 53288-0533

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Debtor    **Core Supplement Technology, Inc.**                                    Case number (if known) _____
_____
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fredrick W. Kosmo, Jr. Esq.**<br>**Wilson, Turner, Kosmo, LLP**<br>**San Diego, CA 92101** | Line **3.85**<br><br>☐ Not listed. Explain ____ | **HAGS** |
| 4.2 | **Kevin M. Bell, Esq.**<br>**Porzio, Bromberg @ Newman, PC**<br>**1200 New Hampshire Ave NW, 710**<br>**Washington, DC 20036** | Line **3.85**<br><br>☐ Not listed. Explain ____ | **HAGS** |
| 4.3 | **Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | Line **3.74**<br><br>☐ Not listed. Explain ____ | **9179** |
| 4.4 | **Michael D. Schulman, Esq.**<br>**18757 Burbank Blvd. STE 310**<br>**Tarzana, CA 91356-3375** | Line **3.129**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Steven J. Cote Esq**<br>**Chang & Cote LLP**<br>**19138 Walnut Drive, Suite 100**<br>**Rowland Heights, CA 91748** | Line **3.121**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,397,186.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,397,186.31 |

**Fill in this information to identify the case:**

Debtor name    **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Business Photocopy System** | |
| | State the term remaining | **11/28/2017** | **BCS**<br>**12130 Dearborn Place**<br>**Poway, CA 92064** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging supply storage and provision** | |
| | State the term remaining | **Month to month with 30 day termination notice** | **Berlin Packaging LLC**<br>**PO Box 95584**<br>**Chicago, IL 60694-5584** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging equipment lease** | |
| | State the term remaining | **To November 15, 2021** | **Financial Pacific Leasing** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Employee time keeping systems** | |
| | State the term remaining | **Month to Month wit 30 day termination notice** | **Integrated Time Systems, LLC**<br>**740 N Plankinton Rd. STE 730**<br>**Milwaukee, WI 53203** |
| | List the contract number of any government contract | | |

Debtor 1    **Core Supplement Technology, Inc.**
_____    Case number *(if known)* _____
First Name          Middle Name          Last Name

<div style="background-color:#3d0033; width:60px; height:40px;"></div>    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Buzhub C368 Copier/Printer** | |
|---|---|---|---|
| | State the term remaining | **to 7/25/2019** | |
| | List the contract number of any government contract | | **Konica Minolta Premier Finance** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Xtrewame Steam Generator** | |
|---|---|---|---|
| | State the term remaining | **to July 2018** | |
| | List the contract number of any government contract | | **Marlin Leasing Corporation 6470 E. Johns Crossing Duluth, GA 30097** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Building lease for 4645 North avenue, Oceanside, CA** | |
|---|---|---|---|
| | State the term remaining | **to November 2017** | |
| | List the contract number of any government contract | | **Prescott/Patnode 3011 Deeb Court Vista, CA 92084** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease 20140313/161561 for 1) Logical S-7 weigh and fill system w/discharge shute; 2) large scale bucket; 3) 10 foot conveyor, (7.5" W); 3) incexing option for conveyor; 4) Acclivitious conveyor** | |
|---|---|---|---|
| | State the term remaining | **to 3/12/2018** | **Providence Capital Funding 3020 Saturn Street Suite 203 Brea, CA 92821** |
| | List the contract number of any government contract | | |

Debtor 1   **Core Supplement Technology, Inc.**

First Name          Middle Name          Last Name                    Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease 20140313/180798: 1 CEI Inline dual chuck capper 1 Additional oversized push through cap trap (cap size specific) 1 Additional oversized 1st station push through chuck. Chuck is able to accommodate several cap sizes, based on testing 1 Additional oversized 2nd station torqueing chuck (size specific) 1 Misapplied cap reject system 1 Integrated Capper Conveyor 1 GLS Metal Detector 1 SANICON Hybrid Angle-Tube Stainless Steel Conveyor 1 Casters 1 Reject Table (3 Sided) 1 Reject Table Lock Box Cover 1 Alarm and Light 1 Touch Screen 1 2016-4992 GLS 350/200 Genius+ Touch screen Metal Detector & 60" conveyor with plough 1 CVC 1000 Tablet/capsule counter with dual counting heads complete with vibrating hopper, two rotary disks,   and single bottle conveyor. AC220V 60/50/60hz 1 Phz.** | |
|---|---|---|---|
| | State the term remaining | **to 4/10/2019** | **Providence Capital Funding 3020 Saturn Street Suite 203 Brea, CA 92821** |
| | List the contract number of any government contract | | |

Debtor 1    **Core Supplement Technology, Inc.**                                   Case number *(if known)*
_____                    _____
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.10.   State what the contract or lease is for and the nature of the debtor's interest

**Equipment lease 20160713/ for:**
**1 PCI-JAW-WFALL Single head chuck capper**
**3 Bottle handling change parts**
**3 Cap chute for addition cap size**
**2 Pick and place for additional cap size**
**2 3 piece MJ90 chuck for additional cap size**
**1 10 Ft. Conveyor**
**1 Wooden crate for sea or inland transportation**
**1 Image 4500 Dual Head Auger Filler with Servo Motors**
**2 Pneumatic Lift Assembly**
**2 Dust shroud**
**2 Format parts for free-flowing products**
**2 Level Control**
**1 Mobile stainless steel, dual screw floor feeder with common hopper**
**1 Checkweigher - (Inline)**
**1 CVC310C Wrap Labeler**
**1 Protective wooden crate**
**1 2-Way Tilt Assembly**
**1 Standard Peel Blade C**
**1 Upcharge to Cut Peel Blade to required dimensions**
**1 Drawer Style Backing Plate**
**2 Additional Snap-On Clip**
**3 Soft Foam Belt C**
**3 Upcharge to Cut Foam Belt to required dimentions**
**1 Reverse Wrap**
**1 Flat Bed Conveyor Extension**
**1 Side Transfer Plate**
**1 End Roller Transfer Plate**
**1 Torit DFE3-12 Cartridge Filter Dust**

**Providence Capital Funding**
**3020 Saturn Street**
**Suite 203**
**Brea, CA 92821**

Debtor 1    **Core Supplement Technology, Inc.**

First Name            Middle Name            Last Name                          Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | **Collector**<br>**1 Ducting, elbows, branches, flex hose & installation labor**<br>**1 Optional No Return Explosion Isolation Valve-Blending**<br>**54 Uprights, 16' tall x 42" deep**<br>**288 Beams, 8' long x 4" tall**<br>**288 Wire decks, 42" D x 46" W**<br>**36 Row spacers, 18" long**<br>**216 Anchors, 1/2" x 4 1/2"** | |
| State the term remaining | **to 10/2021** | |
| List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease 201403/2163409:**<br>**1 USED: Zanasi 40F Capsule Filler SIN: 20532** | |
| | State the term remaining | **October 2018** | **Providence Capital Funding**<br>**3020 Saturn Street**<br>**Suite 203**<br>**Brea, CA 92821** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease 20140313/40140709:**<br>**1 Bulk Hopper/Elevator Assembly-used with Accutek Auger Series Fillers**<br>**1 Hot Stamper Unit-Includes Hot Stamper and 2mm or 3mm type set holder and 2 axis mounting assembly** | |
| | State the term remaining | **to Oct, 2017** | **Providence Capital Funding**<br>**3020 Saturn Street**<br>**Suite 203**<br>**Brea, CA 92821** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease 20140313/2171864 for:**<br>**1 ZANSI 40F Rebuild S/N 44585** | **Providence Capital Funding**<br>**3020 Saturn Street**<br>**Suite 203**<br>**Brea, CA 92821** |
| | State the term remaining | **to January 2019** | |

Debtor 1  **Core Supplement Technology, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease for 4665 North Ave., Suite C, Oceanside CA** | |
| | State the term remaining | **To July 31, 2021** | **Rancho California Center, LP 1656 Bahia Vista Way La Jolla, CA 92037** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Shipping software lease** | |
| | State the term remaining | **Month to month 30 day termination notice** | **Sensaware By FedEx FedEx Corporate Services, Inc 3640 Hacks Cross Rd. Bldg. D Memphis, TN 38125** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for 1 NICOLET IS10 Mid Infrared FT IR Spectrometer** | |
| | State the term remaining | **to August 2018** | **ThermoFisher Scientific 81 Wyman Street Waltham, MA 02454** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Employee provider** | |
| | State the term remaining | **At will with 30 day termination notice** | **Volt Workforce Solutions Attn: Director of Contracts 2401 North Glassell St. Orange, CA 92865** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Joseph O'Dea** | **3688 Camino de las Lomas Vista, CA 92084** | **Banc of America Leasing** | ■ D  **2.2**___<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Joseph O'Dea** | **3688 Camino de las Lomas Vista, CA 92084** | **Providence Capital Funding** | ■ D  **2.9**___<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3  **Joseph O'Dea** | **3688 Camino de las Lomas Vista, CA 92084** | **LCA Bank Corporation** | ■ D  **2.7**___<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4  **Joseph O'Dea** | **3688 Camino de las Lomas Vista, CA 92084** | **Financial Pacific Leasing** | ■ D  **2.6**___<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5  **Joseph O'Dea** | **3688 Camino de las Lomas Vista, CA 92084** | **Berlin Packaging LLC** | ■ D  **2.5**___<br>☐ E/F  _____<br>☐ G  _____ |

Debtor  **Core Supplement Technology, Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Joseph O'Dea** | 3688 Camino de las Lomas<br>Vista, CA 92084 | **Bank of America** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Joseph O'Dea** | 3688 Camino de las Lomas<br>Vista, CA 92084 | **Providence Capital Funding** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Joseph O'Dea** | 3688 Camino de las Lomas<br>Vista, CA 92084 | **LCA Bank Corporation** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Robert Bailly** | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | **Banc of America Leasing** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Robert Bailly** | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | **Providence Capital Funding** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Robert Bailly** | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | **LCA Bank Corporation** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Robert Bailly** | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | **Financial Pacific Leasing** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Robert Bailly** | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | **Berlin Packaging LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H                          Schedule H: Your Codebtors                          Page 2 of 5

Debtor  **Core Supplement Technology, Inc.**                    Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Bank of America** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital**<br>**Funding** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **LCA Bank**<br>**Corporation** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Bradley J**<br>**Knudson** | | **Prescott/Patnode** | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.18 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Providence Capital**<br>**Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |
| 2.19 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Providence Capital**<br>**Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |
| 2.20 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Providence Capital**<br>**Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.21 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Providence Capital**<br>**Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(if known)* | |

---

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.22 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Providence Capital**<br>**Funding, In** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.13___ |

---

| 2.23 | **Joseph O'Dea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **ThermoFisher**<br>**Scientific** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.16___ |

---

| 2.24 | **Joseph Odea** | **4645 North Ave.**<br>**Oceanside, CA 92056** | **Financial Pacific**<br>**Leasing** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.3___ |

---

| 2.25 | **Joseph Odea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **Prescott/Patnode** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.7___ |

---

| 2.26 | **Joseph Odea** | **3688 Camino de las Lomas**<br>**Vista, CA 92084** | **LCA Bank**<br>**Corporation** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.8___ |

---

| 2.27 | **Robert Bailly** | **4645 North Ave**<br>**Oceanside, CA 92056** | **Financial Pacific**<br>**Leasing** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.3___ |

---

| 2.28 | **Robert Bailly** | **73 Northern Pine Loop**<br>**Aliso Viejo, CA 92656** | **Prescott/Patnode** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.7___ |

---

| 2.29 | **Robert Bailly** | **73 Northern Pine Loop**<br>**Aliso Viejo, CA 92656** | **LCA Bank**<br>**Corporation** | ☐ D ____<br>☐ E/F ____<br>▪ G ___2.8___ |

---

| Debtor | **Core Supplement Technology, Inc.** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.30 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.9** |
| 2.31 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.10** |
| 2.32 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.11** |
| 2.33 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.34 | **Robert Bailly** | **73 North Pine Loop**<br>**Aliso Viejo, CA 92656** | **Providence Capital Funding, In** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.13** |

Fill in this information to identify your case:

Debtor 1                     **Joseph Odea**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
   13 income as of the following date:
   _____
   MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ■ Employed  ☐ Not employed | ■ Employed  ☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

| Debtor 1 | **Core Supplement Technology, Inc.** | Case number (*if known*) |
|---|---|---|

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00   + $ 0.00   = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   11.   + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

CORE SUPPLEMENT TECHNOLOGY
YTD INCOME STATEMENT TREND
For the Seven Months Ending Monday, July 31, 2017

| | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | YTD |
|---|---|---|---|---|---|---|
| **REVENUE:** | | | | | | |
| Contract Mfg Revenues | $1,088,638.06 | $770,825.91 | $667,570.47 | $608,982.40 | $1,036,534.98 | $6,759,649.84 |
| Revenues - Encapsulation | 473,130.43 | 330,162.85 | 111,364.39 | 145,082.09 | 172,090.69 | 1,775,103.87 |
| Revenues - Raw Material Sales | | 1,770.00 | | 19,271.20 | | 21,041.20 |
| Research and Development Reve... | | | 15,000.00 | 7,000.00 | 5,000.00 | 27,000.00 |
| Shipping & Handling Revenue | | (90.00) | | | | (90.00) |
| Warehousing and Fufillment Reve... | 7,806.04 | 5,661.39 | 6,753.66 | 4,530.90 | 4,413.70 | 42,120.18 |
| Other Revenues | 3,052.00 | 120.00 | 339.60 | 725.89 | | 4,237.49 |
| Sales Discounts | (2,984.40) | (21,255.11) | (14,475.13) | (11,533.96) | | (56,973.87) |
| **Total Revenue** | **1,589,642.13** | **1,087,195.04** | **786,552.99** | **774,058.52** | **1,218,039.37** | **8,572,088.71** |
| | | | | | | |
| **COS:** | | | | | | |
| COS-Contract Mfg | 679,056.91 | 520,003.76 | 456,470.84 | 400,373.78 | 711,512.70 | 4,520,136.80 |
| COS-Encapsulation | 281,649.62 | 176,182.26 | 74,824.40 | 110,768.43 | 98,437.49 | 1,137,236.41 |
| COS-Research and Development | 398.82 | 648.94 | 1,558.53 | 1,165.56 | 668.10 | 5,846.66 |
| Shipping and Freight | 46,235.08 | 29,624.61 | 21,556.44 | 33,627.77 | 29,172.66 | 239,965.53 |
| COS-Pallet Storage | 1,643.40 | | 510.00 | | 390.00 | 3,368.40 |
| Lab/QC Supplies | 1,298.31 | 641.00 | 1,322.56 | 959.56 | | 6,520.95 |
| MFG Supplies | 13,878.05 | 4,064.56 | 11,191.04 | 6,019.35 | 6,627.24 | 68,570.99 |
| Shipping and Packaging Supplies | 4,317.95 | 2,239.87 | 5,676.90 | 3,036.89 | 1,431.55 | 24,967.51 |
| QC and Testing Sublet | 39,517.27 | 29,778.50 | 26,733.47 | 31,480.22 | 23,640.47 | 205,754.95 |
| Sublet Other | 949.38 | (949.38) | | | | |
| Direct Labor | 16,900.57 | 12,263.32 | 11,273.13 | 11,112.32 | 12,627.21 | 80,595.38 |
| Direct Labor Cost | 60,609.88 | 46,026.47 | 63,293.99 | 42,090.44 | 49,216.67 | 368,009.04 |
| Direct Temp Labor Cost | 107,883.10 | 68,660.10 | 55,464.89 | 38,543.40 | 37,864.49 | 491,458.04 |
| Inventory Variation | (6,638.55) | 36,062.94 | 240.65 | (4,308.23) | 11,906.07 | 28,501.27 |
| COS - Lost/Obsolete | 993.54 | 2,110.05 | 10,207.14 | 27,175.53 | 594.58 | 41,210.84 |
| COGS Other | (3,154.47) | 700.30 | 879.41 | (4,685.79) | (3,491.71) | (140,299.31) |
| COS - OH Allocation | 112,537.00 | 104,437.00 | 86,829.00 | 101,843.00 | 85,540.00 | 704,188.00 |
| **Total COS** | **1,358,075.86** | **1,032,494.30** | **828,032.39** | **799,202.23** | **1,066,137.52** | **7,788,031.46** |
| | | | | | | |
| **Gross Profit** | **211,566.27** | **54,700.74** | **(41,479.40)** | **(25,143.71)** | **151,901.85** | **788,057.25** |
| | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Wages | 146,111.65 | 140,723.70 | 135,779.12 | 111,468.63 | 112,936.77 | 920,574.32 |
| Commission | 4,893.02 | 4,993.07 | 5,908.38 | 3,141.64 | | 25,806.11 |
| Bonuses | 1,000.00 | | 500.00 | | | 1,500.00 |
| Contract/Temp Labor | 45,091.01 | 37,969.03 | 34,056.87 | 33,989.30 | 22,819.14 | 243,724.97 |
| Consulting | | | | | | 1,105.00 |
| Accounting | 1,345.38 | 17.77 | 542.83 | 480.99 | 500.52 | 4,007.64 |
| Auto and Mileage | | 92.56 | | | 55.64 | 148.20 |
| Bad Debt Expences | | 8,504.13 | 4,000.00 | 4,000.00 | 3,975.00 | 20,479.13 |
| Bank Charges | 144.71 | 195.72 | 668.19 | 298.56 | 405.73 | 2,670.16 |
| Computer Supplies | | | | | 75.41 | 75.41 |
| Courier | | | 35.69 | 57.13 | | 92.82 |
| Depreciation | 27,570.53 | 27,659.13 | 29,266.82 | 30,730.79 | 30,776.88 | 19*,456.50 |
| Employee Relations | 86.93 | 149.89 | 73.94 | 49.96 | 442.00 | 939.03 |

CORE SUPPLEMENT TECHNOLOGY
YTD INCOME STATEMENT TREND
For the Seven Months Ending Monday, July 31, 2017

| | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | YTD |
|---|---|---|---|---|---|---|
| Entertainment and Promotion | 165.46 | | | | | 165.46 |
| Garden/Landscape | 550.00 | 550.00 | 550.00 | 652.07 | 550.00 | 3,952.07 |
| Gasoline | 378.42 | 216.07 | 110.21 | 385.10 | 287.39 | 1,890.33 |
| Information Technology | 2,922.84 | 2,781.58 | 3,286.89 | 2,746.00 | 2,841.00 | 18,832.89 |
| Insurance- Auto | 388.20 | 396.00 | 1,642.33 | 612.67 | 612.67 | 4,501.57 |
| Insurance- Fire and Liability | 657.00 | 545.00 | 540.00 | 665.00 | 626.00 | 4,347.00 |
| Insurance- Life | 842.29 | 634.86 | 606.50 | 606.50 | (3,600.37) | 453.27 |
| Insurance- Medical | 1,834.26 | 3,431.51 | 2,713.95 | 4,881.18 | (351.73) | 18,615.29 |
| Insurance- Product Liability | 3,345.50 | 3,345.50 | 3,345.50 | 3,345.50 | 3,345.50 | 23,418.50 |
| Insurance- Workman's Comp | 6,736.00 | | 5,142.00 | 5,142.00 | 5,142.00 | 32,225.00 |
| Insurance- D&O & EPLI | 1,221.54 | 2,234.31 | 1,221.54 | | 1,221.54 | 8,047.82 |
| Janitorial Services | | | 69.40 | | | 69.40 |
| Janitorial Supplies | 1,297.00 | 2,623.96 | 5,244.48 | 2,448.56 | 1,471.21 | 15,777.92 |
| Licenses and Permits | 8,300.00 | 553.00 | | 158.00 | 1,664.00 | 20,987.00 |
| Mail and Postage | 215.99 | 15.99 | 290.08 | 25.79 | 15.99 | 795.82 |
| Maintenance and Repair | 18,559.39 | 21,376.26 | 13,839.90 | 25,273.26 | 10,625.46 | 121,533.24 |
| Management Fee | 388.33 | 388.33 | 388.33 | 358.33 | 388.33 | 2,688.31 |
| Meals and Refreshments | 617.21 | 158.29 | 50.99 | 366.55 | 113.00 | 1,911.77 |
| Membership Dues | 197.00 | 197.00 | 794.00 | 100.00 | | 1,879.00 |
| Merchant Fees | 201.28 | (733.94) | (3,085.38) | 6,231.16 | 4,149.46 | 9,815.95 |
| Miscellaneous | 718.60 | 718.60 | | 1,787.20 | 718.60 | 5,485.20 |
| Office Supplies/Stationary | 3,242.03 | 1,486.91 | 1,588.45 | 1,757.40 | 1,356.16 | 17,720.64 |
| Outside Services | | | | 103.50 | | 103.50 |
| Payroll Taxes | 16,186.21 | 19,067.24 | 17,211.15 | 12,626.87 | 13,081.85 | 126,342.80 |
| Pest Control | 942.00 | 542.00 | 797.00 | 1,342.00 | 797.00 | 6,304.00 |
| Professional and Legal Fees | 12,348.01 | 9,504.15 | 17,019.50 | 6,135.68 | 2,932.00 | 61,929.58 |
| Recruitment and Hiring | 15,000.00 | | 14.00 | 1.00 | 1.00 | 15,016.00 |
| Rent | 53,999.56 | 53,999.56 | 37,229.28 | 37,229.28 | 40,388.62 | 330,970.42 |
| Rentals | 237.82 | | 9,766.59 | 934.45 | 287.78 | 11,226.64 |
| Research and Development | 85.66 | 107.66 | 2,157.00 | 1,253.64 | 1,354.22 | 5,286.23 |
| Security System | 246.00 | 384.00 | 102.00 | 144.00 | 249.00 | 1,509.00 |
| Shop Supply | 4,231.00 | 1,181.69 | 1,136.30 | 1,345.80 | 2,537.52 | 15,326.18 |
| Small Tools | 158.61 | 116.08 | 1,525.60 | 1,038.92 | 770.81 | 6,284.47 |
| Subscriptions | 147.00 | 30.00 | 30.00 | 1,629.00 | (1,569.00) | 418.36 |
| Training and Seminars | 1,800.00 | | | | | 4,623.75 |
| Trash | 4,047.61 | 2,542.55 | 2,471.39 | 2,424.19 | 2,984.58 | 19,637.33 |
| Travel and Lodging | 16.05 | 404.09 | | 388.80 | 119.35 | 1,545.19 |
| Uniforms | 1,091.50 | 2,750.67 | 2,105.20 | 1,680.71 | 2,006.27 | 12,776.90 |
| Telephone | 190.44 | 235.26 | 343.78 | 803.86 | 260.00 | 2,634.38 |
| Utilities Electric | 6,276.79 | 6,633.09 | 6,469.14 | 6,270.06 | 7,583.40 | 44,783.20 |
| Utilities Gas | 102.59 | 49.01 | 54.06 | | 34.10 | 637.81 |
| Utilities Water | 603.44 | 1,030.81 | 1,127.35 | 1,998.95 | 1,056.38 | 7,600.47 |
| State & Local Tax | 3,926.13 | 1,060.91 | 2,491.91 | 13,612.72 | 810.68 | 24,823.70 |
| Vendor Discounts | (755.41) | | | | | (815.41) |
| Finance Charge/Late Fees | (448.81) | 33.65 | (110.17) | 477.54 | 46.44 | 1,738.34 |
| Contra COS OH Allocation | (112,537.00) | (104,437.00) | (86,829.00) | (101,843.00) | (85,540.00) | (704,188.00) |
| **Total Operating Expenses** | 286,916.77 | 256,459.65 | 264,283.09 | 231,357.24 | 193,355.30 | 1,724,207.58 |

CORE SUPPLEMENT TECHNOLOGY
YTD INCOME STATEMENT TREND
For the Seven Months Ending Monday, July 31, 2017

|  | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | YTD |
|---|---|---|---|---|---|---|
| **Operating Income** | (75,350.50) | (201,758.91) | (305,762.49) | (256,500.95) | (41,453.45) | (938,150.33) |
| **OTHER INCOME/(EXPENSES):** | | | | | | |
| Other Income | | | 0.50 | | | 0.50 |
| Other Expences | | | (2.52) | | (10.00) | (12.52) |
| Interest Expence | (10,825.60) | (11,910.87) | (11,217.29) | (14,477.47) | (11,052.26) | (75,133.65) |
| **Total Other Income/(Expense)** | (10,825.60) | (11,910.87) | (11,219.31) | (14,477.47) | (11,062.26) | (75,145.67) |
| **NET INCOME/(LOSS):** | (86,176.10) | (213,669.78) | (316,981.80) | (270,978.42) | (52,515.71) | (1,013,296.00) |
| **EBITDA INCOME/(LOSS):** | (49,853.84) | (173,038.87) | (274,005.78) | (212,157.44) | (9,875.89) | (721,882.15) |

Fill in this information to identify your case:

Debtor 1 **Joseph Odea**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.       ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 0.00

   **If not included in line 4:**

   4a.   Real estate taxes                                            4a. $ _____ 0.00
   4b.   Property, homeowner's, or renter's insurance                 4b. $ _____ 0.00
   4c.   Home maintenance, repair, and upkeep expenses                4c. $ _____ 0.00
   4d.   Homeowner's association or condominium dues                  4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 0.00

Debtor 1    **Core Supplement Technology, Inc.**                                     Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.  Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 0.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | 0.00 |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | 0.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | -202,659.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -202,659.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

| Fill in this information to identify the case: |
|---|

Debtor name  **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other  _____ | $10,726,421.00 |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other  _____ | $16,190,333.00 |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other  _____ | $11,491,532.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Debtor   **Core Supplement Technology, Inc.**                                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Airlite Plastics, Co.**<br>PO Box 8400<br>Omaha, NE 68108-0400 | | $14,201.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2.  **Albion Minerals**<br>101 N. Main<br>Clearfield, UT 84015 | | $36,754.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3.  **Alkemist Laboratories**<br>1260 Logan Avenue #B2<br>Costa Mesa, CA 92626 | | $7,425.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4.  **Alvar Enrique Morales**<br>4017 Independence Ave<br>South Gate, CA 90280 | | $10,080.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5.  **AmTrust North America**<br>P. O. Box 6939<br>Cleveland, OH 44101-1939 | | $20,568.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Financing Workers Compensation Insurance** |
| 3.6.  **Bank Of America**<br>P. O. Box 982235<br>El Paso, TX 79998 | | $22,422.85 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7.  **Barrington Chemical Corporatio**<br>499 Mamaroneck Ave.<br>Harrison, NY 10527 | | $7,482.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8.  **Batory Foods**<br>PO Box 80047<br>City of Industry, CA 91716-8047 | | $27,808.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor  **Core Supplement Technology, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Berlin Packaging LLC** PO Box 95584 Chicago, IL 60694-5584 | | $185,676.80 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Berlin Financing, LLC** P. O. box 95584 Chicago, IL 60694-5584 | | $12,520.59 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **California Choice** 721 S. Parker St Suite 200 Orange, CA 92868 | | $23,243.22 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Employee Medical Insurance** |
| 3.12. **Canyon Plastics, Inc.** 28455 Livingston Ave Valencia, CA 91355 | | $20,146.04 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Capital Premium Financing, Inc.** | | $8,921.99 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Financing of Products Liability Insurance** |
| 3.14. **Caps Canada** 8858 Rochester Ave Rancho Cucamonga, CA 91730 | | $18,470.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. **City of Oceanside** PO Box 513106 Los Angeles, CA 90051-1106 | | $7,499.89 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Water and Trash** |
| 3.16. **Compound Solutions, Inc.** 1930 Palomar Point Way Ste. 105 Carlsbad, CA 92008 | | $65,525.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Core Supplement Technology, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Constellation Brands, Inc.** **235 North Bloomfield Rd.** **Canandaigua, NY 14424** | | $11,600.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Covance Laboratories, Inc.** **2102 Wright St.** **Madison, WI 53704** | | $16,080.59 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.19. **Creative Compounds** **600 Daugherty Rd.** **PO Box 4011** **Scott City, MO 63780** | | $13,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.20. **Custom Blow Molding** **946 S. Andreasen Dr** **Escondido, CA 92029** | | $11,992.40 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Daylight Transport** **CVC Technologies, Inc.** **10861 Business Drive** **Fontana, CA 92337** | | $27,917.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.22. **Dongyu USI** **2590 Main St.** **Irvine, CA 92614** | | $169,858.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **Fayus, Inc.** **6200 88th Street** **Sacramento, CA 95828** | | $7,095.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **FedEx** **PO Box 7221** **Pasadena, CA 91109-7321** | | $10,872.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

10/03/17  2:44PM

Debtor    **Core Supplement Technology, Inc.**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **FedEx Freight**<br>**Dept LA PO Box 21415**<br>**Pasadena, CA 91185-1415** | | $15,245.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.26. **General Ingredients Solutions,**<br>**1220 E. Elm Street**<br>**Ontario, CA 91761** | | $21,792.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. **Green Wave Ingredients**<br>**14821 Northam Stree**<br>**La Mirada, CA 90638** | | $18,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. **Harbor Packaging**<br>**PO Box 844969**<br>**Los Angeles, CA 90084-4969** | | $11,098.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. **Jiaherb**<br>**12440 Firestone Blvd, Ste 319**<br>**Norwalk, CA 90650** | | $39,622.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. **Kelly Services**<br>**PO Box 31001-0422**<br>**Pasadena, CA 91110-0422** | | $36,234.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Temporary Employees** |
| 3.31. **KMJ Corbin & Company**<br>**555 Anton Blvd**<br>**Suite 1000**<br>**Costa Mesa, CA 92626** | | $10,340.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.32. **Mayfield Bustarde, LLP**<br>**462 Stevens Ave.**<br>**Solana Beach, CA 92075-2066** | | $15,432.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Core Supplement Technology, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Micro Quality Labs, Inc.** 3120 N Clybourn Ave. Burbank, CA 91505 | | $61,570.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.34. **Mitsubishi International Food** 2200 Fletcher Ave. 5th Fl. Fort Lee, NJ 07024 | | $11,271.69 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **MJB Freight Systems, Inc** 6225 Marindustry Dr. San Diego, CA 92121 | | $23,768.11 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **Natural Alternatives International** P. O. Box 842597 Los Angeles, CA 90084-2597 | | $14,400.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Naturex, Inc.** 375 Huyler Street South Hackensack, NJ 07606 | | $63,685.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.38. **Novel Ingredients, Inc.** 72 Deforest Ave East Hanover, NJ 07936 | | $78,047.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.39. **Nutriom, LLC.** 3145 Hogum Bay Rd. NE Lacey, WA 98516 | | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.40. **Package All Corp.** PO Box 4105 Rancho Cucamonga, CA 91729 | | $17,644.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Core Supplement Technology, Inc.**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41<br>· | **PAT Vitamins, Inc.**<br>**1751 Curtiss Court**<br>**La Verne, CA 91750** | | $26,044.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42<br>· | **PlusPharma, Inc**<br>**2611 Commerce Way, Suite A**<br>**Vista, CA 92081** | | $51,736.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43<br>· | **Prinova**<br>**36780 Eagle Way**<br>**Chicago, IL 60678-1367** | | $6,805.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44<br>· | **Pure Assay Ingredients**<br>**4010 W. Valley Blvd.**<br>**STE 104**<br>**Walnut, CA 91789** | | $20,737.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45<br>· | **Rancho California Center, LP**<br>**1656 Bahia Vista Way**<br>**La Jolla, CA 92037** | | $67,325.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Building Lease** |
| 3.46<br>· | **RS HUGHES CO INC**<br>**2575 PIONEER AVE STE 102**<br>**Vista, CA 92081** | | $22,910.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47<br>· | **Saminchem, Inc.**<br>**3225 Grapevine Street**<br>**Mira Loma, CA 91752** | | $48,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48<br>· | **San Diego County Tax Collector**<br>**1600 Pacific Highway Room 162**<br>**San Diego, CA 92101-2477** | | $10,884.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Tax** |

Debtor    **Core Supplement Technology, Inc.**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. **San Diego Gas & Electric**<br>**PO Box 25111**<br>**Santa Ana, CA 92799-5111** | | $27,893.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.50. **Sedona Staffing**<br>**600 35th Avenue**<br>**Moline, IL 61265** | | $29,075.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Temporary employees** |
| 3.51. **Shanghai Freeman**<br>**377 Hoes Lane, Suite 240**<br>**Piscataway, NJ 08854** | | $8,350.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Ungerer & Company**<br>**4 Bridgewater Lane**<br>**Lincoln Park, NJ 07035** | | $66,940.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **UniFirst**<br>**4041 Market Street**<br>**San Diego, CA 92102** | | $8,574.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **Vitajoy USA Inc.**<br>**14165 Ramona Avenue Chino, CA**<br>**Chino, CA 09171-5753** | | $294,552.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Volt Management Corp**<br>**P.O. Box 679307**<br>**Dallas, TX 75267-9307** | | $130,957.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Temporary Employees** |
| 3.56. **Wade or Bonnie Precott**<br>**3011 Deeb Court**<br>**Vista, CA 92084** | | $49,101.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Building Lease** |

Debtor   **Core Supplement Technology, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.57. **Wixon** <br> **PO Box 88533** <br> **Milwaukee, WI 53288-0533** | | **$30,656.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.58. **Bank of America** <br> **450 B Street** <br> **Suite 1700** <br> **San Diego, CA 92101** | | **$17,757.84** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Line fo Credit interest only payments** |
| 3.59. **BOA Lease** | | **$8,511.51** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.60. **BOA Lease** | | **$11,377.05** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.61. **MayPro Industries, LLC.** <br> **2975 Westchester Avenue** <br> **Purchase, NY 10577** | | **$7,740.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.62. **OSF Flavors, Inc.** <br> **PO Box 591** <br> **Windsor, CT 06095** | | **$12,040.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.63. **Sabinsa** <br> **20 Lake Drive** <br> **East Windsor, NJ 08520** | | **$11,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.64. **Simpson Labs** <br> **27540 Avenue Mentry** <br> **Valencia, CA 91355** | | **$15,037.08** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

| Debtor | **Core Supplement Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Westco Chemicals v. Core Supplement Technology, Inc. and Does 1-20**<br>**37-2017-00032036-CU-CL-NC** | **Breach of contract for money** | **Superior Court of California County of San Diego**<br>**325 S. Melrose Drive**<br>**Vista, CA 92081** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Natural Alternatives International, Inc. V. Creative Compounds, LLC; Core Supplement Technologies, Inc.; Honey Badger LLC; Myopharma, Inc. and Does 1-100**<br>**16-cv-02146-H-AGS** | **Patent Infringment** | **United States District Court Southern District of California**<br>**221 West broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **IMP International dba Unichem Enterprises, a California Corporation V. Core Supplement Technology, Inc; Joseph O'Dea In Individual and Does 1-10**<br>**CIVDS1716617** | **Breach of Contract for money; ALter Ego** | **Superior Court of Claifornia County of San Bernardino**<br>**247 West Third Street**<br>**San Bernardino, CA 92415-0210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor    **Core Supplement Technology, Inc.**                           Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stephen C. Hinze, Attorney At Law A PC<br>217 Cvic Center Drive, Suite 10<br>Vista, CA 92084** | | **6/2/2017** | **$19,896.50** |
| | **Email or website address<br>sch@schinzelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Core Supplement Technology, Inc.**                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Clerk of the Court** **U. S. Bankruptcy Court, S. D. California** **325 W. F. Street** **San Diego, CA 92101** | | | **$1,717.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2614-2616 TempleHeights** **Oceanside, CA 92056** | **6/2015 to 7/15/2017** |
| 14.2. | **4665 North ave, Suite G** **Oceanside, CA 92056** | **8/20/2016 to present** |
| 14.3. | **4645 North Ave.** **Oceanside, CA 92056** | **6/2013 to present** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | **Core Supplement Technology, Inc.** | Case number *(if known)* |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☑  Yes. State the nature of the information collected and retained.

Telephone numbers and addresses

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
☑  Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Core Supplement Technology, Inc.** | | Case number *(if known)* | |

not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| --- | --- | --- |
| 25.1.  **Life Brand, LLC 4645 North Ave. Oceanside, CA 92056** | **Branded line of nutritional supplements** | **Dates business existed** EIN:    81-1712455 From-To    **February 10, 2016 to present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |

Debtor    **Core Supplement Technology, Inc.**

Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Acountant Information** | |
| 26a.2. **Andrea Vasquez** 4800 N. E. 143rd Circle Vancouver, WA 98686 | **May, 14 2013 to August 17, 2016** |
| 26a.3. **Jeffery Macartney** 48 Amy Way Ladera Ranch, CA 92694 | **July 18, 2016 to May 5, 2017** |
| 26a.4. **Katherine Haycook** 480 Dennis Drive Vista, CA 92083 | **June 22, 2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **KMJ Corbin & Company** 555 Anton Blvd, STE 1000 Costa Mesa, CA 92626 | **February 2016 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Core Supplement Technology, Inc.** 4665 North Ave, STE G Oceanside, CA 92056 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **KMJ Corbin & Comany** 555 Anton Blvd, STE 1000 Costa Mesa, CA 92626 | |
| 26d.2. **Bank Of America** 450 B Street, STE 1700 San Diego, CA 92101 | |
| 26d.3. **Primary Funding** 11545 W. Bernardo Ct. STE 209 San Diego, CA 92127-1631 | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Core Supplement Technology, Inc.**      Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Joe Warne | 7/3/2017 | Cost Basis: $2,256,272.32 |
| | Name and address of the person who has possession of inventory records | | |
| | Joseph O'Dea<br>4645 North Ave.<br>Oceanside, CA 92056 | | |
| 27.2. | Joe Warne | 12/31/2016 | Cost Basis: $2,457,792 |
| | Name and address of the person who has possession of inventory records | | |
| | Joseph O'Dea<br>4645 North Ave<br>Oceanside, CA 92056 | | |
| 27.3. | Joe Warne | 12/31/2015 | Cost Basis: 1,459,917.95 |
| | Name and address of the person who has possession of inventory records | | |
| | Joseph O"Dea<br>4645 North Ave<br>Oceanside, CA 92056 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph O'Dea | 3688 Camino de las Lomas<br>Vista, CA 92084 | President, Director, Common Stock Shareholder | 50 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Robert Bailly | 73 North Pine Loop<br>Aliso Viejo, CA 92656 | Director, Common Stock Shareholder | 24.36 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Harry Kumjian | 7265 Aster Road<br>Oak Hills, CA 92344 | Director and Common Stock Shareholder | 9.146 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Andrea Kumjin | 43 Las Castanetas<br>Rancho Santa Margarita, CA 92688 | Director, Common Stock Shareholder | 16.492 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

Debtor    **Core Supplement Technology, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Bailly | 73 Northern Pine Loop<br>Aliso Viejo, CA 92656 | Vice President, Secretary | 12/12/2012 to 5/15/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrea Vasquez | 4800 N. E. 143rd Circle<br>Vancouver, WA 98686 | Chief Financial Officer | 5/14/2013 to 8/17/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Harry Kumjian | 7365 Aster Road<br>Oak Hills, CA 92344 | Chief executive Officer | 5/1/2012 to 12/15/2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Macartney | 48 Amy Way<br>Ladera Ranch, CA 92694 | Chief Financial Officer | 7/18/2016 to 5/5/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Core Supplement Technology, Inc.** _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2017** _____

**/s/ Joseph Odea** _____            **Joseph Odea** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    **Core Supplement Technology, Inc.**

Debtor(s)

Case No. 

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 19,896.50 |
| Prior to the filing of this statement I have received | $ | 19,896.50 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  3, 2017**

*Date*

**/s/ Stephen C. Hinze**

**Stephen C. Hinze 131787**
*Signature of Attorney*
**Stephen C. Hinze, Attorney at Law A PC**
**217 Civic Center Drive**
**Suite 10**
**Vista, CA 92084-6170**
**(760) 689-0705  Fax: (760) 454-2427**
**sch@schinzelaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re  **Core Supplement Technology, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October  3, 2017**

Signature  **/s/ Joseph Odea**

**Joseph Odea**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**Stephen C. Hinze 131787**
**217 Civic Center Drive**
**Suite 10**
**Vista, CA 92084-6170**
**(760) 689-0705**
**131787**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Core Supplement Technology, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☑ New petition filed.  Creditor diskette required.                    TOTAL NO. OF CREDITORS: **170**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.    TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

☑ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **October  3, 2017**                 **/s/ Joseph Odea**

                                                     **Joseph Odea/President**
                                                     Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

.

3M
PO Box 844127
Dallas, TX 75284-4127


Acasi Machinery Inc.
7085 NW 46th Street
Miami, FL 33166


Advanced Air & Vacuum
1685 N. Marshall Ave
El Cajon, CA 92020


AIDP, Inc.
19535 East Walnut Drive South
Rowland Heights, CA 91748


Airlite Plastics, Co.
PO Box 8400
Omaha, NE 68108-0400


Albion Minerals
101 N. Main
Clearfield, UT 84015


Alkemist Laboratories
1260 Logan Avenue #B2
Costa Mesa, CA 92626


Ally
P. O. Box 9001948
Louisville, KY 40290-1948


Almax Corporation
7 Schindler Dr
Rockaway, NJ 07866

AlphaNutra Solution Limited
No. 498 Yaohua Rd
Shanghai China CN


Alvar Enrique Morales
4017 Independence Ave
South Gate, CA 90280


Alz Chemical
680 Village Trace
Marietta, GA 30067


Ameri-Seal
21330 Superior Street
Chatsworth, CA 91311


American Lecithin Company, Inc
115 Hurley Road
Unit 2B
Oxford, CT 06478-1037


American Nutrition
718 Broadway
Everett, MA 02149


Analytical Laboratories in Ana
2951 Saturn Street
Brea, CA 92821


APP Global, Inc
1940 S Lynx Place
Ontario, CA 91761


Aramark
Aus West Lockbox
PO Box 101179
Pasadena, CA 91189-1179

BAG Corp
P O Box 671212
Dallas, TX 75267-1212

Banc of America Leasing
2059 Northlake Parkway
3rd Floor North
Tucker, GA 30084

Bank of America
One Independence Center
NC1-001-05-13, 101 N. Tryon St
Charlotte, NC 28255-0010

Bank of America Credit Card
P. O. box 15731
Wilmington, DE 19886-5731

Bank of America NA
2059 Northlake Pkwy
Tucker, GA 30084

Batory Foods
PO Box 80047
City of Industry, CA 91716-8047

BCS
12130 Dearborn Place
Poway, CA 92064

Berlin Packaging LLC
PO Box 95584
Chicago, IL 60694-5584

Bradley J Knudson

Busch Machinery, Inc.
727 E 20th Street
Tucson, AZ 85719


Canyon Plastics, Inc.
28455 Livingston Ave
Valencia, CA 91355


CapsCanada
8858 Rochester Ave
Rancho Cucamonga, CA 91730


Chempoint
411 108th Ave NE
Bellevue, WA 98004


ChromaDex Inc.
10005 Muirlands Blvd.
Suite G 1st Floor
Irvine, CA 92618


Clark Pest Control
PO Box 1480
Lodi, CA 95241-1480


Clutch
527 Molino Unit # 203
Los Angeles, CA 90013


Color Maker
1300 N Hancock Street
Anaheim, CA 92807


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Covance Laboratories, Inc.
2102 Wright St.
Madison, WI 53704


Creative Compounds
600 Daugherty Rd.
PO Box 4011
Scott City, MO 63780


CT Corporation System
330 N. Brand Blvd. STE 700
Glendale, CA 91203


CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


Custom Blow Molding
946 S. Andreasen DR.
Escondido, CA 92029


Daylight Transport
CVC Technologies, Inc.
10861 Business Drive
Fontana, CA 92337


Diana Naturals Inc.
PO Box 157
Silverton, OR 97381


Direct Food Ingredients, Inc.
500 La Terraza Blvd. Ste 150
Escondido, CA 92025


Dongyu USI
2590 Main St.
Irvine, CA 92614

Dynamic Distribution
2/40 Yarraman Place
Cape Porpoise, ME 04014


Eirich Machines
4033 Ryan Rd
Gurnee, IL 60031


Enzo
2605 Pinon Ct.
Grapevine, TX 76051


Eriez Manufacturing Company
2200 Asbury Road
Erie, PA 16506


Ernest Packaging Solutions
1345 Sycamore Avenue
Vista, CA 92081


ETHORN
16050 Canary Avenue
La Mirada, CA 90638


FamVans, Inc
10870 Kalama River Ave
Fountain Valley, CA 92708


FedEx
PO Box 7221
Pasadena, CA 91109-7321


FedEx Corporate Services
Regions Lockbox Services
C/O FedEx SenseAware
Birmingham, AL 35287-1926

FedEx Freight
Dept LA PO Box 21415
Pasadena, CA 91185-1415


Feed Me More
664 Chelton Oaks Street
North Las Vegas, NV 89084


Fifth Nutrisupply, Inc.
5595 Daniels St. Unit B
Chino, CA 91710


Financial Pacific Leasing
C/O CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


Financial Pacific Leasing


Five Percent Nutrition
8285 Bryan Dairy Road
Suite 190
Largo, FL 33777


Fredrick W. Kosmo, Jr. Esq.
Wilson, Turner, Kosmo, LLP
San Diego, CA 92101


Fuller Enterprise USA, Inc.
1735 E. Grevillea Ct.
Ontario, CA 91761


General Ingredients Solutions,
1220 E. Elm Street
Ontario, CA 91761

Glanbia Nutritionals
c/o Glanbia Business Services,
Dept 3331
Carol Stream, IL 60132-3331


Global Formulas
17885 Sky Park Circle, Ste. K
Irvine, CA 92614


GNT USA
660 White Plains Road
Tarrytown, NY 10591


Golden Globe Group, LLC
13567 OLD EL CAMINO REAL
San Diego, CA 92130


Granite Nutrition
3921 E. La Palma Avenue
Anaheim, CA 92807


Green Wave Ingredients
Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453


Harbor Packaging
PO Box 844969
Los Angeles, CA 90084-4969


Hawthorne Lift Systems
1600 E. Missiion Road
San Marcos, CA 92069


Honey Badger
3005 S. Lamar Blvd
Ste D109 #145
Austin, TX 78704

HP Ingredients Corp.
707 24th Ave. W.
Bradenton, FL 34205


HS Biopharmaceuticals, Inc.
2792 Loker Ave. West Ste 105
Carlsbad, CA 92010


Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453


Image Fillers, Inc
735 Fox Chaxe, STE 111
Coatesvill, PA 19320


Infinite Packaging Group
712 Valley Ridge Circle
Lewisville, TX 75057


Inspired Nutraceuticals
6242 Warner Ave 9F
Huntington Beach, CA 92647


Integrated Time Systems, LLC
740 N Plankinton Rd. STE 730
Milwaukee, WI 53203


InterHealth, Inc.
5451 Industrial Way
Benicia, CA 94510


Jennison Quality Components
54 Arch Street Extension
Carnegie, PA 15106

Jennison Quality Components, I
54 Arch Street Extension
P.O. Box 861
Carnegie, PA 15106-0861


Jiaherb
12440 Firestone Blvd, Ste 319
Norwalk, CA 90650


Jigsaw
9035 E Pima Center Parkway
Suite 3
Scottsdale, AZ 85258


JJJ Enterprises
PO Box 463021
Escondido, CA 92046


Joseph O'Dea
3688 Camino de las Lomas
Vista, CA 92084


Joseph Odea
4645 North Ave.
Oceanside, CA 92056


Joseph Odea
3688 Camino de las Lomas
Vista, CA 92084


Jost Chemical
8150 Lackland Road
Saint Louis, MO 63114


Kelly Services
PO Box 31001-0422
Pasadena, CA 91110-0422

Kevin M. Bell, Esq.
Porzio, Bromberg @ Newman, PC
1200 New Hampshire Ave NW, 710
Washington, DC 20036


Konica Minolta Premier Finance


Kyowa Hakko
600 Third Ave, 19th Floor
New York, NY 10016


Layn USA, Inc
20250 Acacia St.
Suite 105
Newport Beach, CA 92660


LC Magnetics
1139 N. Kraemer Place
Anaheim, CA 92806


LCA Bank Corporation
P. O. Box 1650
Troy, MI 48099-1650


Leak Star Advanced Leak Detect
PO Box 2333
Carlsbad, CA 92018


Marburg Industries Inc.
1207 Activity Drive
Vista, CA 92081


Marlin Leasing Corporation
6470 E. Johns Crossing
Duluth, GA 30097

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054


Max Racks, Inc
3791 Hillside Ave
Norco, CA 92860


MayPro Industries, LLC.
2975 Westchester Avenue
Purchase, NY 10577


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Metrolift
556 Commerce Street
Franklin Lakes, NJ 07417


Michael D. Schulman, Esq.
18757 Burbank Blvd. STE 310
Tarzana, CA 91356-3375


Micro Quality Labs, Inc.
3120 N Clybourn Ave.
Burbank, CA 91505


Milne  Fruit (MicroDried)
P.O. Box 368
Grandview, WA 98930


Mitsubishi International Food
2200 Fletcher Ave. 5th Fl.
Fort Lee, NJ 07024

MJB Freight Systems, Inc
6225 Marindustry Dr.
San Diego, CA 92121


MTC Industries, Inc.
255 Oser Ave
Hauppauge, NY 11788


Muriello Muscle
1102 Robinwood Drive
Oldsmar, FL 34677


Natreon, Inc
2-D Janine Place
New Brunswick, NJ 08901


Natural Alternatives Int. Inc.
1535 Faraday Avenue
Carlsbad, CA 92008


Nature's Supplements, Inc.
1342 Rocky Point Drive
Oceanside, CA 92056


Naturex, Inc.
375 Huyler Street
South Hackensack, NJ 07606


Novel Ingredients, Inc.
72 Deforest Ave.
East Hanover, NJ 07936


NuLiv Science USA
255 Paseo Tesoro
Walnut, CA 91789

Nutriom, LLC.
3145 Hogum Bay Rd. NE
Lacey, WA 98516


Nutrleaf Nutrition
1780 La Costa Meadows Drive
San Marcos, CA 92078


OneSource Distributors, LLC
3951 Oceanic Drive
Oceanside, CA 92056-5832


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Orora Packaging Solutions
PO Box 101150
Pasadena, CA 91189-1150


Package All Corp.
PO Box 4105
Rancho Cucamonga, CA 91729


PanaSource Ingredients, Inc.
98-A Mayfield Avenue
Edison, NJ 08837


PAT Vitamins, Inc.
1751 Curtiss Court
La Verne, CA 91750


Pharma Resources Inc.
C/O Dixit Law Firm, PA
3030 N. Rocky Pt. DR. W. #260
Tampa, FL 33607

Pharmachem Labs
2929 East White Star Ave
Anaheim, CA 92806-2628


Platinum Bear
1890 Pinto Circle
Gardnerville, NV 89410


PlusPharma, Inc
2611 Commerce Way, Suite A
Vista, CA 92081


Prescott/Patnode
3011 Deeb Court
Vista, CA 92084


Primeval Nutrition
70 Batesville Blvd. Ste. A
Batesville, AR 72501


Pro-Scape, Inc.
510 Venture Street
Escondido, CA 92029


Providence Capital Funding
3020 Saturn Street
Suite 203
Brea, CA 92821


Pyure Brands, LLC
2277 Trade Center Way, Ste 101
Naples, FL 34109


Rancho California Center, LP
1656 Bahia Vista Way
La Jolla, CA 92037

ReadyRefresh by Nestle
PO Box 856158
Louisville, KY 40285-6158


RJ Van Drunen & Sons, Inc
300 W 6th Street
Momence, IL 60954


Robert Bailly
73 North Pine Loop
Aliso Viejo, CA 92656


Robert Bailly
4645 North Ave
Oceanside, CA 92056


Robert Bailly
73 Northern Pine Loop
Aliso Viejo, CA 92656


Royalty Nutrition
100 West 5th Street #4F
Long Beach, CA 90802


RS HUGHES CO INC
2575 PIONEER AVE STE 102
Vista, CA 92081


RSP
3381 NW 168th Street
Opa Locka, FL 33056


Sabinsa
20 Lake Drive
East Windsor, NJ 08520

SeaTech Bioproducts Corp.
159 Memorial Dr. Unit C
Shrewsbury, MA 01545


Sedona Staffing
600 35th Avenue
Moline, IL 61265


Select Staffing
PO Box 512007
Los Angeles, CA 90051-0007


Sensaware By FedEx
FedEx Corporate Services, Inc
3640 Hacks Cross Rd. Bldg. D
Memphis, TN 38125


Shanghai Freeman
377 Hoes Lane, Suite 240
Piscataway, NJ 08854


Shri Kartikeya Pharma
D. No. 5-9-225, 3rd floor
Sanali Estate, Chirag Ali Lane
Andhrapradesh


Stauber Ingredients
4120 N. Palm Street
Fullerton, CA 92835-1026


Steven J. Cote Esq
Chang & Cote LLP
19138 Walnut Drive, Suite 100
Rowland Heights, CA 91748


Superior Labs
9921 Carmel Mountain Rd. #297
San Diego, CA 92129

The Western Group
3950 NW St. Helens Rd
Portland, OR 97210


ThermoFisher Scientific
81 Wyman Street
Waltham, MA 02454


Tic Gums
4609 Ricklynn Drive
Belcamp, MD 21017


Tristar Machinery
1287 Naperville Drive
Romeoville, IL 60446


Ungerer & Company
4 Bridgewater Lane
Lincoln Park, NJ 07035


UniChem Enterprises, Inc.
1905 S. Lynx Pl
Ontario, CA 91761


UniFirst
4041 Market Street
San Diego, CA 92102


Unipharm


Univar USA, Inc.
PO BOX 34325
Seattle, WA 98124-1325

Vitajoy USA Inc.
14165 Ramona Avenue Chino, CA
Chino, CA 09171-5753


Vitalah
41 Hangar Way
Watsonville, CA 95076


Volt Management Corp
P.O. Box 679307
Dallas, TX 75267-9307


Volt Workforce Solutions
Attn: Director of Contracts
2401 North Glassell St.
Orange, CA 92865


Wesco Security Systems, Inc.
PO Box 1108
Placentia, CA 92871


West Coast Environmental
2323 Chico Ave, STE 3
South El Monte, CA 91733


Westco Chemicals, Inc
12551 Saticoy Street South
North Hollywood, CA 91605


Wixon
PO Box 88533
Milwaukee, WI 53288-0533

# United States Bankruptcy Court
## Southern District of California

In re __Core Supplement Technology, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Core Supplement Technology, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October  3, 2017

Date

/s/ Stephen C. Hinze

**Stephen C. Hinze 131787**

Signature of Attorney or Litigant

Counsel for   **Core Supplement Technology, Inc.**

**Stephen C. Hinze, Attorney at Law A PC**
**217 Civic Center Drive**
**Suite 10**
**Vista, CA 92084-6170**
**(760) 689-0705 Fax:(760) 454-2427**
**sch@schinzelaw.com**