| Information to identify the case: | | |
|---|---|---|
| Debtor | **Core Supplement Technology, Inc.**<br>Name | EIN: 45–5363738 |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: 11  10/3/17 |
| Case number: | 17–06078–MM11 | |

Official Form 309F
# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

**The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.**

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Core Supplement Technology, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4645 North Ave<br>Oceanside, CA 92056 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephen C. Hinze<br>Stephen C. Hinze. Counselor At Law<br>217 Civic Center Drive, Suite 10<br>Vista, CA 92084 | Contact phone 760–330–9472<br>Email sch@schinzelaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>9:00am – 4:00pm<br>Contact phone 619–557–5620<br>Date: 10/5/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | October 31, 2017 at 03:00 PM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, First Floor, Room 1234 (B), 880 Front Street, San Diego, CA 92101** |

Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 1 For more information, see page 2

Debtor  **Core Supplement Technology, Inc.**                                                   Case number **17−06078−MM11**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Please do not file a proof of claim unless you receive a notice to do so. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.casb.uscourts.gov/html/csdforms/410.pdf or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | - you file a proof of claim in a different amount; or |
| | | - you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:  1/2/18** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Dismissal of Case** | Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to Federal Rules of Bankruptcy Procedure 1006(b). This dismissal will occur without further notice. Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting, or a "small business debtor" fails to timely comply with 11 U.S.C. §1116(1),(2) and (3) that the Court, Trustee or U.S. Trustee will move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. |

```
                        United States Bankruptcy Court
                        Southern District of California
In re:                                                              Case No. 17-06078-MM
Core Supplement Technology, Inc.                                    Chapter 11
        Debtor            CERTIFICATE OF NOTICE
District/off: 0974-3          User: Admin.                  Page 1 of 4                  Date Rcvd: Oct 05, 2017
                              Form ID: 309F                 Total Noticed: 165


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db             +Core Supplement Technology, Inc.,    4645 North Ave,    Oceanside, CA 92056-3593
14343504        3M,    PO Box 844127,    Dallas, TX 75284-4127
14343507       +AIDP, Inc.,    19535 East Walnut Drive South,    Rowland Heights, CA 91748-2318
14343520       +APP Global, Inc,    1940 S Lynx Place,    Ontario, CA 91761-8054
14343505       +Acasi Machinery Inc.,    7085 NW 46th Street,    Miami, FL 33166-5605
14343506       +Advanced Air & Vacuum,    1685 N. Marshall Ave,    El Cajon, CA 92020-1126
14343508        Airlite Plastics, Co.,    PO Box 8400,    Omaha, NE 68108-0400
14343509       +Albion Minerals,    101 N. Main,    Clearfield, UT 84015-2243
14343510       +Alkemist Laboratories,    1260 Logan Avenue #B2,    Costa Mesa, CA 92626-4000
14343512       +Almax Corporation,    7 Schindler Dr,    Rockaway, NJ 07866-4811
14343513        AlphaNutra Solution Limited,    No. 498 Yaohua Rd,    Shanghai China CN
14343514       +Alvar Enrique Morales,    4017 Independence Ave,    South Gate, CA 90280-2504
14343515       +Alz Chemical,    680 Village Trace,    Marietta, GA 30067-4097
14343516       +Ameri-Seal,    21330 Superior Street,    Chatsworth, CA 91311-4312
14343517       +American Lecithin Company, Inc,    115 Hurley Road,    Unit 2B,    Oxford, CT 06478-1047
14343518       +American Nutrition,    718 Broadway,    Everett, MA 02149-2917
14343519       +Analytical Laboratories in Ana,    2951 Saturn Street,    Brea, CA 92821-6206
14343521        Aramark,    Aus West Lockbox,    PO Box 101179,    Pasadena, CA 91189-1179
14343522        BAG Corp,    P O Box 671212,    Dallas, TX 75267-1212
14343528       +BCS,    12130 Dearborn Place,    Poway, CA 92064-7125
14343523       +Banc of America Leasing,    2059 Northlake Parkway,    3rd Floor North,    Tucker, GA 30084-5321
14343524        Bank of America,    One Independence Center,    NC1-001-05-13, 101 N. Tryon St,
                 Charlotte, NC 28255-0010
14343525        Bank of America Credit Card,    P. O. box 15731,    Wilmington, DE 19886-5731
14343526       +Bank of America NA,    2059 Northlake Pkwy,    Tucker, GA 30084-5399
14343527        Batory Foods,    PO Box 80047,    City of Industry, CA 91716-8047
14343529        Berlin Packaging LLC,    PO Box 95584,    Chicago, IL 60694-5584
14343531       +Busch Machinery, Inc.,    727 E 20th Street,    Tucson, AZ 85719-6620
14343542       +CT Corporation System,    330 N. Brand Blvd. STE 700,    Glendale, CA 91203-2336
14343543       +CT Lien Solutions,    2727 Allen Parkway,    Houston, TX 77019-2120
14343532       +Canyon Plastics, Inc.,    28455 Livingston Ave,    Valencia, CA 91355-4173
14343533       +CapsCanada,    8858 Rochester Ave,    Rancho Cucamonga, CA 91730-4909
14343534       +Chempoint,    411 108th Ave NE,    Bellevue, WA 98004-8402
14343535       +ChromaDex Inc.,    10005 Muirlands Blvd.,    Suite G 1st Floor,    Irvine, CA 92618-2538
14343536        Clark Pest Control,    PO Box 1480,    Lodi, CA 95241-1480
14343537       +Clutch,    527 Molino Unit # 203,    Los Angeles, CA 90013-2344
14343538       +Color Maker,    1300 N Hancock Street,    Anaheim, CA 92807-1928
14343539       +Corporation Service Company,    801 Adlai Stevenson Drive,    Springfield, IL 62703-4261
14343540       +Covance Laboratories, Inc.,    2102 Wright St.,    Madison, WI 53704-2577
14343541       +Creative Compounds,    600 Daugherty Rd.,    PO Box 4011,    Scott City, MO 63780-4011
14343544       +Custom Blow Molding,    946 S. Andreasen DR.,    Escondido, CA 92029-1914
14343545       +Daylight Transport,    CVC Technologies, Inc.,    10861 Business Drive,    Fontana, CA 92337-8235
14343546       +Diana Naturals Inc.,    PO Box 157,    Silverton, OR 97381-0157
14343547       +Direct Food Ingredients, Inc.,    500 La Terraza Blvd. Ste 150,    Escondido, CA 92025-3876
14343548       +Dongyu USI,    2590 Main St.,    Irvine, CA 92614-6227
14343549        Dynamic Distribution,    2/40 Yarraman Place,    Cape Porpoise, ME 04014
14343554       +ETHORN,    16050 Canary Avenue,    La Mirada, CA 90638-5585
14343550       +Eirich Machines,    4033 Ryan Rd,    Gurnee, IL 60031-1255
14343551       +Enzo,    2605 Pinon Ct.,    Grapevine, TX 76051-7176
14343552       +Eriez Manufacturing Company,    2200 Asbury Road,    Erie, PA 16506-1402
14343555       +FamVans, Inc,    10870 Kalama River Ave,    Fountain Valley, CA 92708-6003
14343556        FedEx,    PO Box 7221,    Pasadena, CA 91109-7321
14343557        FedEx Corporate Services,    Regions Lockbox Services,    C/O FedEx SenseAware,
                 Birmingham, AL 35287-1926
14343558        FedEx Freight,    Dept LA PO Box 21415,    Pasadena, CA 91185-1415
14343559        Feed Me More,    664 Chelton Oaks Street,    North Las Vegas, NV 89084
14343560       +Fifth Nutrisupply, Inc.,    5595 Daniels St. Unit B,    Chino, CA 91710-9034
14343561       +Financial Pacific Leasing,    C/O CT Lien Solutions,    2727 Allen Parkway,
                 Houston, TX 77019-2120
14343563       +Five Percent Nutrition,    8285 Bryan Dairy Road,    Suite 190,    Largo, FL 33777-1306
14343564        Fredrick W. Kosmo, Jr. Esq.,    Wilson, Turner, Kosmo, LLP,    San Diego, CA 92101
14343565       +Fuller Enterprise USA, Inc.,    1735 E. Grevillea Ct.,    Ontario, CA 91761-8092
14343569       +GNT USA,    660 White Plains Road,    Tarrytown, NY 10591-5107
14343566       +General Ingredients Solutions,,    1220 E. Elm Street,    Ontario, CA 91761-4584
14343567        Glanbia Nutritionals,    c/o Glanbia Business Services,,    Dept 3331,
                 Carol Stream, IL 60132-3331
14343568       +Global Formulas,    17885 Sky Park Circle, Ste. K,    Irvine, CA 92614-6307
14343570       +Golden Globe Group, LLC,    13567 OLD EL CAMINO REAL,    San Diego, CA 92130-3163
14343571       +Granite Nutrition,    3921 E. La Palma Avenue,    Anaheim, CA 92807-1749
14343572       +Green Wave Ingredients,    Ima North America, Inc,    7 New Lancaster Road,
                 Leominster, MA 01453-5224
14343576       +HP Ingredients Corp.,    707 24th Ave. W.,    Bradenton, FL 34205-8272
14343577       +HS Biopharmaceuticals, Inc.,    2792 Loker Ave. West Ste 105,    Carlsbad, CA 92010-6615
14343573        Harbor Packaging,    PO Box 844969,    Los Angeles, CA 90084-4969
```

```
District/off: 0974-3          User: Admin.              Page 2 of 4             Date Rcvd: Oct 05, 2017
                              Form ID: 309F             Total Noticed: 165

14343574       +Hawthorne Lift Systems,    1600 E. Missiion Road,    San Marcos, CA 92069-4564
14343575       +Honey Badger,    3005 S. Lamar Blvd,    Ste D109 #145,    Austin, TX 78704-4785
14343578       +Ima North America, Inc,    7 New Lancaster Road,    Leominster, MA 01453-5224
14343579       +Image Fillers, Inc,    735 Fox Chaxe, STE 111,    Coatesvill, PA 19320-1897
14343580       +Infinite Packaging Group,    712 Valley Ridge Circle,    Lewisville, TX 75057-3307
14343581       +Inspired Nutraceuticals,    6242 Warner Ave 9F,    Huntington Beach, CA 92647-5186
14343582       +Integrated Time Systems, LLC,    740 N Plankinton Rd. STE 730,    Milwaukee, WI 53203-2403
14343583       +InterHealth, Inc.,    5451 Industrial Way,    Benicia, CA 94510-1010
14343588       +JJJ Enterprises,    PO Box 463021,    Escondido, CA 92046-3021
14343584       +Jennison Quality Components,    54 Arch Street Extension,    Carnegie, PA 15106-2040
14343585        Jennison Quality Components, I,    54 Arch Street Extension,    P.O. Box 861,
                 Carnegie, PA 15106-0861
14343587       +Jigsaw,    9035 E Pima Center Parkway,    Suite 3,    Scottsdale, AZ 85258-4410
14343590       +Joseph Odea,    4645 North Ave.,    Oceanside, CA 92056-3593
14343592       +Jost Chemical,    8150 Lackland Road,    Saint Louis, MO 63114-4524
14343593        Kelly Services,    PO Box 31001-0422,    Pasadena, CA 91110-0422
14343594       +Kevin M. Bell, Esq.,    Porzio, Bromberg @ Newman, PC,    1200 New Hampshire Ave NW, 710,
                 Washington, DC 20036-6827
14343596       +Kyowa Hakko,    600 Third Ave, 19th Floor,    New York, NY 10016-1904
14343598       +LC Magnetics,    1139 N. Kraemer Place,    Anaheim, CA 92806-1923
14343599        LCA Bank Corporation,    P. O. Box 1650,    Troy, MI 48099-1650
14343597       +Layn USA, Inc,    20250 Acacia St.,    Suite 105,    Newport Beach, CA 92660-1736
14343600       +Leak Star Advanced Leak Detect,    PO Box 2333,    Carlsbad, CA 92018-2333
14343612       +MJB Freight Systems, Inc,    6225 Marindustry Dr.,    San Diego, CA 92121-2537
14343613       +MTC Industries, Inc.,    255 Oser Ave,    Hauppauge, NY 11788-3765
14343601       +Marburg Industries Inc.,    1207 Activity Drive,    Vista, CA 92081-8510
14343602       +Marlin Leasing Corporation,    6470 E. Johns Crossing,    Duluth, GA 30097-2511
14343603       +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
14343604       +Max Racks, Inc,    3791 Hillside Ave,    Norco, CA 92860-1554
14343605       +MayPro Industries, LLC.,    2975 Westchester Avenue,    Purchase, NY 10577-2518
14343606        McMaster-Carr,    PO Box 7690,    Chicago, IL 60680-7690
14343607       +Metrolift,    556 Commerce Street,    Franklin Lakes, NJ 07417-1310
14343608       +Michael D. Schulman, Esq.,    18757 Burbank Blvd. STE 310,    Tarzana, CA 91356-3393
14343609       +Micro Quality Labs, Inc.,    3120 N Clybourn Ave.,    Burbank, CA 91505-1050
14343610       +Milne  Fruit (MicroDried),    P.O. Box 368,    Grandview, WA 98930-0368
14343611       +Mitsubishi International Food,    2200 Fletcher Ave. 5th Fl.,    Fort Lee, NJ 07024-5016
14343614       +Muriello Muscle,    1102 Robinwood Drive,    Oldsmar, FL 34677-4502
14343615       +Natreon, Inc,    2-D Janine Place,    New Brunswick, NJ 08901-3646
14343616       +Natural Alternatives Int. Inc.,    1535 Faraday Avenue,    Carlsbad, CA 92008-7319
14343617       +Nature’s Supplements, Inc.,    1342 Rocky Point Drive,    Oceanside, CA 92056-5864
14343619       +Novel Ingredients, Inc.,    72 Deforest Ave.,    East Hanover, NJ 07936-2811
14343620       +NuLiv Science USA,    255 Paseo Tesoro,    Walnut, CA 91789-2724
14343621       +Nutriom, LLC.,    3145 Hogum Bay Rd. NE,    Lacey, WA 98516-3110
14343622       +Nutrleaf Nutrition,    1780 La Costa Meadows Drive,    San Marcos, CA 92078-9101
14343623       +OneSource Distributors, LLC,    3951 Oceanic Drive,    Oceanside, CA 92056-5846
14343624       +Ontario Refrigeration,    635 S. Mountain Avenue,    Ontario, CA 91762-4114
14343625        Orora Packaging Solutions,    PO Box 101150,    Pasadena, CA 91189-1150
14343626       +Package All Corp.,    PO Box 4105,    Rancho Cucamonga, CA 91729-4105
14343627       +PanaSource Ingredients, Inc.,    98-A Mayfield Avenue,    Edison, NJ 08837-3821
14343629       +Pharma Resources Inc.,    C/O Dixit Law Firm, PA,    3030 N. Rocky Pt. DR. W. #260,
                 Tampa, FL 33607-5902
14343630        Pharmachem Labs,    2929 East White Star Ave,    Anaheim, CA 92806-2628
14343631       +Platinum Bear,    1890 Pinto Circle,    Gardnerville, NV 89410-6819
14343632       +PlusPharma, Inc,    2611 Commerce Way, Suite A,    Vista, CA 92081-8455
14343633       +Prescott/Patnode,    3011 Deeb Court,    Vista, CA 92084-6565
14343634       +Primeval Nutrition,    70 Batesville Blvd. Ste. A,    Batesville, AR 72501-8972
14343635       +Pro-Scape, Inc.,    510 Venture Street,    Escondido, CA 92029-1212
14343637      #+Pyure Brands, LLC,    2277 Trade Center Way, Ste 101,    Naples, FL 34109-2010
14343640       +RJ Van Drunen & Sons, Inc,    300 W 6th Street,    Momence, IL 60954-1136
14343645       +RS HUGHES CO INC,    2575 PIONEER AVE STE 102,    Vista, CA 92081-8450
14343646       +RSP,    3381 NW 168th Street,    Opa Locka, FL 33056-4229
14343638       +Rancho California Center, LP,    1656 Bahia Vista Way,    La Jolla, CA 92037-7852
14343639        ReadyRefresh by Nestle,    PO Box 856158,    Louisville, KY 40285-6158
14343641       +Robert Bailly,    73 North Pine Loop,    Aliso Viejo, CA 92656-6034
14343643       +Robert Bailly,    73 Northern Pine Loop,    Aliso Viejo, CA 92656-6034
14343642       +Robert Bailly,    4645 North Ave,    Oceanside, CA 92056-3593
14343644      #+Royalty Nutrition,    100 West 5th Street #4F,    Long Beach, CA 90802-2363
14343647       +Sabinsa,    20 Lake Drive,    East Windsor, NJ 08520-5321
14343648       +SeaTech Bioproducts Corp.,    159 Memorial Dr. Unit C,    Shrewsbury, MA 01545-6202
14343649       +Sedona Staffing,    600 35th Avenue,    Moline, IL 61265-6145
14343650        Select Staffing,    PO Box 512007,    Los Angeles, CA 90051-0007
14343651       +Sensaware By FedEx,    FedEx Corporate Services, Inc,    3640 Hacks Cross Rd. Bldg. D,
                 Memphis, TN 38125-8800
14343652       +Shanghai Freeman,    377 Hoes Lane, Suite 240,    Piscataway, NJ 08854-4138
14343654        Stauber Ingredients,    4120 N. Palm Street,    Fullerton, CA 92835-1026
14343655       +Steven J. Cote Esq,    Chang & Cote LLP,    19138 Walnut Drive, Suite 100,
                 Rowland Heights, CA 91748-1432
14343656       +Superior Labs,    9921 Carmel Mountain Rd. #297,    San Diego, CA 92129-2813
14343657       +The Western Group,    3950 NW St. Helens Rd,    Portland, OR 97210-1423
14343661       +Ungerer & Company,    4 Bridgewater Lane,    Lincoln Park, NJ 07035-1491
```

```
District/off: 0974-3          User: Admin.                 Page 3 of 4                  Date Rcvd: Oct 05, 2017
                              Form ID: 309F                Total Noticed: 165

14343662       +UniChem Enterprises, Inc.,    1905 S. Lynx Pl,    Ontario, CA 91761-8055
14343663       +UniFirst,    4041 Market Street,    San Diego, CA 92102-4593
14343666       +Vitajoy USA Inc.,    14165 Ramona Avenue Chino, CA,    Chino, CA 91710-5753
14343667       +Vitalah,    41 Hangar Way,    Watsonville, CA 95076-2458
14343668        Volt Management Corp,    P.O. Box 679307,    Dallas, TX 75267-9307
14343669       +Volt Workforce Solutions,    Attn: Director of Contracts,    2401 North Glassell St.,
                 Orange, CA 92865-2705
14343670       +Wesco Security Systems, Inc.,    PO Box 1108,    Placentia, CA 92871-1108
14343671       +West Coast Environmental,    2323 Chico Ave, STE 3,    South El Monte, CA 91733-1634
14343673        Wixon,    PO Box 88533,    Milwaukee, WI 53288-0533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sch@schinzelaw.com Oct 06 2017 01:16:34       Stephen C. Hinze,
                 Stephen C. Hinze. Counselor At Law,    217 Civic Center Drive, Suite 10,    Vista, CA  92084
smg             EDI: CALTAX.COM Oct 06 2017 01:08:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Oct 06 2017 01:08:00      IRS-Insolvency Division,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
smg             E-mail/Text: LAROBankruptcy@SEC.gov Oct 06 2017 01:17:05
                 U.S. Securities and Exchange Commission,    Attn: Bankruptcy Counsel,
                 5670 Wilshire Boulevard, 11th Floor,    Los Angeles, CA  90036-3648
ust            +E-mail/Text: ustp.region15@usdoj.gov Oct 06 2017 01:16:59       United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
14343508        E-mail/Text: sflack@airliteplastics.com Oct 06 2017 01:17:38       Airlite Plastics, Co.,
                 PO Box 8400,    Omaha, NE 68108-0400
14343511        EDI: GMACFS.COM Oct 06 2017 01:08:00      Ally,    P. O. Box 9001948,    Louisville, KY 40290-1948
14343553       +E-mail/Text: jdelgadillo@ernestpkg.com Oct 06 2017 01:17:31       Ernest Packaging Solutions,
                 1345 Sycamore Avenue,    Vista, CA 92081-7810
14343618       +E-mail/Text: g.sourceau@naturex.com Oct 06 2017 01:16:39       Naturex, Inc.,    375 Huyler Street,
                 South Hackensack, NJ 07606-1532
14343628       +E-mail/Text: stephanie@patvitamins.com Oct 06 2017 01:17:38       PAT Vitamins, Inc.,
                 1751 Curtiss Court,    La Verne, CA 91750-5852
14343659       +E-mail/Text: JLRANDOW@TICGUMS.COM Oct 06 2017 01:17:45       Tic Gums,    4609 Ricklynn Drive,
                 Belcamp, MD 21017-1228
14343665        E-mail/Text: scott.erickson@univarusa.com Oct 06 2017 01:17:36       Univar USA, Inc.,
                 PO BOX 34325,    Seattle, WA 98124-1325
14343672       +E-mail/Text: manderson@westcochemicals.com Oct 06 2017 01:16:59       Westco Chemicals, Inc,
                 12551 Saticoy Street South,    North Hollywood, CA 91605-4312
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14343530        Bradley J Knudson
14343562        Financial Pacific Leasing
14343595        Konica Minolta Premier Finance
14343653        Shri Kartikeya Pharma,    D. No. 5-9-225, 3rd floor,    Sanali Estate, Chirag Ali Lane,
                 Andhrapradesh
14343664        Unipharm
14343586      ##+Jiaherb,    12440 Firestone Blvd, Ste 319,    Norwalk, CA 90650-9339
14343589      ##+Joseph O’Dea,    3688 Camino de las Lomas,    Vista, CA 92084-6639
14343591      ##+Joseph Odea,    3688 Camino de las Lomas,    Vista, CA 92084-6639
14343636      ##+Providence Capital Funding,    3020 Saturn Street,    Suite 203,    Brea, CA 92821-6262
14343658      ##+ThermoFisher Scientific,    81 Wyman Street,    Waltham, MA 02451-1223
14343660      ##+Tristar Machinery,    1287 Naperville Drive,    Romeoville, IL 60446-1187
                                                                                        TOTALS: 5, * 0, ## 6

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:   /s/Joseph Speetjens

```
District/off: 0974-3            User: Admin.              Page 4 of 4                Date Rcvd: Oct 05, 2017
                                Form ID: 309F             Total Noticed: 165
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Stephen C. Hinze    on behalf of Debtor    Core Supplement Technology, Inc. sch@schinzelaw.com
                                                                                                   TOTAL: 1
```