# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 02, 2017 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

HEARING ON SUBMISSION OF ORDER ON USE OF CASH COLLATERAL AND INVENTORY

### Appearances:

STEPHEN HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.
ALEXANDRA RHIM, ATTORNEY FOR BANK OF AMERICA - Telephonic
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE

### Disposition:

Off calendar pending submission of a stipulation and order. The use of cash collateral is permitted to the extend necessary to prevent great and irreparable harm.