TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: CORE SUPPLEMENT TECHNOLOGY, INC.

Number: 17-06078-MM11

Hearing: 2:00 PM Wednesday, November 8, 2017

Motion:

1) **STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION**

**Continued to November 29, 2017 at 10:00 a.m., Department 1.** Status reports are due to be filed not later than November 22, 2017. Appearances at the November 8, 2017 hearing are excused.

2) **FIRST DAY MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR**

**Continued to November 29, 2017 at 10:00 a.m., Department 1.** Status reports are due to be filed not later than November 22, 2017. Appearances at the November 8, 2017 hearing are excused.