# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|                     |                                                        |
|--------------------:|--------------------------------------------------------|
| **Debtor:**         | CORE SUPPLEMENT TECHNOLOGY, INC.                       |
| **Case Number:**    | 17-06078-MM11          **Chapter:** 11                 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 08, 2017 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN                                     |
| **Courtroom Clerk:** | GREGG ROBINSON                                        |
| **Reporter / ECR:** | TRISH CALLIHAN                                          |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION

2) FIRST DAY MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR

### *Appearances:*

APPEARANCES EXCUSED

### *Disposition:*

1 & 2) Tentative Ruling as issued is the order of the Court.  Appearances waived