# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 29, 2017 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 11/8/17)

2) FIRST DAY MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR (fr. 11/8/17)

### Appearances:

STEPHEN HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.
ALEXANDRA RHIIM, ATTORNEY FOR BANK OF AMERICA - Telephonic
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE

### Disposition:

1) Continued to 12/20/17 @ 2:00 PM, Department 1. Status report to be submitted by 12/13/17. Debtor to submit operating reports for the months of October and November by 12/18/17.
2) Continued to 12/20/17 @ 2:00 PM, Department 1. Cash collateral reconciliation report to be submitted by 12/18/17. Deadline to answer the amended motion is 12/13/17, with response to be submitted by 12/18/17.