Stephen C. Hinze  (SBN 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW, A PC
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tele: (760) 689-0705

Attorney for Debtor-In-Possession

### UNITES STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 17-06078-MM11 |
| Core Supplement Technology,Inc | ) | |
| 4645 North Avenue | ) | CHAPTER 11 |
| Oceanside, CA 92056 | ) | |
| | ) | DEBTOR - IN - POSSESSION MONTHLY |
| Debtor(s) | ) | OPERATING REPORT FOR THE MONTH |
| | ) | OF OCTOBER 2017 |

TO:     THE HONORABLE   Margaret M. Mann
        UNITED STATES BANKRUPTCY JUDGE

        The Debtor-In-Possession hereby files its monthly Operating Report Pursuant to the
        United States Trustee's Operating and Reporting requirements for Chapter 11 Cases.

DATED:   12/14/2017          _____
                             Attorney for Debtor-In-Possession

Debtor-In-Possession Monthly Operating Report

Operating Reporting Requirements                                      Page 1 of 1
Revised May 22, 2017

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | CHAPTER 11 | | |
|---|---|---|---|---|
| Core Supplement Technology, Inc | ) | | | |
| 4645 North Avenue | ) | Case No. | 17-06078-MM11 | |
| Oceanside, CA 92056 | ) | | | |
| | ) | OPERATING REPORT NO. | | 1 |
| Debtor(s). | ) | FOR MONTH ENDING: | | |
| | ) | 31-Oct-17 | | |

**1**  CASH RECEIPTS AND DISBURSEMENTS
A.  (GENERAL ACCOUNT*)

| 1 | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | - |
|---|---|---|---|---|
| 2 | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | - |
| 3 | BEGINNING BALANCE | | $ | - |

4  RECEIPTS DURING CURRENT PERIOD

| ACCOUNTS RECEIVABLE PRE-FILING | | $ | 422,250.81 | | |
|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE POST-FILING | | $ | 34,927.93 | | |
| GENERAL SALES | | $ | - | | |
| OTHER (SPECIFY) | Deposits | $ | 60,193.32 | | |
| OTHER** (SPECIFY) | | $ | - | | |

| | TOTAL RECEIPTS THIS PERIOD | | $ | 517,372.06 |
|---|---|---|---|---|
| 5 | BALANCE | | | $517,372.06 |

6  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| TRANSFER TO OTHER DIP ACCOUNTS | | $ | 78,350.97 | | |
|---|---|---|---|---|---|
| DISBURSEMENTS | | $ | 327,664.94 | | |
| TOTAL DISBURSEMENTS THIS PERIOD*** | | | | $ | 353,448.33 |

| 7 | ENDING BALANCE: | | $ | 111,356.15 |
|---|---|---|---|---|
| 8 | GENERAL ACCOUNT NUMBER | 325000621591 | | |
| | DEPOSITORY NAME AND LOCATION | Bank of America | | |

\* ALL receipts must be deposited into general account.
\*\*Include receipts from the sale of any real or personal property out of the ordinary course of
business; attach an exhibit specifying what was sold, to whom, terms, and date of court order or
Report of Sale
\*\*\* This amount should be the same as the total from page 2.

Debtor-in-Possession Monthly Operating Report(Business) - Page 1 of 14

Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT | |
|---|---|---|---|---|---|
| 10/20/2017 | 100000 | Alvar Enrique Morales | Shipping | $ | 2,150.00 |
| 10/20/2017 | 100001 | Allen Flavors | Raw Matrerials | $ | 5,275.00 |
| 10/20/2017 | 100002 | Ally | Truck Payment | $ | 480.69 |
| 10/20/2017 | 100003 | Aramark | Uniform Svc | $ | 450.00 |
| 10/20/2017 | 100004 | Amtrust N,America | WC Insurance | $ | 5,142.00 |
| 10/20/2017 | 100005 | AT&T | Phone | $ | 85.71 |
| 10/20/2017 | 100006 | BOA Visa | Credit Cards | $ | 9,812.87 |
| 10/20/2017 | 100007 | Berlin Packaging | Packaging Supplies | $ | 8,106.48 |
| 10/20/2017 | 100008 | Berlin Finance | Loan Payment | $ | 4,173.53 |
| 10/20/2017 | 100009 | Capital Premium Fin. | Loan Payment | $ | 3,260.44 |
| 10/20/2017 | 100010 | Clark Pest Control | Pest Control | $ | 797.00 |
| 10/20/2017 | 100011 | Covance Laboratories | Testing svc | $ | 470.94 |
| 10/20/2017 | 100012 | Dalight Transport | Shipping Svc | $ | 3,154.30 |
| 10/20/2017 | 100013 | Eurofin Scintific | Raw Materials | $ | 200.00 |
| 10/20/2017 | 100014 | Fed ex | Parcel delivery | $ | 1,739.39 |
| 10/20/2017 | 100015 | Fed ex Freight | Shipping Svc | $ | 886.43 |
| 10/20/2017 | 100016 | Genysis Nutrition Labs | Raw Materials | $ | 425.00 |
| 10/20/2017 | 100017 | JJJ Enterprises | Alarm Svc | $ | 105.00 |
| 10/20/2017 | 100018 | Kelly Svc | Temp Labor | $ | 2,704.57 |
| 10/20/2017 | 100019 | Konica Minolta | Copier svc | $ | 162.71 |
| 10/20/2017 | 100020 | Logistic Fox | Shipping Svc | $ | 1,691.76 |
| 10/20/2017 | 100021 | Mayfield and Bustarde | Legal svc | $ | 3,843.00 |
| 10/20/2017 | 100022 | MJB Freight | Shipping Svc | $ | 239.90 |
| 10/20/2017 | 100023 | Micro Quality Labs | Testing svc | $ | 8,712.00 |
| 10/20/2017 | 100024 | Markem-Imaje | Ink for Labels | $ | 286.68 |
| 10/20/2017 | 100025 | Pacific IP | Internet svc | $ | 639.00 |
| 10/20/2017 | 100026 | Pakage all Corp. | Packaging Supplies | $ | 1,132.80 |
| 10/20/2017 | 100027 | Prinova | Raw Materials | $ | 1,890.00 |
| 10/20/2017 | 100028 | Rancho California Ctr | Building Rent | $ | 22,441.95 |
| 10/20/2017 | 100029 | RS Hughes | Shop Supplies | $ | 2,846.48 |
| 10/20/2017 | 100030 | Sedona Staffing | Temporary Labor | $ | 5,970.58 |
| 10/20/2017 | 100031 | Simpson Labs | Outsource svc | $ | 50,439.08 |
| 10/20/2017 | 100032 | Sora Labs | Testing Svc | $ | 232.00 |
| 10/20/2017 | 100033 | Uline | Janitorial Supplies | $ | 621.72 |
| 10/20/2017 | 100034 | Unifirst | Uniforms & supplies | $ | 1,265.04 |
| | | | SUBTOTAL | $ | 151,834.05 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT | |
|---|---|---|---|---|---|
| 10/20/2017 | 100035 | Ungerer & Company | Raw Materials | $ | 3,390.00 |
| 10/20/2017 | 100036 | UPS | Shipping Svc | $ | 172.09 |
| 10/20/2017 | 100037 | Volt | Temporary Labor | $ | 2,714.39 |
| 10/20/2017 | 100038 | Wade Precott | Building Rent | $ | 16,367.00 |
| 10/20/2017 | 100039 | Wells Fargo | Copier Lease | $ | 172.15 |
| 10/20/2017 | 100040 | Waste Management | Trash Svc | $ | 978.41 |
| 10/20/2017 | 100041 | Compound Solutions | Raw Materials | $ | 6,030.00 |
| 10/20/2017 | 100042 | Pure Assay Ingredients | Raw Materials | $ | 18,487.50 |
| 10/20/2017 | 100043 | Stauber | Raw Materials | $ | 614.35 |
| 10/20/2017 | 100044 | Vitajoy | Raw Materials | $ | 13,435.00 |
| 10/20/2017 | 100046 | Pure Assay Ingredients | Raw Materials | $ | 37.50 |
| 10/20/2017 | 100048 | Matrix Trust | EE 401K | $ | 1,894.48 |
| 10/25/2017 | 100049 | Albion Minerals | Raw Materials | $ | 3,765.25 |
| 10/25/2017 | 100050 | Pure Assay Ingredients | Raw Materials | $ | 3,400.00 |
| 10/25/2017 | 100051 | VitaJoy | Raw Materials | $ | 17,625.00 |
| 10/26/2017 | 100053 | Covance Labs | Testing Svc | $ | 3,340.00 |
| 10/27/2017 | 100054 | Alvar Enrique Morales | Shipping Svc | $ | 2,050.00 |
| 10/27/2017 | 100055 | Alkemist | Testing Svc | $ | 900.00 |
| 10/27/2017 | 100056 | Aramark | Uniform Svc | $ | 150.00 |
| 10/27/2017 | 100057 | Ascentium Capital | Property Tax | $ | 337.75 |
| 10/27/2017 | 100058 | AT&T | Phone, Internet svc | $ | 85.71 |
| 10/27/2017 | 100059 | AT&T Mobility | Cell Phone Svc | $ | 194.80 |
| 10/27/2017 | 100060 | Business copier Solution | Copier Supplies | $ | 44.09 |
| 10/27/2017 | 100061 | Berlin Packaging | Packaging Supplies | $ | 6,631.17 |
| 10/27/2017 | 100062 | City of Oceanside | Water, Trash, Sewer | $ | 2,420.04 |
| 10/27/2017 | 100063 | Cox Business | Internet | $ | 875.00 |
| 10/27/2017 | 100064 | Data Resolution | Internet Phone svc | $ | 1,115.00 |
| 10/27/2017 | 100065 | Demetrious Enghouse | Expense reimb R&M | $ | 210.44 |
| 10/27/2017 | 100066 | Deluxe | Cks for new bk accts | $ | 1,086.53 |
| 10/27/2017 | 100067 | Daylight Transport | Shipping Svc | $ | 1,963.25 |
| 10/27/2017 | 100068 | Fed Ex | Shipping Svc | $ | 492.40 |
| 10/27/2017 | 100069 | fed Ex Freight | Shipping Svc | $ | 245.79 |
| 10/27/2017 | 100070 | intertek | | $ | 268.00 |
| 10/27/2017 | 100071 | Kaman | Repair & Maintenance | $ | 483.37 |
| 10/27/2017 | 100072 | Konica Minolta | | $ | 430.61 |
| 10/27/2017 | 100073 | Logistic Fox | Shipping Svc | $ | 572.02 |
| | | | SUBTOTAL | $ | 112,979.09 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2A of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/27/2017 | 100074 | Mar-Co Equipment | | $ 271.75 |
| 10/27/2017 | 100075 | McMaster Carr | Repair & Maintenance | $ 44.35 |
| 10/27/2017 | 100076 | Ready Fresh | Bottled Water | $ 511.44 |
| 10/27/2017 | 100077 | PLIC - SBD Grand Island | Employee Medical | $ 965.25 |
| 10/27/2017 | 100078 | SDG&E | Gas & Electric | $ 6,352.90 |
| 10/27/2017 | 100079 | Sunwset Pension | Qtrly Mgmnt fee | $ 450.00 |
| 10/27/2017 | 100080 | Sunwset Pension | Qtrly Mgmnt fee | $ 450.00 |
| 10/27/2017 | 100081 | Unifirst | Uniforms and Supplies | $ 458.74 |
| 10/27/2017 | 100082 | UPS | Shipping Svc | $ 106.87 |
| 10/27/2017 | 100083 | VitaJoy | Raw Materials | $ 1,950.00 |
| 10/27/2017 | 100084 | Wesco Security | Security Svc | $ 264.00 |
| 10/30/2017 | 100085 | Covance Laboratories | Testing Svc | $ 250.00 |
| 10/30/2017 | 100086 | Sedona Staffing | Temporary Labor | $ 1,512.80 |
| 10/30/2017 | 100087 | Albion Minerals | Raw Materials | $ 729.31 |
| 10/31/2017 | 100088 | Covance Laboratories | Testing Svc | $ 1,350.00 |
| 10/31/2017 | 100089 | Berlin Packaging | Packaging Supplies | $ 4,404.12 |
| 10/31/2017 | 100090 | Mitsubishi Inter. foods | Raw Materials | $ 2,721.75 |
| 10/31/2017 | 100091 | Pure Assay | Raw Materials | $ 6,875.00 |
| 10/31/2017 | 100092 | Ungerer & Company | Raw Materials | $ 3,390.00 |
| 10/31/2017 | 100093 | VitaJoy | Raw Materials | $ 10,765.00 |
| 10/23/2017 | WIRE | SDG&E | Utilities | $ 7,396.38 |
| 10/27/2017 | WIRE | Fed Ex | Deposit for service | $ 5,000.00 |
| 10/27/2017 | AUTO PAY | Financial Pacific | Lease Payment | $ 7,082.14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD | | $ 327,664.94 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2B of 14
Operating Reporting Requirements
Revised May 22, 2017

GENERAL ACCOUNT
BANK RECONCILATION*

| Balance per bank statement dated: | 10/31/2017 | | $ | 163,923.73 |
|---|---|---|---|---|

Plus deposit in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

Total deposits in transit                    0

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Total outstanding checks | | $ | (52,567.58) |
|---|---|---|---|
| Bank statement adjustment** | | | |
| Adjust bank balance | | $ | 111,356.15 |

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 3 of 14

Operating Reporting Requirements
Revised May 22, 2017

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/25/2017 | 100049 | Albion Minerals | Raw Materials | 3,765.25 |
| 10/27/2017 | 100055 | Alkemist Laboratories | Testing Svc | 900.00 |
| 10/27/2017 | 100056 | Aramark Uniforms | Uniforms | 150.00 |
| 10/27/2017 | 100057 | Ascentium Capital | Property Tac | 337.75 |
| 10/27/2017 | 100059 | At&t Mobility | Cell phone svc | 194.80 |
| 10/27/2017 | 100060 | Business C opier Solutions | Payroll | 44.09 |
| 10/27/2017 | 100065 | Demetrious Enghouse | Expense reimb R&M | 210.44 |
| 10/27/2017 | 100066 | Deluxe | Cks for new bk accts | 1,086.53 |
| 10/27/2017 | 100067 | Daylight Transport | Shipping Svc | 1,963.25 |
| 10/27/2017 | 100068 | Fed Ex | Shipping Svc | 492.40 |
| 10/27/2017 | 100069 | fed Ex Freight | Shipping Svc | 245.79 |
| 10/27/2017 | 100070 | intertek | Raw Materials | 268.00 |
| 10/27/2017 | 100071 | Kaman | Repair & Maintenance | 483.37 |
| 10/27/2017 | 100072 | Konica Minolta | copier Lease | 430.61 |
| 10/27/2017 | 100073 | Logistic Fox | Shipping Svc | 572.02 |
| 10/27/2017 | 100074 | Mar-Co Equipment | Equipment rental | 271.75 |
| 10/27/2017 | 100075 | McMaster Carr | Repair & Maintenance | 44.35 |
| 10/27/2017 | 100076 | Ready Fresh | Bottled Water | 511.44 |
| 10/27/2017 | 100077 | PLIC - SBD Grand Island | Employee Medical | 965.25 |
| 10/27/2017 | 100078 | SDG&E | Gas & Electric | 6,352.90 |
| 10/27/2017 | 100080 | Sunwset Pension | Qtrly Mgmnt fee | 450.00 |
| 10/27/2017 | 100081 | Unifirst | Uniforms and Supplies | 458.74 |
| 10/27/2017 | 100082 | UPS | Shipping Svc | 106.87 |
| 10/27/2017 | 100084 | VitaJoy | Raw Materials | 264.00 |
| 10/30/2017 | 100085 | Covance Laboratories | Testing Svc | 250.00 |
| 10/30/2017 | 100086 | Sedona Staffing | Temporary Labor | 1,512.80 |
| 10/31/2017 | 100087 | Albion Minerals | Raw Materials | 729.31 |
| 10/31/2017 | 100088 | Covance Laboratories | Testing Svc | 1,350.00 |
| 10/31/2017 | 100089 | Berlin Packaging | Packaging Supplies | 4,404.12 |
| 10/31/2017 | 100090 | Mitsubishi Inter. foods | Raw Materials | 2,721.75 |
| 10/31/2017 | 100091 | Pure Assay | Raw Materials | 6,875.00 |
| 10/31/2017 | 100092 | Ungerer & Company | Raw Materials | 3,390.00 |
| 10/31/2017 | 100093 | VitaJoy | Raw Materials | 10,765.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | SUBTOTAL | 52,567.58 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 3A of 14

I.        CASH RECEIPTS AND DISBURSEMENTS (Continued)

        B.        (PAYROLL ACCOUNT)

1 TOTAL RECEIPTS PER ALL PAYROLL ACCOUNT REPORTS         $        -

2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL       $        -
  ACCOUNTS PER REPORTS

3 BEGINNING BALANCE                   $        -

4 RECEIPTS:                             $     155,550.97
        TRANSFERRED FROM GENERAL ACCOUNT

5 BALANCE                       $     155,550.97

6 LESS: DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|
| See Attached | | | |

TOTAL DISBURSEMENTS THIS PERIOD         $    (149,835.11)

7 ENDING BALANCE                  $     5,715.86

8 PAYROLL ACCOUNT NUMBER     325000621575
  DEPOSITORY NAME AND LOCATION     Bank of America

Debtor-in Possession Monthly Operating Report (Business)-Pages 4 of 14

Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/27/2017 | 1834 | O'Dea, Joseph | Payroll | 2,022.84 |
| 10/27/2017 | 1835 | Digiovanni, Ashlei | Payroll | 1,177.15 |
| 10/27/2017 | 1836 | Digiovanni, Ashlei | Payroll | 684.96 |
| 10/27/2017 | 1837 | Haycook, Katherine | Payroll | 2,211.26 |
| 10/27/2017 | 1838 | McEvers, Nichole | Payroll | 2,263.62 |
| 10/27/2017 | 1839 | Bass, Richard | Payroll | 1,915.95 |
| 10/27/2017 | 1840 | Aguilar, Fabian | Payroll | 1,133.74 |
| 10/27/2017 | 1841 | Arreola, Roberto | Payroll | 1,716.99 |
| 10/27/2017 | 1842 | Bucio, Adrian | Payroll | 1,109.61 |
| 10/27/2017 | 1843 | Fimbres, Louie | Payroll | 1,407.49 |
| 10/27/2017 | 1844 | Finuliar, Resty | Payroll | 957.99 |
| 10/27/2017 | 1845 | Gomez, Felisa | Payroll | 851.30 |
| 10/27/2017 | 1846 | Herrera, Sandra | Payroll | 1,021.27 |
| 10/27/2017 | 1847 | Kimball, Bobby | Payroll | 1,233.15 |
| 10/27/2017 | 1848 | Morales, Gabriela | Payroll | 1,006.03 |
| 10/27/2017 | 1849 | Saldana-Diosdado, Obed | Payroll | 1,003.77 |
| 10/27/2017 | 1850 | Warne, Joseph | Payroll | 2,363.10 |
| 10/27/2017 | 1851 | Calabrese, Shawn | Payroll | 777.65 |
| 10/27/2017 | 1852 | Castro, Ommar | Payroll | 1,000.28 |
| 10/27/2017 | 1853 | Enciso, Sergio | Payroll | 942.33 |
| 10/27/2017 | 1854 | Solis, Jerald | Payroll | 713.54 |
| 10/27/2017 | 1855 | Tinoco, Joshua | Payroll | 786.29 |
| 10/27/2017 | 1856 | Haynes, Romeo | Payroll | 903.04 |
| 10/27/2017 | 1857 | Karetny, Dmitry | Payroll | 1,716.24 |
| 10/27/2017 | 1858 | Malhotra, Kuldip | Payroll | 1,095.61 |
| 10/27/2017 | 1859 | Toth, Jason | Payroll | 1,654.96 |
| 10/27/2017 | 1860 | Toth, Jason | Payroll | 961.26 |
| 10/27/2017 | 1861 | Ballard, Japheth | Payroll | 1,032.72 |
| 10/27/2017 | 1862 | Fuentes, Alexis | Payroll | 951.30 |
| 10/27/2017 | 1863 | Lopez, Caleb | Payroll | 955.22 |
| 10/27/2017 | 1864 | Mata, Christina | Payroll | 1,437.09 |
| 10/27/2017 | 1865 | Robison, Chad | Payroll | 1,889.28 |
| 10/27/2017 | 1866 | Enghouse, Demetrious | Payroll | 1,520.16 |
| 10/27/2017 | 1867 | Heisel, Michael | Payroll | 1,006.74 |
| 10/13/2017 | 100001 | O'Dea, Joseph | Payroll | 2,022.85 |
| 10/13/2017 | 100002 | Digiovanni, Ashlei | Payroll | 1,103.90 |
| | | | SUBTOTAL | 46,550.68 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 4A of 14

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/13/2017 | 100003 | Haycook, Katherine | Payroll | 2,211.26 |
| 10/13/2017 | 100004 | McEvers, Nichole | Payroll | 2,263.63 |
| 10/13/2017 | 100005 | Bass, Richard | Payroll | 1,915.97 |
| 10/13/2017 | 100006 | Aguilar, Fabian | Payroll | 1,332.77 |
| 10/13/2017 | 100007 | Arreola, Roberto | Payroll | 1,481.57 |
| 10/13/2017 | 100008 | Ambrocio, Fidel | Payroll | 1,179.41 |
| 10/13/2017 | 100009 | Barragan, Maria | Payroll | 1,468.79 |
| 10/13/2017 | 100010 | Bucio, Adrian | Payroll | 1,128.49 |
| 10/13/2017 | 100011 | Fimbres, Louie | Payroll | 1,407.48 |
| 10/13/2017 | 100012 | Finuliar, Resty | Payroll | 1,207.37 |
| 10/13/2017 | 100013 | Gomez, Felisa | Payroll | 1,072.14 |
| 10/13/2017 | 100014 | Herrera, Sandra | Payroll | 1,192.90 |
| 10/13/2017 | 100015 | Kimball, Bobby | Payroll | 1,562.35 |
| 10/13/2017 | 100016 | Morales, Gabriela | Payroll | 1,332.94 |
| 10/13/2017 | 100017 | Saldana-Diosdado, Obed | Payroll | 1,090.04 |
| 10/13/2017 | 100018 | Warne, Joseph | Payroll | 2,363.10 |
| 10/13/2017 | 100019 | Calabrese, Shawn | Payroll | 525.94 |
| 10/13/2017 | 100020 | Castro, Ommar | Payroll | 1,209.75 |
| 10/13/2017 | 100021 | Enciso, Sergio | Payroll | 476.33 |
| 10/13/2017 | 100022 | Solis, Jerald | Payroll | 761.77 |
| 10/13/2017 | 100023 | Tinoco, Joshua | Payroll | 1,073.37 |
| 10/13/2017 | 100024 | Haynes, Romeo | Payroll | 1,314.10 |
| 10/13/2017 | 100025 | Karetny, Dmitry | Payroll | 1,716.25 |
| 10/13/2017 | 100026 | Malhotra, Kuldip | Payroll | 1,095.61 |
| 10/13/2017 | 100027 | Toth, Jason | Payroll | 1,518.98 |
| 10/13/2017 | 100028 | Ballard, Japheth | Payroll | 1,046.28 |
| 10/13/2017 | 100029 | Fuentes, Alexis | Payroll | 1,096.84 |
| 10/13/2017 | 100032 | Lopez, Caleb | Payroll | 1,392.10 |
| 10/13/2017 | 100033 | Matta, Christina | Payroll | 1,437.09 |
| 10/13/2017 | 100034 | Robison, Chad | Payroll | 1,889.27 |
| 10/13/2017 | 100035 | Abramo, Joseph | Payroll | 3,058.52 |
| 10/13/2017 | 100036 | Enghouse, Demetrious | Payroll | 1,520.16 |
| 10/13/2017 | 100035 | Bullard, David | Payroll | 1,058.58 |
| 10/13/2017 | 100036 | Heisel, Michael | Payroll | 1,051.31 |
| | | | SUBTOTAL | 47,452.66 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 4B of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/13/2017 | 100037 | Rubio, Ramon | Payroll | 426.45 |
| 10/13/2017 | 100038 | Villarreal, Edward | Payroll | 860.12 |
| 10/13/2017 | 100039 | State of California | Employee Garnishment | 180.27 |
| 10/13/2017 | 100040 | US Department of Education | Employee Garnishment | 280.46 |
| 10/27/2017 | 100041 | Ambrocio, Fidel | Payroll | 925.08 |
| 10/27/2017 | 100042 | Barragan, Maria | Payroll | 1,467.62 |
| 10/27/2017 | 100043 | Esparza, Alonso | Payroll | 823.21 |
| 10/27/2017 | 100044 | Ortega, Eliseo | Payroll | 1,333.93 |
| 10/27/2017 | 100045 | Ortiz Aguirre, Mario | Payroll | 1,272.45 |
| 10/27/2017 | 100046 | Paulo, Eva | Payroll | 1,040.52 |
| 10/27/2017 | 100047 | Abramo, Joseph | Payroll | 3,058.52 |
| 10/27/2017 | 100048 | Bullard, David | Payroll | 925.10 |
| 10/27/2017 | 100049 | Rubio, Ramon | Payroll | 682.97 |
| 10/27/2017 | 100050 | Villarreal, Edward | Payroll | 764.38 |
| 10/27/2017 | 100051 | US Department of Education | Employee Garnishment | 322.89 |
| 10/12/2017 | 1831 | Payfocus Pro | Payroll Tax | 20,216.58 |
| 10/12/2017 | 1832 | Payfocus Pro | Garnishments | 542.91 |
| 10/12/2017 | 1833 | Payfocus Pro | Processing fee | 175.49 |
| 10/26/2017 | 1872 | Payfocus Pro | Payroll Tax | 21,698.54 |
| 10/26/2017 | 1873 | Payfocus Pro | Garnishments | 611.83 |
| 10/26/2017 | 1874 | Payfocus Pro | Processing fee | 156.59 |
| 10/12/2017 | | Payfocus Pro | Wire Fee | 35.00 |
| 10/26/2017 | | Payfocus Pro | Wire Fee | 35.00 |
| 10/26/2017 | | Payfocus Pro | Wire Fee | 35.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 57,870.91 |

GRAND TOTAL

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 4C of 14
Operating Reporting Requirements

PAYROLL ACCOUNT
BANK RECONCILATION*

| balance per bank statement dated: | | 10/31/2017 | | $ | 5,715.86 |

Plus deposits in transit(a)

| Deposit Date | | Deposit Amount | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Total deposits in transit | | | | $ | 5,715.86 |

Less outstanding checks(a):

| Check Number | Check Date | Check Amount | | |
|---|---|---|---|---|
| 100025 | 10/13/2017 | $1,716.25 | | |
| 100051 | 10/27/2017 | $322.69 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Total outstanding checks | | | $ | 2,038.94 |
|---|---|---|---|---|
| Bank statement adjustment** | | | | |
| Adjust bank balance | | | $ | 3,676.92 |

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

I.  CASH RECEIPTS AND DISBURSEMENTS (Continued)
*        (TAX ACCOUNT)

| | |
|---|---|
| 1 TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | No Activity |
| 2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | $ |
| 3 BEGINNING BALANCE | $ |
| 4 RECEIPTS: TRANSFERRED FROM GENERAL ACCOUNT | $ |
| 5 BALANCE | $ |
| 6 LESS: DISBURSEMENTS DURNING CURRENT PERIOD | $ |

| DATE | CHECK NO. | PAYEE | AMOUNT |
|---|---|---|---|

TOTAL DISBURSEMENTS THIS PERIOD     ·   $

7 ENDING BALANCE     $

8 TAX ACCOUNT NUMBER _____

DEPOSITORY NAME AND LOCATION _____

D.  SUMMARARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $ |
| PAYROLL ACCOUNT | $ |
| TAX ACCOUNT | $ |
| OTHER ACCOUNTS* | $ |
| OTHER MONIES* | $ |
| PETTY CASH** | $ |
| TOTAL CASH AVAILABLE | 0 |

*Specify the fund and the type of holding (i.e.,CD,Savings Account, Investment securties,ect.), and the depository name, location,and account number

**Attach exhibit itemizing all petty cash transactions.

NOTE: Attach copies of monthly accounts statementsfrom financial instutions for each account.

Debtor in Possession Monthly Operating Report (Business)-Page 6 of 14

TAX ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated: _____ 31-Oct-17 _____ No Activity _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Total deposits in transit                                    $ _____

Less outstanding checks(a):

| Check Number | check date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks                                    < _____ >

Bank statement adjustments**                               _____

Adjusted bank balance                                       $ _____

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with similar form.
**Please attach a detailed explanation of any bank statements adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 7 of 14

II.    STATUS OF PAYMENTS TO SECURED CREDITORS,LESSORS,
       AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR,ECT | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE | |
|---|---|---|---|---|---|
| Berlin Financial | Monthly | $ 4,173.53 | | | |
| Ally | Monthly | $ 480.69 | | | |
| BOA | Monthly | $ 2,663.57 | 1 | | made in November |
| BOA | Monthly | $ 3,792.35 | 1 | | made in November |
| BOA LOC | Monthly | $ 5,837.36 | | | |
| Thermo Fisher | Monthly | $ 563.76 | | | |
| LCA Capital | Monthly | $ 1,275.88 | | | |
| Ascentium | Monthly | $ 2,389.90 | | | |
| Ascentium | Monthly | $ 1,065.65 | | | |
| Financial Pacific | Monthly | $ 7,082.14 | | | |
| Marlin | Monthly | $ 1,441.99 | | | |
| | | | Total Due | | |

III.    TAX LIABILITIES

FOR THE REPORTING PERIOD:
       GROSS SALES SUBJECT TO SALES TAX        $            -
       TOTAL WAGES PAID        $     147,578.25

| | TOTAL POST-PETITTION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ 14,271.12 | $            - | |
| STATE WITHHOLDING | $ 3,802.45 | $            - | |
| FICA-EMPLOYER'S SHARE | $ 10,990.47 | $            - | |
| FICA-EMPLOYEE'S SHARE | $ 10,990.49 | $            - | |
| FEDERAL UNEMPLOYMENT | $ 79.20 | $            - | |
| STATE SDI WITHHOLDING | $ 1,293.00 | $            - | |
| CASUI - ER - CALIFORNIA | $ 475.19 | $            - | |
| CAETT - ER - CALIFORNIA | $ 13.20 | $            - | |
| SALES AND USE | $            - | $            - | |
| REAL PROPERTY | $ | $            - | |
| OTHER:(SPECIFY) | $ | $            - | |
| TOTAL: | $ 41,915.12 | N/A | |

Debtor in Possession Monthly Operating Report (Business)-Page 8 of 14
Operating Reporting Requirements
Revised May 22, 2017

IV.    AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE* (POST-PETITTION ONLY) | | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|---|
| 30 days or less | $ 56,478.95 | | $ 232,899.04 | $ 481,980.80 |
| 31-60 days | $ 1,065.41 | | $ 470,905.49 | |
| 61-90 days | 0 | | $ 104,943.24 | |
| 91-120 days | 0 | | $ 18,287.83 | |
| Over120days | 0 | | $ 65,121.44 | |
| TOTALS: | $ 57,544.36 | | $ 892,157.00 | $ 481,980.80 |

V.    INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | Markel West | 2,000,000.00 | 9/20/2018 | Capital Premium |
| WorkerCompensation | Technology Ins. | 1,000,000.00 | 3/25/2018 | AM Trust N America |
| Casualty | United Fire | 1,000,000.00 | 7/20/2018 | United Fire |
| Vehicle | Farmer's Insurance | 2,000,000.00 | 5/22/2018 | Farmer's Ins. |
| D&O | Maxum | 2,000,000.00 | 3/8/2018 | Capital Premium |

VI.    UNITED STATES TRUSTEE QUATERLY FEES
(TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fee | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
|  | 0 | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |

*Post-Petition Accounts payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Acounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Debtor in Possession Monthly Operating Report (Business)-Page 9 of 14

VII.    SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| Joseph Odea | | | $        6,280.78 |
| | | | |
| | | | |
| | | | |
| | | | |

*Please indicate how compensation was identified in the order (e.g.,$1,000/wk,$2,500/mo)

VIII.   SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor in Possession Monthly Operating Report (Business)-Page 10 of 14

Income Statement (P&L)

| | % of | | % of YTD |
|---|---|---|---|
| | 10/31/2017 Net Revenue | YTD | Net Revenue |
| REVENUE: | | | |
| Contract Mfg Revenues | $514,671.00 | 76.73% | |
| Revenues - Encapsulation | $56,493.00 | 8.42% | |
| Revenues - Raw Material Sales | $8,109.00 | 1.21% | |
| Research and Development Revenues | $0.00 | 0.00% | |
| Shipping & Handling Revenue | $0.00 | 0.00% | |
| Warehousing and Fufillment Revenue | $6,414.00 | 0.96% | |
| Other Revenues | $91,698.00 | 13.67% | |
| Sales Discounts | ($6,667.00) | -0.99% | |
| Total Revenue | $670,719.00 | 100.00% | |
| | | | |
| COS: | | | |
| COS-Contract Mfg | $373,557.00 | 55.69% | |
| COS-Encapsulation | $35,424.00 | 5.28% | |
| COS-Research and Development | $590.00 | 0.09% | |
| Shipping and Freight | $14,571.00 | 2.17% | |
| COS-Pallet Storage | $0.00 | 0.00% | |
| Lab/QC Supplies | $23.00 | 0.00% | |
| MFG Supplies | $3,249.00 | 0.48% | |
| Shipping and Packaging Supplies | $4,223.00 | 0.63% | |
| QC and Testing Sublet | $22,352.00 | 3.33% | |
| Direct Labor | $13,248.00 | 1.98% | |
| Direct Labor Cost | $34,178.00 | 5.10% | |
| Direct Temp Labor Cost | $8,690.00 | 1.30% | |
| Inventory Variation | ($5,067.00) | -0.76% | |
| COS - Lost/Obsolete | ($37.00) | -0.01% | |
| COGS Other | $96,937.00 | 14.45% | |
| COS - OH Allocation | $92,606.00 | 13.81% | |
| Total COS | $694,544.00 | 103.55% | |
| | | | |
| Gross Profit | ($23,825.00) | -3.55% | |
| | | | |
| OPERATING EXPENSES: | | | |
| Wages | $110,545.00 | 16.48% | |
| Commission | $0.00 | 0.00% | |
| Bonuses | $500.00 | 0.07% | |
| Contract/Temp Labor | $5,007.00 | 0.75% | |
| Consulting | $0.00 | 0.00% | |
| Accounting | $332.00 | 0.05% | |
| Auto and Mileage | $0.00 | 0.00% | |
| Bad Debt Expences | $5,000.00 | 0.75% | |
| Bank Charges | $518.00 | 0.08% | |
| Computer Supplies | $0.00 | 0.00% | |

| | | |
|---|---|---|
| Courier | $0.00 | 0.00% |
| Depreciation | $31,028.00 | 4.63% |
| Employee Relations | $0.00 | 0.00% |
| Entertainment and Promotion | $0.00 | 0.00% |
| Garden/Landscape | $580.00 | 0.09% |
| Gasoline | $73.00 | 0.01% |
| Information Technology | $3,169.00 | 0.47% |
| Insurance- Auto | $613.00 | 0.09% |
| Insurance- Fire and Liability | $612.00 | 0.09% |
| Insurance- Life | $62.00 | 0.01% |
| Insurance- Medical | $5,724.00 | 0.85% |
| Insurance- Product Liability | $2,587.00 | 0.39% |
| Insurance- Workman's Comp | $5,142.00 | 0.77% |
| Insurance- D&O & EPLI | $1,222.00 | 0.18% |
| Janitorial Services | $0.00 | 0.00% |
| Janitorial Supplies | $1,451.00 | 0.22% |
| Licenses and Permits | $187.00 | 0.03% |
| Mail and Postage | $0.00 | 0.00% |
| Maintenance and Repair | $7,652.00 | 1.14% |
| Management Fee | $358.00 | 0.05% |
| Meals and Refreshments | $84.00 | 0.01% |
| Membership Dues | $0.00 | 0.00% |
| Merchant Fees | $7,522.00 | 1.12% |
| Miscellaneous | $719.00 | 0.11% |
| Office Supplies/Stationary | $2,159.00 | 0.32% |
| Outside Services | $0.00 | 0.00% |
| Payroll Taxes | $12,391.00 | 1.85% |
| Pest Control | $1,194.00 | 0.18% |
| Professional and Legal Fees | $3,843.00 | 0.57% |
| Recruitment and Hiring | $0.00 | 0.00% |
| Rent | $37,229.00 | 5.55% |
| Rentals | $966.00 | 0.14% |
| Research and Development | $0.00 | 0.00% |
| Security System | $369.00 | 0.06% |
| Shop Supply | $1,510.00 | 0.23% |
| Small Tools | $390.00 | 0.06% |
| Subscriptions | $15.00 | 0.00% |
| Training and Seminars | $0.00 | 0.00% |
| Trash | $2,226.00 | 0.33% |
| Travel and Lodging | $0.00 | 0.00% |
| Uniforms | $2,280.00 | 0.34% |
| Telephone | $281.00 | 0.04% |
| Utilities Electric | $13,712.00 | 2.04% |
| Utilities Gas | $67.00 | 0.01% |
| Utilities Water | $1,173.00 | 0.17% |
| State & Local Tax | $644.00 | 0.10% |
| Vendor Discounts | $0.00 | 0.00% |

| | | |
|---|---|---|
| Finance Charge/Late Fees | $98.00 | 0.01% |
| Contra COS OH Allocation | ($92,606.00) | -13.81% |
| Total Operating Expenses | $178,625.00 | 26.63% |
| | | |
| Operating Income | ($202,450.00) | -30.18% |
| | | |
| OTHER INCOME/(EXPENSES): | | |
| Other Income | $0.00 | 0.00% |
| Other Expences | $0.00 | 0.00% |
| Interest Expence | ($8,001.00) | -1.19% |
| Total Other Income/Expense) | ($8,001.00) | -1.19% |
| | | |
| NET INCOME/(LOSS): | ($210,451.00) | -31.38% |
| | | |
| EBITDA INCOME/(LOSS): | ($170,779.00) | -25.46% |

BALANCE SHEET

| Current Month End | Oct-17 |
| --- | --- |
| ASSETS | |
| Current Assets: | |
| Cash/Operating - WF | $22,926.14 |
| Cash Operating Bank of America | 0.03 |
| Cash - Savings | 2,618.41 |
| DIP Cash/General | 111,356.15 |
| DIP Payroll | 3,676.72 |
| Cash on Hand/ Petty | 234.67 |
| AR | 1,374,333.00 |
| Allowance | -35,500.48 |
| AR Other | 1,331.51 |
| AR-Life Brand | 159,242.61 |
| Prepaid Ins. Product Liability | 26,625.50 |
| Prepaid Ins. Other | 12,791.15 |
| Prepaid Taxes | 47,200.00 |
| Prepaid Other | 121,425.71 |
| Deferred Tax | 80,183.00 |
| | |
| Inventory: | |
| Inventory- Raw Material | 763,856.53 |
| Inventory- Raw Material Flavors | 258,494.83 |
| Inventory- Raw Material Color | 10,611.24 |
| Inventory- Ship and Pkg Supplies | 433,640.29 |
| Inventory- Encapsulation Supplies | 54,848.19 |
| Inventory- WIP | 306,251.06 |
| Inventory Finished Goods | 62,188.33 |
| Inventory-Capitalized OH | 188,240.00 |
| Inventory Total: | 2,078,130.47 |
| Total Current Assets: | 4,006,574.59 |
| | |
| Property, Plant & Equipment: | |
| Office Equipment | 8,264.45 |
| Lease Hold Improvements | 375,236.78 |
| Furniture and Fixtures | 34,275.91 |
| Computers | 21,136.11 |
| Software | 51,132.74 |
| Vehicles | 41,231.95 |
| Machinery and Equipment | 2,137,798.08 |
| Other | 89,338.85 |
| Acc. Dep. - Office Equipment | -6,215.57 |
| Acc. Dep. Lease Hold Improvement | -66,864.57 |
| Acc. Dep. Furniture and Fixtures | -17,096.80 |
| Acc. Dep. Computers | -11,780.28 |

| | |
|---|---|
| Acc. Dep. Software | -37,459.43 |
| Acc. Dep. Vehicles | -10,388.36 |
| Acc. Dep. Machinery and Equipment | -575,900.74 |
| Acc. Dep. Other | -40,456.61 |
| Total Prop, Plant, Equip | 1,992,252.51 |
| | |
| Intangible Assets: | |
| | |
| Other Assets: | |
| Security Deposit | 81,993.19 |
| Investment - Life Brand | 126,005.85 |
| Total Other Assets | 207,999.04 |
| | |
| TOTAL ASSETS | 6,206,826.14 |
| | |
| LIABILITIES | |
| Current Liabilities: | |
| Accounts Payable - Pre | 3,035,864.49 |
| Accounts Payable - Post | 76,057.50 |
| Inventory Received Not Invoiced | 129,849.08 |
| Accounts Payable- Clearing | -605.82 |
| Contract Deposits | 478,425.56 |
| Other Accrued Liabilities | 84,495.66 |
| Payroll Payable | 58,648.39 |
| 401 K Payable | -163.98 |
| Defered Rent | 151,485.84 |
| Interest Payable | 50,675.03 |
| Sales Tax Payable | 4,300.96 |
| Note Payable- Bank LOC | 1,474,700.00 |
| Note Payable-Current | -2,321.73 |
| Total Current Liabilities: | 5,541,410.98 |
| | |
| Long-Term Liabilities: | |
| Providence Lease 2016713 | 267,621.11 |
| Bank of America Loan 31927-7 | 128,165.47 |
| Bank of America Loan 2 | 175,821.61 |
| LCA 180798 | 35,666.86 |
| LCA 2171864 | 33,979.53 |
| Note Payable-LT | 424,013.32 |
| Capital Lease Payable | 7,807.44 |
| State Income Tax Payable | 128,165.00 |
| Total Long-Term Liabilities: | 1,201,240.34 |
| | |
| TOTAL LIABILITIES | 6,742,651.32 |

STOCKHOLDERS' EQUITY
Additional Paid in Capital                              588,000.00
Current Earnings                                    -1,433,779.23
Retained Earnings                                      309,954.05
Total Stockholders' Equity:                           -535,825.18

TOTAL LIABILITIES & SH EQUITY                        6,206,826.14

6 Did you receive any exempt income this month, which is not set forth in the operating
report?

X_____ No.

_____ Yes. Please set forth the amounts and the sources of income

I, Joseph O'Dea, declare under penalty of perjury under the law of the Unted States of America
that I have fully read and understood the foregoing debtor-in-possession operating report and that
the information contained herein is true and correct to the best of my knowledge.

Date: 12/14/17

Principal for Debtor-In Possession

Debtor in Possession Monthly Operating Report (Business)-Page 14 of 14