Stephen C. Hinze  (SBN 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW, A PC
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tele: (760) 689-0705


Attorney for Debtor-In-Possession

UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No.  17-06078-MM11 |
| Core Supplement Technology,Inc | ) | |
| 4645 North Avenue | ) | CHAPTER 11 |
| Oceanside, CA  92056 | ) | |
| | ) | DEBTOR - IN - POSSESSION MONTHLY |
| Debtor(s) | ) | OPERATING REPORT FOR THE MONTH |
| | ) | OF NOVEMBER 2017 |


TO:      THE HONORABLE   MARGARETM. MANN
         UNITED STATES BANKRUPTCY JUDGE

         The Debtor-In-Possession hereby files its monthly Operating Report Pursuant to the
         United States Trustee's Operating and Reporting requirements for Chapter 11 Cases.

DATED:   12/18/2017          _____
                             Attorney for Debtor-In-Possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | CHAPTER 11 | | |
|---|---|---|---|---|
| Core Supplement Technology, Inc | ) | | | |
| 4645 North Avenue | ) | Case No.    17-06078-MM11 | | |
| Oceanside, CA 92056 | ) | | | |
| | ) | OPERATING REPORT NO. | | 2 |
| Debtor(s). | ) | FOR MONTH ENDING: | | |
| | ) | 30-Nov-17 | | |

**1**          CASH RECEIPTS AND DISBURSEMENTS
             A.        (GENERAL ACCOUNT*)

| 1 | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | 517,372.06 |
|---|---|---|---|---|
| 2 | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ | 406,015.91 |
| 3 | BEGINNING BALANCE | | $ | 163,923.73 |

4    RECEIPTS DURING CURRENT PERIOD

| ACCOUNTS RECEIVABLE PRE-FILING | | $ | 442,596.39 | |
|---|---|---|---|---|
| ACCOUNTS RECEIVABLE POST-FILING | | $ | 116,409.97 | |
| TRANSFER FROM WELLS FARGO ACCOUNTS CLOSED | | $ | 25,544.62 | |
| OTHER (SPECIFY) | DEPOSITS | $ | 90,618.53 | |
| OTHER** (SPECIFY) | REF STATE TAXES | $ | 47,200.00 | |
| OTHER    (SPECIFY) | REF GL INSURANCE | $ | 3,664.63 | |
| | TOTAL RECEIPTS THIS PERIOD | | $ | 726,034.14 |

| 5 | BALANCE | | | $889,957.87 |
|---|---|---|---|---|

6    LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| TRANSFER TO OTHER DIP ACCOUNTS | | $ | 144,750.62 | |
|---|---|---|---|---|
| DISBURSEMENTS | | $ | 525,953.53 | |
| TOTAL DISBURSEMENTS THIS PERIOD*** | | | $ | 670,704.15 |

| 7 | ENDING BALANCE: | | | $219,253.72 |
|---|---|---|---|---|

| 8 | GENERAL ACCOUNT NUMBER | 325000621591 | |
|---|---|---|---|
| | DEPOSITORY NAME AND LOCATION | Bank of America | |

* ALL receipts must be deposited into general account.
**Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of court order or Report of Sale
*** This amount should be the same as the total from page 2.

Debtor-in-Possession Monthly Operating Report(Business) - Page 1 of 14

Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11/2/2017 | 100094 | AT&T | PHONE | $181.42 |
| 11/2/2017 | 100095 | Business Copier Solutions | COPIER SUPPLIES | $93.37 |
| 11/2/2017 | 100096 | California Choice Benefit Admi | MEDICAL INSURANCE | $7,552.84 |
| 11/2/2017 | 100097 | Capital Premium Financing, Inc | INSURANCE | $1,148.30 |
| 11/2/2017 | 100098 | Department of Motor Vehicles | LICENSE & PERMITS | $187.00 |
| 11/2/2017 | 100099 | Daylight Transport | FREIGHT | $804.41 |
| 11/2/2017 | 100100 | Ernest Packaging Solutions | PACKAGING MATERIAL | $312.48 |
| 11/2/2017 | 100101 | Garrett Sands | COMMISSION LB | $1,500.00 |
| 11/2/2017 | 100102 | Matrix Trust Company | 401K EE | $1,892.72 |
| 11/2/2017 | 100103 | Rancho California Center | RENT | $22,441.95 |
| 11/2/2017 | 100104 | RS Hughes Co., Inc. | SHOP SUPPLIES | $911.41 |
| 11/2/2017 | 100105 | SAN DIEGO GAS & ELECTRIC | GAS BILL | $29.60 |
| 11/2/2017 | 100106 | Simpson Labs, LLC | RAW MATERIALS | $3,600.00 |
| 11/2/2017 | 100107 | Federal Services | LOCATION & TEMP MONITOR | $1,108.00 |
| 11/2/2017 | 100108 | United Fire group | INSURANCE | $612.00 |
| 11/2/2017 | 100109 | Vanadium Interactive | WEBSITE MAINTENANCE | $740.00 |
| 11/2/2017 | 100110 | Wade or Bonnie Precott | BUILDING LEASE | $16,367.00 |
| 11/2/2017 | 100111 | Wesco Security Systems, Inc. | SECURITY ALARM | $102.00 |
| 11/2/2017 | 100113 | Berlin Packaging, LLC. | PACKAGING MATERIAL | $185.88 |
| 11/3/2017 | 100114 | Alvar Enrique Morales | FREIGHT | $4,200.08 |
| 11/3/2017 | 100115 | AMERICAN LECITHIN COMPANY, INC | RAW MATERIALS | $596.00 |
| 11/3/2017 | 100116 | Sedona Staffing | TEMP LABOR | $1,962.30 |
| 11/3/2017 | 100117 | Secretary of State | DP OPERATING-BA | $25.00 |
| 11/6/2017 | 100119 | COLOR MAKER | RAW MATERIALS | $881.84 |
| 11/6/2017 | 100120 | Pure Assay Ingredients | RAW MATERIALS | $3,250.00 |
| 11/6/2017 | 100121 | Vitajoy USA, Inc. | RAW MATERIALS | $14,075.00 |
| 11/7/2017 | 100122 | Albion Minerals | RAW MATERIALS | $667.58 |
| 11/7/2017 | 100123 | Berlin Packaging, LLC. | PACKAGING MATERIAL | $6,634.04 |
| 11/7/2017 | 100124 | Pure Assay Ingredients | RAW MATERIALS | $11,350.00 |
| 11/7/2017 | 100125 | SORA Labs | TESTING | $232.00 |
| 11/7/2017 | 100126 | Marlin Business Bank | LEASE PAYMENT | $3,100.28 |
| 11/7/2017 | 100127 | Stephen C. Hinze, Attorney at | FILING FEE | $31.00 |
| 11/9/2017 | 100130 | Compound Solutions, Inc. | RAW MATERIALS | $1,440.00 |
| 11/9/2017 | 100131 | Pure Assay Ingredients | RAW MATERIALS | $24,997.50 |
| 11/9/2017 | 100132 | Vitajoy USA, Inc. | RAW MATERIALS | $6,500.00 |
| | | | SUBTOTAL $ | 139,713.00 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14

Operating Reporting Requirements

Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| 11/9/2017 | 100137 | Covance Laboratories, Inc. | TESTING | $200.00 |
| 11/9/2017 | 100138 | Berlin Packaging, LLC. | PACKAGING MATERIALS | $232.32 |
| 11/9/2017 | 100139 | Demetrious Enghouse | REPAIR & MAINTENANCE | $163.66 |
| 11/10/2017 | 100140 | Valley Chain and Gear, Inc | REPAIR & MAINTENANCE | $521.51 |
| 11/13/2017 | 100141 | Sedona Staffing | TEMP LABOR | $1,615.10 |
| 11/13/2017 | 100142 | AAIR PURIFICATION SYSTEMS | REPAIR & MAINTENANCE | $334.03 |
| 11/13/2017 | 100143 | Berlin Packaging, LLC. | PACKAGING MATERIALS | $569.52 |
| 11/14/2017 | 100145 | Kelly Services | TEMP LABOR | $357.60 |
| 11/14/2017 | 100146 | Ungerer & Company | RAW MATERIALS | $6,000.00 |
| 11/15/2017 | 100147 | Thermol Electron North America | MAINTENANCE CONTRACT | $4,820.00 |
| 11/15/2017 | 100148 | PLIC - SBD GRAND ISLAND | MEDICAL INSURANCE | $1,065.41 |
| 11/15/2017 | 100149 | Micro Quality Labs, Inc. | TESTING | $10,123.00 |
| 11/15/2017 | 100150 | Ascentium Capital | EQUIPMENT PROPERTY TAX | $751.59 |
| 11/15/2017 | 100151 | Berlin Packaging, LLC. | PACKAGING MATERIALS | $4,173.53 |
| 11/15/2017 | 100152 | Farmers Insurance Exhange | TRUCK INSURANCE | $3,682.00 |
| 11/15/2017 | 100153 | Pure Assay Ingredients | RAW MATERIALS | $2,437.50 |
| 11/15/2017 | 100154 | Chempoint | RAW MATERIALS | $402.60 |
| 11/15/2017 | 100155 | Westco Chemicals, Inc | RAW MATERIALS | $635.00 |
| 11/15/2017 | 100156 | BioNeutra North America | RAW MATERIALS | $1,282.50 |
| 11/15/2017 | 100157 | Vitajoy USA, Inc. | RAW MATERIALS | $2,200.00 |
| 11/15/2017 | 100158 | Pacific IP | INTERNET SERVICES | $639.00 |
| 11/15/2017 | 100159 | Konica Minolta Business Soluti | COPIER LEASE | $118.77 |
| 11/15/2017 | 100160 | FedEx | FREIGHT | $349.93 |
| 11/15/2017 | 100161 | AT&T | INTERNET SERVICE | $210.71 |
| 11/15/2017 | 100162 | AT&T Mobility | PHONE SERVICE | $227.06 |
| 11/15/2017 | 100163 | Alvar Enrique Morales | FREIGHT | $750.00 |
| 11/15/2017 | 100164 | Aramark | UNIFORMS | $300.00 |
| 11/15/2017 | 100165 | Daylight Transport | FRR | $1,931.22 |
| 11/15/2017 | 100166 | HOLMES LANDSCAPE COMPANY | LANDSCAPE MAINT. | $883.81 |
| 11/15/2017 | 100167 | UPS | FREIGHT | $1,196.24 |
| 11/15/2017 | 100168 | Waste Management of North Coun | WASTE DISPOSAL | $972.64 |
| 11/16/2017 | 100169 | BioNeutra North America | RAW MATERIALS | $58.50 |
| 11/16/2017 | 100170 | Ernest Packaging Solutions | PACKAGING MATERIALS | $976.65 |
| 11/17/2017 | 100171 | Albion Minerals | RAW MATERIALS | $1,087.80 |
| 11/17/2017 | 100172 | Ameri-Seal | PACKAGING MATERIALS | $545.00 |
| 11/17/2017 | 100173 | Aramark | UNIFORMS | $150.00 |
| | | | SUBTOTAL | $    51,964.20 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/17/2017 | 100174 | National Measures | PACKAGING MATERIALS | $654.92 |
| 11/17/2017 | 100175 | Pharma Resources | RAW MATERIALS | $1,375.00 |
| 11/17/2017 | 100176 | Sedona Staffing | TEMP LABOR | $1,027.65 |
| 11/17/2017 | 100177 | UPS | FREIGHT | $326.63 |
| 11/17/2017 | 100178 | ELECTRICAL SALES INC. | REPAIR & MAINT | $42.96 |
| 11/17/2017 | 100179 | FedEx Freight | FREIGHT | $129.26 |
| 11/20/2017 | 100180 | Kelly Services | TEMP LABOR | $670.50 |
| 11/20/2017 | 100181 | PLIC - SBD GRAND iSLAND | MEDICAL INS | $836.70 |
| 11/20/2017 | 100182 | FedEx | FREIGHT | $439.11 |
| 11/20/2017 | 100183 | Logistics Fox | FREIGHT | $770.09 |
| 11/21/2017 | 100184 | Compound Solutions, Inc. | RAW MATERIALS | $1,640.00 |
| 11/21/2017 | 100185 | Jiaherb | RAW MATERIALS | $3,175.00 |
| 11/21/2017 | 100188 | Westco Chemicals, Inc | RAW MATERIALS | $1,001.19 |
| 11/21/2017 | 100189 | Mitsubishi International Fc | RAW MATERIALS | $1,319.00 |
| 11/21/2017 | 100190 | Stauber Ingredients | RAW MATERIALS | $244.40 |
| 11/21/2017 | 100192 | Prinova | RAW MATERIALS | $1,890.00 |
| 11/21/2017 | 100193 | Natreon, Inc | RAW MATERIALS | $3,375.00 |
| 11/21/2017 | 100194 | Pure Assay Ingredients | RAW MATERIALS | $6,232.50 |
| 11/21/2017 | 100195 | Vitajoy USA, Inc. | RAW MATERIALS | $9,850.00 |
| 11/22/2017 | 100196 | National Measures | RAW MATERIALS | $94.26 |
| 11/27/2017 | 100197 | Alkemist | TESTING | $450.00 |
| 11/27/2017 | 100198 | Daylight Transport | FREIGHT | $1,508.07 |
| 11/27/2017 | 100199 | FedEx Freight | FREIGHT | $185.78 |
| 11/27/2017 | 100200 | Kelly Services | TEMP LABOR | $894.00 |
| 11/27/2017 | 100201 | MJB Freight Systems, Inc. | FREIGHT | $239.90 |
| 11/27/2017 | 100202 | Micro Quality Labs, Inc. | TESTING | $6,183.50 |
| 11/27/2017 | 100203 | Sedona Staffing | TEMP LABOR | $2,320.35 |
| 11/27/2017 | 100204 | RS Hughes Co., Inc. | SHOP SUPPLIES | $1,035.17 |
| 11/28/2017 | 100205 | Evolution Salt Co. | RAW MATERIALS | $327.00 |
| 11/28/2017 | 100206 | Vitajoy USA, Inc. | RAW MATERIALS | $7,572.50 |
| 11/28/2017 | 100207 | Westco Chemicals, Inc | RAW MATERIALS | $476.19 |
| 11/28/2017 | 100208 | Jiaherb | RAW MATERIALS | $2,165.00 |
| 11/29/2017 | 100209 | Daylight Transport | FREIGHT | $819.30 |
| 11/30/2017 | 100210 | Alvar Enrique Morales | FREIGHT | $3,090.00 |
| 11/30/2017 | 100211 | Aramark | UNIFORMS | $150.00 |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD | | $62,510.93 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | ECK NUMB | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/30/2017 | | 100212 AmTrust North America | WC INSURANCE | $5,142.00 |
| 11/30/2017 | | 100213 Berlin Packaging, LLC. | PACKAGING MATERIALS | $1,298.82 |
| 11/30/2017 | | 100214 Capital Premium Financii | INSURANCE PAYMENT | $3,260.44 |
| 11/30/2017 | | 100215 Cox Business | INTERNET SVC | $425.00 |
| 11/30/2017 | | 100216 Covance Laboratories, In | TESTING | $290.94 |
| 11/30/2017 | | 100217 Data Resolution | INTERNET PHONE SVC | $1,365.00 |
| 11/30/2017 | | 100218 Demetrious Enghouse | R & M REIMBURSEMENT | $725.38 |
| 11/30/2017 | | 100219 Department of Motor Ve | TRUCK REG RENEWAL | $757.00 |
| 11/30/2017 | | 100220 Colin Doyle | R&D DESIGN | $1,500.00 |
| 11/30/2017 | | 100221 FedEx | FREIGHT | $503.34 |
| 11/30/2017 | | 100222 JOST CHEMICALS | RAW MATERIALS | $979.00 |
| 11/30/2017 | | 100223 MJB Freight Systems, Inc | FREIGHT | $781.52 |
| 11/30/2017 | | 100224 National Measures | RAW MATERIALS | $296.80 |
| 11/30/2017 | | 100225 ReadyRefresh by Nestle | WATER | $195.94 |
| 11/30/2017 | | 100226 Pure Assay Ingredients | RAW MATERIALS | $3,237.50 |
| 11/30/2017 | | 100227 United Fire group | INSURANCE PAYMENT | $612.00 |
| 11/30/2017 | | 100228 UniFirst | UNIFORMS | $1,357.23 |
| 11/30/2017 | 100229 UPS | | FREIGHT | $448.88 |
| 11/30/2017 | | 100230 WELLS FARGO BANKS | COPIER LEASE | $57.48 |
| 11/1/2017 WIRE | | CVC TECH | REPAIR & MAINENANCE | $1,702.00 |
| 11/2/2017 AUTO DED | BOA | | MERCHANT FEES | $5,563.78 |
| 11/2/2017 AUTO DED | ASCEMTIUM | | LEASE PAYMENT | $2,389.90 |
| 11/2/2017 AUTO DED | LEASE DIRECT | | LEASE PAYMENT | $563.76 |
| 11/6/2017 WIRE | | SIMPSON LABS | OUTSOURCED MANUFACTUR | $22,702.26 |
| 11/7/2017 AUTO DED | INTEGRATED TIME | | TIMECLOCK LEASE | $216.50 |
| 11/8/2017 XFER TO P. | PAYROLL ACCOUNT | | PAYROLL CHECK DATED 11/1 | $69,940.18 |
| 11/9/2017 WIRE | | SIMPSON LABS | OUTSOURCED MANUFACTUR | $29,397.26 |
| 11/10/2017 AUTO DED | MICROSOFT | | INTERNET | $160.00 |
| 11/10/2017 AUTO DED | MICROSOFT | | INTERNET | $8.00 |
| 11/14/2017 AUTO DED | BANK OF AMERICA | | OCTOBER LEASE PAYMENT | $6,629.52 |
| 11/14/2017 AUTO DED | BANK OF AMERICA | | NOVEMBER LEASE PAYMENT | $6,629.52 |
| 11/15/2017 WIRE | AIDP | | RAW MATERIALS PURCHASE | $4,750.00 |
| 11/15/2017 AUTO DED | FINANCIAL PACIFIC | | LEASE & PROPERTY TAX DEDI | $12,036.19 |
| 11/15/2017 AUTO DED | INTEGRATED TIME | | TIMECLOCK LEASE | $221.50 |
| 11/16/2017 AUTO DED | ASCEMTIUM | | LEASE PAYMENT | $1,065.65 |
| 11/17/2017 WIRE | | SIMPSON LABS | OUTSOURCED MANUFACTUR | $41,670.54 |
| 11/20/2017 WIRE | | SIMPSON LABS | OUTSOURCED MANUFACTUR | $21,789.50 |
| 11/21/2017 XFER TO P. | PAYROLL ACCOUNT | | PAYROLL CHECK DATED 11/2 | $45,138.91 |
| 11/21/2017 XFER TO T, | TAX ACCOUNT | | PAYROLL TAX CK DATED 11/2 | $19,671.53 |
| 11/22/2017 AUTO DED | MICROSOFT | | INTERNET | $132.13 |
| 11/22/2017 AUTO DED | MICROSOFT | | INTERNET | $8.00 |
| 11/27/2017 XFER TO P. | PAYROLL ACCOUNT | | PAYROLL CHECK DATED 11/2 | $10,000.00 |
| 11/28/2017 WIRE | | HERB NUTRITONAL | RAW MATERIALS | $1,910.00 |
| 11/29/2017 WIRE | | SIMPSON LABS | OUTSOURCED MANUFACTUR | $22,818.56 |

| | | | | |
|---|---|---|---|---|
| 11/29/2017 WIRE | PINNACLE | RAW MATERIALS | | $320.00 |
| 11/30/2017 WIRE | SIMPSON LABS | RAW MATERIALS | | $12,213.98 |
| 11/30/2017 WIRE | HERB NUTRITONAL | RAW MATERIALS | | $560.00 |
| 11/24/2017 DEBIT CAR STAMPS.COM | | STAMPS | | $100.00 |
| 11/24/2017 DEBIT CAR SOUTHBEND INDUSTRIAI REPAIR & MAINTENANCE | | | | $405.00 |
| | | | | |
| | TOTAL DISBURSEMENTS THIS PERIOD | | | $618,136.57 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

GENERAL ACCOUNT
BANK RECONCILATION*

Balance per bank statement dated:    11/30/2017    $    266,936.17

Plus deposit in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | S |

Total deposits in transit    0

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total outstanding checks    $    47,682.45
Bank statement adjustment**
Adjust bank balance    $    219,253.72

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 3 of 14

Operating Reporting Requirements
Revised May 22, 2017

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/27/2017 | 100065 | Demetrious Enghouse | Repair & Maintenance | 210.44 |
| 11/27/2017 | 100200 | KELLY SERVICES | TEMP LABOR | 894.00 |
| 11/27/2017 | 100201 | MJB FREIGHT | FREIGHT | 239.90 |
| 11/27/2017 | 100202 | MICRO QUALITY LABS | TESTING | 6,183.50 |
| 11/27/2017 | 100203 | SEDONA STAFFING | Cell phone svc | 2,320.35 |
| 11/28/2017 | 100205 | EVOLUTION SALT | Raw Materials | 327.00 |
| 11/28/2017 | 100206 | VitaJoy | Raw Materials | 7,572.50 |
| 11/28/2017 | 100207 | Westco Chemical | Raw Materials | 476.19 |
| 11/28/2017 | 100208 | JIAHERB | Raw Materials | 2,165.00 |
| 11/29/2017 | 100209 | DAYLIGHT TRANSPORT | FREIGHT | 819.30 |
| 10/27/2017 | 100210 | ALVAR ENRIQUE MORALES | FREIGHT | 3,090.00 |
| 11/30/2017 | 100211 | ARAMARK | UNIFORMS | 150.00 |
| 11/30/2017 | 100212 | AMTRUST NORTH AMERIC | WC INSURANCE | 5,142.00 |
| 11/30/2017 | 100213 | Berlin Packaging | Packaging Supplies | 1,298.82 |
| 11/30/2017 | 100214 | CAPITAL PREMIUM | INSURANCE PYMT | 3,260.44 |
| 11/30/2017 | 100215 | COX BUSINESS | Equipment rental | 425.00 |
| 11/30/2017 | 100216 | Covance Laboratories | TESTING | 290.94 |
| 11/30/2017 | 100217 | DATA RESOLUTIONS | INTERNET | 1,365.00 |
| 11/30/2017 | 100218 | Demetrious Enghouse | Repair & Maintenance | 725.38 |
| 11/30/2017 | 100219 | DEPARTMENT OF MOTOR | TRUCK REGISTRATION | 757.00 |
| 11/30/2017 | 100220 | DOYLE GRAPHICS | R&D DESIGN | 1,500.00 |
| 11/30/2017 | 100221 | FEDEX | FREIGHT | 503.34 |
| 11/30/2017 | 100222 | JOST CHEMICAL | Raw Materials | 979.00 |
| 11/30/2017 | 100223 | MJB FREIGHT | FREIGHT | 781.52 |
| 11/30/2017 | 100224 | NATIONAL MEASURES | Packaging Supplies | 296.80 |
| 11/30/2017 | 100225 | READYFRESH BY NESTLE | WATER | 195.94 |
| 11/30/2017 | 100226 | Pure Assay | Raw Materials | 3,237.50 |
| 11/30/2017 | 100227 | UNITED FIRE GROUP | INSURANCE PYMT | 612.00 |
| 11/30/2017 | 100228 | UNIFIRST | Uniforms and Supplies | 1,357.23 |
| 11/30/2017 | 100229 | UPS | FREIGHT | 448.88 |
| 11/30/2017 | 100230 | WELLS FARGO BANK | COPIER LEASE | 57.48 |
| | | | | |
| | | | | |
| | | | | |
| | | | SUBTOTAL | 47,682.45 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

I.         CASH RECEIPTS AND DISBURSEMENTS (Continued)
             B.         (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1 TOTAL RECEIPTS PER ALL PAYROLL ACCOUNT REPORTS | $ | 155,550.97 |
| 2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNTS PER REPORTS | $ | 149,835.11 |
| 3 BEGINNING BALANCE        11/1/2017 | $ | 5,715.86 |
| 4 RECEIPTS: | $ | 125,079.09 |
| TRANSFERRED FROM GENERAL ACCOUNT | | |
| 5 BALANCE | $ | 130,794.95 |
| 6 LESS: DISBURSEMENTS DURING CURRENT PERIOD | | |

| DATE | CHECK NO. | PAYEE | AMOUNT |
|---|---|---|---|
| See Attached | | | |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD | $ | (128,471.86) |
| 7 ENDING BALANCE | $ | 2,323.09 |
| 8 PAYROLL ACCOUNT NUMBER       325000621575 | | |
| DEPOSITORY NAME AND LOCATION       Bank of America | | |

Debtor-in Possession Monthly Operating Report (Business)-Pages 4 of 14

Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/10/2017 | 1875 | O'Dea, Joseph | Payroll | 2,022.86 |
| 11/10/2017 | 1876 | Haycook, Katherine | Payroll | 2,211.25 |
| 11/10/2017 | 1877 | McEvers, Nichole | Payroll | 2,263.64 |
| 11/10/2017 | 1878 | Bass, Richard | Payroll | 1,915.96 |
| 11/10/2017 | 1879 | Aguilar, Fabian | Payroll | 1,262.96 |
| 11/10/2017 | 1880 | Arreola, Roberto | Payroll | 1,481.57 |
| 11/10/2017 | 1881 | Bucio, Adrian | Payroll | 874.24 |
| 11/10/2017 | 1882 | Fimbres, Louie | Payroll | 1,407.47 |
| 11/10/2017 | 1883 | Finuliar, Resty | Payroll | 966.74 |
| 11/10/2017 | 1884 | Gomez, Felisa | Payroll | 764.59 |
| 11/10/2017 | 1885 | Herrera, Sandra | Payroll | 812.94 |
| 11/10/2017 | 1886 | Kimball, Bobby | Payroll | 1,380.62 |
| 11/10/2017 | 1887 | Morales, Gabriela | Payroll | 1,000.09 |
| 11/10/2017 | 1888 | Saldana-Diosdado, Obed | Payroll | 909.72 |
| 11/10/2017 | 1889 | Warne, Joseph | Payroll | 2,363.11 |
| 11/10/2017 | 1890 | Calabrese, Shawn | Payroll | 877.08 |
| 11/10/2017 | 1891 | Castro, Ommar | Payroll | 1,147.62 |
| 11/10/2017 | 1892 | Enciso, Sergio | Payroll | 913.22 |
| 11/10/2017 | 1893 | Solis, Jerald | Payroll | 698.96 |
| 11/10/2017 | 1894 | Tinoco, Joshua | Payroll | 826.39 |
| 11/10/2017 | 1895 | Haynes, Romeo | Payroll | 889.88 |
| 11/10/2017 | 1896 | Karetny, Dmitry | Payroll | 1,780.36 |
| 11/10/2017 | 1897 | Malhotra, Kuldip | Payroll | 1,095.62 |
| 11/10/2017 | 1898 | Ballard, Japheth | Payroll | 1,029.37 |
| 11/10/2017 | 1899 | Fuentes, Alexis | Payroll | 1,036.36 |
| 11/10/2017 | 1900 | Lopez, Caleb | Payroll | 1,008.04 |
| 11/10/2017 | 1901 | Mata, Christina | Payroll | 1,368.68 |
| 11/10/2017 | 1902 | Robison, Chad | Payroll | 1,889.26 |
| 11/10/2017 | 1903 | Enghouse, Demetrious | Payroll | 1,260.08 |
| 11/10/2017 | 1904 | Heisel, Michael | Payroll | 951.08 |
| 11/10/2017 | 1905 | Heisel, Michael | Payroll | 558.90 |
| 11/24/2017 | 1913 | O'Dea, Joseph | Payroll | 2,022.85 |
| 11/24/2017 | 1914 | Haycook, Katherine | Payroll | 2,211.26 |
| 11/24/2017 | 1915 | Haycook, Katherine | Payroll | 1,960.84 |
| 11/24/2017 | 1916 | McEvers, Nichole | Payroll | 2,263.63 |
|  |  |  | *SUBTOTAL* | 47,427.24 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | HECK NUMBE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/24/2017 | 1917 | Bass, Richard | Payroll | 1,915.97 |
| 11/24/2017 | 1918 | Aguilar, Fabian | Payroll | 1,174.00 |
| 11/24/2017 | 1919 | Arreola, Roberto | Payroll | 1,716.99 |
| 11/24/2017 | 1920 | Bucio, Adrian | Payroll | 960.75 |
| 11/24/2017 | 1921 | Esparza, Alonso | Payroll | 632.22 |
| 11/24/2017 | 1922 | Fimbres, Louie | Payroll | 1,407.48 |
| 11/24/2017 | 1923 | Finuliar, Resty | Payroll | 1,004.73 |
| 11/24/2017 | 1924 | Gomez, Felisa | Payroll | 762.90 |
| 11/24/2017 | 1925 | Herrera, Sandra | Payroll | 879.22 |
| 11/24/2017 | 1926 | Kimball, Bobby | Payroll | 1,386.42 |
| 11/24/2017 | 1927 | Kimball, Bobby | Payroll | 182.90 |
| 11/24/2017 | 1928 | Morales, Gabriela | Payroll | 851.29 |
| 11/24/2017 | 1929 | Ortega, Eliseo | Payroll | 1,083.71 |
| 11/24/2017 | 1930 | Ortiz Aguirre, Mario | Payroll | 1,085.81 |
| 11/24/2017 | 1931 | Paulo, Eva | Payroll | 927.86 |
| 11/24/2017 | 1932 | Saldana-Diosdado, Obed | Payroll | 1,037.72 |
| 11/24/2017 | 1933 | Warne, Joseph | Payroll | 2,363.11 |
| 11/24/2017 | 1934 | Calabrese, Shawn | Payroll | 913.72 |
| 11/24/2017 | 1935 | Castro, Ommar | Payroll | 1,137.18 |
| 11/24/2017 | 1936 | Enciso, Sergio | Payroll | 959.37 |
| 11/24/2017 | 1937 | Solis, Jerald | Payroll | 803.49 |
| 11/24/2017 | 1938 | Tinoco, Joshua | Payroll | 852.37 |
| 11/24/2017 | 1939 | Haynes, Romeo | Payroll | 927.42 |
| 11/24/2017 | 1940 | Karetny, Dmitry | Payroll | 1,780.38 |
| 11/24/2017 | 1941 | Malhotra, Kuldip | Payroll | 1,095.62 |
| 11/24/2017 | 1942 | Ballard, Japheth | Payroll | 1,027.42 |
| 11/24/2017 | 1943 | Fuentes, Alexis | Payroll | 1,061.87 |
| 11/24/2017 | 1944 | Lopez, Caleb | Payroll | 1,098.20 |
| 11/24/2017 | 1945 | Mata, Christina | Payroll | 1,437.09 |
| 11/24/2017 | 1946 | Robison, Chad | Payroll | 1,889.28 |
| 11/24/2017 | 1947 | Enghouse, Demetrious | Payroll | 1,520.16 |
| 11/1/2017 | 100051 | US Department of Education | GARNISHMENT | 322.89 |
| 11/10/2017 | 100025 | | Payroll | 1,716.25 |
| 11/10/2017 | 100052 | Ambrocio, Fidel | Payroll | 821.15 |
| 11/10/2017 | 100053 | Barragan, Maria | Payroll | 1,327.02 |
| 11/10/2017 | 100054 | Esparza, Alonso | Payroll | 723.69 |
| 11/10/2017 | 100055 | Ortega, Eliseo | Payroll | 1,205.33 |
| | | | | 41,992.98 |

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/10/2017 | 100056 | Ortiz Aguirre, Mario | Payroll | 1,148.08 |
| 11/10/2017 | 100057 | Paulo, Eva | Payroll | 1,007.93 |
| 11/10/2017 | 100058 | Abramo, Joseph | Payroll | 3,058.50 |
| 11/10/2017 | 100059 | Bullard, David | Payroll | 909.06 |
| 11/10/2017 | 100060 | Rubio, Ramon | Payroll | 189.14 |
| 11/10/2017 | 100061 | Villarreal, Edward | Payroll | 789.86 |
| 11/24/2017 | 100063 | Ambrocio, Fidel | Payroll | 943.02 |
| 11/24/2017 | 100064 | Barragan, Maria | Payroll | 1,109.63 |
| 11/24/2017 | 100065 | Barragan, Maria | Payroll | 274.35 |
| 11/24/2017 | 100066 | Abramo, Joseph | Payroll | 3,058.52 |
| 11/24/2017 | 100067 | Bullard, David | Payroll | 883.30 |
| 11/24/2017 | 100068 | Rubio, Ramon | Payroll | 46.47 |
| 11/24/2017 | 100069 | Villarreal, Edward | Payroll | 770.39 |
| 11/09/2017 | 1911 | BenefitMall PayFocus Pro | CHILD SUPPORT PAYMENT | 611.83 |
| 11/09/2017 | 1912 | BenefitMall PayFocus Pro | PAYROLL PROCESSING FEE | 150.06 |
| 11/22/2017 | 1953 | BenefitMall PayFocus Pro | CHILD SUPPORT PAYMENT | 611.83 |
| 11/22/2017 | 1954 | BenefitMall PayFocus Pro | PAYROLL PROCESSING FEE | 156.85 |
| 11/10/2017 | 100062 | US Department of Education | GARNISHMENT | 280.46 |
| 11/24/2017 | 100070 | US Department of Education | GARNISHMENT | 322.89 |
| 11/10/2017 | | WIRE TO TAX ACCOUNT | PAYROLL TAXES | 18,899.47 |
| | | WIRE FEE | | 35.00 |
| | | WIRE FEE | | 35.00 |
| 11/22/2017 | AUTO DEDUCT | MG TRUST | 401K | 1,816.73 |
| 11/29/2017 | AUTO DEDUCT | MG TRUST | 401K | 1,943.27 |
| | | | | 39,051.64 |

*GRAND TOTAL*

*add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report(Business) - Page 2 of 14
Operating Reporting Requirements
Revised May 22, 2017

PAYROLL ACCOUNT
BANK RECONCILATION*

| | | | |
|---|---|---|---|
| balance per bank statement dated: | 11/30/2017 | $ | 2,323.09 |

Plus deposits in transit(a)

| Deposit Date | Deposit Amount | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Total deposits in transit | | $ | - |

Less outstanding checks(a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Total outstanding checks | $ | - |
| Bank statement adjustment** | | |
| Adjust bank balance | $ | 2,323.09 |

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 5 of 14

Operating Reporting Requirements
Revised May 22, 2017

I.       CASH RECEIPTS AND DISBURSEMENTS (Continued)
*                      (PAYROLL TAX ACCOUNT)

| | | |
|---|---|---|
| 1 TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0 | |
| 2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0 | |
| 3 BEGINNING BALANCE | 0 | |

4 RECEIPTS:

| | |
|---|---|
| TRANSFERRED FROM GENERAL ACCOUNT | $38,571.00 |
| 5 BALANCE | $38,571.00 |
| 6 LESS: DISBURSEMENTS DURING CURRENT PERIOD | $38,571.00 |

| DATE | CHECK NO. | PAYEE | AMOUNT | |
|---|---|---|---|---|
| | TOTAL DISBURSEMENTS THIS PERIOD | | | $38,571.00 |

| | |
|---|---|
| 7 ENDING BALANCE | $0.00 |

8 TAX ACCOUNT NUMBER          325000621588

DEPOSITORY NAME AND LOCATION

---

D.          SUMMARARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $219,253.72 |
| PAYROLL ACCOUNT | $2,323.09 |
| TAX ACCOUNT | $0.00 |
| OTHER ACCOUNTS* | 0 |
| OTHER MONIES* | 0 |
| PETTY CASH** | 0 |
| TOTAL CASH AVAILABLE | $221,576.81 |

*Specify the fund and the type of holding (i.e.,CD,Savings Account, Investment securties,ect.),
and the depository name, location,and account number
**Attach exhibit itemizing all petty cash transactions.
NOTE: Attach copies of monthly accounts statementsfrom financial instutions for each account.

Debtor in Possession Monthly Operating Report (Business)-Page 6 of 14
Operating Reporting Requirements
Revised May 22, 2017

TAX ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated: _____ 11/31/17 _____                    _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Total deposits in transit                                                         $0.00

Less outstanding checks(a):

| Check Number | check date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks                                    < _____ >

Bank statement adjustments**                                _____

Adjusted bank balance                                       _____ $0.00

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with similar form.
**Please attach a detailed explanation of any bank statements adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 7 of 14
Operating Reporting Requirements
Revised May 22, 2017

II.    STATUS OF PAYMENTS TO SECURED CREDITORS,LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR,ECT | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Berlin Financial | Monthly | $ 4,173.53 | | |
| Ally | Monthly | $ 480.69 | | |
| BOA | Monthly | $ 5,327.14 | | |
| BOA | Monthly | $ 7,584.70 | | |
| BOA LOC | Monthly | $ 5,837.36 | | |
| Thermo Fisher | Monthly | $ 563.76 | | |
| LCA Capital | Monthly | $ 1,275.88 | | |
| Ascentium | Monthly | $ 2,389.90 | | |
| Ascentium | Monthly | $ 1,065.65 | | |
| Financial Pacific | Monthly | $ 7,082.14 | | |
| Marlin | Monthly | $ 1,441.99 | | |
| | | | Total Due | |

III.    TAX LIABILITIES

FOR THE REPORTING PERIOD:

GROSS SALES SUBJECT TO SALES TAX    $            -
TOTAL WAGES PAID                    $    138,447.90

| | TOTAL POST-PETITTION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ 12,688.83 | $ - | |
| STATE WITHHOLDING | $ 3,375.14 | $ - | |
| FICA-EMPLOYER'S SHARE | $ 10,307.66 | $ - | |
| FICA-EMPLOYEE'S SHARE | $ 10,307.68 | $ - | |
| FEDERAL UNEMPLOYMENT | $ 94.75 | $ - | |
| STATE SDI WITHHOLDING | $ 1,212.65 | $ - | |
| CASUI - ER - CALIFORNIA | $ 568.49 | $ - | |
| CAETT - ER - CALIFORNIA | $ 15.80 | $ - | |
| SALES AND USE | $ - | $ - | |
| REAL PROPERTY | $ | $ - | |
| OTHER:(SPECIFY) | $ | $ - | |
| TOTAL: | $ 38,571.00 | N/A | |

Debtor in Possession Monthly Operating Report (Business)-Page 8 of 14
Operating Reporting Requirements
Revised May 22, 2017

IV.    AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE* (POST-PETITITION ONLY) | | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|---|
| 30 days or less | $    120,945.71 | | | $    698,470.05 |
| 31-60 days | 0 | | $    185,014.45 | $    241,363.75 |
| 61-90 days | 0 | | $    109,839.91 | |
| 91-120 days | 0 | | $    42,520.08 | |
| Over120days | 0 | | $    104,601.98 | |
| TOTALS: | $    120,945.71 | | $    441,976.42 | $    939,833.80 |

V.    INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | Markel West | 2,000,000.00 | 9/20/2018 | Capital Premium |
| WorkerCompensation | Technology Ins. | 1,000,000.00 | 3/25/2018 | AM Trust N America |
| Casualty | United Fire | 1,000,000.00 | 7/20/2018 | United Fire |
| Vehicle | Farmer's Insurance | 2,000,000.00 | 5/22/2018 | Farmer's Ins. |
| D&O | Maxum | 2,000,000.00 | 3/8/2018 | Capital Premium |

VI.    UNITED STATES TRUSTEE QUATERLY FEES
(TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fee | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| | 0 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Post-Petition Accounts payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the
Court. Post-Petition Acounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid
as of the close of the period of the report.

Debtor in Possession Monthly Operating Report (Business)-Page 9 of 14

Operating Reporting Requirements
Revised May 22, 2017

VII.    SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| Joseph Odea | | | $        6,280.78 |
| | | | |
| | | | |
| | | | |
| | | | |

*Please indicate how compensation was identified in the order (e.g.,$1,000/wk,$2,500/mo)

VIII.    SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor in Possession Monthly Operating Report (Business)-Page 10 of 14

Operating Reporting Requirements
Revised May 22, 2017

| | 11/30/2017 | % of Net Revenue | YTD | % of YTD Net Revenue |
|---|---|---|---|---|
| REVENUE: | | | | |
| Contract Mfg Revenues | $755001.71. | 82.14% | $1,269,672.71 | 79.86% |
| Revenues - Encapsulation | $142699.98. | 15.53% | $199,192.98 | 12.52% |
| Revenues - Raw Material Sales | $11462.50. | 1.25% | $19,571.50 | 1.23% |
| Research and Development Revenues | $2000.00. | 0.22% | $2,000.00 | .13% |
| Shipping & Handling Revenue | $0.00. | 0.00% | $0.00 | 0% |
| Warehousing and Fufillment Revenue | $2544.13. | 0.28% | $8,958.13 | .37% |
| Other Revenues | $53609.74. | 5.83% | $145,307.74 | 9.14% |
| Sales Discounts | ($48181.09.) | (5.24%) | ($54,848.09) | (2.75%) |
| Total Revenue | $919136.97. | 100.00% | $1,589,854.97 | 100.00% |
| | | | | |
| COS: | | | | |
| COS-Contract Mfg | $586716.79. | 63.83% | $960,273.79 | 59.52% |
| COS-Encapsulation | $86867.11. | 9.45% | $122,291.11 | 7.58% |
| COS-Research and Development | $260.52. | 0.03% | $850.52 | .05% |
| Shipping and Freight | $19965.24. | 2.17% | $34,536.24 | 2.14% |
| COS-Pallet Storage | $0.00. | 0.00% | $0.00 | 0.00% |
| Lab/QC Supplies | $0.00. | 0.00% | $23.00 | 0.00% |
| MFG Supplies | $1946.58. | 0.21% | $5,195.58 | .32% |
| Shipping and Packaging Supplies | $7364.12. | 0.80% | $11,587.12 | .72% |
| QC and Testing Sublet | $12768.00. | 1.39% | $35,120.00 | 2.18% |
| Direct Labor | $13215.04. | 1.44% | $26,463.04 | 1.64% |
| Direct Labor Cost | $45381.35. | 4.94% | $79,559.35 | 4.93% |
| Direct Temp Labor Cost | $0.00. | 0.00% | $8,690.00 | 0.54% |
| Inventory Variation | ($8343.30.) | (0.91%) | ($13,410.30) | (0.83%) |
| COS - Lost/Obsolete | $0.00. | 0.00% | ($37.00) | 0.00% |
| COGS Other | $56426.93. | 6.14% | $153,363.93 | 9.51% |
| COS - OH Allocation | $96350.00. | 10.48% | $188,956.00 | 11.71% |
| Total COS | $918918.38. | 99.98% | $1,613,462.38 | 101.48% |
| | | | | |
| Gross Profit | $218.59. | 0.02% | ($23,607.41) | (1.48%) |
| | | | | |
| OPERATING EXPENSES: | | | | |
| Wages | $89318.89. | 9.72% | $199,863.89 | 12.39% |
| Commission | $0.00. | 0.00% | $0.00 | 0.00% |
| Bonuses | $2500.00. | 0.27% | $3,000.00 | 0.19% |
| Contract/Temp Labor | $9833.60. | 1.07% | $14,840.60 | 0.92% |
| Consulting | $0.00. | 0.00% | $0.00 | 0.00% |
| Accounting | $814.91. | 0.09% | $1,146.91 | 0.07% |
| Auto and Mileage | $7.06. | 0.00% | $7.06 | 0.00% |
| Bad Debt Expences | $5000.00. | 0.54% | $10,000.00 | 0.62% |
| Bank Charges | $249.54. | 0.03% | $767.54 | 0.05% |
| Computer Supplies | $0.00. | 0.00% | $0.00 | 0.00% |

| | | | | |
|---|---|---|---|---|
| Courier | $0.00. | 0.00% | $0.00 | 0.00% |
| Depreciation | $31027.67. | 3.38% | $62,055.67 | 3.85% |
| Employee Relations | $0.00. | 0.00% | $0.00 | 0.00% |
| Entertainment and Promotion | $0.00. | 0.00% | $0.00 | 0.00% |
| Garden/Landscape | $580.00. | 0.06% | $1,160.00 | 0.07% |
| Gasoline | $180.00. | 0.02% | $253.00 | 0.02% |
| Information Technology | $3466.16. | 0.38% | $6,635.16 | 0.41% |
| Insurance- Auto | $612.67. | 0.07% | $1,225.67 | 0.08% |
| Insurance- Fire and Liability | ($3052.63.) | (0.33%) | ($2,440.63) | (0.15%) |
| Insurance- Life | $44.91. | 0.00% | $106.91 | 0.01% |
| Insurance- Medical | ($4125.03.) | (0.45%) | $1,598.97 | 0.10% |
| Insurance- Product Liability | $2587.09. | 0.28% | $5,174.09 | 0.32% |
| Insurance- Workman's Comp | $5142.00. | 0.56% | $10,284.00 | 0.64% |
| Insurance- D&O & EPLI | $1221.54. | 0.13% | $2,443.54 | 0.15% |
| Janitorial Services | $0.00. | 0.00% | $0.00 | 0.00% |
| Janitorial Supplies | $505.78. | 0.06% | $1,956.78 | 0.12% |
| Licenses and Permits | $782.00. | 0.09% | $969.00 | 0.06% |
| Mail and Postage | $100.00. | 0.01% | $100.00 | 0.01% |
| Maintenance and Repair | $4879.30. | 0.53% | $12,531.30 | 0.78% |
| Management Fee | $388.33. | 0.04% | $746.33 | 0.05% |
| Meals and Refreshments | $0.00. | 0.00% | $84.00 | 0.01% |
| Membership Dues | $0.00. | 0.00% | $0.00 | 0.00% |
| Merchant Fees | $4511.68. | 0.49% | $12,033.68 | 0.75% |
| Miscellaneous | $718.60. | 0.08% | $1,437.60 | 0.09% |
| Office Supplies/Stationary | $127.97. | 0.01% | $2,286.97 | 0.14% |
| Outside Services | $0.00. | 0.00% | $0.00 | 0.00% |
| Payroll Taxes | $11902.21. | 1.29% | $24,293.21 | 1.51% |
| Pest Control | $0.00. | 0.00% | $1,194.00 | 0.07% |
| Professional and Legal Fees | $5311.79. | 0.58% | $9,154.79 | 0.57% |
| Recruitment and Hiring | $0.00. | 0.00% | $0.00 | 0.00% |
| Rent | $37229.28. | 4.05% | $74,458.28 | 4.61% |
| Rentals | $974.15. | 0.11% | $1,940.15 | 0.12% |
| Research and Development | $1500.00. | 0.16% | $1,500.00 | 0.09% |
| Security System | $102.00. | 0.01% | $471.00 | 0.03% |
| Shop Supply | $260.23. | 0.03% | $1,770.23 | 0.11% |
| Small Tools | $0.00. | 0.00% | $390.00 | 0.02% |
| Subscriptions | $0.00. | 0.00% | $15.00 | 0.00% |
| Training and Seminars | $0.00. | 0.00% | $0.00 | 0.00% |
| Trash | $972.64. | 0.11% | $3,198.64 | 0.20% |
| Travel and Lodging | $0.00. | 0.00% | $0.00 | 0.00% |
| Uniforms | $1068.02. | 0.12% | $3,348.02 | 0.21% |
| Telephone | $437.77. | 0.05% | $718.77 | 0.04% |
| Utilities Electric | $4665.00. | 0.51% | $18,377.00 | 1.14% |
| Utilities Gas | $33.55. | 0.00% | $100.55 | 0.01% |
| Utilities Water | $980.00. | 0.11% | $2,153.00 | 0.13% |
| State & Local Tax | $5081.79. | 0.55% | $5,725.79 | 0.35% |
| Vendor Discounts | $0.00. | 0.00% | $0.00 | 0.00% |

| | | | |
|---|---|---|---|
| Finance Charge/Late Fees | $909.90. | 0.10% | $1,007.90 | 0.06% |
| Contra COS OH Allocation | ($96350.00.) | (10.48%) | ($188,956.00) | (11.71%) |
| **Total Operating Expenses** | **$132500.37.** | 14.42% | $311,128.37 | (19.28%) |
| | | | | |
| Operating Income | **($132281.78.)** | (14.39%) | ($334,735.78) | (20.74%) |
| | | | | |
| OTHER INCOME/(EXPENSES): | | | | |
| Other Income | $0. | 0.00% | $0.00 | 0% |
| Other Expences | $0. | 0.00% | $0.00 | 0% |
| Interest Expence | ($7543.) | (0.82%) | ($15,544.27) | (0.97%) |
| Total Other Income/Expense) | **($7543.)** | (0.82%) | ($15,544.27) | (0.97%) |
| | | | | |
| NET INCOME/(LOSS): | **($139825.)** | (15.21%) | ($350,276.05) | (22.03%) |
| | | | | |
| EBITDA INCOME/(LOSS): | **($96172.)** | (10.46%) | ($266,951.32) | (16.78%) |

## BALANCE SHEET

|  | 11/30/2017 |
|---|---|
| **ASSETS** | |
| *Current Assets:* | |
| Cash Operating Bank of America | $0.03 |
| Cash - Savings | (0.07) |
| DIP Cash/General | 219,253.72 |
| DIP Payroll | 2,323.09 |
| Cash on Hand/ Petty | (355.29) |
| AR | 1,381,334.74 |
| Allowance | (40,500.48) |
| AR Other | 65.17 |
| AR-Life Brand | 159,242.61 |
| Prepaid Ins. Product Liability | 24,038.41 |
| Prepaid Ins. Other | 13,920.34 |
| Prepaid Other | 155,280.90 |
| Deferred Tax | 80,183.00 |
| | |
| *Inventory:* | |
| Inventory- Raw Material | 688,573.99 |
| Inventory- Raw Material Flavors | 220,778.65 |
| Inventory- Raw Material Color | 9,727.11 |
| Inventory- Ship and Pkg Supplies | 395,558.09 |
| Inventory- Encapsulation Supplies | 52,749.25 |
| Inventory- WIP | 143,438.97 |
| Inventory Finished Goods | 53,466.50 |
| Inventory-Capitalized OH | 188,240.00 |
| *Inventory Total:* | *1,752,532.56* |
| **Total Current Assets:** | **3,747,318.73** |
| | |
| *Property, Plant & Equipment:* | |
| Office Equipment | 8,264.45 |
| Lease Hold Improvements | 375,236.78 |
| Furniture and Fixtures | 34,275.91 |
| Computers | 21,136.11 |
| Software | 51,132.74 |
| Vehicles | 41,231.95 |
| Machinery and Equipment | 2,137,798.08 |
| Other | 89,338.85 |
| Acc. Dep. - Office Equipment | (6,351.91) |
| Acc. Dep. Lease Hold Improvement | (68,933.16) |
| Acc. Dep. Furniture and Fixtures | (17,505.42) |
| Acc. Dep. Computers | (12,132.56) |
| Acc. Dep. Software | (38,311.67) |
| Acc. Dep. Vehicles | (10,879.22) |
| Acc. Dep. Machinery and Equipment | (601,141.89) |

| | |
|---|---:|
| Acc. Dep. Other | (41,934.20) |
| **Total Prop, Plant, Equip** | **1,961,224.84** |
| | |
| *Intangible Assets:* | |
| | |
| *Other Assets:* | |
| Security Deposit | 81,993.19 |
| Investment - Life Brand | 126,005.85 |
| **Total Other Assets** | **207,999.04** |
| | |
| **TOTAL ASSETS** | **5,916,542.61** |

**LIABILITIES**

*Current Liabilities:*

| | |
|---|---:|
| Accounts Payable - Pre | 3,036,787.49 |
| Accounts Payable - Post | 125,303.50 |
| Inventory Received Not Invoiced | 185,077.98 |
| Accounts Payable- Clearing | 450.50 |
| Contract Deposits | 235,958.96 |
| Other Accrued Liabilities | 86,055.66 |
| Payroll Payable | 71,531.28 |
| 401 K Payable | (163.98) |
| Defered Rent | 149,906.17 |
| Interest Payable | 53,951.02 |
| Sales Tax Payable | 4,300.96 |
| Note Payable- Bank LOC | 1,474,700.00 |
| Note Payable-Current | (2,321.73) |
| **Total Current Liabilities:** | **5,421,537.82** |

*Long-Term Liabilities:*

| | |
|---|---:|
| Providence Lease 2016713 | 262,096.03 |
| Bank of America Loan 31927-7 | 123,402.92 |
| Bank of America Loan 2 | 169,566.64 |
| LCA 180798 | 35,666.86 |
| LCA 2171864 | 31,800.94 |
| Note Payable-LT | 412,671.11 |
| Capital Lease Payable | 7,285.52 |
| State Income Tax Payable | 128,165.00 |
| **Total Long-Term Liabilities:** | **1,170,655.02** |
| | |
| **TOTAL LIABILITIES** | **6,592,192.84** |

**STOCKHOLDERS' EQUITY**

| | |
|---|---:|
| Additional Paid in Capital | 588,000.00 |
| Current Earnings | (1,573,604.28) |
| Retained Earnings | 309,954.05 |

| | |
|---|---|
| Total Stockholders' Equity: | (675,650.23) |
| TOTAL LIABILITIES & SH EQUITY | 5,916,542.61 |
| TOTAL LIABILITIES & SH EQUITY | 6,206,826.14 |

XI.     QUESTIONAIRE

1 Has the debtor-in-possession made any payments on its pre-petition unsecured debt,
  except as have been authorized by the court?

  _____x_____  No.
  _____  Yes Explain _____  _____

  Bank of America credit card bill mentioned in last report was only pre-petition payment.

2 Has the debtor-in possession during this reporting period provided compensation or
  renmuneration to any officers,directors, principals,or other insiders without appropriate
  authorization?

  _____  No.
  _____X_____  Yes. Amount,to whom, and for what period? _____
  _____  $6,280.78 to Joseph O'Dea as president salary for November

3 State what progress was made during the reporting period toward filing a plan or
  reorganization:

  Since filing the Chapter 11 Core has made progress in reducing its total inventory and
  converting it to cash or receivables.  Core has made reductions total staff and overhead
  to increase profitability.  November revenue increased nearly 50% while labor expenses
  are down from October.  Outsourcing is allowing us to keep production revenue high
  without incurring the overhead costs.  Outsourcing manufacturing is the key to future
  success.

4 Describe potential future developments which may ha vet a significant impact on the
  case. Core is aggressively working with both the bank and a investors to finalize a
  purchase offer. We have a offer that should satisfy all parties one agreed upon.  We have
  had several revisions from this investor and we look to be getting close to a final
  purchase price.

5 Attached copies of all orders granting relief from the automatic stay that were entered
  during the reporting period.

6 Did you receive any exempt income this month, which is not set forth in the operating report?

X_____ No.

_____ Yes. Please set forth the amounts and the sources of income

 

 

       I, Joseph O'Dea, declare under penalty of perjury under the law of the Unted States of America that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and correct to the best of my knowledge.

Date: _12/18/17_

Principal for Debtor-in Possession