CSD 1100 [12/01/16] (Page 1 of 2)
Name, Address, Telephone No. & I.D. No.
**Stephen C. Hinze 131787**
**217 Civic Center Drive**
**Suite 10**
**Vista, CA 92084-6170**
**(760) 689-0705**
**131787**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Core Supplement Technology, Inc.**

BANKRUPTCY NO. **17-06078**

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☒ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
  - ☒ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: 12/18/2017          Signature    /S/ Stephen C. Hinze
                                        Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] __Joseph Odea__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __13__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 12/18/2017       /s/ Joseph Odea
                         *Debtor                                              *Joint Debtor
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

### INSTRUCTIONS

CSD 1100
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

CSD 1100 (Page 2 of 2) [12/01/16]

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added.** Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **December 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐ Chapter 7 Trustee:

   ☒ For Chpt. 7, 11, & 12 cases:          ☐ For ODD numbered Chapter 13 cases:          ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE                   THOMAS H. BILLINGSLEA, JR., TRUSTEE            DAVID L. SKELTON, TRUSTEE
   ustp.region15@usdoj.gov                 Billinslea@thb.coxatwork.com                   admin@ch13.sdcoxmail.com
                                                                                          dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail or Overnight Mail:**

   On **December 19, 2017**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows: **See attached mailing list.**

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

   Executed on   12/19/2017                          /S/ Stephen C. Hinze
                   (Date)                            Stephen C. Hinze 131787
                                                     Stephen C. Hinze, Attorney at Law A PC
                                                     217 Civic Center Drive
                                                     Suite 10
                                                     Vista, CA 92084-6170
                                                     Address

CSD 1100

**Fill in this information to identify the case:**

Debtor name  **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **17-06078**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $ 2,910,072.15

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 2,910,072.15

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 2,208,316.56

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 3,726,419.53

4. **Total liabilities** ............................................................................................................................ $ 5,934,736.09
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): **17-06078**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank Of America CORRECTED | Checking | 3646 | $132,160.35 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**   $132,160.35
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   Prepaid Taxes consisting of overpaid estimated taxes. Awaiting refund
   8.1. check.-CORRECTED    $47,200.00

   8.2. DELETED Prepaid Property Liability Insurance    $0.00

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Core Supplement Technology, Inc.**                         Case number *(If known)* **17-06078**
         Name

| | | |
|---|---|---:|
| 8.3. | DELETED Prepaid Insurance | $0.00 |
| 8.4. | Material, ingredients, components paid for but not delivered at time of filing -CORRECTED | $88,012.64 |
| 8.5. | Deferred Taxes representd by deductions and credits available on future taxes. $26K CA jobs Credit, $47K depreciation, balance reserves and accruals. Offset by deferred tak liability on the books of $128K close fiscal 12/31/2016.  CORRECTED | $80,183.00 |

9. **Total of Part 2.**                                                                                           $215,395.64
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:   Investments**

13. Does the debtor own any investments?

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. Does the debtor own or lease any real property?

Debtor     **Core Supplement Technology, Inc.**                                Case number *(If known)* **17-06078**
           Name

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Core Supplement Technology, Inc.                                   Case number *(If known)* 17-06078
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $132,160.35 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $215,395.64 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $347,555.99 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $347,555.99 |

**Fill in this information to identify the case:**

Debtor name: **Core Supplement Technology, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): **17-06078**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**A&A Pharmachem**<br>4-77 Auriga Drive<br>Ottawo, Onterio Canada K2E727 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,139.60 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Accutek**<br>2685 S. Melrose DR.<br>Vista, CA 92081 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $687.50 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Allen Flavors, Inc.**<br>23 Progress Street<br>Edison, NJ 08820 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,057.76 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**AM Trust North America**<br>P. O. Box 6939<br>Cleveland, OH 44101-1939 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,852.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Workers Compensation Insurance Financing**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Core Supplement Technology, Inc.**
Name

Case number (if known) **17-06078**

| 3.5 | Nonpriority creditor's name and mailing address<br>**American Labratories**<br>4410 S. 102nd St.<br>Omaha, NE 68127 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,688.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Applied Food Science**<br>8708 S. Concress, Bldg. 290<br>Austin, TX 78745 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**BCS**<br>13550 Danielson St.<br>Poway, CA 92064 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **CORRECTED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**BDS Naturals**<br>2779 El Presidio St.<br>Carson, CA 90810 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,636.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Bestcom (Wuxi) Biotech Co. Ltd**<br>Room 502, No. 5<br>Zhihui Rd., Huishen Dist.<br>Wuki City, Jiangsu Prov. | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,200.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Bosch Packaging Services, Inc.**<br>P. O. Box 95193<br>Chicago, IL 60694-5193 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $976.30 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>**Capital Premium Finance**<br>12235 S. 800 E<br>Draper, UT 84020 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,730.56 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Director and Officer and General Liability Insurance financing**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Core Supplement Technology, Inc.**    Case number (if known) **17-06078**
Name

| 3.12 | Nonpriority creditor's name and mailing address<br>CapsCanada<br>456 Silver Creek Industrial Dr<br>Tecumeseh, ON N8N 4Y3 Canada<br>Date(s) debt was incurred __<br>Last 4 digits of account number **CORRECTED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,671.00 |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>Century Lable<br>12836 South Dixie Highway<br>Bowling Green, OH 43402<br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,301.35 |
| 3.14 | Nonpriority creditor's name and mailing address<br>Chempoint<br>411 108th Ave NE<br>Bellevue, WA 98004<br>Date(s) debt was incurred __<br>Last 4 digits of account number **CORRECTED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,475.37 |
| 3.15 | Nonpriority creditor's name and mailing address<br>Dynamic Distribution<br>546 Jesmond Road<br>Fig Tree Pocket<br>QLD 4069 Australia, ME 04014<br>Date(s) debt was incurred __<br>Last 4 digits of account number **CORRECTED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Customer Deposit**<br>Is the claim subject to offset? ■ No ☐ Yes | $27,559.32 |
| 3.16 | Nonpriority creditor's name and mailing address<br>Electronic Recycling Center<br>2618 Temple Heights Dr.<br>Oceanside, CA 92056<br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $271.41 |
| 3.17 | Nonpriority creditor's name and mailing address<br>Evolution Salt Co.<br>3310 W. Barker Lane 300-234<br>Austin, TX 78758<br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $348.00 |
| 3.18 | Nonpriority creditor's name and mailing address<br>Fastenal Company<br>1334 N. Melrose Dr. STE A&B<br>Vista, CA 92083<br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $377.50 |

| Debtor | Core Supplement Technology, Inc. | | Case number (if known) | 17-06078 |
|---|---|---|---|---|
| | Name | | | |

### 3.19

**Nonpriority creditor's name and mailing address**
Feed Me More
2555 W. Centennial Pkwy.
North Las Vegas, NV 89084

Date(s) debt was incurred __
Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,610.00**

### 3.20

**Nonpriority creditor's name and mailing address**
Genysis Nutrition Labs/VMI
391 S. Orange Street
Salt Lake City, UT 84104

Date(s) debt was incurred __
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

### 3.21

**Nonpriority creditor's name and mailing address**
Global Formulas
27111 Aliso Creek Road,
STE 175
Aliso Viejo, CA 92656

Date(s) debt was incurred __
Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$42,094.50**

### 3.22

**Nonpriority creditor's name and mailing address**
Granite Nutrition
P. O. Box 1090
Placentia, CA 92871

Date(s) debt was incurred __
Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$16,712.16**

### 3.23

**Nonpriority creditor's name and mailing address**
Great American Packaging
431 S. Soto St., STE B
Los Angeles, CA 90058

Date(s) debt was incurred __
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,898.29**

### 3.24

**Nonpriority creditor's name and mailing address**
Hilmar Ingredients, Inc.
8901 N. Lander Ave.
Hilmar, CA 95324

Date(s) debt was incurred __
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,532.20**

### 3.25

**Nonpriority creditor's name and mailing address**
IB Fitness
C/O Jerome Moe, Esq
501 W. Broadway, STE 1205
San Diego, CA 92101

Date(s) debt was incurred __
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,657.50**

Debtor  **Core Supplement Technology, Inc.**                                Case number (if known)  **17-06078**
Name

| | | |
|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>**Image Fillers**<br>735 Foxchase, STE 111<br>Coatsville, PA 19380 | As of the petition filing date, the claim is: *Check all that apply.*   **$527.70**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Innovative Muscle**<br>633 13thStreet, Unit 41<br>San Diego, CA 92154 | As of the petition filing date, the claim is: *Check all that apply.*   **$14,657.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Customer Deposit**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.28 | Nonpriority creditor's name and mailing address<br>**KPC Mastercraft International**<br>300 Brynt Lane<br>Woodbury, TN 37190 | As of the petition filing date, the claim is: *Check all that apply.*   **$871.47**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.29 | Nonpriority creditor's name and mailing address<br>**Logisticx Fox**<br>7461 Garden Grove Blvd. Unit A<br>Garden Grove, CA 92841 | As of the petition filing date, the claim is: *Check all that apply.*   **$2,230.71**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.30 | Nonpriority creditor's name and mailing address<br>**Markem-Imaje**<br>P. O. Box 3542<br>Boston, MA 02241 | As of the petition filing date, the claim is: *Check all that apply.*   **$599.94**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.31 | Nonpriority creditor's name and mailing address<br>**Metro Fire and Safety**<br>2733 Via Orange Way, STE 103<br>Spring Valley, CA 91978 | As of the petition filing date, the claim is: *Check all that apply.*   **$367.80**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.32 | Nonpriority creditor's name and mailing address<br>**NSF International**<br>P. O. Box 77000<br>Detroit, MI 48277-1380 | As of the petition filing date, the claim is: *Check all that apply.*   **$3,400.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Licensing**<br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor  **Core Supplement Technology, Inc.**  
Name

Case number (if known) **17-06078**

| | | |
|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address<br>**Nutriscience**<br>2450 Reservoir Ave.<br>Trumbull, CT 06611 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,750.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.34 | Nonpriority creditor's name and mailing address<br>**OmniActive Health Inc.**<br>67 East Park ave.<br>Morristown, NJ 07960 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,250.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.35 | Nonpriority creditor's name and mailing address<br>**OSF Flavors, Inc.**<br>P. O. Box 591<br>Windsor, CT 06095 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,320.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.36 | Nonpriority creditor's name and mailing address<br>**Peek Packaging**<br>6221 Yarrow Street<br>Carlsbad, CA 92011 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.37 | Nonpriority creditor's name and mailing address<br>**Prinova**<br>36780 Eagle Way<br>Chicago, IL 60678-1367 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,395.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.38 | Nonpriority creditor's name and mailing address<br>**Pure Valley Nutrition**<br>11823 E. Slauson Ave. Ste. 32<br>Santa Fe Springs, CA 90670 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,825.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | Nonpriority creditor's name and mailing address<br>**Saminchem Inc.**<br>3225 Grapevine St<br>Mira Loma, CA 91752 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62,007.50 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **ADDED** | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Core Supplement Technology, Inc.**     Case number (if known) **17-06078**
Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Sensient<br>777 East Wisconsin Ave<br>Milwaukee, WI 53202<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$2,743.53** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Seppic Inc.<br>P. O. Box 101654<br>Pasadena, CA 91189-1654<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$29,925.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Seven Labs<br>1420 Decision, STE C<br>Vista, CA 92081<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$2,173.50** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Stryka Botanicals<br>279 Homestead Road<br>Hillsborough, NJ 08844<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$197.50** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$2,637.46** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>United Fire Group<br>118 Second Ave SE<br>Cedar Rapids, IA 52407-3909<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Financed Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes     **$4,856.00** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>UPS<br>P. O. Box 1012<br>Horsham, PA 19044<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$1,220.27** |

| Debtor | Core Supplement Technology, Inc. | Case number (if known) | 17-06078 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address<br>**Vanadium Interactive**<br>**9277 Research Drive**<br>**Irvine, CA 92618**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt: Consulting Service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
|---|---|---|---|
| 3.48 | Nonpriority creditor's name and mailing address<br>**Waseta Int. Trading Co. Ltd.**<br>**Room 2001-2002-**<br>**Golden Eagle Edifice B # 1518**<br>**Min Sheng Rd. Shanghai China**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ADDED** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,900.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Marina Teel**<br>**Jerome Moe, Esq.**<br>**501 W. Broadway, STE 1025**<br>**San Diego, CA 92101** | Line **3.77**<br><br>☐ Not listed. Explain ____ | **ADDED** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 427,007.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 427,007.20 |

| | | |
|---|---|---|
| A&A Pharmachem<br>4-77 Auriga Drive<br>Ottawo, Onterio Canada K2E727 | American Labratories<br>4410 S. 102nd St.<br>Omaha, NE 68127 | BCS<br>13550 Daurelson St.<br>Poway, CA 92064 |
| Bestcom (Wuxi) Biotech Co. Ltd.<br>Room 502, No. 5<br>Zhihui Rd., Huishen Dist.<br>Wuki City, Jiangsu Prov. | Bosch Packaging Services, Inc.<br>P. O. Box 95193<br>Chicago, IL 60694-5193 | Dynamic Distribution<br>546 Jesmond Road<br>Fig Tree Pocket<br>QLD 4069 Australia, ME 04014 |
| Evolution Salt Co.<br>3310 W. Barker Lane 300-234<br>Austin, TX 78758 | Feed Me More<br>2555 W. Centennial Pkwy.<br>North Las Vegas, NV 89084 | Genysis Nutrition Labs/VMI<br>391 S. Orange Street<br>Salt Lake City, UT 84104 |
| Global Formulas<br>27111 Aliso Creek Road,<br>STE 175<br>Aliso Viejo, CA 92656 | Granite Nutrition<br>P. O. Box 1090<br>Placentia, CA 92871 | Image Fillers<br>735 Foxchase, STE 111<br>Coatsville, PA 19380 |
| KPC Mastercraft International<br>300 Brynt Lane<br>Woodbury, TN 37190 | Logisticx Fox<br>7461 Garden Grove Blvd. Unit A<br>Garden Grove, CA 92841 | OmniActive Health Inc.<br>67 East Park Ave.<br>Morristown, NJ 07960 |
| Peek Packaging<br>6221 Yarrow Street<br>Carlsbad, CA 92011 | Pure Valley<br>403 E. Arrow Hwy. Ste 306<br>San Dimas, CA 91773 | Sensient<br>777 East Wisconsin Ave<br>Milwaukee, WI 53202 |
| Seppic Inc.<br>P. O. Box 101654<br>Pasadena, CA 91189-1654 | Stryka Botanicals<br>279 Homestead Road<br>Hillsborough, NJ 08844 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 |
| Waseta Int. Trading Co. Ltd.<br>Room 2001-2002-<br>Golden Eagle Edifice B # 1518<br>Min Sheng Rd. Shanghai China | United Fire Group<br>118 Second Ave SE<br>Cedar Rapids, IA 52407-3909 | Century Lable<br>12836 South Dixie Highway<br>Bowling Green, OH 43402 |
| Capital Premium Finance<br>12235 S. 800 E<br>Draper, UT 84020 | AM Trust North America<br>P. O. Box 6939<br>Cleveland, OH 44101-1939 | Accutek<br>2685 S. Melrose DR.<br>Vista, CA 92081 |
| Allen Flavors, Inc.<br>23 Progress Street<br>Edison, NJ 08820 | Applied Food Science<br>8708 S. Concress, Bldg. 290<br>Austin, TX 78745 | BDS Naturals<br>2779 El Presidio St.<br>Carson, CA 90810 |

Service List Amended: 17-06078-MM11

Caps Canada
456 Silver Creek Industrial Dr
Tecumeseh, ON N8N 4Y3 Canada

Century Lable
12836 South Dixie Highway
Bowling Green, OH 43402

Chempoint
411 108th Ave NE
Bellevue, WA 98004

Electronic Recycling Center
2618 Temple Heights Dr.
Oceanside, CA 92056

Fastenal Company
1334 N. Melrose Dr. STE A&B
Vista, CA 92083

Great American Packaging
431 S. Soto St., STE B
Los Angeles, CA 90058

Hilmar Ingredients, Inc.
8901 N. Lander Ave.
Hilmar, CA 95324

IB Fitness
C/O Jerome Moe, Esq
501 W. Broadway, STE 1205
San Diego, CA 92101

Innovative Muscle
633 13thStreet, Unit 41
San Diego, CA 92154

Marina Teel
C/O Jerome Moe, Esq.
501 W. Broadway, STE 1025
San Diego, CA 92101

Metro Fire and Safety
2733 Via Orange Way, STE 103
Spring Valley, CA 91978

NSF International
P. O. Box 77000
Detroit, MI 48277-1380

Nutriscience
2450 Reservoir Ave.
Trumbull, CT 06611

OSF Flavors, Inc.
P. O. Box 591
Windsor, CT 06095

Prinova
36780 Eagle Way
Chicago, IL 60678-1367

Saminchem Inc.
3225 Grapevine St
Mira Loma, CA 91752

Seven Labs
1420 Decision, STE C
Vista, CA 92081

UPS
P. O. Box 1012
Horsham, PA 19044

Vanadium Interactive
9277 Research Drive
Irvine, CA 92618

UNITED STATES TRUSTEE
Department of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

David Ortiz, Esq.
Office of the US Trustee
880 Front Street, Ste. 3230
San Diego, CA 92101

J. Alexandra Rhim
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2985

Brian J. Jackiw
Goldstein & McClintock, LLP
111 W. Washington, STE 1221
Chicago, IL 60602

Nathan A Schultz
Law Office of Nathan A. Schultz, PC
10321 Craig Road
Traverse City, MI 49686

Wayne R. Terry, Esq
Hemar Rousso & Heald, LLP
15910 Ventura Blvd. 12th Floor
Encino, CA 91436-2829