## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM11   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 20, 2017 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 11/29/17)

2) MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR

### Appearances:

STEPHEN HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.
ALEXANDRA RHIM, ATTORNEY FOR BANK OF AMERICA - Telephonic
ROBERT OPERA, ATTORNEY FOR ROBERT BAILLY & JACOB HYTON - Telephonic
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
JOSEPH O'DEA - In the Courtroom

### Disposition:

1) Continued to 1/2/18 @ 3:00 PM, Department 1.
2) Continued to 1/2/18 @ 3:00 PM, Department 1. Interim use of cash collateral allowed. Funds received by Mr. O'Dea to be returned to estate. Motion to be renoticed to all parties.

Stipulation regarding assignment of an examiner may be submitted.

Any further pleadings addressing the Court's concerns to be submitted by 12/27/17.