1

Stephen C. Hinze (State Bar No. 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tel:  760-945-9353
Fax: 760-454-2427

Proposed Bankruptcy Counsel
Debtor and for Debtor in Possession

2

3

4

5

6

7

8                          UNITED STATES BANKRUPTCY COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE: | ) Case No.: 17-06078-MM11 |
| | ) |
| | ) Chapter 11 |
| | ) |
| CORE SUPPLEMENT TECHNOLOGY, | ) APPLICATION FOR ORDER |
| INC. a California Corporation | ) AUTHORIZING COMPENSATION OF |
| | ) INSIDERS |
| | ) |
| Debtor and Debtor in Possession | ) [LBR 4002-2(a)] |
| | ) |
| | ) |
| | ) |
| | ) Judge:          Hon. Margaret M. Mann |
| | ) Dept .          1, Room 218 |
| | ) |
| | ) |
| | ) |
| _____ | ) |

22   TO THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY

23   JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CREDITORS AND

24   INTERESTED PARTIES.

25        Core Supplement Technology, Inc. (the Debtor and Debtor in Possession) submits this

26   Application for an Order Authorizing Compensation of Insiders pursuant to Local Bankruptcy

27   Rule 4002-2(a) including Nunc Pro Tunc authority to pay salary since the October 3, 2017, the

28   petition date.

Page **1** of **7**

The notice of intended action in this matter was served on January 9, 2017.

A copy of the proposed order authorizing insider compensation is attached as Exhibit A.

A copy of the Notice of Intended action and Proof of Service by Mail is attached as Exhibit B.

## INTRODUCTION

Joseph O'Dea is an insider of this corporation in that he is a director and 50% shareholder . Debtor in possession seeks an interim order authorizing it to pay, Joseph O'Dea for services rendered as general manager during this bankruptcy pending the approval of its final plan.  Mr. O'Dea's job at Core Supplement Technology Inc. is essential to the Debtor's continued operation and the success of its sale or reorganization. Additionally, Mr. O'Dea's work at Core is his only source of income and compensation is necessary for his continued ability to pay his normal and necessary living expenses. Core seeks approval to continue paying Mr. O'Dea $3,140.39 bi-weekly salary as a W-2 employee. Taxes and insurance deducted from this gross pay amount to approximately $1,117.54 leaving an approximate bi-weekly take home pay of $2,022.85.

## NATURE AND EXTENT OF MR. O'DAE'S DUTIES

Mr. O'Dea is the head of Research and Development and general manager of Core Supplement Technology.  His official job title at the company is Head of Research and Development.  His responsibilities at the company are as follow:

**Research and Development**

Job Summery- Research and Development (R&D) is responsible for producing the product orders from sales orders and creating formulae for finished products. These formulae are delivered to the manufacturing division and from there to various locations both domestic and international from Core's fulfillment division.  This position also manages sales, account management, laboratory (R&D)(runs day to day from this position), purchasing, quality control, regulatory, IT/data entry and production.  R&D meets with customers and the sales department to identify needed ingredients to be formulated into a a product then moved to a delivery system for finished product (capsules/powders).  R&D instructs purchasing to purchase and sample

Application for Order Authorizing Insider Compensation                    17-006078-11 MM11

materials at a given cost and given specifications. These materials are formulated into finished products for production. The raw material specifications are given to quality and regulatory to establish assay, claims and potential restrictions. Materials are entered into the system by QUALITY CONTROL and assigned an item number. R&D takes these item numbered ingredients and formulates them into a finished product that is manufactured by a master batching record. The size of this batch is determined by the number of units or weight of product ordered from the purchase order issued from the sales department. R&D generates the master batching template with manufacturing instructions for QUALITY CONTROL to make a master batching record for production. QUALITY CONTROL prints a batching sheet for R&D to approve and provides this to production to start the manufacturing process. Production enters the batching materials needs into the ERP system to draw a shortage report and signal an order from purchasing. Purchasing orders materials that are received and placed in quarantine until QUALITY CONTROL releases. Quality addresses potential raw material issues with R&D for release resolutions. Once released the materials are manufactured according to batch records issued by the operations director. Issues in production are brought to R&D for a deviation report. R&D creates the deviation that is submitted to QUALITY CONTROL to be issued to production for final manufacturing. All aspects of formulation, purchasing, production and costing are managed by the president of research and development at Core.

**Mr. O'Dea handles the below responsibilities in each department**

**R&D and Sales**

- R&D works with sales and clients on product development
- R&D makes samples and supplement fact panels for sales customers
- R&D makes customer quotes and costing report for sales
- R&D expedites orders for sales when needed

**R&D and Formulation**

- R&D works with sales and clients directly on product development
- R&D takes the requests of sales and turns them into a sample finished product with pricing

Application for Order Authorizing Insider Compensation                    17-006078-11 MM11

- R&D determines the materials, sources and lead time for a finished product
- R&D makes master batching records and formulation adjustments as needed
- R&D troubles shoots production issues and creates deviation reports

**R&D and Production**

- R&D makes production schedules
- R&D trouble shoots production issues
- R&D  resolves quality and production issues and creates needed documentation

**R&D and Purchasing**

- R&D directs purchasing in sourcing and pricing
- R&D helps establish minimum reorder points
- R&D provides projections and forecasts
- R&D approves materials for orders

**R&D and QUALITY CONTROL**

- R&D assigns raw material specifications for QUALITY CONTROL
- R&D creates batching record templates for QUALITY CONTROL
- R&D makes deviation for QUALITY CONTROL
- R&D trouble shoots raw material and assay issues with QUALITY CONTROL

**R&D and Regulatory**

- R&D obtains regulatory approval for claims
- R&D submits finished batching sheet template, material specifications and R&D supplement facts for final label submission to client
- R&D creates certificates of compliances and other needed formulation data

**Accounting**

- R&D cross checks quoting and actual invoice prices for adjustments to costing reports
- R&D request terms and resolves issues
- R&D provides forecasts and manages inventory needs
- R&D does collections

Application for Order Authorizing Insider Compensation                    17-006078-11 MM11

In addition to the normal duties listed above, since filing this chapter 11 case Mr. O'Dea has taken over the responsibilities of Director of Operation, Quality Control Manager, Regulatory Manager and Sales manager. Over the last year Mr. O'Dea has worked eight to 12 hours a day, six to seven days a week and has continued to do this since October 3, 2017.

COMPENSATION PAID TO THIS INSIDER IN THE PRECEEDING YEAR

Mr. O'Dea has received no other compensation over the year preceding the bankruptcy other than the bi-weekly gross salary of $3,140.39. Mr. O'Dea's continued participation in the business is necessary to the company's successful restructuring or its orderly wind down through the controlled liquidation of accounts receivable and coordination of liquidation and transfer of assets, whichever is best suited for the future of this company.

STATEMENT REGARDING OPERATING REPORTS

At the time of this application all operating reports that became due have been filed.

INSIDER'S CURRENT MONTHLY INCOME AND EXPENSES:

Mr. O'Dea's only source of income is his wage from Core Supplement Technology, Inc. His bi-weekly net income after taxes and insurance is $2,022.85. Mr. O'Dea's reasonable and necessary monthly living expenses are:

| | |
|---|---|
| 1. Housing | $2,550.00 |
| 2. Electricity | $300.00 |
| 3. Telephone/Cable | $300.00 |
| 4. Food/ Housekeeping | $300.00 |
| 5. Clothing/ Laundry/ Dry Cleaning | $180.00 |
| 6. Medical/Dental | $100.00 |
| 7. Transportation | $100.00 |
| 8. Entertainment recreation | $200.00 |
| TOTAL | $4,030.00 |

RELIEF REQUESTED:

Debtor requests an order in accord with Local Bankruptcy Rule 4002-2 authorizing it to continue paying Mr. O'Dea his normal bi-weekly gross salary as a W-2 employee of

$3,140.4978 from the estate. This sum is necessary for Mr. O'Dea to pay his ordinary and necessary personal living expenses.  Mr. O'Dea's continued involvement with the company is needed for its successful operation during the pendency of this matter.  This constitutes good cause to authorize continued compensation for Mr. O'Dea.  Without him, the estate will be adversely affected.

RETROACTIVE RELIEF

The debtor requests an order authorizing pre motion payments to Mr. O'Dea.  As stated above, his services are very important to the continued operation of Core.  Rule 4002-2 (d)4 requires the debtor to serve notice on all creditors.  This case involves many creditors. Unfortunately, because many employees were released in the months preceding the bankruptcy, even though every reasonable effort was made to ensure that all creditors were included in the petition with a correct address for each, there were mistakes and omissions. These mistakes and omissions have been corrected.  Additionally, because there were several people involved in the purchasing and sales process pre-petition and because, in the weeks preceding filing the petition, many people were let go, internal miscommunications resulted in the inadvertent omission of several creditors requiring an amendment to add creditors.  This information came to light prior to any attempt to seek authority to pay insider compensation.  Because of these errors, it was not initially possible to comply with the requirement of Local Bankruptcy Rule 4002-2(d)4 to properly notify all creditors. The Debtor became aware of the issue before filing an application to compensate Mr. O'Dea as an insider. In good faith and in the interest of due process the debtor has corrected all known errors and all creditors have now been given notice of intended action to compensate Mr. O'Dea.  There was no intent to prejudice any party, only to ensure all were given proper notice and opportunity to object.

WHEREFRE, the Debtor prays for an order:

1.      Authorizing the payment to Mr. O'Dea his usual bi-weekly gross salary of $3,140.49 per month as a W-2 employee of the Debtor pending further order of this Court;

2.      Retroactively authorizing payment of salary from October 3, 2017.

/./.

1    3.    Such further relief as the Court deems just.

2    Date:  January 10, 2018                                          /S/ Stephen C. Hinze
                                                                      Stephen C. Hinze, Attorney for
3                                                                     Debtor and Debtor in Possession

Application for Order Authorizing Insider Compensation                    17-006078-11 MM11

EXHIBIT A

**CSD 1001A** [11/15/04]

Name, Address, Telephone No. & I.D. No.

Stephen C. Hinze (SBN 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW, A PC
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tele: (760) 689-0705
Fax:  (760) 454-2427

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

CORE SUPPLEMENT TECHNOLOGY, INC.

Debtor.

BANKRUPTCY NO. 17-06078-MM11

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER ON

## APPLICATION FOR INTERIM COMPENSATION PAID TO INSIDER

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED: 

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Stephen C. Hinze Attorney At Law A PC
(Firm name)

By: /S/ Stephen C. Hinze
Attorney for ☑ Movant ☐ Respondent

CSD 1001A

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON APPLICATION FOR INTERIM COMPENSATION PAID TO INSIDER
DEBTOR: CORE SUPPLEMENT TECHNOLOGY, INC.                    CASE NO: 17-06078-MM11

---

IT IS ORDERED:

The application of Core Supplement Technology, Inc. to pay its president Joseph O'Dea interim compensation in the form of W-2 wages in the bi-weekly gross amount of $3,140.39 is granted.

This order is retroactive to October 3, 2017 and authorizes payment to Mr. O'Dea his gross bi-weekly salary from October 3, 2017 forward pending further order of the Court.

EXHIBIT B

CSD 1180 [12/01/16]
Name, Address, Telephone No. & I.D. No.
**Stephen C. Hinze 131787**
**217 Civic Center Drive**
**Suite 10**
**Vista, CA 92084-6610**

131787

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Core Supplement Technology, Inc.**

BANKRUPTCY NO. **17-06078-MM11**

Tax I.D.(EIN)#: 45-5363738    /S.S.#:                    Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO OTHER PARTIES IN INTEREST:

**You are hereby notified that** _____

(select one:) ☐ the Trustee    ☐ United States Trustee    ☒ Debtor-in-Possession    ☐ Creditor,
proposes to: (check all that apply)

☐      Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)];

☐      Abandon the following property [description of property to be abandoned];

☐      Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];

☒      Seek allowance of compensation or remuneration to debtor(s) as follows: To Joseph O'Dea in all employment capacities with debtor of gross bi-weekly pay in the sum of $3,140.49 Nunc Pro Tunc from October 3, 2017 onward until the Court orders otherwise;

☐      Other [specify the nature of the matter]:

---

Note that sales free and clear of liens and interests require service under FRBP 6004 and a separate declaration identifying the liens and interest.

CSD 1180                                                                    [Continued on Page 2]

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

CSD 1180  (Page 2) [12/01/16]

If you object to the proposed action:

1.       **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

| - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
| - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
| | CL | - | call (619) 557-6019 | | DEPARTMENT FIVE (Room 318) |

2.       **Within Fourteen Days (14)[1] days from the date of service of this motion pursuant to Local Rule 4002-2(d)(5),** you must also serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184[2]] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must :

   a.       identify the interest of the opposing party; and

   b.       state, with particularity, the grounds for the opposition.

3.       **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

   **If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: *1/8/2017*

_____
Moving Party or Attorney

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.
[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2250 Fourth Avenue, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): Notice of Intended Action and Opportunity for Hearing

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   01/09/2018    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/09/2018 | Vicki L. Fitzpatrick | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

3M
PO Box 844127
Dallas, TX 75284-4127

A&A Pharmachem
4-77 Auriga Drive
Ottowa, Onterio Canada K2E72

A&A Pharmachem
4-77 Auriga Drive
Ottowa, Onterio Canada K2E727

Acasi Machinery Inc.
7085 NW 46th Street
Miami, FL 33166

Accutek
2685 S. Melrose DR.
Vista, CA 92081

Advanced Air & Vacuum
1685 N. Marshall Ave
El Cajon, CA 92020

AIDP, Inc.
19535 East Walnut Drive
    South
Rowland Heights, CA 91748

Airlite Plastics, Co.
PO Box 8400
Omaha, NE 68108-0400

Albion Minerals
101 N. Main
Clearfield, UT 84015

Alkemist Laboratories
1260 Logan Avenue #B2
Costa Mesa, CA 92626

Allen Flavors, Inc.
23 Progress Street
Edison, NJ 08820

Ally
P. O. Box 9001948
Louisville, KY 40290-1948

Almax Corporation
7 Schindler Dr
Rockaway, NJ 07866

Alvar Enrique Morales
4017 Independence Ave
South Gate, CA 90280

Alz Chemical
680 Village Trace
Marietta, GA 30067

AM Trust North America
P. O. Box 6939
Cleveland, OH 44101-1939

Ameri-Seal
21330 Superior Street
Chatsworth, CA 91311

American Labratories
4410 S. 102nd St.
Omaha, NE 68127

American Lecithin Company,
Inc
115 Hurley Road
Unit 2B
Oxford, CT 06478-1037

American Nutrition
718 Broadway
Everett, MA 02149

Analytical Laboratories
2951 Saturn Street
Brea, CA 92821

APP Global, Inc
1940 S Lynx Place
Ontario, CA 91761

Applied Food Science
8708 S. Concress, Bldg. 290
Austin, TX 78745

Aramark
Aus West Lockbox
PO Box 101179
Pasadena, CA 91189-1179

BAG Corp
P O Box 671212
Dallas, TX 75267-1212

Banc of America Leasing
2059 Northlake Parkway
3rd Floor North
Tucker, GA 30084

Bank of America
One Independence Center
NC1-001-05-13, 101 N.
    Tryon St
Charlotte, NC 28255-0010

Bank of America Credit
    Card
P. O. box 15731
Wilmington, DE 19886-5731

Bank of America NA
2059 Northlake Pkwy
Tucker, GA 30084

Batory Foods
PO Box 80047
City of Industry, CA 91716-8047

BCS
13550 Danielson St.
Poway, CA 92064

BCS
12130 Dearborn Place
Poway, CA 92064

BDS Naturals
2779 El Presidio St.
Carson, CA 90810

Berlin Packaging LLC
PO Box 95584
Chicago, IL 60694-5584

Bosch Packaging Services,
   Inc.
P. O. Box 95193
Chicago, IL 60694-5193

Busch Machinery, Inc.
727 E 20th Street
Tucson, AZ 85719

Canyon Plastics, Inc.
28455 Livingston Ave
Valencia, CA 91355

Capital Premium Finance
12235 S. 800 E
Draper, UT 84020

CapsCanada
456 Silver Creek Industrial
Dr
Tecumeseh, ON N8N 4Y3 Canada

Century Lable
12836 South Dixie Highway
Bowling Green, OH 43402

Chempoint
411 108th Ave NE
Bellevue, WA 98004

ChromaDex Inc.
10005 Muirlands Blvd.
Suite G 1st Floor
Irvine, CA 92618

Clark Pest Control
PO Box 1480
Lodi, CA 95241-1480

Clutch
527 Molino Unit # 203
Los Angeles, CA 90013

Color Maker
1300 N Hancock Street
Anaheim, CA 92807

Corporation Service
   Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Covance Laboratories, Inc.
2102 Wright St.
Madison, WI 53704

Creative Compounds
600 Daugherty Rd.
PO Box 4011
Scott City, MO 63780

CT Corporation System
330 N. Brand Blvd. STE 700
Glendale, CA 91203

CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019

Custom Blow Molding
946 S. Andreasen DR.
Escondido, CA 92029

Daylight Transport
CVC Technologies, Inc.
10861 Business Drive
Fontana, CA 92337

Diana Naturals Inc.
PO Box 157
Silverton, OR 97381

Direct Food Ingredients,
   Inc.
500 La Terraza Blvd. Ste
150
Escondido, CA 92025

Dongyu USI
2590 Main St.
Irvine, CA 92614

Dynamic Distribution
546 Jesmond Road
Fig Tree Pocket
QLD 4069 Australia, ME
04014

Eirich Machines
4033 Ryan Rd
Gurnee, IL 60031

Electronic Recycling
   Center
2618 Temple Heights Dr.
Oceanside, CA 92056

Enzo
2605 Pinon Ct.
Grapevine, TX 76051

Eriez Manufacturing
   Company
2200 Asbury Road
Erie, PA 16506

Ernest Packaging Solutions
1345 Sycamore Avenue
Vista, CA 92081

ETHORN
16050 Canary Avenue
La Mirada, CA 90638

Evolution Salt Co.
3310 W. Barker Lane 300-
    234
Austin, TX 78758

FamVans, Inc
10870 Kalama River Ave
Fountain Valley, CA 92708

Fastenal Company
1334 N. Melrose Dr. STE
    A&B
Vista, CA 92083

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services
Regions Lockbox Services
C/O FedEx SenseAware
Birmingham, AL 35287-1926

FedEx Freight
Dept LA PO Box 21415
Pasadena, CA 91185-1415

Feed Me More
2555 W. Centennial Pkwy.
North Las Vegas, NV 89084

Fifth Nutrisupply, Inc.
5595 Daniels St. Unit B
Chino, CA 91710

Financial Pacific Leasing
C/O CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019

Five Percent Nutrition
8285 Bryan Dairy Road
Suite 190
Largo, FL 33777

Fredrick W. Kosmo, Jr.
    Esq.
Wilson, Turner, Kosmo, LLP
San Diego, CA 92101

Fuller Enterprise USA,
    Inc.
1735 E. Grevillea Ct.
Ontario, CA 91761

General Ingredients
    Solutions,
1220 E. Elm Street
Ontario, CA 91761

Genysis Nutrition Labs/VMI
391 S. Orange Street
Salt Lake City, UT 84104

Glanbia Nutritionals
c/o Glanbia Business
    Services,
Dept 3331
Carol Stream, IL 60132-
    3331

Global Formulas
27111 Aliso Creek Road,
STE 175
Aliso Viejo, CA 92656

GNT USA
660 White Plains Road
Tarrytown, NY 10591

Golden Globe Group, LLC
13567 OLD EL CAMINO REAL
San Diego, CA 92130

Granite Nutrition
30 Waterworks Way
Irvine, CA 92678

Great American Packaging
431 S. Soto St., STE B
Los Angeles, CA 90058

Green Wave Ingredients
Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453

Harbor Packaging
PO Box 844969
Los Angeles, CA 90084-4969

Hawthorne Lift Systems
1600 E. Missiion Road
San Marcos, CA 92069

Hilmar Ingredients, Inc.
8901 N. Lander Ave.
Hilmar, CA 95324

Honey Badger
3005 S. Lamar Blvd
Ste D109 #145
Austin, TX 78704

HP Ingredients Corp.
707 24th Ave. W.
Bradenton, FL 34205

HS Biopharmaceuticals, Inc.
2792 Loker Ave. West Ste 105
Carlsbad, CA 92010

IB Fitness
C/O Jerome Moe, Esq
501 W. Broadway, STE 1205
San Diego, CA 92101

Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453

Image Fillers
735 Foxchase, STE 111
Coatsville, PA 19380

Image Fillers, Inc
735 Fox Chaxe, STE 111
Coatesvill, PA 19320

Infinite Packaging Group
712 Valley Ridge Circle
Lewisville, TX 75057

Innovative Muscle
633 13thStreet, Unit 41
San Diego, CA 92154

Inspired Nutraceuticals
6242 Warner Ave 9F
Huntington Beach, CA 92647

Integrated Time Systems, LLC
740 N Plankinton Rd. STE 730
Milwaukee, WI 53203

InterHealth, Inc.
5451 Industrial Way
Benicia, CA 94510

Jennison Quality
   Components
54 Arch Street Extension
Carnegie, PA 15106

Jennison Quality
Components, I
54 Arch Street Extension
P.O. Box 861
Carnegie, PA 15106-0861

Jiaherb
12440 Firestone Blvd, Ste
319
Norwalk, CA 90650

Jigsaw
9035 E Pima Center Parkway
Suite 3
Scottsdale, AZ 85258

JJJ Enterprises
PO Box 463021
Escondido, CA 92046

Jost Chemical
8150 Lackland Road
Saint Louis, MO 63114

Kelly Services
PO Box 31001-0422
Pasadena, CA 91110-0422

Kevin M. Bell, Esq.
Porzio, Bromberg @ Newman, PC
1200 New Hampshire Ave NW,
710
Washington, DC 20036

Konica Minolta Premier
Finance
P. O. Box 100706
Pasadena, CA 91189-0706

KPC Mastercraft
   International
300 Brynt Lane
Woodbury, TN 37190

Kyowa Hakko
600 Third Ave, 19th Floor
New York, NY 10016

Layn USA, Inc
20250 Acacia St.
Suite 105
Newport Beach, CA 92660

LC Magnetics
1139 N. Kraemer Place
Anaheim, CA 92806

LCA Bank Corporation
P. O. Box 1650
Troy, MI 48099-1650

Leak Star Advanced Leak
Detect
PO Box 2333
Carlsbad, CA 92018

Logisticx Fox
7461 Garden Grove Blvd.
Unit A
Garden Grove, CA 92841

Marburg Industries Inc.
1207 Activity Drive
Vista, CA 92081

Marina Teel
Jerome Moe, Esq.
501 W. Broadway, STE 1025
San Diego, CA 92101

Markem-Imaje
P. O. Box 3542
Boston, MA 02241

Marlin Leasing Corporation
6470 E. Johns Crossing
Duluth, GA 30097

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Max Racks, Inc
3791 Hillside Ave
Norco, CA 92860

MayPro Industries, LLC.
2975 Westchester Avenue
Purchase, NY 10577

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Metro Fire and Safety
2733 Via Orange Way, STE
   103
Spring Valley, CA 91978

Metrolift
556 Commerce Street
Franklin Lakes, NJ 07417

Michael D. Schulman, Esq.
18757 Burbank Blvd. STE 310
Tarzana, CA 91356-3375

Micro Quality Labs, Inc.
3120 N Clybourn Ave.
Burbank, CA 91505

Milne  Fruit (MicroDried)
P.O. Box 368
Grandview, WA 98930

Mitsubishi International
Food
2200 Fletcher Ave. 5th Fl.
Fort Lee, NJ 07024

MJB Freight Systems, Inc
6225 Marindustry Dr.
San Diego, CA 92121

MTC Industries, Inc.
255 Oser Ave
Hauppauge, NY 11788

Muriello Muscle
1102 Robinwood Drive
Oldsmar, FL 34677

Natreon, Inc
2-D Janine Place
New Brunswick, NJ 08901

Natural Alternatives Int.
Inc.
1535 Faraday Avenue
Carlsbad, CA 92008

Nature's Supplements, Inc.
1342 Rocky Point Drive
Oceanside, CA 92056

Naturex, Inc.
375 Huyler Street
South Hackensack, NJ 07606

Novel Ingredients, Inc.
72 Deforest Ave.
East Hanover, NJ 07936

NSF International
P. O. Box 77000
Detroit, MI 48277-1380

NuLiv Science USA
255 Paseo Tesoro
Walnut, CA 91789

Nutriom, LLC.
3145 Hogum Bay Rd. NE
Lacey, WA 98516

Nutriscience
2450 Reservoir Ave.
Trumbull, CT 06611

Nutrleaf Nutrition
1780 La Costa Meadows Drive
San Marcos, CA 92078

OmniActive Health Inc.
67 East Park ave.
Morristown, NJ 07960

OneSource Distributors, LLC
3951 Oceanic Drive
Oceanside, CA 92056-5832

Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762

Orora Packaging Solutions
PO Box 101150
Pasadena, CA 91189-1150

OSF Flavors, Inc.
P. O. Box 591
Windsor, CT 06095

Package All Corp.
PO Box 4105
Rancho Cucamonga, CA 91729

PanaSource Ingredients,
   Inc.
98-A Mayfield Avenue
Edison, NJ 08837

PAT Vitamins, Inc.
1751 Curtiss Court
La Verne, CA 91750

Peek Packaging
6221 Yarrow Street
Carlsbad, CA 92011

Pharma Resources Inc.
C/O Dixit Law Firm, PA
3030 N. Rocky Pt. DR. W.
   #260
Tampa, FL 33607

Pharmachem Labs
2929 East White Star Ave
Anaheim, CA 92806-2628

Platinum Bear
1890 Pinto Circle
Gardnerville, NV 89410

PlusPharma, Inc
2611 Commerce Way, Suite A
Vista, CA 92081

Prescott/Patnode
3011 Deeb Court
Vista, CA 92084

Primeval Nutrition
70 Batesville Blvd. Ste. A
Batesville, AR 72501

Prinova
36780 Eagle Way
Chicago, IL 60678-1367

Pro-Scape, Inc.
510 Venture Street
Escondido, CA 92029

Providence Capital Funding
3020 Saturn Street
Suite 203
Brea, CA 92821

Pure Valley Nutrition
11823 E. Slauson Ave. Ste.
   32
Santa Fe Springs, CA 90670

Pyure Brands, LLC
2277 Trade Center Way,
Ste. 101
Naples, FL 34109

Rancho California Center, LP
1656 Bahia Vista Way
La Jolla, CA 92037

ReadyRefresh by Nestle
PO Box 856158
Louisville, KY 40285-6158

RJ Van Drunen & Sons, Inc
300 W 6th Street
Momence, IL 60954

Royalty Nutrition
100 West 5th Street #4F
Long Beach, CA 90802

RS HUGHES CO INC
2575 PIONEER AVE STE 102
Vista, CA 92081

RSP
3381 NW 168th Street
Opa Locka, FL 33056

Sabinsa
20 Lake Drive
East Windsor, NJ 08520

Saminchem Inc.
3225 Grapevine St
Mira Loma, CA 91752

SeaTech Bioproducts Corp.
159 Memorial Dr. Unit C
Shrewsbury, MA 01545

Sedona Staffing
600 35th Avenue
Moline, IL 61265

Select Staffing
PO Box 512007
Los Angeles, CA 90051-0007

Sensaware By FedEx
FedEx Corporate Services,
   Inc
3640 Hacks Cross Rd. Bldg.
   D
Memphis, TN 38125

Sensient
777 East Wisconsin Ave
Milwaukee, WI 53202

Seppic Inc.
P. O. Box 101654
Pasadena, CA 91189-1654

Seven Labs
1420 Decision, STE C
Vista, CA 92081

Shanghai Freeman
377 Hoes Lane, Suite 240
Piscataway, NJ 08854

Stauber Ingredients
4120 N. Palm Street
Fullerton, CA 92835-1026

Steven J. Cote Esq
Chang & Cote LLP
19138 Walnut Drive, Suite
   100
Rowland Heights, CA 91748

Stryka Botanicals
279 Homestead Road
Hillsborough, NJ 08844

Superior Labs
9921 Carmel Mountain Rd.
   #297
San Diego, CA 92129

The Western Group
3950 NW St. Helens Rd
Portland, OR 97210

ThermoFisher Scientific
81 Wyman Street
Waltham, MA 02454

Tic Gums
4609 Ricklynn Drive
Belcamp, MD 21017

Tristar Machinery
1287 Naperville Drive
Romeoville, IL 60446

Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085

Ungerer & Company
4 Bridgewater Lane
Lincoln Park, NJ 07035

UniChem Enterprises, Inc.
1905 S. Lynx Pl
Ontario, CA 91761

UniFirst
4041 Market Street
San Diego, CA 92102

Unipharm
4041 Market Street
San Diego, CA 92102

United Fire Group
118 Second Ave SE
Cedar Rapids, IA 52407-
   3909

Univar USA, Inc.
PO BOX 34325
Seattle, WA 98124-1325

UPS
P. O. Box 1012
Horsham, PA 19044

Vanadium Interactive
9277 Research Drive
Irvine, CA 92618

Vitajoy USA Inc.
14165 Ramona Avenue Chino,
CA 09171-5753

Vitalah
41 Hangar Way
Watsonville, CA 95076

Volt Management Corp
P.O. Box 679307
Dallas, TX 75267-9307

Volt Workforce Solutions
Attn: Director of
   Contracts
2401 North Glassell St.
Orange, CA 92865

Wesco Security Systems, Inc.
PO Box 1108
Placentia, CA 92871

West Coast Environmental
2323 Chico Ave, STE 3
South El Monte, CA 91733

Westco Chemicals, Inc
12551 Saticoy Street South
North Hollywood, CA 91605

Wixon
PO Box 88533
Milwaukee, WI 53288-0533

UNITED STATES TRUSTEE
Department of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

David Ortiz, Esq.
Office of the US Trustee
880 Front Street,
Ste. 3230
San Diego, CA 92101

J. Alexandra Rhim, Esq.
Wayne Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard,
12th Floor
Encino, CA 91436-2985

Brian J. Jackiw
Goldstein & McClintock, LLP
111 W. Washington, STE 1221
Chicago, IL 60602

Nathan A Schultz
Law Office of Nathan A.
Schultz, PC
10321 Craig Road
Traverse City, MI 49686

Internal Revenue Service
Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346