Stephen C. Hinze (State Bar No. 131787)     **Electronically Filed 1/11/2018**
STEPHEN C. HINZE, ATTORNEY AT LAW
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tel:  760-945-9353
Fax: 760-454-2427

Bankruptcy Counsel
for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 17-06078-MM11 |
| | Chapter 11 |
| CORE SUPPLEMENT TECHNOLOGY, INC. a California Corporation | MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363 AND 105(a) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE DEBTOR'S RETENTION OF RICHARD FEFERMAN AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR; |
| Debtor and Debtor in Possession | |
| | **OST PENDING** |
| | Judge:       Hon. Margaret M. Mann |
| | Dept. :      1 |
| _____ | Hearing Date: |
| | Time: |

CORE SUPPLEMENT TECHNOLOGY, INC. a California Corporation,

the debtor and debtor-in-possession in the above-captioned Chapter 11 case

Page **1** of **3**

Motion to Retain Chief Restructuring Officer                            17-006078-11 MM11

("Debtor"), hereby moves this Court, pursuant to Sections 363 and 105(a) of the Bankruptcy Code, for an order authorizing the Debtor to retain Richard Feferman ("Mr. Feferman") of Corporate Recovery Associates, LLC ("CRA") as the Debtor's Chief Restructuring Officer ("CRO") pursuant to the provisions of that engagement agreement ("Engagement Agreement") between the Debtor and CRA attached as Exhibit "1" to the Declaration of Mr. Feferman appended hereto ("Feferman Declaration"), nunc pro tunc to December 26, 2017.

Good cause exists to authorize the Debtor to engage Mr. Feferman as CRO. Mr. Feferman has extensive experience in Chapter 11 cases and in the sale of financially-distressed businesses. The Debtor needs Mr. Feferman's assistance in the administration of this Chapter 11 case. Furthermore, the Debtor needs Mr. Feferman's assistance with respect to the Debtor's efforts to sell substantially all of the Debtor's assets in this Chapter 11 case. Mr. Feferman's experience and expertise with respect to the sale of financially-distressed businesses will help the Debtor successfully sell its assets. Mr. Feferman's independent oversight will help to ensure fair sale proceedings, conducted on a level playing field for all prospective bidders.

The Debtor's proposed terms for compensating Mr. Feferman for his services as CRO are fair and will not burden the estate.

This Motion is made and based upon the above representations and allegations, the Memorandum of Points and Authorities, the Declaration of Joseph O'Dea ("O'Dea Declaration") and the Feferman Declaration attached hereto, the papers, pleadings and other documents on file in this case, and upon any additional evidence, both oral and documentary, which may be presented to the Court at or before the time of the hearing on this Motion, if any should be held.

/ / /

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order granting to the Debtor the following relief:

1. Granting this Motion;

2. Entering an order, pursuant to Sections 363 and 105(a) of the Bankruptcy Code, authorizing the Debtor to retain Mr. Feferman as CRO pursuant to the terms and conditions of the Engagement Agreement (Exhibit "1" to the Feferman Declaration), effective as of December 26, 2017; and

3. Granting to the Debtor and CRA such other and further relief as the Court deems just and appropriate.

Date:  January 11, 2018     /s/ *Stephen C. Hinze*
                            Stephen C. Hinze, Attorney for
                            Debtor and Debtor in
                            Possession