# TENTATIVE RULING

## ISSUED BY JUDGE MARGARET M. MANN

Debtor: CORE SUPPLEMENT TECHNOLOGY, INC.

Number: 17-06078-MM11

Hearing: 4:00 PM Wednesday, January 17, 2018

Motion:

1) **STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 12/20/17)**

**Continued to February 1, 2018 at 2:30 p.m., Department 1** pursuant to stipulation. Order will follow. Appearances at the January 17, 2018 hearing are excused.

2) **MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR (fr. 12/20/17)**

**Continued to February 1, 2018 at 2:30 p.m., Department 1** pursuant to stipulation. Order will follow. Appearances at the January 17, 2018 hearing are excused.

3) **APPLICATION TO EMPLOY MELISSA BUSTARDE OF MAYFIELD BUSTARDE, LLP AS CORPORATE COUNSEL FOR DEBTOR (fr. 12/20/17)**

**Continued to February 1, 2018 at 2:30 p.m., Department 1** pursuant to stipulation. Order will follow. Appearances at the January 17, 2018 hearing are excused.