# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2250 FOURTH AVENUE, SAN DIEGO CA. 92101

A true and correct copy of the foregoing document entitled (*specify*):  see attached list of documents served

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/23/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/23/2018 | Vicki Fitzpatrick | *signature* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**UNITED STATES BANKRUPTY COURT**

**ATTACHED LIST OF DOCUMENTS SERVED BY FIRST CLASS MAIL**

SUPPLEMENTAL DECLARATION OF RICHARD FEFERMAN IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 363 AND 105(a) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE DEBTOR'S RETENTION OF RICHARD FEFERMAN AND CORPORATE RECOVERY ASSOCIATES, LLC AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR NUNC PRO TUNC TO DECEMBER 26, 2017;

MEMORANDUM OF POINTS AND AUTHORITIES;

DECLARATIONS OF JOSEPH O'DEA AND RICHARD FEFERMAN IN SUPPORT THEREOF"

                           **Attachment to F 9013-3.1.PROOF.SERVICE**

3M
PO Box 844127
Dallas, TX 75284-4127

A&A Pharmachem
4-77 Auriga Drive
Ottowa, Onterio Canada K2E72

A&A Pharmachem
4-77 Auriga Drive
Ottowa, Onterio Canada K2E727

BCS
13550 Danielson St.
Poway, CA 92064

BCS
12130 Dearborn Place
Poway, CA 92064

BDS Naturals
2779 El Presidio St.
Carson, CA 90810

Acasi Machinery Inc.
7085 NW 46th Street
Miami, FL 33166

Accutek
2685 S. Melrose DR.
Vista, CA 92081

Advanced Air & Vacuum
1685 N. Marshall Ave
El Cajon, CA 92020

Berlin Packaging LLC
PO Box 95584
Chicago, IL 60694-5584

Bosch Packaging Services,
Inc.
P. O. Box 95193
Chicago, IL 60694-5193

Busch Machinery, Inc.
727 E 20th Street
Tucson, AZ 85719

AIDP, Inc.
19535 East Walnut Drive
South
Rowland Heights, CA 91748

Airlite Plastics, Co.
PO Box 8400
Omaha, NE 68108-0400

Albion Minerals
101 N. Main
Clearfield, UT 84015

Canyon Plastics, Inc.
28455 Livingston Ave
Valencia, CA 91355

Capital Premium Finance
12235 S. 800 E
Draper, UT 84020

CapsCanada
456 Silver Creek Industrial
Dr
Tecumeseh, ON N8N 4Y3 Canada

Alkemist Laboratories
1260 Logan Avenue #B2
Costa Mesa, CA 92626

Allen Flavors, Inc.
23 Progress Street
Edison, NJ 08820

Ally
P. O. Box 9001948
Louisville, KY 40290-1948

Century Label
12836 South Dixie Highway
Bowling Green, OH 43402

Chempoint
411 108th Ave NE
Bellevue, WA 98004

ChromaDex Inc.
10005 Muirlands Blvd.
Suite G 1st Floor
Irvine, CA 92618

Almax Corporation
7 Schindler Dr
Rockaway, NJ 07866

Alvar Enrique Morales
4017 Independence Ave
South Gate, CA 90280

Alz Chemical
680 Village Trace
Marietta, GA 30067

Clark Pest Control
PO Box 1480
Lodi, CA 95241-1480

Clutch
527 Molino Unit # 203
Los Angeles, CA 90013

Color Maker
1300 N Hancock Street
Anaheim, CA 92807

AM Trust North America
P. O. Box 6939
Cleveland, OH 44101-1939

Ameri-Seal
21330 Superior Street
Chatsworth, CA 91311

American Labratories
4410 S. 102nd St.
Omaha, NE 68127

Corporation Service
Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Covance Laboratories, Inc.
2102 Wright St.
Madison, WI 53704

Creative Compounds
600 Daugherty Rd.
PO Box 4011
Scott City, MO 63780

American Lecithin Company,
Inc
115 Hurley Road
Unit 2B
Oxford, CT 06478-1037

American Nutrition
718 Broadway
Everett, MA 02149

Analytical Laboratories
2951 Saturn Street
Brea, CA 92821

CT Corporation System
330 N. Brand Blvd. STE 700
Glendale, CA 91203

CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019

Custom Blow Molding
946 S. Andreasen DR.
Escondido, CA 92029

APP Global, Inc
1940 S Lynx Place
Ontario, CA 91761

Applied Food Science
8708 S. Concress, Bldg. 290
Austin, TX 78745

Aramark
Aus West Lockbox
PO Box 101179
Pasadena, CA 91189-1179

Daylight Transport
CVC Technologies, Inc.
10861 Business Drive
Fontana, CA 92337

Diana Naturals Inc.
PO Box 157
Silverton, OR 97381

Direct Food Ingredients,
Inc.
500 La Terraza Blvd. Ste
150
Escondido, CA 92025

BAG Corp
P O Box 671212
Dallas, TX 75267-1212

Banc of America Leasing
2059 Northlake Parkway
3rd Floor North
Tucker, GA 30084

Bank of America
One Independence Center
NC1-001-05-13, 101 N.
Tryon St
Charlotte, NC 28255-0010

Dongyu USI
2590 Main St.
Irvine, CA 92614

Dynamic Distribution
546 Jesmond Road
Fig Tree Pocket
QLD 4069 Australia, ME
04014

Eirich Machines
4033 Ryan Rd
Gurnee, IL 60031

Bank of America Credit
Card
P. O. box 15731
Wilmington, DE 19886-5731

Bank of America NA
2059 Northlake Pkwy
Tucker, GA 30084

Batory Foods
PO Box 80047
City of Industry, CA 91716-
8047

Electronic Recycling
Center
2618 Temple Heights Dr.
Oceanside, CA 92056

Enzo
2605 Pinon Ct.
Grapevine, TX 76051

Eriez Manufacturing
Company
2200 Asbury Road
Erie, PA 16506

Ernest Packaging Solutions
1345 Sycamore Avenue
Vista, CA 92081

ETHORN
16050 Canary Avenue
La Mirada, CA 90638

Evolution Salt Co.
3310 W. Barker Lane 300-
234
Austin, TX 78758

Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453

Image Fillers
735 Foxchase, STE 111
Coatsville, PA 19380

Image Fillers, Inc
735 Fox Chaxe, STE 111
Coatesvill, PA 19320

FamVans, Inc.
10870 Kalama River Ave
Fountain Valley, CA 92708

Fastenal Company
1334 N. Melrose Dr.
STE A&B
Vista, CA 92083

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Infinite Packaging Group
712 Valley Ridge Circle
Lewisville, TX 75057

Innovative Muscle
10861 Queensland St.
Los Angeles, CA 90034

Inspired Nutraceuticals
6242 Warner Ave 9F
Huntington Beach, CA 92647

FedEx Corporate Services
Regions Lockbox Services
C/O FedEx SenseAware
Birmingham, AL 35287-1926

FedEx Freight
Dept LA PO Box 21415
Pasadena, CA 91185-1415

Feed Me More
P.O. Box 752740
Las Vegas, NV 89136

Integrated Time Systems, LLC
740 N Plankinton Rd. STE 730
Milwaukee, WI 53203

InterHealth, Inc.
5451 Industrial Way
Benicia, CA 94510

Jennison Quality
Components
54 Arch Street Extension
Carnegie, PA 15106

Fifth Nutrisupply, Inc.
5595 Daniels St. Unit B
Chino, CA 91710

Financial Pacific Leasing
C/O CT Lien Solutions
2727 Allen Parkway
Ste. 1000
Houston, TX 77019

Five Percent Nutrition
8285 Bryan Dairy Road
Suite 190
Largo, FL 33777

Jennison Quality
Components, I
54 Arch Street Extension
P.O. Box 861
Carnegie, PA 15106-0861

Jiaherb
1204 N. Miller Street
Ste. D
Anahiem, CA 92806

Jigsaw
9035 E Pima Center Parkway
Suite 3
Scottsdale, AZ 85258

Fredrick W. Kosmo, Jr. Esq.
Wilson, Turner, Kosmo, LLP
San Diego, CA 92101

Fuller Enterprise USA,
Inc.
1735 E. Grevillea Ct.
Ontario, CA 91761

General Ingredients
Solutions,
1220 E. Elm Street
Ontario, CA 91761

JJJ Enterprises
PO Box 463021
Escondido, CA 92046

Jost Chemical
8150 Lackland Road
Saint Louis, MO 63114

Kelly Services
PO Box 31001-0422
Pasadena, CA 91110-0422

Genysis Nutrition Labs/VMI
391 S. Orange Street
Salt Lake City, UT 84104

Glanbia Nutritionals
c/o Glanbia Business Svcs.
Dept 3331
Carol Stream, IL 60132-3331

Global Formulas
27111 Aliso Creek Road,
STE 175
Aliso Viejo, CA 92656

Kevin M. Bell, Esq.
Porzio, Bromberg @ Newman
1200 New Hampshire Ave NW,
Ste. 710
Washington, DC 20036

Konica Minolta Premier
Finance
P. O. Box 100706
Pasadena, CA 91189-0706

KPC Mastercraft
International
300 Brynt Lane
Woodbury, TN 37190

GNT USA
660 White Plains Road
Tarrytown, NY 10591

Golden Globe Group, LLC
13567 OLD EL CAMINO REAL
San Diego, CA 92130

Granite Nutrition
30 Waterworks Way
Irvine, CA 92678

Kyowa Hakko
600 Third Ave, 19th Floor
New York, NY 10016

Layn USA, Inc
20250 Acacia St.
Suite 105
Newport Beach, CA 92660

LC Magnetics
1139 N. Kraemer Place
Anaheim, CA 92806

Great American Packaging
4361 S. Soto St., STE B
Vernon, CA 90058

Green Wave Ingredients
Ima North America, Inc
7 New Lancaster Road
Leominster, MA 01453

Harbor Packaging
PO Box 844969
Los Angeles, CA 90084-4969

LCA Bank Corporation
P. O. Box 1650
Troy, MI 48099-1650

Leak Star Advanced Leak
Detect
PO Box 2333
Carlsbad, CA 92018

Logisticx Fox
7461 Garden Grove Blvd.
Unit A
Garden Grove, CA 92841

Hawthorne Lift Systems
1600 E. Missiion Road
San Marcos, CA 92069

Hilmar Ingredients, Inc.
8901 N. Lander Ave.
Hilmar, CA 95324

Honey Badger
3005 S. Lamar Blvd
Ste D109 #145
Austin, TX 78704

Marburg Industries Inc.
1207 Activity Drive
Vista, CA 92081

Marina Teel
Jerome Moe, Esq.
501 W. Broadway, STE 1025
San Diego, CA 92101

Markem-Imaje
P. O. Box 3542
Boston, MA 02241

HP Ingredients Corp.
707 24th Ave. W.
Bradenton, FL 34205

HS Biopharmaceuticals, Inc.
2792 Loker Ave. West Ste 105
Carlsbad, CA 92010

IB Fitness
C/O Jerome Moe, Esq
501 W. Broadway, STE 1205
San Diego, CA 92101

Marlin Leasing Corporation
6470 E. Johns Crossing
Duluth, GA 30097

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Max Racks, Inc
3791 Hillside Ave
Norco, CA 92860

MayPro Industries, LLC.
2975 Westchester Avenue
Purchase, NY 10577

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Metro Fire and Safety
2733 Via Orange Way, STE 103
Spring Valley, CA 91978

Metrolift
556 Commerce Street
Franklin Lakes, NJ 07417

Michael D. Schulman, Esq.
18757 Burbank Blvd. STE 310
Tarzana, CA 91356-3375

Micro Quality Labs, Inc.
3120 N Clybourn Ave.
Burbank, CA 91505

Milne Fruit (MicroDried)
P.O. Box 368
Grandview, WA 98930

Mitsubishi International Food
2200 Fletcher Ave. 5th Fl.
Fort Lee, NJ 07024

MJB Freight Systems, Inc
6225 Marindustry Dr.
San Diego, CA 92121

MTC Industries, Inc.
255 Oser Ave
Hauppauge, NY 11788

Muriello Muscle
1102 Robinwood Drive
Oldsmar, FL 34677

Natreon, Inc
2-D Janine Place
New Brunswick, NJ 08901

Natural Alternatives Int. Inc.
1535 Faraday Avenue
Carlsbad, CA 92008

Nature's Supplements, Inc.
1342 Rocky Point Drive
Oceanside, CA 92056

Naturex, Inc.
375 Huyler Street
South Hackensack, NJ 07606

Novel Ingredients, Inc.
72 Deforest Ave.
East Hanover, NJ 07936

NSF International
C/O Jaclyn Bowen
9191 Towne Centre Dr. Suite 200
San Diego, CA 92122

NuLiv Science USA
255 Paseo Tesoro
Walnut, CA 91789

Nutriom, LLC.
3145 Hogum Bay Rd. NE
Lacey, WA 98516

Nutriscience
2450 Reservoir Ave.
Trumbull, CT 06611

Nutrleaf Nutrition
1780 La Costa Meadows Drive Suite 100
San Marcos, CA 92078

OmniActive Health Inc.
67 East Park ave.
Morristown, NJ 07960

OneSource Distributors, LLC
3951 Oceanic Drive
Oceanside, CA 92056-5832

Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762

Orora Packaging Solutions
PO Box 101150
Pasadena, CA 91189-1150

OSF Flavors, Inc.
P. O. Box 591
Windsor, CT 06095

Package All Corp.
PO Box 4105
Rancho Cucamonga, CA 91729

PanaSource Ingredients, Inc.
98-A Mayfield Avenue
Edison, NJ 08837

PAT Vitamins, Inc.
1751 Curtiss Court
La Verne, CA 91750

Peek Packaging
6221 Yarrow Street
Carlsbad, CA 92011

Pharma Resources Inc.
C/O Dixit Law Firm, PA
3030 N. Rocky Pt. DR. W. #260
Tampa, FL 33607

Pharmachem Labs
2929 East White Star Ave
Anaheim, CA 92806-2628

Platinum Bear
1890 Pinto Circle
Gardnerville, NV 89410

PlusPharma, Inc
2611 Commerce Way, Suite A
Vista, CA 92081

Prescott/Patnode
3011 Deeb Court
Vista, CA 92084

Primeval Nutrition
70 Batesville Blvd. Ste. A
Batesville, AR 72501

Prinova
36780 Eagle Way
Chicago, IL 60678-1367

Pro-Scape, Inc.
1441 York Dr.
Vista, CA 92084

Providence Capital Funding
3020 Saturn Street Suite 203
Brea, CA 92821

Pure Valley Nutrition
403 E. Arrow Hwy. STE. 306
San Dimas, CA 91773-3367

Pyure Brands, LLC
2277 Trade Center Way, Ste. 101
Naples, FL 34109

Rancho California Center, LP
1656 Bahia Vista Way
La Jolla, CA 92037

ReadyRefresh by Nestle
PO Box 856158
Louisville, KY 40285-6158

RJ Van Drunen & Sons, Inc
300 W 6th Street
Momence, IL 60954

Royalty Nutrition
100 West 5th Street #4F
Long Beach, CA 90802

RS HUGHES CO INC
2575 PIONEER AVE STE 102
Vista, CA 92081

RSP
3381 NW 168th Street
Opa Locka, FL 33056

Sabinsa
20 Lake Drive
East Windsor, NJ 08520

Saminchem Inc.
3225 Grapevine St
Mira Loma, CA 91752

SeaTech Bioproducts Corp.
159 Memorial Dr. Unit C
Shrewsbury, MA 01545

Sedona Staffing
600 35th Avenue
Moline, IL 61265

Select Staffing
PO Box 512007
Los Angeles, CA 90051-0007

Sensaware By FedEx
FedEx Corporate Services, Inc
3640 Hacks Cross Rd. Bldg. D
Memphis, TN 38125

Sensient
777 East Wisconsin Ave
Milwaukee, WI 53202

Seppic Inc.
P. O. Box 101654
Pasadena, CA 91189-1654

Seven Labs
1420 Decision, STE C
Vista, CA 92081

Shanghai Freeman
377 Hoes Lane, Suite 240
Piscataway, NJ 08854

Stauber Ingredients
4120 N. Palm Street
Fullerton, CA 92835-1026

Steven J. Cote Esq
Chang & Cote LLP
19138 Walnut Drive, Suite 100
Rowland Heights, CA 91748

Stryka Botanicals
279 Homestead Road
Hillsborough, NJ 08844

Superior Labs
9921 Carmel Mountain Rd. #297
San Diego, CA 92129

The Western Group
3950 NW St. Helens Rd
Portland, OR 97210

Thermo Fisher Scientific
168 3rd Ave.
Waltham, MA 02451-7551

Tic Gums
4609 Ricklynn Drive
Belcamp, MD 21017

Tristar Machinery
1287 Naperville Drive
Romeoville, IL 60446

Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085

Ungerer & Company
4 Bridgewater Lane
Lincoln Park, NJ 07035

UniChem Enterprises, Inc.
1905 S. Lynx Pl
Ontario, CA 91761

UniFirst
4041 Market Street
San Diego, CA 92102

Unipharm
4041 Market Street
San Diego, CA 92102

United Fire Group
118 Second Ave SE
Cedar Rapids, IA 52407-3909

Univar USA, Inc.
PO BOX 34325
Seattle, WA 98124-1325

UPS
P. O. Box 1012
Horsham, PA 19044

Vanadium Interactive
9277 Research Drive
Irvine, CA 92618

Vitajoy USA Inc.
14165 Ramona Avenue Chino, CA 09171-5753

Vitalah
41 Hangar Way
Watsonville, CA 95076

Volt Management Corp
P.O. Box 679307
Dallas, TX 75267-9307

Volt Workforce Solutions
Attn: Director of Contracts
2401 North Glassell St.
Orange, CA 92865

Wesco Security Systems, Inc.
PO Box 1108
Placentia, CA 92871

West Coast Environmental
2323 Chico Ave, STE 3
South El Monte, CA 91733

Westco Chemicals, Inc
12551 Saticoy Street South
North Hollywood, CA 91605

Wixon
PO Box 88533
Milwaukee, WI 53288-0533

UNITED STATES TRUSTEE
Department of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

David Ortiz, Esq.
Office of the US Trustee
880 Front Street, Ste. 3230
San Diego, CA 92101

J. Alexandra Rhim, Esq.
Wayne Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2985

Chris Hawkins, Esq.
Sullivan, Hill
550 West C St. 15th Floor
San Diego, CA 92101

Brian J. Jackiw
Goldstein & McClintock, LLP
111 W. Washington, STE 1221
Chicago, IL 60602

Nathan A Schultz
Law Office of Nathan A. Schultz, PC
10321 Craig Road
Traverse City, MI 49686