Stephen C. Hinze  (SBN 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW, A PC
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tele: (760) 689-0705

Attorney for Debtor-In-Possession

UNITES STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 17-06078-MM11 |
| Core Supplement Technology, Inc | ) | |
| 4645 North Avenue | ) | CHAPTER 11 |
| Oceanside, CA 92056 | ) | |
| | ) | DEBTOR - IN - POSSESION MONTHLY |
| Debtor(s) | ) | OPERATING REPORT FOR THE MONTH |
| | ) | OF DECEMBER 2017 |

TO:     THE HONORABLE   MARGARETM. MANN
UNITED STATES BANKRUPTCY JUDGE

The Debtor-In-Possession hereby files its monthly Operating Report Pursuant to the
United States Trustee's Operating and Reporting requirements for Chapter 11 Cases.

DATED:   1/24/2018             _Stephen C. Hinze_
                               Attorney for Debtor-In-Possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In re                                    )        CHAPTER 11
Core Supplement Technology, Inc          )
4645 North Avenue                        )        Case No.    17-06078-MM11
Oceanside, CA  92056                     )
                                         )        OPERATING REPORT NO.                    3
         Debtor(s).                      )        FOR MONTH ENDING:
                                         )        31-Dec-17

                    1            CASH RECEIPTS AND DISBURSEMENTS
                                 A.      (GENERAL ACCOUNT*)

| | | | | | |
|---|---|---|---|---|---|
| 1 | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | | $ | 1,243,406.20 |
| 2 | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | | $ | 1,076,720.06 |
| 3 | BEGINNING BALANCE | | | $ | 219,253.72 |

4    RECEIPTS DURING CURRENT PERIOD

| | | | |
|---|---|---|---|
| ACCOUNTS RECEIVABLE PRE-FILING | | $ | 265,739.66 |
| ACCOUNTS RECEIVABLE POST-FILING | | $ | 551,540.61 |
| OTHER (SPECIFY) | DEPOSITS | $ | 103,533.69 |
| OTHER** (SPECIFY) | REFUND WAGES | $ | 16,642.00 |
| OTHER    (SPECIFY) | Xmas party | $ | 107.82 |
| TOTAL RECEIPTS THIS PERIOD | | $ | 937,563.78 |

5    BALANCE                                                           $1,156,817.50

6    LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| TRANSFER TO OTHER DIP ACCOUNTS | $ | 133,875.73 |
| DISBURSEMENTS | $ | 459,398.91 |
| TOTAL DISBURSEMENTS THIS PERIOD*** | $ | 593,274.64 |

7    ENDING BALANCE:                                                   $563,542.86

8    GENERAL ACCOUNT NUMBER              325000621591

     DEPOSITORY NAME AND LOCATION              Bank of America

* ALL receipts must be deposited into general account.
**Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of court order or Report of Sale
*** This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/1/2017 | 100231 | California Choice Benefit Admi | MEDICAL INSURANCE | $3,858.80 |
| 12/1/2017 | 100232 | Markem-Imaje | INK | $122.60 |
| 12/1/2017 | 100234 | ROTO ROOTER | REPAIR & MAINTENANCE | $245.00 |
| 12/1/2017 | 100235 | Wade or Bonnie Precott | BUILDING RENT | $16,858.00 |
| 12/4/2017 | 100236 | Daylight Transport | FREIGHT | $1,301.93 |
| 12/4/2017 | 100237 | Sedona Staffing | TEMP LABOR | $1,918.90 |
| 12/4/2017 | 100238 | Kelly Services | TEMP LABOR | $894.00 |
| 12/4/2017 | 100239 | Daylight Transport | FREIGHT | $1,324.47 |
| 12/7/2017 | 100240 | Albion Minerals | RAW MATERIALS | $588.50 |
| 12/7/2017 | 100241 | Alvar Enrique Morales | FREIGHT | $950.00 |
| 12/7/2017 | 100242 | Covance Laboratories, Inc. | TESTING | $1,025.00 |
| 12/7/2017 | 100243 | Aramark | UNIFORMS | $150.00 |
| 12/7/2017 | 100244 | Business Copier Solutions | COPIER LEASE | $93.34 |
| 12/7/2017 | 100245 | Berlin Packaging, LLC. | PACKAGING SUPPLIES | $1,101.24 |
| 12/7/2017 | 100246 | Data Resolution | INTERNET HOST | $1,365.00 |
| 12/7/2017 | 100247 | FedEx | FREIGHT | $519.58 |
| 12/7/2017 | 100248 | National Measures | RAW MATERIALS | $296.80 |
| 12/7/2017 | 100249 | Pure Assay Ingredients | RAW MATERIALS | $6,187.50 |
| 12/7/2017 | 100250 | Sensient Colors LLC | RAW MATERIALS | $678.00 |
| 12/7/2017 | 100252 | Vitajoy USA, Inc. | RAW MATERIALS | $9,775.00 |
| 12/7/2017 | 100253 | Berlin Packaging, LLC. | PACKAGING SUPPLIES | $4,173.53 |
| 12/7/2017 | 100255 | Daylight Transport | FREIGHT | $2,230.32 |
| 12/7/2017 | 100256 | Richard Bass | IT EXPENSE | $60.73 |
| 12/7/2017 | 100257 | SAN DIEGO GAS & ELECTRIC | UTILITIES | $4,698.55 |
| 12/7/2017 | 100258 | Simpson Labs, LLC | PACKAGING OUTSOURCE | $27,234.78 |
| 12/7/2017 | 100259 | Capital Premium Financing, Inc | INSURANCE | $2,275.16 |
| 12/12/2017 | 100260 | Sedona Staffing | TEMP LABOR | $939.30 |
| 12/13/2017 | 100261 | Kelly Services | TEMP LABOR | $894.00 |
| 12/13/2017 | 100262 | Alkemist | TESTING | $675.00 |
| 12/13/2017 | 100263 | Covance Laboratories, Inc. | TESTING | $2,325.00 |
| 12/13/2017 | 100264 | Compound Solutions, Inc. | RAW MATERIALS | $2,880.00 |
| 12/13/2017 | 100265 | CROSSROAD INGREDIENTS | RAW MATERIALS | $446.25 |
| 12/13/2017 | 100266 | FedEx Freight | FREIGHT | $945.87 |
| 12/13/2017 | 100267 | Logistics Fox | FREIGHT | $1,117.59 |
| | | | SUBTOTAL | $100,149.74 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/13/2017 | 100268 | Metro Fire & Safety | FIRE EXTINGUISHER SVC | $450.75 |
| 12/13/2017 | 100269 | MJB Freight Systems, Inc. | FREIGHT | $137.62 |
| 12/13/2017 | 100270 | Micro Quality Labs, Inc. | TESTING | $5,289.50 |
| 12/13/2017 | 100271 | Mitsubishi International Food | RAW MATERIALS | $2,250.50 |
| 12/13/2017 | 100272 | Sensient Colors LLC | RAW MATERIALS | $69.36 |
| 12/13/2017 | 100273 | TIC GUMS | RAW MATERIALS | $1,258.50 |
| 12/13/2017 | 100274 | UPS | FREIGHT | $35.28 |
| 12/13/2017 | 100275 | Vitajoy USA, Inc. | RAW MATERIALS | $60,065.00 |
| 12/13/2017 | 100276 | Wesco Security Systems, Inc. | ALARM | $144.00 |
| 12/13/2017 | 100277 | Westco Chemicals, Inc | RAW MATERIALS | $1,296.00 |
| 12/13/2017 | 100278 | National Measures | PACKAGING SUPPLIES | $1,187.20 |
| 12/14/2017 | 100279 | RS Hughes Co., Inc. | SHOP SUPPLIES | $788.90 |
| 12/15/2017 | 100280 | Alvar Enrique Morales | FREIGHT | $4,150.00 |
| 12/15/2017 | 100281 | Covance Laboratories, Inc. | TESTING | $525.00 |
| 12/15/2017 | 100282 | Berlin Packaging, LLC. | PACKAGING SUPPLIES | $1,597.82 |
| 12/15/2017 | 100283 | Kelly Services | TEMP LABOR | $894.00 |
| 12/15/2017 | 100284 | Logistics Fox | FREIGHT | $2,183.86 |
| 12/15/2017 | 100285 | National Measures | PACKAGING SUPPLIES | $119.97 |
| 12/15/2017 | 100286 | Pacific IP | INTERNET | $639.00 |
| 12/15/2017 | 100287 | Pure Assay Ingredients | RAW MATERIALS | $2,375.00 |
| 12/15/2017 | 100288 | Sedona Staffing | TEMP LABOR | $2,095.60 |
| 12/15/2017 | 100289 | UPS | FREIGHT | $23.58 |
| 12/15/2017 | 100290 | Rancho California Center | BUILDING RENT | $22,441.95 |
| 12/19/2017 | 100291 | Covance Laboratories, Inc. | TESTING | $325.00 |
| 12/19/2017 | 100292 | Aramark | UNIFORMS | $300.00 |
| 12/19/2017 | 100293 | Berlin Packaging, LLC. | PACKAGING SUPPLIES | $419.83 |
| 12/19/2017 | 100294 | Compound Solutions, Inc. | RAW MATERIALS | $1,340.00 |
| 12/19/2017 | 100295 | City of Oceanside | UTILITIES | $1,853.52 |
| 12/19/2017 | 100296 | CROSSROAD INGREDIENTS | RAW MATERIALS | $743.75 |
| 12/19/2017 | 100298 | FedEx | FREIGHT | $1,794.20 |
| 12/19/2017 | 100299 | FedEx Freight | FREIGHT | $1,194.54 |
| 12/19/2017 | 100300 | Konica Minolta Business Soluti | COPIER LEASE | $107.39 |
| 12/19/2017 | 100301 | Logistics Fox | FREIGHT | $1,134.31 |
| 12/19/2017 | 100302 | Mitsubishi International Food | RAW MATERIALS | $111.72 |
| 12/19/2017 | 100303 | Pure Assay Ingredients | RAW MATERIALS | $2,600.00 |
| | | | SUBTOTAL | $121,942.65 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 12/19/2017 | 100304 | Simpson Labs, LLC | OUTSOURCES PACKAGING | $56,553.67 |
| 12/19/2017 | 100305 | Federal Services | RAW MATERIALS | $1,108.00 |
| 12/19/2017 | 100306 | Vitajoy USA, Inc. | RAW MATERIALS | $5,800.00 |
| 12/20/2017 | 100307 | Berlin Packaging, LLC. | PACAGING MATERIALS | $189.70 |
| 12/20/2017 | 100309 | Vitajoy USA, Inc. | RAW MATERIALS | $18,400.00 |
| 12/21/2017 | 100311 | Demetrious Enghouse | REPAIR & MAINTENANCE | $575.31 |
| 12/1/2017 WIRE | | AIDP | RAW MATERIALS | $1,975.00 |
| 12/1/2017 | AUTO DEDUCTION | CASH C&D | LEASE PAYMENTS | $6,292.22 |
| 12/4/2017 | AUTO DEDUCTION | BOFA MERCHANT SERVICE | MERCHANT FEES | $5,452.01 |
| 12/4/2017 | AUTO DEDUCTION | LEASE DIRECT | LEASE PAYMENTS | $563.76 |
| 12/5/2017 | AUTO DEDUCTION | BOA LEASING | LEASE PAYMENTS | $6,629.52 |
| 12/5/2017 | AUTO DEDUCTION | CASH C&D | LEASE PAYMENTS | $2,037.99 |
| 12/14/2017 WIRE | | BERLIN | RAW MATERIALS | $9,465.94 |
| 12/4/2017 | AUTO DEDUCTION | ASCENTIUM CAPITAL | LEASE PAYMENTS | $2,389.90 |
| 12/12/2017 WIRE | | SENSIENT | RAW MATERIALS | $467.06 |
| 12/15/2017 | AUTO DEDUCTION | FINANCIAL PACIFIC | LEASE PAYMENTS | $7,082.14 |
| 12/15/2017 WIRE | | CASH C&D | LEASE PAYMENTS | $1,403.47 |
| 12/15/2017 | AUTO DEDUCTION | INTEGRATED TIME | TIMECLOCK LEASE | $219.00 |
| 12/18/2017 | AUTO DEDUCTION | ASCENTIUM CAPITAL | LEASE PAYMENTS | $1,065.65 |
| 12/22/2017 | AUTO DEDUCTION | MICROSOFT | INTERNET SERVICES | $136.00 |
| 12/22/2017 | AUTO DEDUCTION | MICROSOFT | INTERNET SERVICES | $8.00 |
| 12/28/2017 WIRE | | PURE ASSAY | RAW MATERIALS | $5,525.00 |
| 12/1/2017 DEBT CARD | | AMAZON | COPIER TONER | $122.79 |
| 12/4/2017 DEBT CARD | | AMAZON | COPIER TONER | $110.46 |
| 12/4/2017 DEBT CARD | | AMAZON | COPIER TONER | $32.74 |
| 12/4/2017 DEBT CARD | | AMAZON | COPIER TONER | $53.76 |
| 12/8/2017 DEBT CARD | | WESTCO CHEMICAL | RAW MATERIALS | $114.47 |
| 12/13/2017 DEBT CARD | | AMAZON | MFG SUPPLIES | $535.71 |
| 12/15/2017 DEBT CARD | | BERLIN | PACKAGING MATERIALS | $1,028.52 |
| 12/15/2017 DEBT CARD | | RS HUGHES | SHOP SUPPLIES | $287.22 |
| 12/18/2017 DEBT CARD | | BERLIN | PACKAGING MATERIALS | $623.20 |
| 12/18/2017 DEBT CARD | | STAMPS.COM | ONLINE STAMPS | $15.99 |
| 12/18/2017 DEBT CARD | | PACKAGE ALL | PACKAGING MATERIALS | $1,287.55 |
| 12/20/2017 DEBT CARD | | HBH | SHOP SUPPLIES | $107.82 |
| 12/21/2017 DEBT CARD | | JUSTMAN BRUSHES | REPAIR & MAINTENANCE | $149.25 |
| 12/5/2017 TRANSFER | | PAYROLL ACCOUNT | PAYROLL | $48,586.62 |
| 12/5/2017 TRANSFER | | TAX ACCOUNT | PAYROLL | $18,134.42 |
| 12/19/2017 TRANSFER | | PAYROLL ACCOUNT | PAYROLL | $49,367.58 |
| 12/19/2017 TRANSFER | | TAX ACCOUNT | PAYROLL | $17,787.11 |
| | | | TOTAL FOR PERIOD | $271,684.55 |

GENERAL ACCOUNT
BANK RECONCILATION*

| | | | |
|---|---|---|---|
| Balance per bank statement dated: | 12/31/2017 | $ | 663,039.56 |

Plus deposit in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

Total deposits in transit                                   0

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| Total outstanding checks | $ | 99,496.70 |
| Bank statement adjustment** | | |
| Adjust bank balance | $ | 563,542.86 |

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

Debtor in Possession Monthly Operating Report (Business)-Page 3 of 14

Operating Reporting Requirements
Revised May 22, 2017

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/27/2017 | 100065 | Demetrious Enghouse | Repair & Maintenance | 210.44 |
| 12/7/2017 | 100251 | Vanadium Interactive | Website Maintenance | 740.00 |
| 12/19/2017 | 100297 | DYAD LABS | TESTING | 45.00 |
| 12/20/2017 | 100308 | DAYLIGHT TRANS | FREIGHT | 202.01 |
| 12/21/2017 | 100310 | ALVAR ENRIQUE MORALES | FREIGHT | 3,575.00 |
| 12/21/2017 | 100312 | DAYLIGHT TRANS | FREIGHT | 2,663.87 |
| 12/21/2017 | 100313 | FEDEX FREIGHT | FREIGHT | 135.57 |
| 12/21/2017 | 100314 | RS HUGHES | SHOP SUPPLIES | 229.43 |
| 12/21/2017 | 100315 | FEDEX FREIGHT | FREIGHT | 1,334.36 |
| 12/27/2017 | 100316 | KELLY SVC | TEMP LABOR | 536.40 |
| 12/28/2017 | 100317 | SEDONA STAFFING | TEMP LABOR | 1,190.40 |
| 12/29/2017 | 100318 | SIMPSON LABS | PACKAGING  OUTSOURCIN | 47,965.77 |
| 12/29/2017 | 100319 | VITAJOY | RAW MATERIALS | 7,337.50 |
| 12/29/2017 | 100320 | ALBION MATERIALS | RAW MATERIALS | 6,526.80 |
| 12/29/2017 | 100321 | CROSSROADS INGRED | RAW MATERIALS | 595.00 |
| 12/29/2017 | 100322 | JOSEPH ABRAMO | Repair & Maintenance | 514.96 |
| 12/29/2017 | 100323 | JIAHERB | RAW MATERIALS | 6,325.00 |
| 12/29/2017 | 100325 | ANALYTICAL LABS | TESTING | 850.00 |
| 12/29/2017 | 100326 | ARAMARK | UNIFORMS/CLEANING SU | 350.92 |
| 12/29/2017 | 100327 | ALVAR ENRIQUE MORALES | FREIGHT | 550.00 |
| 12/29/2017 | 100328 | AMTRUST | WC INS | 5,142.00 |
| 12/29/2017 | 100329 | CAPITAL PREMIUM | | 1,093.62 |
| 12/29/2017 | 100330 | CHEMPOINT | SHOP SUPPLIES | 30.22 |
| 12/29/2017 | 100331 | CITY OF OCEANSIDE | WATER & TRASH | 2,196.13 |
| 12/29/2017 | 100332 | COX BUSINESS | INTERNET PHONE SVC | 425.00 |
| 12/29/2017 | 100333 | COVANCE LABS | TESTING SVC | 63.30 |
| 12/29/2017 | 100334 | LOGISTIC FOX | FREIGHT | 2,734.28 |
| 12/29/2017 | 100335 | MICRO QUALITY LABS | TESTING | 5,874.50 |
| 12/29/2017 | 100337 | UPS | COURIER | 45.69 |
| 12/29/2017 | 100338 | WESTCO CHEMICALS | RAW MATERIALS | 13.53 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | *SUBTOTAL* | 99,496.70 |

I.          CASH RECEIPTS AND DISBURSEMENTS (Continued)
          B.          (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1 TOTAL RECEIPTS PER ALL PAYROLL ACCOUNT REPORTS | $ | 253,505.17 |
| 2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNTS PER REPORTS | $ | 235,632.08 |
| 3 BEGINNING BALANCE          12/1/2017 | $ | 2,323.09 |
| 4 RECEIPTS: | $ | 97,954.20 |
| TRANSFERRED FROM GENERAL ACCOUNT | | |
| 5 BALANCE | $ | 100,277.29 |
| 6 LESS: DISBURSEMENTS DURING CURRENT PERIOD | | |

| DATE | CHECK NO. | PAYEE | AMOUNT |
|---|---|---|---|
| See Attached | | | |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD | $ | (99,718.47) |
| 7 ENDING BALANCE | $ | 558.82 |
| 8 PAYROLL ACCOUNT NUMBER          325000621575 | | |
| DEPOSITORY NAME AND LOCATION          Bank of America | | |

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/08/2017 | | O'Dea, Joseph | Payroll | 2,022.85 |
| 12/08/2017 | | Haycook, Katherine | Payroll | 2,211.26 |
| 12/08/2017 | | McEvers, Nichole | Payroll | 2,263.62 |
| 12/08/2017 | | Bass, Richard | Payroll | 1,915.90 |
| 12/08/2017 | | Aguilar, Fabian | Payroll | 1,059.86 |
| 12/08/2017 | | Arreola, Roberto | Payroll | 1,481.57 |
| 12/08/2017 | | Bucio, Adrian | Payroll | 878.10 |
| 12/08/2017 | | Esparza, Alonso | Payroll | 696.86 |
| 12/08/2017 | | Fimbres, Louie | Payroll | 1,407.49 |
| 12/08/2017 | | Finuliar, Resty | Payroll | 909.14 |
| 12/08/2017 | | Gomez, Felisa | Payroll | 758.75 |
| 12/08/2017 | | Herrera, Sandra | Payroll | 780.75 |
| 12/08/2017 | | Kimball, Bobby | Payroll | 1,270.92 |
| 12/08/2017 | | Morales, Gabriela | Payroll | 1,007.36 |
| 12/08/2017 | | Ortega, Eliseo | Payroll | 1,203.02 |
| 12/08/2017 | | Ortiz Aguirre, Mario | Payroll | 1,101.68 |
| 12/08/2017 | | Paulo, Eva | Payroll | 810.21 |
| 12/08/2017 | | Saldana-Diosdado, Obed | Payroll | 980.26 |
| 12/08/2017 | | Warne, Joseph | Payroll | 2,363.11 |
| 12/08/2017 | | Calabrese, Shawn | Payroll | 857.79 |
| 12/08/2017 | | Castro, Ommar | Payroll | 1,004.19 |
| 12/08/2017 | | Enciso, Sergio | Payroll | 847.80 |
| 12/08/2017 | | Solis, Jerald | Payroll | 661.06 |
| 12/08/2017 | | Tinoco, Joshua | Payroll | 785.22 |
| 12/08/2017 | | Haynes, Romeo | Payroll | 828.69 |
| 12/08/2017 | | Karetny, Dmitry | Payroll | 1,780.37 |
| 12/08/2017 | | Malhotra, Kuldip | Payroll | 1,095.62 |
| 12/08/2017 | | Ballard, Japheth | Payroll | 1,036.40 |
| 12/08/2017 | | Fuentes, Alexis | Payroll | 908.05 |
| 12/08/2017 | | Lopez, Caleb | Payroll | 838.02 |
| 12/08/2017 | | Mata, Christina | Payroll | 1,437.10 |
| 12/08/2017 | | Robison, Chad | Payroll | 1,889.27 |
| 12/08/2017 | | Enghouse, Demetrious | Payroll | 1,520.16 |
| 12/22/2017 | | O'Dea, Joseph | Payroll | 2,022.86 |
| 12/22/2017 | | Haycook, Katherine | Payroll | 2,211.27 |
| | | | SUBTOTAL | 44,846.58 |

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/22/2017 | 1997 | McEvers, Nichole | Payroll | 2,263.63 |
| 12/22/2017 | 1998 | Bass, Richard | Payroll | 1,915.95 |
| 12/22/2017 | 1999 | Aguilar, Fabian | Payroll | 1,107.68 |
| 12/22/2017 | 2000 | Arreola, Roberto | Payroll | 1,717.00 |
| 12/22/2017 | 2001 | Bucio, Adrian | Payroll | 874.23 |
| 12/22/2017 | 2002 | Esparza, Alonso | Payroll | 608.28 |
| 12/22/2017 | 2003 | Fimbres, Louie | Payroll | 1,407.49 |
| 12/22/2017 | 2004 | Finuliar, Resty | Payroll | 803.83 |
| 12/22/2017 | 2005 | Gomez, Felisa | Payroll | 766.13 |
| 12/22/2017 | 2006 | Herrera, Sandra | Payroll | 105.17 |
| 12/22/2017 | 2007 | Kimball, Bobby | Payroll | 1,158.30 |
| 12/22/2017 | 2008 | Morales, Gabriela | Payroll | 886.00 |
| 12/22/2017 | 2009 | Ortega, Eliseo | Payroll | 1,095.71 |
| 12/22/2017 | 2010 | Ortiz Aguirre, Mario | Payroll | 888.29 |
| 12/22/2017 | 2011 | Paulo, Eva | Payroll | 846.40 |
| 12/22/2017 | 2012 | Saldana-Diosdado, Obed | Payroll | 968.50 |
| 12/22/2017 | 2013 | Warne, Joseph | Payroll | 2,363.10 |
| 12/22/2017 | 2014 | Calabrese, Shawn | Payroll | 710.35 |
| 12/22/2017 | 2015 | Castro, Ommar | Payroll | 986.64 |
| 12/22/2017 | 2016 | Enciso, Sergio | Payroll | 843.42 |
| 12/22/2017 | 2017 | Solis, Jerald | Payroll | 725.20 |
| 12/22/2017 | 2018 | Tinoco, Joshua | Payroll | 730.75 |
| 12/22/2017 | 2019 | Haynes, Romeo | Payroll | 833.32 |
| 12/22/2017 | 2020 | Karetny, Dmitry | Payroll | 1,780.38 |
| 12/22/2017 | 2021 | Malhotra, Kuldip | Payroll | 1,095.61 |
| 12/22/2017 | 2022 | Ballard, Japheth | Payroll | 1,022.59 |
| 12/22/2017 | 2023 | Fuentes, Alexis | Payroll | 978.11 |
| 12/22/2017 | 2024 | Lopez, Caleb | Payroll | 779.73 |
| 12/22/2017 | 2025 | Mata, Christina | Payroll | 1,437.09 |
| 12/22/2017 | 2026 | Robison, Chad | Payroll | 1,889.28 |
| 12/22/2017 | 2027 | Enghouse, Demetrious | Payroll | 1,520.16 |
| 12/08/2017 | 100071 | Ambrocio, Fidel | Payroll | 812.05 |
| 12/08/2017 | 100072 | Barragan, Maria | Payroll | 1,367.04 |
| 12/08/2017 | 100073 | Abramo, Joseph | Payroll | 3,058.53 |
| 12/08/2017 | 100074 | Bullard, David | Payroll | 873.83 |
| 12/08/2017 | 100075 | Villarreal, Edward | Payroll | 733.58 |
| 12/22/2017 | 100078 | Ambrocio, Fidel | Payroll | 809.78 |
| 12/22/2017 | 100079 | Barragan, Maria | Payroll | 1,218.30 |
| 12/22/2017 | 100080 | Abramo, Joseph | Payroll | 3,058.50 |
| 12/22/2017 | 100081 | Bullard, David | Payroll | 902.10 |
| 12/22/2017 | 100082 | Villarreal, Edward | Payroll | 757.33 |
| | | | | 48,699.36 |

### TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/7/2017 | 1933 | BenefitMall PayFocus Pro | CHILD SUPPORT PAYMENT | 611.83 |
| 12/7/2017 | 1994 | BenefitMall PayFocus Pro | PAYROLL PROCESSING FEE | 151.85 |
| 12/21/2017 | 2033 | BenefitMall PayFocus Pro | CHILD SUPPORT PAYMENT | 611.83 |
| 12/21/2017 | 2034 | BenefitMall PayFocus Pro | PAYROLL PROCESSING FEE | 632.29 |
| 12/8/2017 | 100076 | Franchise Tax Board | GARNISHMENT | 50.00 |
| 12/8/2017 | 100077 | US Department of Education | GARNISHMENT | 280.46 |
| 12/22/2017 | 100083 | Franchise Tax Board | GARNISHMENT | 50.00 |
| 12/22/2017 | 100084 | US Department of Education | GARNISHMENT | 322.89 |
| 12/7/2017 | WIRE FEE | | | 35.00 |
| 12/21/2017 | WIRE FEE | | | 35.00 |
| 12/11/2017 | AUTO DEDUCT | MG TRUST | 401K | 1,878.67 |
| 12/26/2017 | AUTO DEDUCT | MG TRUST | 401K | 1,885.60 |
| | | | | 6,545.42 |

*GRAND TOTAL*

PAYROLL ACCOUNT
BANK RECONCILATION*

| | | | |
|---|---|---|---|
| balance per bank statement dated: | 12/31/2017 | $ | 558.82 |

Plus deposits in transit(a)

| Deposit Date | Deposit Amount | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Total deposits in transit | | $ | - |
|---|---|---|---|

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| Total outstanding checks | $ | - |
| Bank statement adjustment** | | |
| Adjust bank balance | $ | 558.82 |

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

**Please attach a detailed explanation of any bank statement adjustment.

I.         CASH RECEIPTS AND DISBURSEMENTS (Continued)
*                    (PAYROLL TAX ACCOUNT)

| | |
|---|---|
| 1 TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | $38,571.00 |
| 2 LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | $38,571.00 |
| 3 BEGINNING BALANCE | 0 |
| 4 RECEIPTS: TRANSFERRED FROM GENERAL ACCOUNT | $35,921.53 |
| 5 BALANCE | $35,921.53 |
| 6 LESS: DISBURSEMENTS DURING CURRENT PERIOD | $35,921.53 |

| DATE | CHECK NO. | PAYEE | AMOUNT | |
|---|---|---|---|---|
| | TOTAL DISBURSEMENTS THIS PERIOD | | | $35,921.53 |

| | |
|---|---|
| 7 ENDING BALANCE | $0.00 |
| 8 TAX ACCOUNT NUMBER            325000621588 | |
| DEPOSITORY NAME AND LOCATION            Bank of America | |

D.        SUMMARARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $563,270.08 |
| PAYROLL ACCOUNT | $558.82 |
| TAX ACCOUNT | $0.00 |
| OTHER ACCOUNTS* | 0 |
| OTHER MONIES* | 0 |
| PETTY CASH** | -355.29 |
| TOTAL CASH AVAILABLE | $563,473.61 |

*Specify the fund and the type of holding (i.e.,CD,Savings Account, Investment securties,ect.),
and the depository name, location,and account number
**Attach exhibit itemizing all petty cash transactions.
NOTE: Attach copies of monthly accounts statementsfrom financial instutions for each account.

TAX ACCOUNT
BANK RECONCILIATION*

Balance per bank statement dated:           31-Dec-17                                    $0.00

Plus deposits in transit (a):

       Deposit Date                        Deposit Amount

       _____                 $ _____
       _____                 $ _____
       _____                 $ _____
       _____                 $ _____
       _____                 $ _____
       _____                 $ _____

Total deposits in transit                                                            $0.00

Less outstanding checks(a):

       Check Number              check date          Check Amount

       _____        _____        _____ .
       _____        _____        _____
       _____        _____        _____
       _____        _____        _____

Total outstanding checks                                        < _____ >

Bank statement adjustments**                                    _____

Adjusted bank balance                                           _____ $0.00

II.    STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ECT | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Berlin Financial | Monthly | $ 4,173.53 | | |
| Ally | Monthly | $ 480.69 | | |
| BOA | Monthly | $ 5,327.14 | | |
| BOA | Monthly | $ 7,584.70 | | |
| BOA LOC | Monthly | $ 5,837.36 | | |
| Thermo Fisher | Monthly | $ 563.76 | | |
| LCA Capital | Monthly | $ 1,275.88 | | |
| Ascentium | Monthly | $ 2,389.90 | | |
| Ascentium | Monthly | $ 1,065.65 | | |
| Financial Pacific | Monthly | $ 7,082.14 | | |
| Marlin | Monthly | $ 1,441.99 | | |
| | | | Total Due | |

III.    TAX LIABILITIES

FOR THE REPORTING PERIOD:

GROSS SALES SUBJECT TO SALES TAX          $          -
TOTAL WAGES PAID                          $     128,715.80

| | TOTAL POST-PETITTION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ 11,897.43 | $ - | |
| STATE WITHHOLDING | $ 3,192.77 | $ - | |
| FICA-EMPLOYER'S SHARE | $ 9,563.74 | $ - | |
| FICA-EMPLOYEE'S SHARE | $ 9,563.76 | $ - | |
| FEDERAL UNEMPLOYMENT | $ 80.75 | $ - | |
| STATE SDI WITHHOLDING | $ 1,125.14 | $ - | |
| CASUI - ER - CALIFORNIA | $ 484.48 | $ - | |
| CAETT - ER - CALIFORNIA | $ 13.46 | $ - | |
| SALES AND USE | $ - | $ - | |
| REAL PROPERTY | $ | $ - | |
| OTHER:(SPECIFY) | $ | $ - | |
| TOTAL: | $ 35,921.53 | N/A | |

IV.    AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE* (POST-PETITTION ONLY) | | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|---|
| 30 days or less | $     218,571.43 | | | $     461,354.97 |
| 31-60 days | 5280.79 | | | $     392,916.20 |
| 61-90 days | 0 | | | $     160,617.50 |
| 91-120 days | 0 | | | |
| Over120days | 0 | | $     146,128.99 | |
| TOTALS: | $     223,852.22 | | $     146,128.99 | $     1,014,888.67 |

V.    INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | Markel West | 2,000,000.00 | 9/20/2018 | Capital Premium |
| WorkerCompensation | Technology Ins. | 1,000,000.00 | 3/25/2018 | AM Trust N America |
| Casualty | United Fire | 1,000,000.00 | 7/20/2018 | United Fire |
| Vehicle | Farmer's Insurance | 2,000,000.00 | 5/22/2018 | Farmer's Ins. |
| D&O | Maxum | 2,000,000.00 | 3/8/2018 | Capital Premium |

VI.    UNITED STATES TRUSTEE QUATERLY FEES
(TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fee | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
|  | 0 | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |

*Post-Petition Accounts payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

VII.    SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| Joseph Odea | | | $ 6,280.78 |
| | | | |
| | | . | |
| | | | |
| | | | |
| | | | |

*Please indicate how compensation was identified in the order (e.g.,$1,000/wk,$2,500/mo)

VIII.    SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid during the Mo. |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | % of Net Revenue | YTD | % of YTD Net Revenue |
|---|---|---|---|---|
| **REVENUE:** | | | | |
| Contract Mfg Revenues | $634,392 | 82.14% | $1,904,065 | 79.86% |
| Revenues - Encapsulation | $8,264 | 15.53% | $207,457 | 12.52% |
| Revenues - Raw Material Sales | $7,764 | 1.25% | $27,336 | 1.23% |
| Research and Development Revenues | $2,000 | 0.22% | $4,000 | .13% |
| Shipping & Handling Revenue | $0 | 0.00% | $0 | 0% |
| Warehousing and Fufillment Revenue | -$929 | 0.28% | $8,029 | .37% |
| Other Revenues | $47,001 | 5.83% | $192,309 | 9.14% |
| Sales Discounts | -$40 | (5.24%) | -$54,888 | (2.75%) |
| Total Revenue | **$698,452** | 100.00% | **$2,288,307** | 100.00% |
| | | | | |
| **COS:** | | | | |
| COS-Contract Mfg | $497,107 | 63.83% | $1,457,381 | 59.52% |
| COS-Encapsulation | $24,844 | 9.45% | $147,135 | 7.58% |
| COS-Research and Development | $1,874 | 0.03% | $2,725 | .05% |
| Shipping and Freight | $22,485 | 2.17% | $57,021 | 2.14% |
| COS-Pallet Storage | $0 | 0.00% | $0 | 0.00% |
| Lab/QC Supplies | $0 | 0.00% | $23 | 0.00% |
| MFG Supplies | $1,554 | 0.21% | $6,750 | .32% |
| Shipping and Packaging Supplies | $5,561 | 0.80% | $17,148 | .72% |
| QC and Testing Sublet | $19,297 | 1.39% | $54,417 | 2.18% |
| Direct Labor | $11,098 | 1.44% | $37,561 | 1.64% |
| Direct Labor Cost | $39,245 | 4.94% | $118,804 | 4.93% |
| Direct Temp Labor Cost | $2,192 | 0.00% | $10,882 | 0.54% |
| Inventory Variation | $633 | (0.91%) | -$12,777 | (0.54%) |
| COS - Lost/Obsolete | $287 | 0.00% | $250 | 0.00% |
| COGS Other | $52,899 | 6.14% | $206,263 | 9.51% |
| COS - OH Allocation | $87,520 | 10.48% | $276,476 | 11.71% |
| Total COS | **$766,596** | 99.98% | **$2,380,058** | 101.48% |
| | | | | |
| Gross Profit | -$68,144 | **0.02%** | -$91,751 | (1.48%) |
| | | | | |
| **OPERATING EXPENSES:** | | | | |
| Wages | $82,430 | 9.72% | $192,975 | 12.39% |
| Commission | $0 | 0.00% | $0 | 0.00% |
| Bonuses | $0 | 0.27% | $500 | 0.19% |
| Contract/Temp Labor | $6,455 | 1.07% | $11,462 | 0.92% |
| Consulting | $0 | 0.00% | $0 | 0.00% |
| Accounting | $219 | 0.09% | $551 | 0.07% |
| Auto and Mileage | $0 | 0.00% | $0 | 0.00% |
| Bad Debt Expences | $5,000 | 0.54% | $10,000 | 0.62% |
| Bank Charges | $86 | 0.03% | $604 | 0.05% |
| Computer Supplies | $0 | 0.00% | $0 | 0.00% |

| | | | | |
|---|---:|---:|---:|---:|
| Courier | $0 | 0.00% | $0 | 0.00% |
| Depreciation | $31,027 | 3.38% | $62,055 | 3.85% |
| Employee Relations | $0 | 0.00% | $0 | 0.00% |
| Entertainment and Promotion | $0 | 0.00% | $0 | 0.00% |
| Garden/Landscape | $0 | 0.06% | $580 | 0.07% |
| Gasoline | $0 | 0.02% | $73 | 0.02% |
| Information Technology | $3,399 | 0.38% | $6,568 | 0.41% |
| Insurance- Auto | $613 | 0.07% | $1,226 | 0.08% |
| Insurance- Fire and Liability | $612 | (0.33%) | $1,224 | (0.15%) |
| Insurance- Life | -$14 | 0.00% | $48 | 0.01% |
| Insurance- Medical | $148 | (0.45%) | $5,872 | 0.10% |
| Insurance- Product Liability | $2,587 | 0.28% | $5,174 | 0.32% |
| Insurance- Workman's Comp | $5,142 | 0.56% | $10,284 | 0.64% |
| Insurance- D&O & EPLI | $1,222 | 0.13% | $2,444 | 0.15% |
| Janitorial Services | $0 | 0.00% | $0 | 0.00% |
| Janitorial Supplies | $771 | 0.06% | $2,222 | 0.12% |
| Licenses and Permits | $0 | 0.09% | $187 | 0.06% |
| Mail and Postage | $16 | 0.01% | $16 | 0.01% |
| Maintenance and Repair | $2,174 | 0.53% | $9,826 | 0.78% |
| Management Fee | $383 | 0.04% | $741 | 0.05% |
| Meals and Refreshments | $0 | 0.00% | $84 | 0.01% |
| Membership Dues | $0 | 0.00% | $0 | 0.00% |
| Merchant Fees | $5,398 | 0.49% | $12,920 | 0.75% |
| Miscellaneous | $719 | 0.08% | $1,438 | 0.09% |
| Office Supplies/Stationary | $633 | 0.01% | $2,792 | 0.14% |
| Outside Services | $0 | 0.00% | $0 | 0.00% |
| Payroll Taxes | $10,398 | 1.29% | $22,789 | 1.51% |
| Pest Control | $0 | 0.00% | $1,194 | 0.07% |
| Professional and Legal Fees | $450 | 0.58% | $4,293 | 0.57% |
| Recruitment and Hiring | $0 | 0.00% | $0 | 0.00% |
| Rent | $37,720 | 4.05% | $74,949 | 4.61% |
| Rentals | $982 | 0.11% | $1,948 | 0.12% |
| Research and Development | $114 | 0.16% | $114 | 0.09% |
| Security System | $144 | 0.01% | $513 | 0.03% |
| Shop Supply | $820 | 0.03% | $2,330 | 0.11% |
| Small Tools | $0 | 0.00% | $390 | 0.02% |
| Subscriptions | $0 | 0.00% | $15 | 0.00% |
| Training and Seminars | $0 | 0.00% | $0 | 0.00% |
| Trash | $723 | 0.11% | $2,949 | 0.20% |
| Travel and Lodging | $61 | 0.00% | $61 | 0.00% |
| Uniforms | $2,059 | 0.12% | $4,339 | 0.21% |
| Telephone | $221 | 0.05% | $502 | 0.04% |
| Utilities Electric | $4,561 | 0.51% | $18,273 | 1.14% |
| Utilities Gas | $95 | 0.00% | $162 | 0.01% |
| Utilities Water | $2,256 | 0.11% | $3,429 | 0.13% |
| State & Local Tax | $522 | 0.55% | $1,166 | 0.35% |
| Vendor Discounts | $0 | 0.00% | $0 | 0.00% |

| | | | | |
|---|---|---|---|---|
| Finance Charge/Late Fees | $379 | 0.10% | $477 | 0.06% |
| Contra COS OH Allocation | -$87,520 | (10.48%) | -$87,520 | (11.71%) |
| **Total Operating Expenses** | **$123,005** | **14.42%** | $394,239 | (19.28%) |
| | | | | |
| Operating Income | -$191,149 | (14.39%) | -$334,736 | (20.74%) |
| | | | | |
| OTHER INCOME/(EXPENSES): | | | | |
| Other Income | $0 | 0.00% | $0 | 0% |
| Other Expences | -$75 | 0.00% | -$75 | 0% |
| Interest Expence | -$5,266 | (0.82%) | -$13,267 | (0.97%) |
| Total Other Income/Expense) | **-$5,341** | (0.82%) | -$13,342 | (0.97%) |
| | | | | |
| NET INCOME/(LOSS): | **-$196,489** | (15.21%) | -$406,940 | (22.03%) |
| | | | | |
| EBITDA INCOME/(LOSS): | **-$159,674** | (10.46%) | -$330,453 | (16.78%) |

BALANCE SHEET                          CORE SUPPLEMENT TECHNOLOGY, INC

|  | 12/31/2017 |
| --- | --- |
| **ASSETS** | |
| *Current Assets:* | |
| Cash Operating Bank of America | $0.03 |
| Cash - Savings | (0.07) |
| DIP Cash/General | 563,270.08 |
| DIP Payroll | 558.82 |
| Cash on Hand/ Petty | (355.29) |
| AR | 1,159,289.27 |
| Allowance | (45,500.48) |
| AR Other | 10,780.50 |
| AR-Life Brand | 156,283.55 |
| Prepaid Ins. Product Liability | 21,451.32 |
| Prepaid Ins. Other | 11,367.53 |
| Prepaid Other | 148,584.95 |
| Deferred Tax | 80,183.00 |
| | |
| *Inventory:* | |
| Inventory- Raw Material | 625,614.23 |
| Inventory- Raw Material Flavors | 201,268.14 |
| Inventory- Raw Material Color | 7,630.24 |
| Inventory- Ship and Pkg Supplies | 376,870.32 |
| Inventory- Encapsulation Supplies | 52,572.38 |
| Inventory- WIP | 101,927.27 |
| Inventory Finished Goods | (9,202.30) |
| Inventory-Capitalized OH | 188,240.00 |
| *Inventory Total:* | *1,544,920.28* |
| **Total Current Assets:** | **3,650,833.49** |
| | |
| *Property, Plant & Equipment:* | |
| Office Equipment | 8,264.45 |
| Lease Hold Improvements | 375,236.78 |
| Furniture and Fixtures | 34,275.91 |
| Computers | 21,136.11 |
| Software | 51,132.74 |
| Vehicles | 41,231.95 |
| Machinery and Equipment | 2,137,798.08 |
| Other | 89,338.85 |
| Acc. Dep. - Office Equipment | (6,488.21) |
| Acc. Dep. Lease Hold Improvement | (71,001.69) |
| Acc. Dep. Furniture and Fixtures | (17,914.05) |
| Acc. Dep. Computers | (12,484.85) |
| Acc. Dep. Software | (39,163.87) |
| Acc. Dep. Vehicles | (11,370.05) |
| Acc. Dep. Machinery and Equipment | (626,382.88) |

| | |
|---|---:|
| Acc. Dep. Other | (43,411.84) |
| **Total Prop, Plant, Equip** | **1,930,197.43** |
| | |
| *Intangible Assets:* | |
| | |
| *Other Assets:* | |
| Security Deposit | 81,993.19 |
| Investment - Life Brand | 126,005.85 |
| **Total Other Assets** | **207,999.04** |
| | |
| **TOTAL ASSETS** | **5,789,029.96** |

**LIABILITIES**

*Current Liabilities:*

| | |
|---|---:|
| Accounts Payable - Pre | 3,035,864.49 |
| Accounts Payable - Post | 172,963.07 |
| Inventory Received Not Invoiced | 221,887.99 |
| Accounts Payable- Clearing | (605.81) |
| Contract Deposits | 233,801.96 |
| Other Accrued Liabilities | 84,495.66 |
| Payroll Payable | 91,288.56 |
| 401 K Payable | (163.98) |
| Defered Rent | 148,326.50 |
| Interest Payable | 55,589.03 |
| Sales Tax Payable | 4,300.96 |
| Note Payable- Bank LOC | 1,474,700.00 |
| Note Payable-Current | (2,321.73) |
| **Total Current Liabilities:** | **5,520,126.70** |

*Long-Term Liabilities:*

| | |
|---|---:|
| Providence Lease 2016713 | 257,038.15 |
| Bank of America Loan 31927-7 | 121,000.49 |
| Bank of America Loan 2 | 166,421.57 |
| LCA 180798 | 28,148.59 |
| LCA 2171864 | 29,608.57 |
| Note Payable-LT | 405,128.80 |
| Capital Lease Payable | 5,531.70 |
| State Income Tax Payable | 128,165.00 |
| **Total Long-Term Liabilities:** | **1,141,042.87** |
| | |
| **TOTAL LIABILITIES** | **6,661,169.57** |

**STOCKHOLDERS' EQUITY**

| | |
|---|---:|
| Additional Paid in Capital | 588,000.00 |
| Current Earnings | (1,770,093.66) |
| Retained Earnings | 309,954.05 |

| | |
|---|---|
| Total Stockholders' Equity: | (872,139.61) |
| TOTAL LIABILITIES & SH EQUITY | 5,789,029.96 |

## XI.   QUESTIONAIRE

1 Has the debtor-in-possession made any payments on its pre-petition unsecured debt,
   except as have been authorized by the court?

   _____X_____ No.
   _____ Yes Explain _____

2 Has the debtor-in possession during this reporting period provided compensation or
   remuneration to any officers, directors, principals, or other insiders without appropriate
   authorization?

   _____X_____ No.
   _____ Yes. Amount, to whom, and for what period? _____

3 State what progress was made during the reporting period toward filing a plan or
   reorganization:

   Since filing the Chapter 11 Core has made additional progress in reducing
   operating expenses. Lower operating expenses will facilitate the sale process that we
   are currently negotiating.  We hope to have a stocking horse bidder finalized in February.
   We are reducing inventory levels by manufacturing our overstocked materials to
   maximize value and facilitate a quicker sale. We were able to collect $937,563.78 in
   December, turning receivables to cash in accounts.

4 Describe potential future developments which may have a significant impact on the case.
   Day to day operation is very difficult in our current state.  We have lost many critical
   personnel that were critical to our operation.  The current staff is making due with the
   current situation, but it is not sustainable.  Obtaining raw materials has become very
   challenging and we are  dependent on our outsource partner to supply.

5 Attached copies of all orders granting relief from the automatic stay that were entered
   during the reporting period.

6 Did you receive any exempt income this month, which is not set forth in the operating report?

X_____  No.

_____  Yes. Please set forth the amounts and the sources of income

 

I, Joseph O'Dea  declare under penalty of perjury under the Law of the United States Of America that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and correct to the best of my knowledge.

Date:    1 / 24 / 18

Principal for Debtor-In Possession