1  Stephen C. Hinze (State Bar No. 131787)
   STEPHEN C. HINZE, ATTORNEY AT LAW
2  217 Civic Center Drive, Suite 10
   Vista, CA 92084
3  Tel:  760-689-0705
4  Fax: 760-454-2427

5  Bankruptcy Counsel
   for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CORE SUPPLEMENT TECHNOLOGY, INC. a California Corporation<br><br>Debtor and Debtor in Possession | Case No.: 17-06078-MM11<br><br>Chapter 11<br><br>NOTICE OF MOTION AND MOTION FOR ENTRY OF (1) ORDER APPROVING STALKING HORSE, MARKETING AND OVERBID PROCEDURES, AND SETTING FINAL SALE HEARING; (2) ORDER APPROVING (A) SALE FREE AND CLEAR, (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>Judge:         Hon. Margaret M. Mann<br>Dept :         1, Room 218<br>Hearing Date:  February 22, 2018<br>Time:          11:00 a.m. |

**TO THE CREDITIORS OF THE ESTATE, AND ALL INTERESTED PARTIES, YOU ARE HEREBY NOTIFIED THAT** on February 22, 2018 at 11:00 a.m. or as soon thereafter as the matter can be heard, in Department 1, Room 218 of the United States Bankruptcy Court for the Southern District of California, 325 F Street, San Diego California, the Honorable Judge Margaret Mann presiding CORE SUPPLEMENT TECHNOLOGY, INC. a

1  California Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11
2  case ("Debtor"), will move this Court, pursuant to Sections 363(b) and 105(a) of the Bankruptcy
3  Code, an order (1) Approving Stalking Horse, Marketing and Overbid Procedures and Setting
4  Final Sale Hearing; (2) Approving Sale Free and Clear of Liens and encumbrances (3)
5  Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Contract;
6  and Related Relief.

7  **YOU ARE FURTHER NOTIFIED THAT PURSUANT TO COURT ORDER**
8  **SHORTENING TIME ENTERED IN COURT ON FEBRUARY 14, 2018** all opposition to
9  this motion is due in court at the hearing to be held at 11:00 a.m. or as soon thereafter as the
10 matter can be heard, on February 22, 2018.

11 Good cause exists to authorize the Debtor to proceed with the sale this financially-
12 distressed businesses on shortened notice because the Debtor is operating a loss and continued
13 operation without a rapid sales process will result in irreparable loss and damage to the
14 Bankruptcy Estate.

15 This Motion is made and based upon the above representations and allegations, the
16 Memorandum of Points and Authorities, the Declaration of Joseph O'Dea ("O'Dea
17 Declaration") and the Declaration of Richard Feferman, Chief Restructuring Officer, filed
18 concurrently with this motion, the papers, pleadings and other documents on file in this case,
19 and upon any additional evidence, both oral and documentary, which may be presented to the
20 Court at or before the time of the hearing on this Motion, if any should be held.

21 **WHEREFORE,** the Debtor respectfully requests that this Court enter an order granting
22 to the Debtor the following relief:

23 1. Entry of a Bid Procedures Order to be entered immediately following the hearing
24 on this motion, approving Simpson Labs as a stalking horse bidder, approving the marketing and
25 sale procedures described herein, authorizing the Debtor to implement them, and setting a date
26 for hearing on the approval of the sale and final bidder and backup bidder, Waiving the 14 day
27

1  stay imposed by FRBP 6004(h); and;

2      2.    The Entry of a Sale Order to be entered following a subsequent hearing set by

3  the court at the hearing on the Bid Procedures Order, at which hearing the Court will conduct an

4  auction of the assets and approve the winning bidder (or possibly a backup bidder) Waiving the

5  14 day stay imposed by FRBP 6004(h); and

6      3.    Granting to the Debtor and the Chief Restructuring Office such other and further

7  relief as the Court deems just and appropriate.

8  Date: _____                             /s/ Stephen C. Hinze
                                                    Stephen C. Hinze, Attorney for
9                                                   Debtor and Debtor in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27