CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Stephen C. Hinze  (SBN 131787)
Stephen C. Hinze, Attorney At Law, APC
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tele: (760) 689-0705
Fax:  (760) 454-2427

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

CORE SUPPLEMENT TECHNOLOGY, INC.
                                                    Debtor.

BANKRUPTCY NO. 17-060708-MM11

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

# PROOF OF SERVICE

I, Stephen C. Hinze                     am a resident of the State of California, over the age of 18 years, and not a party to this action.

On February 20, 2018           , I served the following documents:
NOTICE OF MOTION AND MOTION FOR ENTRY OF (1) ORDER APPROVING STALKING HORSE, MARKETING AND OVERBID PROCEDURES, AND SETTING FINAL SALE HEARING; (2) ORDER APPROVING (A) SALE FREE AND CLEAR (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF;  ASSET PURCHASE AGREEMENT

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐   Chapter 7 Trustee:

☐   For Chpt. 7, 11, & 12 cases:         ☐  For ODD numbered Chapter 13 cases:        ☐  For EVEN numbered Chapter 13 cases:
     UNITED STATES TRUSTEE                     THOMAS H. BILLINGSLEA, JR., TRUSTEE           DAVID L. SKELTON, TRUSTEE
     ustp.region15@usdoj.gov                   Billingslea@thb.coxatwork.com                 admin@ch13.sdcoxmail.com
                                                                                             dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  2/20/2018  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

Lisa Wasson <lwasson31@gmail.com>;
Joseph Odea <joe@coresupplementtech.com>
robertbailly@yahoo.com;
Jacob <contact@jrhventures.com>;
Zazzi, Marie <marie.zazzi@sothebyshomes.com>
Andrea Kumjian <kumjianbcm@yahoo.com>

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  2/20/2018
(Date)

Stephen C. Hinze  /s/ Stephen C. Hinze
(Typed Name and Signature)

217 Civic Center Drive, Suite 10
(Address)

Vista CA 92084
(City, State, ZIP Code)

CSD 3010