# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 2/23/2018
Case: 17–06078–MM11          Form ID: pdfO1          Total: 15

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Christopher V. Hawkins | hawkins@sullivanhill.com |
| aty | Gary B. Rudolph | rudolph@sullivanhill.com |
| aty | Harris J. Koroglu | hkoroglu@shutts.com |
| aty | J. Alexandra Rhim | arhim@hemar–rousso.com |
| aty | Nathan Schultz | nschultzesq@gmail.com |
| aty | Stephen C. Hinze | sch@schinzelaw.com |
| aty | Wayne R. Terry | wterry@hemar–rousso.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Core Supplement Technology, Inc.          4645 North Ave          Oceanside, CA 92056
cr          Bank of America, N.A.          c/o Hemar, Rousso & Heald, LLP          15910 Ventura Blvd., 12th Floor          Encino, CA 91436
cr          Michael D. Schulman          18757 Burbank Blvd.          Suite 310          Tarzana
cr          Berlin Packaging L.L.C.          525 West Monroe Street          Chicago, IL 60661
cr          Creditors Adjustment Bureau, Inc.,          14226 Ventura Blvd.          Sherman Oaks, CA 91423
intp          Joseph O'Dea          3688 Camino de las Lomas          Vista, CA 92084
cr          Pyure Brands, LLC          c/o Harris J. Koroglu          Shutts & Bowen LLP          200 S Biscayne Blvd          Suite 4100          Miami, FL 33131
pty          IRS          Insolvency Group 1          333 W Broadway          San Diego, CA 92101–3805

TOTAL: 8