CSD 1547 [09/27/10]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

**NOTICE OF CHANGE OF ADDRESS**

IN RE: _____, Debtor

CASE NUMBER: _____

PLEASE NOTE: This form may <u>not</u> be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT</u>.

Check appropriate box below:

[ ] DEBTOR OR JOINT DEBTOR NAMED BELOW:

   NAME: _____  [ ] Debtor  [ ] Joint Debtor
         (Please print)

   NEW ADDRESS: _____
               (New Street or Post Office Address)

   _____
   (City)           (State)           (ZIP Code)

   SIGNATURE: _____
             (Attorney for) Debtor or Joint Debtor


[ ] CREDITOR NAMED BELOW:

   NAME: _____
         (Please print)

   NEW ADDRESS: _____
               (New Street or Post Office Address)

   _____
   (City)           (State)           (ZIP Code)

   SIGNATURE: _____
             (Attorney for) Creditor

CSD 1547