1  Stephen C. Hinze (State Bar No. 131787)
   STEPHEN C. HINZE, ATTORNEY AT LAW
2  217 Civic Center Drive, Suite 10
3  Vista, CA 92084
   Tel: 760-945-9353
4  Fax: 760-454-2427

5  Bankruptcy Counsel
   Debtor and for Debtor in Possession
6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 IN RE:                              )  Case No.: 17-06078-MM11
                                       )
12                                     )  Chapter 11
                                       )
13 CORE SUPPLEMENT TECHNOLOGY,         )  **DECLARATION OF ERIC SIMPSON**
   INC. a California Corporation       )  **SUPPORTING SALE CONFIRMATION**
14                                     )  **HEAING-PROFIT MARGINS IN**
                                       )  **INDUSTRY**
15                                     )
       Debtor and Debtor in Possession )  Judge:     Hon. Margaret M. Mann
16                                     )  Dept       1, Room 218
                                       )  Date:      March 8, 2018
17                                     )  Time:      2:30 p.m.
                                       )
18                                     )
                                       )
19                                     )
                                       )
20 ─────────────────────────────────── )

21

22 /./../

23 /./../

24 /./../

25 /./../

26 /./../

27 /./../

28 /./../

Page 1 of 3

Declaration in Support of Sale Confirmation Hearing                17-006078-11 MM11

### DECLARATION OF ERIC D. SIMPSON

I, ERIC D. SIMPSON, declare as follows:

1. I am over the age of twenty-one (21) years. I have personal knowledge of all matters stated herein, and if called as a witness could and would testify thereto under oath.

2. I am the Manager of SIMPSON LABS LLC ("SLL"). SLL is the proposed purchaser of substantially all of the assets of CORE SUPPLEMENT TECHNOLOGY INC. ("Core") pursuant to an Asset Purchase Agreement ("APA"). Core is a debtor-in-possession in a Chapter 11 case, and the sale of Core's assets to SLL is subject to the approval of the Bankruptcy Court. The purchase price proposed in the APA is One Million One Hundred Thousand Dollars ($1,100,000.00).

3. The industry in which Core operates--the nutritional supplement manufacturing industry--is higher in revenue and lower in margin than many other manufacturers. Cost of sales are very high compared to other similar product fields like personal care and pharmaceuticals. Costs of goods sold are generally above eighty percent (80%) and operating expenses can easily consume profits if not controlled.

4. Because of heavy industry competition, the industry standard has become to keep low overhead costs or small positive margins that easily end up consumed for a net income loss.

5. The average gross profit (the difference between revenue and costs of goods) is between twenty percent (20%) and thirty percent (30%). The average net income is between five percent (5%) and ten percent (10%).

6. Specifically, the outsourcing by Core to SLL yields a profit of five percent (5%) to ten percent (10%) which, after the six percent (6%) commission to Core, results in a profit of only four percent (4%) or less or in some instances a small loss.

///
///
///
///
///

7. Additionally, there never was an employment contract or expectation of employment, between SLL and Joe O'Dea.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2018 at 27540 Ave. Mentry Valencia, California.

ERIC D. SIMPSON