# Notice Recipients

District/Off: 0974–3                 User: Admin.                      Date Created: 3/27/2018
Case: 17–06078–MM11                  Form ID: pdfO1                    Total: 15


**Recipients of Notice of Electronic Filing:**
aty        Christopher V. Hawkins        hawkins@sullivanhill.com
aty        Gary B. Rudolph        rudolph@sullivanhill.com
aty        Harris J. Koroglu        hkoroglu@shutts.com
aty        J. Alexandra Rhim        arhim@hemar–rousso.com
aty        Nathan Schultz        nschultzesq@gmail.com
aty        Stephen C. Hinze        sch@schinzelaw.com
aty        Wayne R. Terry        wterry@hemar–rousso.com

                                                                              TOTAL: 7


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Core Supplement Technology, Inc.        4645 North Ave        Oceanside, CA 92056
cr        Bank of America, N.A.        c/o Hemar, Rousso & Heald, LLP        15910 Ventura Blvd., 12th Floor        Encino, CA 91436
cr        Michael D. Schulman        18757 Burbank Blvd.        Suite 310        Tarzana
cr        Berlin Packaging L.L.C.        525 West Monroe Street        Chicago, IL 60661
cr        Creditors Adjustment Bureau, Inc.,        14226 Ventura Blvd.        Sherman Oaks, CA 91423
intp      Joseph O'Dea        3688 Camino de las Lomas        Vista, CA 92084
cr        Pyure Brands, LLC        c/o Harris J. Koroglu        Shutts & Bowen LLP        200 S Biscayne Blvd        Suite 4100        Miami, FL 33131
pty       IRS        Insolvency Group 1        333 W Broadway        San Diego, CA 92101–3805

                                                                              TOTAL: 8