# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM11   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 29, 2018 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | TINA SCHMITT |
| **Reporter / ECR:** | SUE ROSS |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 3/21/18)

2) MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND INVENTORY FILED BY DEBTOR (fr. 3/21/18)

3) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED OR CONVERTED TO A CASE UNDER CHAPTER 7 (fr. 3/21/18)

### *Appearances:*

DAVID ORTIZ, US TRUSTEE
STEPHEN C. HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.
MARK T. YOUNG, ATTORNEY FOR SIMPSON LABS (TELEPHONIC)
CHRISTOPHER V. HAWKINS, ATTORNEY FOR JOSEPH O'DEA
ALEXANDRA RHIM, ATTORNEY FOR BANK OF AMERICA
MARGARET MANNING, ATTORNEY FOR DEBTOR (TELEPHONIC)
METTA KURTZ, ATTORNEY FOR DEBTOR (TELEPHONIC)
ROBERT OPERA, ATTORNEY FOR CREDITOR ROBERT BAILLY (TELEPHONIC)

### *Disposition:*

1. Pre-Trial Status Conference is continued 4/2/18 at 3:00 p.m. in Department No. 1.

2. Off Calendar as moot.

3. Hearing continued to 4/2/18 at 3:00 p.m. in Department No. 1.  Declaration regarding loss of D&O coverage if case is converted and consequences to the estate is due no later than noon on 4/2/18.