CSD 1546 [3/14/16]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

| Core Supplement Technology, Inc. | Debtor | *BANKRUPTCY NO. 17-6078-MM11 |
|---|---|---|
| | Plaintiff | *ADVERSARY NO. |
| | Defendant | |

\***Instructions**:  File this form in **ONLY ONE** Bankruptcy or Adversary Case.  The Court will update all other cases for the attorney in CM/ECF.

# ATTORNEY CHANGE OF INFORMATION FORM

To the Clerk of the United States Bankruptcy Court,

The undersigned attorney represents to the Court the following change of information:

☑ new mailing address          ☑ new street address
☐ change in firm association[1]   ☐ new telephone number
                                ☐ new e-mail address

### Updated Information

| | |
|---|---|
| Name of Attorney | Stephen C. Hinze |
| State Bar ID No. | 131787 |
| Firm Name | Stephen C. Hinze, Attorney At Law |
| Street Address | 100 E. San Marcos Blvd. Suite 400 |
| Mailing Address | 100 E. San Marcos Blvd. Suite 400 |
| City | San Marcos |
| State | CA   ZIP CODE   92069 |
| Phone No. | (760) 689-0705 |
| E-Mail Address | sch@schinzelaw.com |
| Dated | 4/2/2018 |

/s/ Stephen C. Hinze
(Signature of Attorney)

---

[1] Substitution of Attorney required - see District Court Local Rule 83.3.f.

CSD 1546