TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: CORE SUPPLEMENT TECHNOLOGY, INC.
Number: 17-06078-MM11

Hearing: 03:00 PM  Monday, April 2, 2018

Motion: STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 3/29/18)

Off calendar. The court will convert this case to Chapter 7 and prepare its own order. Appearances are excused.