1  Stephen C. Hinze (State Bar No. 131787)
2  STEPHEN C. HINZE, ATTORNEY AT LAW
   100 E. Broadway, Suite 400
3  San Marcos, CA 92069
   Tel:  760-689-0705
4

5  Bankruptcy Counsel
   for Debtor in Possession
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                          )  Case No.: 17-06078-MM7
                                    )
12                                  )  Chapter 11
                                    )
13  CORE SUPPLEMENT TECHNOLOGY,     )  **DEBTOR, CORE SUPPLEMENT**
    INC. a California Corporation   )  **TECHNOLOGY, INC. SCHEDULE OF**
14                                  )  **UNPAID AND ACCRUED DEBTS**
                                    )  **INCURRED AFTER COMMENCEMENT**
15                                  )  **OF CASE [FRBP 1019(5)(A)].**
        Debtor and Debtor in Possession  )
16                                  )  Judge:        Hon. Margaret M. Mann
                                    )  Dept :        1,  Room 218
17                                  )
    _____  )
18

19

20       Debtor, CORE SUPPLEMNT TECHNOLOGY, INC. in accord with the

21  order of the Honorable Margaret M. Mann entered April 2, 2018 and Federal Rule

22  of Bankruptcy Procedure 1019(5)(A) submits as Exhibit 1 its schedule of unpaid

23  debts incurred from entry of order of relief on October 3, 2017 to order for

24  conversion on April 2, 2018

25       Date:  April 16, 2018            STEPHEN C. HINZE, ATTORNEY AT LAW APC

26

27                                        /s/ Stephen C. Hinze
                                          Stephen C. Hinze, attorney for debtor and
28                                        Debtor in possession

Page **1** of **2**

Schedule of Unpaid Post Petition Debts  [FRBP 1019(5)(A)]            17-006078-11 MM7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

## Schedule Of Unpaid Debts Incurred
## Between Case Commencement and Conversion

Schedule of Unpaid Post Petition Debts  [FRBP 1019(5)(A)]                    17-006078-11 MM7

| Contact Counterparty | Address1 | address2 | address3 | address4 | Basis for Claim | Contingent | Unliquidated | Disputed | Claim Subject to Offset | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Alkemist Laboratories | 1260 Logan Ave. #B2 | Costa Mesa, CA 92626 | | | Trade Claim | | | | | $ 500.00 |
| Ally | PO Box 9001948 | Louisville, KY 40290-1948 | | | Loan Arrearage | | | | | $ 1,442.07 |
| Aramark | Aus West Lockbox | PO Box 101179 | Pasadena, CA 91189-1179 | | Trade Claim | | | | | $ 2,847.36 |
| Ascentium Capital | 23970 Highway 59 North | Kingwood, TX 77339-1535 | | | Trade Claim | | | | | $ 5,001.60 |
| AT&T | PO Box 537104 | Atlanta, GA 30353 | | | Utilities | | | | | $ 458.94 |
| AT&T Mobility | PO Box 537104 | Atlanta, GA 30353 | | | Utilities | | | | | $ 45.11 |
| Bank of America | J. Allex Rhim Esq. C/O Hemar Russo & Heald, LLP | 15910 Ventura Blvd., 12th Floor | Encino, CA 91436 | | Secured Loans | | | | | TBD |
| Business Copier Solutions | 13750 Danielson Street | Poway, CA 92064 | | | Trade Claim | | | | | $ 89.28 |
| Berlin Packaging, LLC | Brian J. Jackiw, Esq. c/o Goldstein & McClintock | 111 West Washington, Suite 1221 | Chicago, IL 60602 | | Trade Claim | | | | | $ 2,273.92 |
| Berlin Packaging, LLC | Brian J. Jackiw, Esq. c/o Goldstein & McClintock | 111 West Washington, Suite 1221 | Chicago, IL 60602 | | Loan Arrearage | | | | | $ 12,520.89 |
| Batory Foods | PO Box 80047 | City of Industry, CA 91716-8047 | | | Trade Claim | | | | | $ 0.17 |
| California Choice | 721 South Parker, Suite 200 | Orange, CA 92868 | | | Insurance | | | x | | $ 5,243.01 |
| City of Oceanside | 300 North Coast Highway | Oceanside, CA 92054 | | | Utilities | | | | | $ 3,181.72 |
| City of Oceanside | 300 North Coast Highway | Oceanside, CA 92054 | | | Business Lisc. | | | x | | $ 7,205.05 |
| Corporate Recovery Associates, LLC | 3830 Valley Centre Dr., PMB 705-152 | San Diego, CA 92130 | | | Professional Fees | | | | | $ 51,600.00 |
| Cox Business | 5159 Federal Blvd. | San Diego, CA 92105 | | | Utilities | | | | | $ 850.00 |
| Covance Laboratories, Inc. | 2102 Wright St. | Madison, WI 53704 | | | Trade Claim | | | | | $ 63.30 |
| Data Resolution | 29222 Rancho Viego Rd., Suite 107 | San Juan Capistrano, CA 92675 | | | Trade Claim | | | | | $ 1,365.00 |
| Dyad Labs | 391 South Orange St, | Salt Lake City, UT 84104 | | | Trade Claim | | | | | $ 1,910.00 |
| Eurofins Scientific, Inc. | 2200 Rittenhouse St. Ste 175 | Des Moines, IA 50321 | | | Trade Claim | | | | | $ 527.00 |
| FedEx | PO box 7221 | Pasadena, CA 91109-7321 | | | Trade Claim | | | | | $ 2,621.12 |
| FedEx Freight | Dept LA PO Box 21415 | Pasadena, CA 91185-1415 | | | Trade Claim | | | | | $ 9,045.91 |
| Financial Pacific Leasing | c/o CT Lien Solutions | 2727 Allen Parkway, Suite 1000 | Houston, TX 77019 | | Lease Arrerage | | | | | $ 21,246.40 |
| Fox Rothschild, LLP | Attn Mette Kurth | 919 North Market Street, Suite 300 | PO Box 2323 | Willmington, DE 19899-2323 | Professional Fees | | | | | $ 132,734.50 |
| George Nutting Company, Inc. | PO Box 8 | Bainbridge, GA 39818 | | | Trade Claim | | | | | $ 442.00 |
| Holmes Landscape Company | 4616 North Ave. | Oceanside, CA 92056 | | | Trade Claim | | | | | $ 1,803.64 |
| JJJ Enterprises | PO Box 463021 | Escondido, CA 92046 | | | Trade Claim | | | | | $ 105.00 |
| Kelly Services | PO Box 31001-0422 | Pasadena, CA 91110-0422 | | | Trade Claim | | | | | $ 223.51 |
| Konica Minolta | PO Box 100706 | Pasadena, CA 91189-0706 | | | Lease Arrerage | | | | | $ 208.33 |
| LCA Bank Corporation | PO Box 1650 | Troy, MI 48099-1650 | | | Lease Arrerage | | | | | $ 11,111.32 |
| Law Offices of Stephen C. Hinze | 100 E San marcos Blvd. Suite 100 | San Marcos, CA 92069 | | | Professional Fees | | | | | $ 127,947.92 |
| Logistics Fox | 7461 Garden Grove Blvd., Unit A | Garden Grove, CA 92841 | | | Trade Claim | | | | | $ 1,846.99 |
| Mayfield Bustarde, LLP | 462 Stevens Ave., Sutie 303 | Solana Beach, CA 92075 | | | Professional Fees | | | | | $ 14,090.21 |
| Marlin Business Bank | 6470 E. Johns Crossing | Deluth, GA 30097 | | | Loan Arrerage | | | x | | $ 6,416.86 |
| Marlin Business Bank | 300 Fellowship Road | Mount Laurel, NJ 08054 | | | | | | | | Additional Not |
| MJB Freight Systems, Inc. | 6225 Marindustry Dr. | San Diego 92121 | | | Trade Claim | | | | | $ 1,604.52 |
| Micro Quality Labs, Inc. | 3120 N. Clybourn Ave. | Burbank, CA 91505 | | | Trade Claim | | | | | $ 7,145.00 |
| Markem-Image Corp. | PO Box 3542 | Boston, MA 02241 | | | Trade Claim | | | | | $ 171.50 |
| National Measures | Airlite Plastics (attn Shona Flack) | 6110 Abbott Dr. | Omaha, NE 68119 | | Trade Claim | | | | | $ 1,484.00 |
| ReadyRefresh by Nestle | PO Box 856158 | Louisville, KY 40285-6158 | | | Trade Claim | | | | | $ 174.53 |
| Ontario Refrigeration | 635 S. Mountain Ave. | Ontario, CA 91762 | | | Trade Claim | | | | | $ 665.00 |
| Pacific IP | 6920 Miramar Road, Ste 218 | San Diego, CA 92121 | | | Trade Claim | | | | | $ 1,118.00 |
| Package All Corp. | PO Box 4105 | Rancho Cucamonga, CA 91729 | | | Trade Claim | | | | | $ 23.78 |
| Principal Group | | | | | Trade Claim | | | | | $ 1,210.83 |
| RS Hughes Co., Inc. | 2575 Pioneer Ave, Ste 102 | Vista, CA 92081 | | | Trade Claim | | | | | $ 20.19 |
| San Diego Gas & Electric | 8326 Century Park Court | San Diego, CA 92123 | | | Utilities | | | | | $ 154.01 |
| Federal Express Corporate Services | Regions Lockbox Services | c/o FedEx SenseAware | Birmingham, AL 35287-1926 | | Trade Claim | | | | | $ 1,108.00 |
| Thermo Fisher Scientific | 168 3rd Ave. | Waltham, MA 02451-7551 | | | Lease Arrerage | | | | | $ 1,127.52 |
| Thermo Electron North America LLC | 1400 Northpoint Pkwy #50 | West Palm Beach, FL 33407 | | | Trade Claim | | | | | $ 665.39 |
| Untied Fire Group | 118 Second Ave SE | Cedar Rapids, IA 52407-3909 | | | Trade Claim | | | | | $ 820.00 |
| Unifirst | 4041 Market Street | San Diego, CA 92102 | | | Trade Claim | | | | | $ 2,221.28 |
| UPS | PO Box 1012 | Horsham, PA 19044 | | | Trade Claim | | | | | $ 361.42 |