Stephen C. Hinze  (SBN 131787)
Stephen C. Hinze Attorney At Law, APC
100 E. San Marcos Blvd. Suite 400
San Marcos, CA 92069
Tele: (760) 589-0705

Attorney For Debtor and Debtor in
Possession

|  | UNITED STATES BANKRUPTCY COURT |  |
|---|---|---|
|  | SOUTHERN   DISTRICT OF | CALIFORNIA |

| IN. RE. | ) | Case No. : 2017-6078-MM7 |
|---|---|---|
|  | ) |  |
|  | ) |  |
| CORE SUPPLEMENT TECHNOLOGY, INC. | ) | FINAL REPORT AND |
|  | ) | ACCOUNT |
| Debtor and Debtor in Possession | ) | [FRBP 1019(5)(A)(ii)] |
|  | ) |  |
|  | ) | Conversion order date |
|  | ) | 4/2/2018 |
| _____ | ) |  |

CORE SUPPLEMENT TECHNOLOGY, INC. debtor and deptor in possession respectufully submits
its Final Report and Account after conversion pursuant to FRBP 1019(5)(A)(ii)

Date: _May 1, 2018_

Stephen C. Hinze, Attorney At
Law APC

By: Stephen C. Hinze Attorney
for Debtor and Debtor in
Possession

SCHEDULE I:  Disposition of Asets

| Asset Description (Scheduled and Unscehduled Property) | Petition / Unscheduled Value | Status and Location of Property (Including Information on Disposal, if Property is Currently not Property of the Estate) |
|---|---|---|
| Cash | $1,818,343.54 | Tendered to Chapter 7 Trustee |
| All equipment, tools, machinery, and office furniture owned by Debtor, whether or not subject to a security interest (the "Owned Equipment"), including without limitation the specific items detailed in Exhibit "A" hereto. To be clear, none of the equipment that is subject to a secured interest held by Berlin Packaging, LLC is included. | Estimated $520,000 to $902,000 | Sold to Simpson Labs, LLC on 3/27/18 |
| Cremer CF1230 Channel Counter | Petition $4,000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Spindle Capper w/ 6 spindles | Petition-$16000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Heat Tunnel | Petition - $200 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Fork Lift CAT Reach lb | Petition-$2,500 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |

| | | |
|---|---|---|
| Pharmafill Cottoner CS1 U072112- | Petiton - $3,000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| CVC 300C Wrap Labeler | Petition - $6,000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Lepel CSplus200 Induction Sealer | Petition- $3000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Packaging Pallet Wrapper | Petition - $1,000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Double Cone Blender | Petition - $50,000 | Property of Estate subject to security interest of Berlin Packaging, LLC, Last known location 4645 North Ave., Oceanside, CA |
| Estimated Value of Property subject to secured claim of Berlin (Management's Estimate). | $89,700.00 | |
| FTIR QC Machine | Petition - $3,000 | Property leased to Estate by Thermo Fisher |
| CHUCK CAPPER MACHINE NRS51 System; additional oversized push through cap trap; additional oversized 1st station push trough chuck; additional oversized 2nd station torqueing chuck, Misapplied cap reject system; Integrated Capper Conveyor. | Petition - $40,000 | Property leased to Estate by Provodince Capital Funding, Inc./ LCA |
| Metal Detector TOUCH SCREEN  System; SANICON Hybrid Angle-Tube Stainless Steel Conveyor; Casters; reject table; reject table loxk box cover; alarm and light; Touch Screen | Petition - $15,000 | Property leased to Estate by Provodince Capital Funding, Inc./ LCA |

| | | |
|---|---|---|
| ZANASI F40 ENCAPSULATOR | Petiton - $20,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| ZANASI 40F ENCAPSULATOR | Petition - $22,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| Single head chuck capper w/water | Petiton - $40,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| IMAGE 4000 DUAL HEAD FILLER/W | Petition - $100,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| CVC 310 WRAP LABELER | Petition - 19,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| DUST COLLECTOR  MODEL DFE3-12 W/ | Petiton- $50,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| TEAR DROP STYLE PALLET RACKS | Petition - $8,000 | Property leased to Estate by Provodince Capital Funding, Inc. |
| The Debtor's supplies. See Exhibit "B" attached hereto. | Petition - included in inventory | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's Inventory. See Exhibit "C" attached hereto. | Petition - $536,252 Tiger Secondary Market Estimate $15,000 -$20,000 *(Fn.1) | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's vehicles listed on Exhibit "D" attached hereto | Petition - $31,914 | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's interest in its subsidiary. See Exhibit E attached hereto | Petition - 0 Tiger Secondary Market Est.  $5,000-$7,000 | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's Intellectual Property. See Exhibit "F" attached hereto. | Petition - 0 | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's orders. See Exhibit "G" attached hereto. | Petition - 0 | Sold to Simpson Labs, LLC on 3/27/18 |
| The Debtor's accounts receivable. See Exhibit "H" attached hereto. | Tiger Secondary Market Value estimated to be $125,000 | Sold to Simpson Labs, LLC on 3/27/18 |

| | | |
|---|---|---|
| Refund on Workers Comp Policy | TBD | Subject to audit |
| Debtors Interest in rental security deposit held by Wade Prescott, Chip Prescott, Bonnie Prescott, & Rena Patnode<br>3011 Deeb Court<br>Vista CA 92084 | Petition - $30,000 | Held by Lessor |
| Debtors Interest in rental security deposit held by Rancho Claifornia Center, LP dba North View Business Center<br>1656 Bahia Vista Way<br>La Jolla CA 92037 | Petition - $22,730.92 | Held by lessor |

*fn1-  Tiger asset review and estiamate of Secondary Market Values:  Page 6 summary:
Simpson Equipment List 501 items $375K - $750K; Non Simpson Equipment-$140K - $200K;
A/R $125K; Bulk packaging and invenoty-$15k - $20K; Life Brands Inventory: $5k-$7K
(a true and accurate copy is attache as Exhibit A)

In. re.: Core Supplement Technology                              Case No 17-6078MM7

Schedule II- Post Petition Creditors

| Name and Address | | Claim Type | Disputed | Amount Due |
|---|---|---|---|---|
| Alkemist Laboratories<br>1260 Logan Ave. #B2<br>Costa Mesa, CA 92626 | | Trade Claim<br>Administrative | | $500.00 |
| Ally<br>Box 9001948<br>Louisville, KY 40290-1948 | PO | Loan Arrearage<br>Administrative | | $1,442.07 |
| Aramark<br>West Lockbox<br>PO Box 101179<br>Pasadena, CA 91189-1179 | Aus | Trade Claim<br>Administrative | | $2,847.36 |
| Ascentium Capital<br>23970 Highway 59 North<br>Kingwood, TX 77339-1535 | | Trade Claim<br>Administrative | | $5,001.60 |
| AT&T<br>PO Box 537104<br>Atlanta, GA 30353 | | Utilities<br>Administrative | | $458.94 |
| AT&T Mobility<br>PO Box 537104<br>Atlanta, GA 30353 | | Utilities<br>Administrative | | $45.11 |
| Bank of Americ<br>J. Allex Rhim Esq.<br>C/O Hemar Russo & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436 | | Secured Loans | | TBD |
| Business Copier Solutions<br>13750 Danielson Street<br>Poway, CA 92064 | | Trade Claim<br>Administrative | | $89.28 |
| Berlin Packaging, LLC<br>Brian J. Jackiw, Esq.<br>c/o Goldstein & McClintock<br>111 West Washington, Suite 1221<br>Chicago, IL 60602 | | Trade Claim<br>Administrative | | $2,273.92 |

In. re.: Core Supplement Technology                                    Case No 17-6078MM7

## Schedule II- Post Petition Creditors

| | | | |
|---|---|---|---|
| Berlin Packaging, LLC            Brian<br>J. Jackiw, Esq.<br>c/o Goldstein & McClintock<br>111 West Washington, Suite 1221<br>Chicago, IL 60602 | Loan Arrearage<br>Administrative | | $12,520.89 |
| Batory Foods<br>PO Box 80047<br>City of Industry, CA 91716-8047 | Trade Claim<br>Administrative | | $0.17 |
| California Choice<br>721 South Parker, Suite 200<br>Orange, CA 92868 | Insurance | | $5,243.01 |
| City of Oceanside<br>300 North Coast Highway<br>Oceanside, CA 92054 | Utilities<br>Administrative | | $3,181.72 |
| City of Oceanside<br>300 North Coast Highway<br>Oceanside, CA 92054 | Business Lisc. | X | $7,205.05 |
| Corporate Recovery Associates,<br>LLC"3830 Valley Centre Dr.<br>PMB 705-152<br>San Diego, CA 92130 | Professional Fees<br>Administrative | | $51,600.00 |
| Cox Business<br>5159 Federal Blvd.<br>San Diego, CA 92105 | Utilities<br>Administrative | | $850.00 |
| Covance Laboratories, Inc.<br>2102 Wright St.<br>Madison, WI 53704 | Trade Claim<br>Administrative | | $63.30 |
| Data Resolution            29222<br>Rancho Viego Rd.,       Suite 107<br>San Juan Capistrano, CA 92675 | Trade Claim<br>Administrative | | $1,365.00 |

In. re.: Core Supplement Technology                                     Case No 17-6078MM7

Schedule II- Post Petition Creditors

| | | |
|---|---|---|
| Dyad Labs | | Trade Claim | |
| 391 South Orange St, | Salt | Administrative | |
| Lake City, UT 84104 | | | $1,910.00 |

Eurofins Scientific, Inc.                  Trade Claim
2200 Rittenhouse St. Ste 175             Administrative
Des Moines, IA 50321                                                $527.00

FedEx                               PO  Trade Claim
box 7221                                Administrative
Pasadena, CA 91109-7321                                          $2,621.12

FedEx Freight                           Trade Claim
Dept LA                             PO  Administrative
Box 21415                                                        $9,045.91
Pasadena, CA 91185-1415

Financial Pacific Leasing                Lease Arrerage
c/o CT Lien Solutions                    Administrative
2727 Allen Parkway, Suite 1000                                  $21,246.40
Houston, TX 77019

Fox Rothschild, LLP                      Professional Fees
Attn: Mette Kurth                        Administrative
919 North Market Street, Suite 300
PO Box 2323                                                     $132,734.50
Willmington, DE 19899-2323

George Nutting Company, Inc.             Trade Claim
PO Box 8                                 Administrative
Bainbridge, GA 39818                                              $442.00

Holmes Landscape Company                 Trade Claim
4616 North Ave.                          Administrative
Oceanside, CA 92056                                             $1,803.64

JJJ Enterprises                     PO  Trade Claim
Box 463021                               Administrative
Escondido, CA 92046                                              $105.00

Kelly Services                      P.O. Trade Claim
Box 31001-0422                           Administrative
Pasadena, CA 91110-0422                                          $223.51

In. re.: Core Supplement Technology                                        Case No 17-6078MM7

Schedule II- Post Petition Creditors

| | | | |
|---|---|---|---|
| Konica Minolta<br>PO Box 100706<br>Pasadena, CA 91189-0706 | Lease Arrerage<br>Administrative | | $208.33 |
| LCA Bank Corporation<br>PO Box 1650<br>Troy, MI 48099-1650 | Lease Arrerage<br>Administrative | | $11,111.32 |
| Stephen C. Hinze Attorney At Law, APC<br>100 E. San Marcos Blvd. Suite 400<br>San Marcos, CA 92069 | Professional Fees<br>Administrative | | $127,947.92 |
| Logistics Fox<br>7461 Garden Grove Blvd., Unit A<br>Garden Grove, CA 92841 | Trade Claim<br>Administrative | | $1,846.99 |
| Mayfield Bustarde, LLP<br>462 Stevens Ave., Suite 303<br>Solana Beach, CA 92075 | Professional Fees<br>Administrative | | $14,090.21 |
| Marlin Business Bank          6470<br>E. Johns Crossing<br>Deluth, GA 30097 | Loan Arrerage<br>Administrative | X | $6,416.86 |
| Marlin Business Bank<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | | Additional Notice |
| MJB Freight Systems, Inc.<br>6225 Marindustry Dr.<br>San Diego, CA 92121 | Trade Claim<br>Administrative | | $1,604.52 |
| Micro Quality Labs, Inc.<br>3120 N. Clybourn Ave.<br>Burbank, CA 91505 | Trade Claim<br>Administrative | | $7,145.00 |
| Markem-Image Corp.          PO<br>Box 3542          Boston,<br>MA 02241 | Trade Claim<br>Administrative | | $171.50 |

In. re.: Core Supplement Technology                                                      Case No 17-6078MM7

## Schedule II- Post Petition Creditors

| | | |
|---|---|---|
| National Measures<br>Airlite Plastics<br>Shona Flack          6110<br>Abbott Dr.<br>Omaha, NE 68119 | Trade Claim<br>Attn:  Administrative | $1,484.00 |
| Ready Refresh by Nestle<br>PO Box 856158<br>Louisville, KY 40285-6158 | Trade Claim<br>Administrative | $174.53 |
| Ontario Refrigeration<br>635 S. Mountain Ave.<br>Ontario, CA 91762 | Trade Claim<br>Administrative | $665.00 |
| Pacific IP                        6920<br>Miramar Road, Ste 218      San<br>Diego, CA 92121 | Trade Claim<br>Administrative | $1,118.00 |
| Package All Corp.<br>PO Box 4105<br>Rancho Cucamonga, CA 91729 | Trade Claim<br>Administrative | $23.78 |
| Principal Group<br>RS Hughes Co., Inc.<br>2575 Pioneer Ave, Ste 102<br>Vista, CA 92081 | Trade Claim<br>Trade Claim<br>Administrative | $1,210.83<br><br>$20.19 |
| San Diego Gas & Electric   8326<br>Century Park Court<br>San Diego, CA 92123 | Utilities<br>Administrative | $154.01 |
| Federal Express Corporate Services<br>Regions Lockbox Services<br>c/o FedEx SenseAware<br>Birmingham, AL 35287-1926 | Trade Claim<br>Administrative | $1,108.00 |
| Thermo Fisher Scientific<br>168 3rd Ave.<br>Waltham, MA 02451-7551 | Lease Arrerage<br>Administrative | $1,127.52 |

In. re.: Core Supplement Technology                                    Case No 17-6078MM7

## Schedule II- Post Petition Creditors

Thermo  Electron North America LLC          Trade Claim
1400 Northpoint Pkwy #50                     Administrative
West Palm Beach, FL 33407                                    $665.39


Untied Fire Group                            Trade Claim
118 Second Ave SE                            Administrative
Cedar Rapids, IA 52407-3909                                  $820.00


Unifirst                                     Trade Claim
4041 Market Street                           Administrative
San Diego, CA 92102                                          $2,221.28


UPS                              PO Trade Claim
Box 1012                                     Administrative
Horsham, PA 19044                                            $361.42


Wade Prescott, Chip Prescott, Bonnie         Lease Arrerage
Prescott, & Rena Patnode                     Administrative
3011 Deeb Court                                              $33,716
Vista CA 92084                                               Dep. ($30,000)


Rancho Claifornia Center, LP                 Lease Arrerage
dba North View Business Center               Administrative
1656 Bahia Vista Way                                         $44,843.90
La Jolla CA 92037                                            Dep. ($22,730.95)

In. re.: Core Supplement Technology                                    Case No 17-6078MM7

## Schedule III Post Petition Payments To Professionals

| Name and Address of Professional | Amount Paid | Retainer / Fee Advance |
|---|---|---|
| Corporate Recovery Associates, LLC 3830 Valley Centre Drive; Suite 705-152; San Diego, CA 92130 | $              23,870.94 | $              20,000.00 |

I, Joseph O'Dea, past General Manager of the Debtor Core Supplement Technology, Inc., delare under penalty of perjury under the law of the United States Of America that I have fullly read and understood the foregoing Final Report and Account and that the information contained herein is true and correct to the best of my knowlegdge.

Date: 5/2/18

Joseph O'Dea, Past General Manager
and Principal for Debtor in Possession

# Exhibit A
# Tiger Valuation Report



# SALE PLAN

*Disposition Services in the matter of…*









Submitted:          March 19, 2018

Presented to:       Mette Kurth, Partner – Fox Rothchild
                    Richard Feferman - CRO
                    Corporate Recovery Associates, LLC

Presented by:       Michelle Salazar
                    Director Business Development
                    Tiger Commercial & Industrial
                    msalazar@tigergroup.com
                    214-893-4169
                    www.soldtiger.com

                    Chad Farrell
                    Managing Director
                    Tiger Commercial & Industrial
                    cfarrell@tigergroup.com
                    832-721-3937
                    www.soldtiger.com

---

The parties agree to keep this proposal and its terms confidential. In the event that the transactions contemplated by this proposal are not consummated for any reason whatsoever, the parties hereto agree not to disclose or use any confidential information they may have concerning the proposal or the affairs of the other parties, including the fact that the offer was made, the terms of the offer, customer lists and files, prices and costs, and business and financial records.



 NEW YORK | LOS ANGELES | BOSTON | SAN FRANCISCO | CHICAGO | SYDNEY | PERTH | MELBOURNE | BRISBANE



March 19, 2018


Mette Kurth, Partner  – Fox Rothchild
Richard Feferman  - CRO
Corporate Recovery Associates, LLC
3830Valley Centre Drive; Suite 705-152
San Diego, CA 92130


Dear Mette:


On behalf of Tiger Commercial & Industrial, thank you for the opportunity to submit this proposal to assist with the sale of CORE Supplement
Technology's equipment  and inventory located in Oceanside, CA.  We are confident that we can offer the most robust solution for the sale of these
assets while providing the following benefits:


▪  An expedited and multi-faceted sale process;
▪  Maximized top line revenues with an extensive global buyer reach and blend of sale platforms for your assets;
▪  Strong marketing capabilities, particularly to our internal database of buyers.


Thank you for the opportunity and we look forward to being of service. We can assure you that no other team will work with our level of diligence and
professionalism to maximize recovery for these assets.


Best Regards,


Michelle Salazar
Director Business Development
Tiger Commercial & Industrial



# *A History of Success*

Since 1974, Tiger's principals have been helping stakeholders and creditors to maximize recoveries from the sale of enterprises and assets, pioneering and developing many of the sales strategies used in the industry today.  From the creation of the first retail Going-Out-Of-Business format sale to the early adoption and evolution of today's webcast auction strategies, and most recently, to the development of Tiger's own Dual-Track Disposition Process, Tiger's number one goal is to extract value from assets where others may not.

Writing over 600 appraisals and selling over 50,000 assets each year, Tiger is known for its reliability and superior service amongst lenders, private equity firms, investment bankers and insolvency professionals throughout North America.  What truly sets us apart, though, is our relentless commitment to creating solutions which achieve the highest and best results for our client.

Every Tiger solution – including the one on the pages that follow - is uniquely crafted with tremendous emphasis placed on the development of a well planned sale strategy and thorough marketing campaign.  The core of Tiger's success, marketing approaches never rely on stale buyer lists and yesterday's methods, but rather incorporate innovative tools and strategies to uncover untapped buyer markets and maximized recoveries.  Meanwhile, strategies – from building the right team, to applying the right sale methodology – are developed based on decades of experience and a collective instinct for success.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1974 | 1987 | 1996 - 2001 | 2008 | 2009 | 2015 |
| Creation of the first GOB format retail liquidation sale | Introduction of a buyers' premium to industrial sales defray costs to our client | Application of early webcast strategies to monetize over $100 million of excess product | Funding of the largest retail liquidation in US history | Use of online only auctions to streamline the sales of hundreds of bank branches across the US | Development of the *Dual Track Disposition Process* to put 600 people back to work and maximize creditor recovery |

SoldTiger.com



# *Executive Summary*

| | | |
|---|---|---|
| **Subject Assets** | Supplement Manufacturing Equipment, Inventory and Plant Support Equipment located in Oceanside, CA | |
| **Sale Strategy** | Event Driven Online Public Auction Sale | Page 1 |
| **Sale Marketing** | Social Media Campaigns, Email Campaigns, Trade Publications, Telemarketing, PR | Page 2 |
| **Sale Terms** | Crafted to protect Seller's interests | Page 4 |
| **Sale Process / Timing** | 60 to 90 days (typical model; expedited or extended based on project needs) | Page 5 |
| **Compensation** | | Page 6 |
| **FEE STRUCTURE** | | |
| Commission | 0% | |
| Expenses | $40,000 | |
| Buyers' Premium | Tiger to charge & retain an industry standard buyers' premium of 15% from the sale of all assets | |
| **Inventory – Market Value Estimate** | $534k to $1.102M | |
| **Qualifications** | ▪ Expertise in The Sale of a Broad Range of Pharmaceutical and Plant Support Equipment<br>▪ Effective Liquidation Solutions Based on Decades of Experience<br>▪ Professional and Transparent Process<br>▪ Exceptional Attention to Detail & Unparalleled Diligence and Follow-through | Page 7 |



# *Sale Strategy*

**EVENT DRIVEN ONLINE ONLY PUBLIC AUCTION**

Tiger facilitates its auctions using an online and/or webcast platform.  Both bidding models provide the following benefits:

- Opportunity to view assets onsite or online;
- Global exposure of the assets;
- Photographic representation of each lot;
- Recommended shippers / riggers for removal;
- Ability to submit bids prior to the auction;
- Ability to monitor bid activity and receive outbid notification;
- An environment in which real time bid competition occurs.

Tiger's Online Bidding Platform allows for the efficient and effective promotion and competitive bid sale of all asset types. Unlike many e-commerce exchange sites, Tiger's sales are event driven and target marketed.  This translates into more exposure, greater participation and maximized sale results.

Regardless of sale method, inspections are held onsite. Tiger also offers inspections by appointment to make sure to accommodate serious buyers and their schedules.  Further, to provide a successful buyer experience, Tiger manages all customer service issues in-house ensuring buyers are familiar with bidding procedures and all terms of sale.





# *Sale Marketing*

Tiger will custom craft a marketing plan, in cooperation with and subject to client approval, which incorporates some or all of the following marketing strategies, intended to reach an appropriate target audience.

**EMAIL / DIRECT MAIL**
Targeted to in-house lists and sourced lists of target asset users and dealers, as well as second tier opportunistic buyers, materials will include graphic rich emails and, when appropriate, direct mail. Distribution includes in-house lists, partner lists, seller lists and purchased lists to reach not only past buyers and prospects, but to identify current and new buyer targets. Emails are distributed 2-3 times prior to the sale.

**TRADE PUBLICATIONS – PRINT & ONLINE**
Trade publications, which include equipment marketplaces and industry association publications, provide a wealth of marketing opportunities, from classified postings, web banners and print ads to e-newsletters, blogs and email list sources.  Tiger maintains subscriptions to numerous listing services onto which each sale is posted.  Further, Tiger's in-house marketing team researches and enhances its list of target publications for each project, ensuring the most effective and target audience of prospects are reached.

**TELEMARKETING**
Every sale benefits from a telemarketing campaign targeted to the most crucial buyer audience for the sale's success.  While this often reaches those targeted through other marketing methods, the direct contact is an excellent customer service tool that ensures participation and an opportunity to answer buyer questions.  Telemarketing efforts include both regular sale participants and top tier prospects identified for each sale.

**SOLDTIGER.COM**
Tiger's website receives millions of visitors annually from our numerous sales, spanning many asset classes. These buyers frequent our website based on the ever-changing content and enhance the bidder pool for each sale.





TIGER

# *Sale Marketing*

**SOCIAL MEDIA**

Facebook and Linked in offer a number of marketing tools to assist in the promotion of sales.   Beyond hosting a page on each site, our industry leading marketing team leverages highly targeted techniques to enhance page traffic and improve engagement, and regularly participates in marketing seminars to learn about the latest technologies.

**PAY PER CLICK**

Google and other search sites provide supplemental marketing exposure by paying for the right combination of keyword searches.  Budgets are reviewed on a regular basis and adjusted as needed. To enhance effectiveness, Tiger uses such tools as 'follow-me ads' to ensure interested parties are reminded until the sale has concluded.

**PRESS RELEASES**

Press releases produce exposure in a number of ways, including local news media and online publications ranging from news sites to trade sites.  This also provides an excellent opportunity for clients to ensure their desired story is the one promoted into the marketplace.

**CLIENT LINKS AND SUPPORT**

Certainly, client relationships can be an excellent tool for sourcing buyers.  At the client's option,  we recommend any of the following:  website links or banner ad and email distribution to client email lists.





# *Sale Terms*

- Client shall provide sufficient access to the facilities where the assets are located at no charge to Tiger for the durations indicated, to allow for sale preparation and execution including lotting, buyer inspection and buyer removal.
- This bid is subject to the entering of a definitive Auction Services Agreement.
- Tiger shall offer the assets to buyers in "As-Is, Where-Is" condition, without representations.
- All assets shall be sold free and clear of all liens and encumbrances.
- Tiger shall have the right of abandonment of any unsold assets.
- Tiger shall require buyers to sign a terms of sale sheet, intended to protect stakeholders from abandonment, defaults, condition claims, etc.
- Tiger shall be authorized to surcharge auction participants an 15% buyers' premium.
- Tiger shall be responsible to collect and remit any applicable sales tax.
- Tiger shall accept cash forms of payment.
- Tiger shall remit the net proceeds of sale to Client at regular intervals and provide detailed reporting, including:
  - List of assets sold;
  - Price of each asset sold, or purchase price allocation;
  - Detail of costs incurred;
  - Copies of marketing collateral;
  - Net settlement statement.









# *Sample Sale Process / Timing*

**Planning**
- Kickoff Meeting*
- Marketing Write-up
- Post Sale to Website(s)
- Coordinate 3rd Party Resources
- Deploy Staff

**Marketing**
- Create Marketing Plan
- Identify Target Audience*
- Design Materials
- Write Press Release
- Book Trade Sites
- Post to Social Media

**Setup**
- Organize & Tag Assets
- Clean & Prep Assets
- Create Photo Catalog
- Craft Terms of Sale*
- Prepare Venue

6 - 8 Weeks                               (Weekly Client Updates)

**Implementation**
- Post Catalog Online
- Print Catalogs for Onsite
- Staff Inspections
- Register Buyers
- Execute Sales
- Buyer Collections

**Checkout**
- Distribute Invoices
- Schedule Removals
- Qualify Resellers
- Obtain Insurance Releases
- Oversee Removal
- Sell Remaining Assets

**Reporting**
- Provide Package Including:
  - Settlement Summary
  - Sale Reports
  - Expense Support
  - Marketing Materials
  - Proceed Distribution

Target Project Completion: May 2018

2 - 4 Weeks                               (Weekly Client Updates)

* To occur in collaboration with client or key company resources

TIGER

# *Compensation and Estimated Market Values\**

**FEE STRUCTURE**

**Commission:** Tiger shall charge a 0% seller's commission.

**Sale & Marketing Expenses:** Up to $40,000 passed on to Core Supplement Technology at actual cost and deducted from sale revenues to cover such costs as sale preparation labor, marketing and other incidental costs to prepare and conduct the sale. The following are not included in the sale expenses nor deemed to be Tiger's responsibility: i) occupancy costs, ii) removal of hazardous materials, iii) restoration of facilities to any defined standard including removal of assets deemed unsellable and, therefore, abandoned.

**Buyers' Premium:** Tiger will charge and retain a 15% buyers' premium from the sale of all assets.

**Estimated Market Values\* =** $534k to $1.102M

**Simpson Equipment List** – Approx 501 items with a secondary market value of $375k to $750k

**Non-Simpson Equipment List** – Approx 56 items with a secondary market value of $140k to $200k

**Leasehold Improvements** - $0

**Accounts Receivable** - Secondary market value $125k

**Bulk Packaging and Inventory** - Secondary market value of $15k to $20k

**Life Brands Inventory** - Secondary market value of $5k to $7k

\*Based on list as of 3-15-2018: Desktop Valuation Only

SoldTiger.com



# *About Our Team*

**TIGER GROUP**



Tiger Group provides advisory, valuation, disposition and auction services within a broad range of retail, wholesale, and industrial sectors. With over 40 years of experience and substantial financial backing, Tiger offers a nimble combination of expertise, innovation and financial resources to drive results. Tiger's seasoned professionals help clients identify the underlying value of assets, monitor asset risk factors and, when needed, convert assets to capital, quickly and decisively. Tiger's collaborative and no-nonsense approach is the foundation for its long-term 'partner' relationships and decades of uninterrupted success. Tiger maintains offices in New York, Boston, Los Angeles, Chicago, San Francisco and Sydney, Australia, and maintains consultants and operations staff throughout North America.

Tiger Group's Commercial & Industrial division has facilitated the disposition, through auction, sealed bid and direct sale of over $1 Billion of equipment and wholesale inventories for small businesses, insolvency professionals and such Fortune 500 companies as Broadcom, Sears, Apple Computer and ExxonMobil. Tiger's strategic sale approaches, creative marketing practices and tremendous attention to detail are only surpassed by our customer service and dedication to achieving the highest and best result for our client. Tiger's expertise ranges from technology assets and consumer product manufacturing equipment to industrial machinery, processing equipment, energy assets, heavy equipment and transportation equipment. We are dedicated to supporting our clients' needs and have implemented sales ranging from $100,000 to over $1 billion dollars in assets.







# *About Our Team*

**TIGER COMMERCIAL & INDUSTRIAL TEAM**



### Jeff Tanenbaum, CAI  |  Executive Managing Director

For more than 30 years, Jeff Tanenbaum has created, managed and implemented innovative asset disposition solutions for financial institutions, insolvency professionals, Fortune 1000 companies and small businesses throughout North America.  During his career, he has conducted over 1,000 auction events while pioneering many of the hybrid online/live auction technologies used today. In addition to driving multi-million dollar transactions of machinery, equipment, inventories, and real estate, he facilitates the turnkey sale of complete, ongoing businesses. Prior to joining Tiger in 2010, Tanenbaum served as both executive and auctioneer at two national auction/liquidation firms. He studied business at the University of Southern California and is active in the Industrial, National and Southern California Auctioneers Associations and the Certified Auctioneers Institute.



### Chad Farrell  |  Managing Director

Chad Farrell has over 20 years of experience in operations and sales of surplus equipment, including seventeen years of experience with online auctions and private sales. He has served as a consultant to a wide range of companies regarding the disposition and procurement of surplus equipment worldwide. Chad has designed, managed and executed over 200,000 online transactions for surplus equipment, including one of the largest internet auctions ever completed - turbines sold for $25 million. Chad has sold more than $750M in surplus equipment. He has successfully designed and managed surplus asset programs for BP, Chevron, ConocoPhillips, Shell, and other Fortune 1000 companies.



### Michelle Salazar  |  Director of Business Development

Michelle Salazar works collaboratively with insolvency professionals, helping to match her clients' needs for reliable information and resources with Tiger's asset intelligence and disposition solutions. Miss Salazar has almost two decades of experience leading business development and marketing within the corporate restructuring industry, and has held executive positions for firms involved in both Chapter 11 and Chapter 7 Bankruptcy Administration. Her experience working amongst top insolvency professionals has provided her with a keen ability to not only introduce appropriate Tiger services and team members to a given project, but to also facilitate effective introductions amongst insolvency colleagues. Ms. Salazar is an active member of the American Bankruptcy Institute, she currently serves as the Vice President for the Southern California Chapter of the Turnaround Management Association, and Global Board Member of the Southern California Chapter for TMA NOW and Global TMA Board of Trustees.  She holds a degree in Political Science and Criminal Justice from Texas State University.

SoldTiger.com

TIGER

# *About Our Team*

**TIGER COMMERCIAL & INDUSTRIAL TEAM**



### Jeremy Halford  |  Managing Director

Jeremy Halford is responsible for the operations and strategy of Tiger's commercial and industrial division. This responsibility includes the successful execution of asset dispositions, including orderly sales, public auctions and sealed bid offerings of machinery, equipment, inventory and real property. He also works hand-in-hand with Executive Managing Director Jeff Tanenbaum in charting the Commercial & Industrial Division's strategic direction and growth, developing strategic partnerships, and securing complex engagements.  Halford offers Tiger's clients over 20 years of experience in restructuring, distressed debt investment and executive leadership within the banking industry. Prior to joining Tiger he served as Vice President, Strategy and Capital Management at Union Bank Corporation, Los Angeles. He began his career at Houlihan Lokey's Financial Restructuring Group in Los Angeles.  Halford earned a Bachelor of Arts degree in Economics from Northwestern University in Evanston, Ill.



### Wayne Hecht, CAI, GPPA  |  Field Operations Manager

In a career spanning 30 years, Wayne Hecht has established himself as a well-respected auctioneer and appraiser with particular expertise in such varied asset categories as distribution, material handling, food processing, plastics, aviation, a/v, manufacturing, and retail. A fourth-generation auctioneer, Hecht ran his own auction firm, Hecht Auction Services, before joining Tiger. Hecht Auction Services provided bid calling, ringing, clerking, setup, and appraisals to a wide clientele cover all commercial and industrial asset categories. Prior to Hecht Auction Services, he served in a number of roles, including Project Management and Business Development to VP of Operations at such firms as GoIndustry DoveBid and Rabin Brothers. He is also a licensed real estate salesman. Hecht is a member of the National Auctioneers Association.