# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

***Hearing Information:***

|  |  |
|---:|:---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

***Matter:***

STATUS CONFERENCE ON CHAPTER 7 CASE

***Appearances:***

STEPHEN HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.
MARY YOUNG, ATTORNEY FOR SIMPSON LABS - Telephonic
ALEXANDRA RHIM, ATTORNEY FOR BANK OF AMERICA - Telephonic
GARY SLATER, ATTORNEY FOR RICHARD KIPPERMAN, TRUSTEE
CHRISTOPHER HAWKINS, ATTORNEY FOR JOSEPH O'DEA
RICHARD KIPPERMAN, TRUSTEE - In the Courtroom

***Disposition:***

Off calendar.