CSD 1547 [09/27/10]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

## NOTICE OF CHANGE OF ADDRESS

IN RE: Core Supplement Technology, Inc. , Debtor

CASE NUMBER: 17-06078-MM-07

PLEASE NOTE: This form may **not** be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, AMENDMENT.

Check appropriate box below:

[ ] DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME:_____   [ ] Debtor  [ ] Joint Debtor
(Please print)

NEW ADDRESS:_____
(New Street or Post Office Address)

_____   _____   _____
(City)                (State)               (ZIP Code)

SIGNATURE: _____
(Attorney for) Debtor or Joint Debtor

[ ✓ ] CREDITOR NAMED BELOW:

NAME: Dmirty Karetny
(Please print)

NEW ADDRESS: 365 Pamelo Dr. #E1
(New Street or Post Office Address)

Vista            CA            92081
(City)          (State)        (ZIP Code)

SIGNATURE: _____
Liquidating Trustee

CSD 1547