# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 06, 2018 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matters:*

1) AMENDED FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FOX ROTHSCHILD LLP, SPECIAL COUNSEL FOR THE DEBTOR AND D-I-P

2) FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR STEPHEN C. HINZE, ATTORNEY AT LAW, APC, COUNSEL FOR THE DEBTOR AND D-I-P

3) FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SLATER AND TRUXAW, LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE

### *Appearances:*

STEPHEN C. HINZE, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.  (Telephonic appearance)
METTE KURTH, ATTORNEY FOR CORE SUPPLEMENT TECHNOLOGY, INC.  (Telephonic appearance)
GARY E. SLATER, ATTORNEY FOR RICHARD M KIPPERMAN  (Telephonic appearance)
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE

### *Disposition:*

1-3)   Tentative ruling sustained.  Order attaching tentative ruling to be prepared and submitted by Mr. Slater.