# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 2/20/2019

Case: 17–06078–MM7          Form ID: pdf905          Total: 307

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

14343530     Bradley J Knudson
14343562     Financial Pacific Leasing
14343595     Konica Minolta Premier Finance
14343664     Unipharm

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

tr       Richard M Kipperman        teresaj@corpmgt.com
aty      Gary E. Slater        ges@slatertruxaw.com
aty      Harris J. Koroglu        hkoroglu@shutts.com
aty      J. Alexandra Rhim        arhim@hemar–rousso.com
aty      Mette Kurth        mkurth@foxrothschild.com
aty      Nathan Schultz        nschultz@foxrothschild.com
aty      Stephen C. Hinze        sch@schinzelaw.com
aty      Timothy J. Truxaw        tjt@slatertruxaw.com
aty      Wayne R. Terry        wterry@hemar–rousso.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Core Supplement Technology, Inc.       4645 North Ave       Oceanside, CA 92056
cr       Bank of America, N.A.       c/o Hemar, Rousso & Heald, LLP       15910 Ventura Blvd., 12th Floor       Encino, CA 91436
cr       Michael D. Schulman       18757 Burbank Blvd.       Suite 310       Tarzana
cr       Berlin Packaging L.L.C.       525 West Monroe Street       Chicago, IL 60661
cr       Creditors Adjustment Bureau, Inc.,       14226 Ventura Blvd.       Sherman Oaks, CA 91423
cr       Pyure Brands, LLC       c/o Harris J. Koroglu       Shutts & Bowen LLP       200 S Biscayne Blvd       Suite 4100       Miami, FL 33131
cr       Direct Food Ingredients, Inc.       1235 Activity Drive Suite B       Vista, CA 92081
14343504     3M       PO Box 844127       Dallas, TX 75284–4127
14373504     A&A Pharmachem       4–77 Auriga Drive       Ottawo, Onterio Canada K2E727
14343507     AIDP, Inc.       19535 East Walnut Drive South       Rowland Heights, CA 91748
14373507     AM Trust North America       P. O. Box 6939       Cleveland, OH 44101–1939
14343520     APP Global, Inc       1940 S Lynx Place       Ontario, CA 91761
14343505     Acasi Machinery Inc.       7085 NW 46th Street       Miami, FL 33166
14373505     Accutek       2685 S. Melrose DR.       Vista, CA 92081
14343506     Advanced Air & Vacuum       1685 N. Marshall Ave       El Cajon, CA 92020
14350615     Airlite Plastics Co.       Attn: Shona Flack       6110 Abbott Drive       Omaha, NE 68110
14343508     Airlite Plastics, Co.       PO Box 8400       Omaha, NE 68108–0400
14343509     Albion Minerals       101 N. Main       Clearfield, UT 84015
14343510     Alkemist Laboratories       1260 Logan Avenue #B2       Costa Mesa, CA 92626
14455649     Alkemist Labs       12661 Hoover Street       Garden Grove, CA 92841
14373506     Allen Flavors, Inc.       23 Progress Street       Edison, NJ 08820
14396047     Allen Flavors, Inc.       Ira Steinberg, CFO       23 Progress Street       Edison, NJ 08820
14343511     Ally       P. O. Box 9001948       Louisville, KY 40290–1948
14349069     Ally Financial       PO Box 130424       Roseville MN 55113–0004
14343512     Almax Corporation       7 Schindler Dr       Rockaway, NJ 07866
14343513     AlphaNutra Solution Limited       Brown & Joseph, Ltd.       c/o Don Leviton       Po Box 59838       Schaumburg, IL 60159
14343514     Alvar Enrique Morales       4017 Independence Ave       South Gate, CA 90280
14343515     Alz Chemical       680 Village Trace       Marietta, GA 30067
14343516     Ameri–Seal       21330 Superior Street       Chatsworth, CA 91311
14373508     American Labratories       4410 S. 102nd St.       Omaha, NE 68127
14343517     American Lecithin Company, Inc       115 Hurley Road       Unit 2B       Oxford, CT 06478–1037
14343518     American Nutrition       718 Broadway       Everett, MA 02149
14343519     Analytical Laboratories in Ana       2951 Saturn Street       Brea, CA 92821
14413947     Andrew B. Levin       Winthrop Couchot Golubow Hollander, LLP       660 Newport Center Drive, uite 400       Newport Beach, CA 92660
14373509     Applied Food Science       8708 S. Concress, Bldg. 290       Austin, TX 78745
14395819     Applied Food Sciences, Inc.       c/o Duane J. Brescia       Strasburger & Price, LLP       720 Brazos, Suite 700       Austin, TX 78701
14343521     Aramark       Aus West Lockbox       PO Box 101179       Pasadena, CA 91189–1179
14343522     BAG Corp       P O Box 671212       Dallas, TX 75267–1212
14343528     BCS       13550 Danielson St.       Poway, CA 92064
14373510     BDS Naturals       2779 El Presidio St.       Carson, CA 90810
14343523     Banc of America Leasing       2059 Northlake Parkway       3rd Floor North       Tucker, GA 30084
14350299     Banc of America Leasing & Capital, LLC       c/o Wayne R. Terry       Hemar, Rousso & Heald, LLP       15910 Ventura Blvd., 12th Floor       Encino, CA 91436

| | | | | |
|---|---|---|---|---|
| 14343524 | Bank of America | One Independence Center | NC1–001–05–13, 101 N. Tryon St | Charlotte, NC 28255–0010 |
| 14352733 | Bank of America | c/o J. ALEXANDRA RHIM | Hemar, Rousso & Heald, LLP | 15910 Ventura Blvd., 12th Floor    Encino, CA 91436 |
| 14343525 | Bank of America Credit Card | P. O. box 15731 | Wilmington, DE 19886–5731 | |
| 14343526 | Bank of America NA | 2059 Northlake Pkwy | Tucker, GA 30084 | |
| 14352732 | Bank of America, N.A. | HEMAR, ROUSSO & HEALD, LLP | c/o J. Alexandra Rhim, Esq. | 15910 Ventura Blvd., 12th Floor    Encino, California 91436    (818) 501–3800 |
| 14343965 | Bank of America, N.A. | c/o Wayne R. Terry | HEMAR, ROUSSO & HEALD, LLP | 15910 Ventura Blvd., 12th Floor    Encino, CA 91436 |
| 14407807 | Batory Foods | 1700 E. Higgins Rd. Suite 300 | Des Plaines, IL 60018 | |
| 14343527 | Batory Foods | PO Box 80047 | City of Industry, CA 91716–8047 | |
| 14358180 | Berlin Packaging L.L.C. | c/o Brian J. Jackiw, Esq. | Goldstein & McClintock LLLP | 111 W. Washington, Suite 1221    Chicago, IL 60602 |
| 14358179 | Berlin Packaging L.L.C. | c/o Nathan A. Schultz, Esq. | Law Office of Nathan A. Schultz, P.C. | 10621 Craig Road    Traverse City, MI 49686 |
| 14343529 | Berlin Packaging LLC | PO Box 95584 | Chicago, IL 60694–5584 | |
| 14373511 | Bestcom (Wuxi) Biotech Co. Ltd | Room 502, No. 5 | Zhihui Rd., Huishen Dist. | Wuki City, Jiangsu Prov. |
| 14373512 | Bosch Packaging Services, Inc. | P. O. Box 95193 | Chicago, IL 60694–5193 | |
| 14343531 | Busch Machinery, Inc. | 727 E 20th Street | Tucson, AZ 85719 | |
| 14395603 | Business Copier Solutions | 13750 Danielson Street | Poway, CA 92064 | |
| 14352049 | CIT Bank NA | PO Box 593007 | San Antonio, TX 78259 | |
| 14343542 | CT Corporation System | 330 N. Brand Blvd. STE 700 | Glendale, CA 91203 | |
| 14343543 | CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 | |
| 14343532 | Canyon Plastics, Inc. | 28455 Livingston Ave | Valencia, CA 91355 | |
| 14373513 | Capital Premium Finance | 12235 S. 800 E | Draper, UT 84020 | |
| 14343533 | CapsCanada | 456 Silver Creek Industrial Dr. | Tecumeseh, ON N8N 4Y3 Canada | |
| 14373514 | Century Lable | 12836 South Dixie Highway | Bowling Green, OH 43402 | |
| 14421141 | Chad Robinson | 679 Merit Dr. | San Marcos, CA 92078 | |
| 14343534 | Chempoint | 411 108th Ave NE | Bellevue, WA 98004 | |
| 14383378 | Christopher V. Hawkins, Esq. | Sullivan Hill Lewin Rez& Engel APLC | 550 West C Street, Suite 1500    San Diego, CA 92101 | |
| 14343535 | ChromaDex Inc. | 10005 Muirlands Blvd. | Suite G 1st Floor | Irvine, CA 92618 |
| 14439251 | City of Oceanside, | Office of the City Attorney | 300 North Coast Highway | Oceanside, CA 92054 |
| 14343536 | Clark Pest Control | PO Box 1480 | Lodi, CA 95241–1480 | |
| 14343537 | Clutch | 527 Molino Unit # 203 | Los Angeles, CA 90013 | |
| 14343538 | Color Maker | 1300 N Hancock Street | Anaheim, CA 92807 | |
| 14343539 | Corporation Service Company | 801 Adlai Stevenson Drive | Springfield, IL 62703 | |
| 14343540 | Covance Laboratories, Inc. | 2102 Wright St. | Madison, WI 53704 | |
| 14343541 | Creative Compounds | 600 Daugherty Rd. | PO Box 4011 | Scott City, MO 63780 |
| 14363148 | Creditors Adjustment Bureau, Inc. | 14226 Ventura Blvd. | Sherman Oaks, CA 91423 | |
| 14343544 | Custom Blow Molding | 946 S. Andreasen DR. | Escondido, CA 92029 | |
| 14350363 | DAVID A. ORTIZ | OFFICE OF THE UNITED STATES TRUSTEE | 880 FRONT STREET, SUITE 3230    SAN DIEGO, CA 92101 | |
| 14422657 | DMitry Karetny | 365 Pamelo Dr. #E1 | Vista, CA 92081 | |
| 14343545 | Daylight Transport | CVC Technologies, Inc. | 10861 Business Drive | Fontana, CA 92337 |
| 14439249 | De Lage Landen Financial | Attn: D DiFilippo | 1111 Old Eagle School Road | Wayne, PA 19087 |
| 14343546 | Diana Naturals Inc. | PO Box 157 | Silverton, OR 97381 | |
| 14343547 | Direct Food Ingredients, Inc. | 1235 Activity Drive Suite B | Vista, CA 92081 | |
| 14343548 | Dongyu USI | 2590 Main St. | Irvine, CA 92614 | |
| 14353079 | Dongyu USI | Coface North America Insurance Company | 50 Millstone Rd., Bldg. 100, Ste. 360 | East Windsor, NJ 08520 |
| 14343549 | Dynamic Distribution | 546 Jesmond Road | Fig Tree Pocket | QLD 4069    Australia, ME 04014 |
| 14343554 | ETHORN | 16050 Canary Avenue | La Mirada, CA 90638 | |
| 14343550 | Eirich Machines | 4033 Ryan Rd | Gurnee, IL 60031 | |
| 14373515 | Electronic Recycling Center | 2618 Temple Heights Dr. | Oceanside, CA 92056 | |
| 14445601 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 | |
| 14343551 | Enzo | 2605 Pinon Ct. | Grapevine, TX 76051 | |
| 14343552 | Eriez Manufacturing Company | 2200 Asbury Road | Erie, PA 16506 | |
| 14343553 | Ernest Packaging Solutions | 1345 Sycamore Avenue | Vista, CA 92081 | |
| 14353276 | Euler Hermes N.A. | 800 Red Brook Blvd. | Owings Mills, MD 21117 | |
| 14373516 | Evolution Salt Co. | 3310 W. Barker Lane 300–234 | Austin, TX 78758 | |
| 14343555 | FamVans, Inc | 10870 Kalama River Ave | Fountain Valley, CA 92708 | |
| 14373517 | Fastenal Company | 1334 N. Melrose Dr. STE A&B | Vista, CA 92083 | |
| 14343556 | FedEx | PO Box 7221 | Pasadena, CA 91109–7321 | |
| 14343557 | FedEx Corporate Services | Regions Lockbox Services | C/O FedEx SenseAware | Birmingham, AL 35287–1926 |
| 14359995 | FedEx Corporate Services, Inc. | 3965 Airways Blvd. | Module G, 3rd Floor | Memphis, TN 38116–5017 |
| 14343558 | FedEx Freight | Dept LA PO Box 21415 | Pasadena, CA 91185–1415 | |
| 14343559 | Feed Me More | 2555 W. Centennial Pkwy | North Las Vegas, NV 89084 | |
| 14395563 | Feed Me More | P.O. Box 752740 | Las Vegas, NV 89136 | |
| 14395553 | Fifth Nutrisupply, Inc | C/O Hui Heidi Liu | Arbor CPA, APC | 17870 Castleton St. STE 230    City of Industry, CA 91748 |

| | | | | |
|---|---|---|---|---|
| 14343560 | Fifth Nutrisupply, Inc. | 5595 Daniels St. Unit B | Chino, CA 91710 | |
| 14343561 | Financial Pacific Leasing | C/O CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 |
| 14395557 | Financial Pacific Leasing | C/O CT Lien Solutions | 818 W. Seventh St. STE 930 | Los Angeles, CA 90017 |
| 14363208 | Financial Pacific Leasing, Inc., a Washington Corp | C/O Spiwak & Iezza, LLP | 555 Marin Street, Suite 140 | Thousand Oaks, CA 91360 |
| 14343563 | Five Percent Nutrition | 8285 Bryan Dairy Road | Suite 190 | Largo, FL 33777 |
| 14395559 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 |
| 14402291 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 |
| 14343564 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | San Diego, CA 92101 | |
| 14343565 | Fuller Enterprise USA, Inc. | 1735 E. Grevillea Ct. | Ontario, CA 91761 | |
| 14343569 | GNT USA | 660 White Plains Road | Tarrytown, NY 10591 | |
| 14376514 | Gary B. Rudolph, Esq. | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | 550 West C Street, Suite 1500 | San Diego, CA 92101 |
| 14343566 | General Ingredients Solutions, | 1220 E. Elm Street | Ontario, CA 91761 | |
| 14373518 | Genysis Nutrition Labs/VMI | 391 S. Orange Street | Salt Lake City, UT 84104 | |
| 14486845 | George Nutting Co Inc | 1907 Dotman Road | Bainbridge GA 39817 | |
| 14365100 | Glanbia Business Services, Inc. | 975 Meridian Lake Drive | Aurora, IL 60504 | |
| 14343567 | Glanbia Nutritionals | c/o Glanbia Business Services, | Dept 3331 | Carol Stream, IL 60132–3331 |
| 14343568 | Global Formulas | 27111 Aliso Creek Road | Ste. 175 | Aliso Viejo, CA 92656 |
| 14343570 | Golden Globe Group, LLC | 13567 OLD EL CAMINO REAL | San Diego, CA 92130 | |
| 14358105 | Goldstein & McClintock LLLP | Attn: Brian J. Jackiw | 111 W. Washington   Suite 1221 | Chicago, IL 60602 |
| 14379976 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | |
| 14395556 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | |
| 14343571 | Granite Nutrition | P.O. Box 1090 | Placentia, CA 92871 | |
| 14373519 | Great American Packaging | 431 S. Soto St., STE B | Los Angeles, CA 90058 | |
| 14379975 | Great American Packaging | 4361 S. Soto Street | Vernon, CA 90058 | |
| 14395564 | Great American Packaging | C/O Greg Gurewitz | 4361 S. Soto St., STE B | Vernon, CA 90058 |
| 14395558 | Green Wave Ingredients | C/O Michael Magnuson | 13215 Penn Street | Whittier, CA 90602 |
| 14343572 | Green Wave Ingredients | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 |
| 14380050 | Green Wave Ingredients, Inc. | c/o Michael S. Magnuson | 13215 Penn Street, Suite 205 | Whittier, CA 90602 |
| 14343576 | HP Ingredients Corp. | 707 24th Ave. W. | Bradenton, FL 34205 | |
| 14386296 | HP Ingredients c/o ESP Receivables | 399 Asbury Drive | Mandeville, LA 70471 | |
| 14343577 | HS Biopharmaceuticals, Inc. | 2792 Loker Ave. West Ste 105 | Carlsbad, CA 92010 | |
| 14343573 | Harbor Packaging | PO Box 844969 | Los Angeles, CA 90084–4969 | |
| 14343574 | Hawthorne Lift Systems | 1600 E. Missiion Road | San Marcos, CA 92069 | |
| 14379889 | Hilmar Cheese Company, Inc. | PO Box 910 | Hilmar, CA 95324 | |
| 14373520 | Hilmar Ingredients, Inc. | 8901 N. Lander Ave. | Hilmar, CA 95324 | |
| 14343575 | Honey Badger | 3005 S. Lamar Blvd | Ste D109 #145 | Austin, TX 78704 |
| 14373521 | IB Fitness | C/O Jerome Moe, Esq | 501 W. Broadway, STE 1205 | San Diego, CA 92101 |
| 14343578 | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 | |
| 14373522 | Image Fillers | 735 Foxchase, STE 111 | Coatsville, PA 19380 | |
| 14343579 | Image Fillers, Inc | 735 Fox Chaxe, STE 111 | Coatesvill, PA 19320 | |
| 14343580 | Infinite Packaging Group | 712 Valley Ridge Circle | Lewisville, TX 75057 | |
| 14373523 | Innovative Muscle | 633 13thStreet, Unit 41 | San Diego, CA 92154 | |
| 14395565 | Innovative Muscle, LLC | C/O Stephen Kerson | 10861 Queensland St. | Los Angeles, CA 90034 |
| 14343581 | Inspired Nutraceuticals | 6242 Warner Ave 9F | Huntington Beach, CA 92647 | |
| 14395561 | Inspired Nutraceuticals | 795 E. Factory Dr. STE C | Saint George, UT 84790 | |
| 14343582 | Integrated Time Systems, LLC | 740 N Plankinton Rd. STE 730 | Milwaukee, WI 53203 | |
| 14343583 | InterHealth, Inc. | 5451 Industrial Way | Benicia, CA 94510 | |
| 14363150 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 14343588 | JJJ Enterprises | PO Box 463021 | Escondido, CA 92046 | |
| 14343584 | Jennison Quality Components | 54 Arch Street Extension | Carnegie, PA 15106 | |
| 14343585 | Jennison Quality Components, I | 54 Arch Street Extension | P.O. Box 861 | Carnegie, PA 15106–0861 |
| 14343586 | Jiaherb Inc. | 1 Chapin Rd. Unit 1 | Pine Brook, NJ 07058 | |
| 14343587 | Jigsaw | 9035 E Pima Center Parkway | Suite 3 | Scottsdale, AZ 85258 |
| 14421148 | Joseph A. Abramo | 4130 Milano Way | Oceanside, CA 92057 | |
| 14343589 | Joseph O'Dea | 3688 Camino de las Lomas | Vista, CA 92084 | |
| 14376724 | Joseph O'Dea | c/o Gary B. Rudolph, Esq. | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | 550 West C Street, Suite 1500   San Diego, CA 92101 |
| 14343591 | Joseph Odea | 3688 Camino de las Lomas | Vista, CA 92084 | |
| 14343590 | Joseph Odea | 4645 North Ave. | Oceanside, CA 92056 | |
| 14343592 | Jost Chemical | 8150 Lackland Road | Saint Louis, MO 63114 | |
| 14373524 | KPC Mastercraft International | 300 Brynt Lane | Woodbury, TN 37190 | |
| 14422656 | Katherine Haycook | 480 Dennis Drive | Vista, CA 92083 | |
| 14343593 | Kelly Services | PO Box 31001–0422 | Pasadena, CA 91110–0422 | |
| 14393588 | Kelly Sevices, Inc. | 999 West Big Beaver | Troy, MI 48084 | |
| 14343594 | Kevin M. Bell, Esq. | Porzio, Bromberg @ Newman, PC | 1200 New Hampshire Ave NW, 710 | Washington, DC 20036 |
| 14343596 | Kyowa Hakko | 600 Third Ave, 19th Floor | New York, NY 10016 | |
| 14400522 | LA Leasing, Inc | 600 35th Avenue | Moline, IL 61265 | |
| 14343598 | LC Magnetics | 1139 N. Kraemer Place | Anaheim, CA 92806 | |

| | | |
|---|---|---|
| 14343599 | LCA Bank Corporation | P. O. Box 1650   Troy, MI 48099–1650 |
| 14358104 | Law Office of Nathan A. Schultz, P.C. | Attn: Nathan A. Schultz   10621 Craig Road   Traverse City, MI 49686 |
| 14343597 | Layn USA, Inc | 20250 Acacia St.   Suite 105   Newport Beach, CA 92660 |
| 14343600 | Leak Star Advanced Leak Detect | PO Box 2333   Carlsbad, CA 92018 |
| 14373525 | Logisticx Fox | 7461 Garden Grove Blvd. Unit A   Garden Grove, CA 92841 |
| 14343612 | MJB Freight Systems, Inc | 6225 Marindustry Dr.   San Diego, CA 92121 |
| 14343613 | MTC Industries, Inc. | 255 Oser Ave   Hauppauge, NY 11788 |
| 14343601 | Marburg Industries Inc. | 1207 Activity Drive   Vista, CA 92081 |
| 14373526 | Marina Teel | Jerome Moe, Esq.   501 W. Broadway, STE 1025   San Diego, CA 92101 |
| 14373527 | Markem–Imaje | P. O. Box 3542   Boston, MA 02241 |
| 14343603 | Marlin Leasing Corporation | 300 Fellowship Road   Mount Laurel, NJ 08054 |
| 14343602 | Marlin Leasing Corporation | 6470 E. Johns Crossing   Duluth, GA 30097 |
| 14343604 | Max Racks, Inc | 3791 Hillside Ave   Norco, CA 92860 |
| 14343605 | MayPro Industries, LLC. | 2975 Westchester Avenue   Purchase, NY 10577 |
| 14410936 | Mayfield Bustarde, LLP | 462 Stevens Ave. Suite 303   Solana Beach, CA 92075 |
| 14343606 | McMaster–Carr | PO Box 7690   Chicago, IL 60680–7690 |
| 14466874 | Melody G. Anderson, Esq. | WRIGHT LAW GROUP, PLLC   4470 W. Sunset Blvd. Suite 90003   Los Angeles, CA 90027 |
| 14373528 | Metro Fire and Safety | 2733 Via Orange Way, STE 103   Spring Valley, CA 91978 |
| 14343607 | Metrolift | 556 Commerce Street   Franklin Lakes, NJ 07417 |
| 14441604 | Michael B. Lestino | 259 Prospects Plains Road, Building A   Cranbury, NJ 08512 |
| 14343608 | Michael D. Schulman, Esq. | 18757 Burbank Blvd. STE 310   Tarzana, CA 91356–3375 |
| 14343609 | Micro Quality Labs, Inc. | 3120 N Clybourn Ave.   Burbank, CA 91505 |
| 14343610 | Milne Fruit (MicroDried) | P.O. Box 368   Grandview, WA 98930 |
| 14343611 | Mitsubishi International Food | 2200 Fletcher Ave. 5th Fl.   Fort Lee, NJ 07024 |
| 14387511 | Mitsubishi International Food Ingredients, Inc. | 2200 Fletcher Ave. Ste. 503   Fort Lee, NJ 07024 |
| 14343614 | Muriello Muscle | 1102 Robinwood Drive   Oldsmar, FL 34677 |
| 14373529 | NSF International | P. O. Box 77000   Detroit, MI 48277–1380 |
| 14343615 | Natreon, Inc | 2–D Janine Place   New Brunswick, NJ 08901 |
| 14343616 | Natural Alternatives Int. Inc. | 1535 Faraday Avenue   Carlsbad, CA 92008 |
| 14343617 | Nature's Supplements, Inc. | 1342 Rocky Point Drive   Oceanside, CA 92056 |
| 14343618 | Naturex, Inc. | 375 Huyler Street   South Hackensack, NJ 07606 |
| 14343619 | Novel Ingredients, Inc. | 72 Deforest Ave.   East Hanover, NJ 07936 |
| 14343620 | NuLiv Science USA | 255 Paseo Tesoro   Walnut, CA 91789 |
| 14395554 | Nutraleaf Nutrition | 1780 Lacosta Meadows Dr. Ste 100   San Marcos, CA 92078 |
| 14395555 | Nutraleaf Nutrition | 1780 Lacosta Meadows Dr. Ste 100   San Marcos, CA 92078 |
| 14343621 | Nutriom, LLC. | 3145 Hogum Bay Rd. NE   Lacey, WA 98516 |
| 14373530 | Nutriscience | 2450 Reservoir Ave.   Trumbull, CT 06611 |
| 14343622 | Nutrleaf Nutrition | 1780 La Costa Meadows Drive   San Marcos, CA 92078 |
| 14373532 | OSF Flavors, Inc. | P. O. Box 591   Windsor, CT 06095 |
| 14373531 | OmniActive Health Technologies Inc. | 67 East Park ave., Suite 500   Morristown, NJ 07960 |
| 14343623 | OneSource Distributors, LLC | 3951 Oceanic Drive   Oceanside, CA 92056–5832 |
| 14343624 | Ontario Refrigeration | 635 S. Mountain Avenue   Ontario, CA 91762 |
| 14343625 | Orora Packaging Solutions | PO Box 101150   Pasadena, CA 91189–1150 |
| 14415857 | Orora Packaging Solutions | dba Manufactured Packaging Products   6600 Valley View Street   Buena Park, CA 90620 |
| 14343628 | PAT Vitamins, Inc. | 1751 Curtiss Court   La Verne, CA 91750 |
| 14343626 | Package All Corp. | PO Box 4105   Rancho Cucamonga, CA 91729 |
| 14346206 | PanaSource Ingredients Inc. | Coface North America Insurance Company   50 Millstone Rd., Bldg. 100, Ste. 360   East Windsor, NJ 08520 |
| 14343627 | PanaSource Ingredients, Inc. | 98–A Mayfield Avenue   Edison, NJ 08837 |
| 14373533 | Peek Packaging | 6221 Yarrow Street   Carlsbad, CA 92011 |
| 14343629 | Pharma Resources Inc. | C/O Dixit Law Firm, PA   3030 N. Rocky Pt. DR. W. #260   Tampa, FL 33607 |
| 14343630 | Pharmachem Labs | 2929 East White Star Ave   Anaheim, CA 92806–2628 |
| 14343631 | Platinum Bear | 1890 Pinto Circle   Gardnerville, NV 89410 |
| 14343632 | PlusPharma, Inc | 2611 Commerce Way, Suite A   Vista, CA 92081 |
| 14343633 | Prescott/Patnode | 3011 Deeb Court   Vista, CA 92084 |
| 14402090 | Pretium Packaging LLC | 15450 South Outer Forty Ste 120   Chesterfield, MO 63017 |
| 14343634 | Primeval Nutrition | 70 Batesville Blvd. Ste. A   Batesville, AR 72501 |
| 14373534 | Prinova | 36780 Eagle Way   Chicago, IL 60678–1367 |
| 14343635 | Pro–Scape, Inc. | 510 Venture Street   Escondido, CA 92029 |
| 14395562 | Pro–Scape, Inc. | C/O Michael L. Helms   1441 York Dr.   Vista, CA 92084 |
| 14343636 | Providence Capital Funding | 3020 Saturn Street   Suite 203   Brea, CA 92821 |
| 14373535 | Pure Valley Nutrition | 403 Arrow Hwy, Ste 306   San Dimas, CA 91780 |
| 14343637 | Pyure Brands, LLC | 2277 Trade Center Way, Ste 101   Naples, FL 34109 |
| 14360347 | Pyure Brands, LLC | c/o Harris J. Koroglu, Esq.   Shutts & Bowen LLP   200 S. Biscayne Blvd., Suite 4100   Miami, FL 33131 |
| 14343640 | RJ Van Drunen & Sons, Inc | 300 W 6th Street   Momence, IL 60954 |
| 14343645 | RS HUGHES CO INC | 2575 PIONEER AVE STE 102   Vista, CA 92081 |
| 14343646 | RSP | 3381 NW 168th Street   Opa Locka, FL 33056 |
| 14343638 | Rancho California Center, LP | 1656 Bahia Vista Way   La Jolla, CA 92037 |
| 14343639 | ReadyRefresh by Nestle | PO Box 856158   Louisville, KY 40285–6158 |
| 14451099 | ReadyRefresh by Nestle | c/o Amy Curtis   375 Paramount Dr   Raynham, MA 02767 |
| 14416385 | Richard W. Bass | 3633 Indiana St. #9   San Diego, CA 92103 |
| 14343641 | Robert Bailly | 20 La Flauta   Rancho Santa Margarita, CA 92688 |
| 14343642 | Robert Bailly | 4645 North Ave   Oceanside, CA 92056 |

14343643   Robert Bailly        73 Northern Pine Loop        Aliso Viejo, CA 92656
14343644   Royalty Nutrition        100 West 5th Street #4F        Long Beach, CA 90802
14343647   Sabinsa        20 Lake Drive        East Windsor, NJ 08520
14373536   Saminchem Inc.        3225 Grapevine St        Mira Loma, CA 91752
14466838   San Diego County Treasurer Tax Collector        Attn: Bankruptcy Desk        1600 Pacific Highway Room 162        San Diego, CA 92101
14343648   SeaTech Bioproducts Corp.        159 Memorial Dr. Unit C        Shrewsbury, MA 01545
14343649   Sedona Staffing        600 35th Avenue        Moline, IL 61265
14343650   Select Staffing        PO Box 512007        Los Angeles, CA 90051–0007
14343651   Sensaware By FedEx        FedEx Corporate Services, Inc        3640 Hacks Cross Rd. Bldg. D        Memphis, TN 38125
14373537   Sensient        777 East Wisconsin Ave        Milwaukee, WI 53202
14373538   Seppic Inc.        P. O. Box 101654        Pasadena, CA 91189–1654
14399318   Seppic Inc.        P. O. Box 101654        Pasadena, CA 91189–1654
14358550   Seppic, Inc.        Coface North America Insurance Company        50 Millstone Rd., Bldg. 100, Ste. 360        East Windsor, NJ 08520
14373539   Seven Labs        1420 Decision, STE C        Vista, CA 92081
14343652   Shanghai Freeman        377 Hoes Lane, Suite 240        Piscataway, NJ 08854
14368239   Shanghai Freemen Lifescience Co., LTD        Brown & Joseph ltd.        c/o Don Leviton        P.O. Box 59838        Schaumburg, IL 60159
14343653   Shri Kartikeya Pharma        D. No. 5–9–225, 3rd floor        Sanali Estate, Chirag Ali Lane        Andhrapradesh
14493082   Southeastern Freight Lines Inc.        PO Box 1691        Columbia, SC 29202
14343654   Stauber Ingredients        4120 N. Palm Street        Fullerton, CA 92835–1026
14350738   Stauber Ingredients        4645 North Ave.        Oceanside, CA 92056
14343655   Steven J. Cote Esq        Chang & Cote LLP        19138 Walnut Drive, Suite 100        Rowland Heights, CA 91748
14373540   Stryka Botanicals        279 Homestead Road        Hillsborough, NJ 08844
14343656   Superior Labs        9921 Carmel Mountain Rd. #297        San Diego, CA 92129
14343657   The Western Group        3950 NW St. Helens Rd        Portland, OR 97210
14343658   ThermoFisher Scientific        81 Wyman Street        Waltham, MA 02454
14343659   Tic Gums        4609 Richlynn Drive        Belcamp, MD 21017
14343660   Tristar Machinery        1287 Naperville Drive        Romeoville, IL 60446
14373543   UPS        P. O. Box 1012        Horsham, PA 19044
14373541   Uline        2200 S. Lakeside Dr.        Waukegan, IL 60085
14439682   Uline Shipping Supplies        12575 Uline Drive        Pleasant Prairie, WI 53158
14343661   Ungerer & Company        4 Bridgewater Lane        Lincoln Park, NJ 07035
14343662   UniChem Enterprises, Inc.        1905 S. Lynx Pl        Ontario, CA 91761
14343663   UniFirst        4041 Market Street        San Diego, CA 92102
14415403   Unifirst Corporation        Attn: Accounts Receivable        68 Jonspin Road        Wilmington, MA 01887
14373542   United Fire Group        118 Second Ave SE        Cedar Rapids, IA 52407–3909
14466855   United States Trustee        880 Front Street, Suite 3230        San Diego, CA 92101
14343665   Univar USA, Inc.        PO BOX 34325        Seattle, WA 98124–1325
14374702   Van Drunen Farms        Attn: Stephanie J. Harris        33 N. Dearborn Street, Suite 340        Chicago, IL 60602
14373544   Vanadium Interactive        9277 Research Drive        Irvine, CA 92618
14343666   Vitajoy USA Inc.        14165 Ramona Avenue Chino, CA        Chino, CA 09171–5753
14343667   Vitalah        41 Hangar Way        Watsonville, CA 95076
14343668   Volt Management Corp        P.O. Box 679307        Dallas, TX 75267–9307
14370062   Volt Management Corp.        c/o Terry Jordan        2421 N. Glassell St.        Orange, CA 92865
14343669   Volt Workforce Solutions        Attn: Director of Contracts        2401 North Glassell St.        Orange, CA 92865
14373545   Waseta Int. Trading Co. Ltd.        Room 2001–2002–        Golden Eagle Edifice B # 1518        Min Sheng Rd.        Shanghai China
14412459   Wells Fargo Vendor Financial Services, LLC        1010 Thomas Edison Blvd., SW        Cedar Rapids, IA 52404
14343670   Wesco Security Systems, Inc.        PO Box 1108        Placentia, CA 92871
14343671   West Coast Environmental        2323 Chico Ave, STE 3        South El Monte, CA 91733
14343672   Westco Chemicals, Inc        12551 Saticoy Street South        North Hollywood, CA 91605
14343673   Wixon        PO Box 88533        Milwaukee, WI 53288–0533
14442418   Wixon, Inc        1390 E Bolivar Ave        St. Francis, WI 53235

TOTAL: 294