TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor:   CORE SUPPLEMENT TECHNOLOGY, INC.

Number:   17-06078-MM7

Hearing:  10:00 AM  Thursday, April  4, 2019

Motion:   FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ALAN MYERS, ACCOUNTANT FOR TRUSTEE

The Court having considered the Application for Interim Professional Compensation (the "Application") filed by Alan Myers, CPA, Accountant for Chapter 7 Trustee, for fees of $11,575.00 and expenses of $556.70;

No opposition having been timely filed and good cause appearing;

The Application is granted and appearances are excused.  Alan Myers, CPA may upload an order using CSD 1144 (or in substantial compliance with CSD 1144).