**CSD 1183** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Gary E. Slater/Bar No. 99141
Timothy J. Truxaw/Bar No. 106428
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, CA  92128
Tel: 858/675-0755  Fax: 858/675-0733

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

CORE SUPPLEMENT TECHNOLOGY, INC.

BANKRUPTCY NO. 17-06078

Tax I.D.(EIN)#:                 /S.S.#:XXX-XX–            Debtor.

## NOTICE OF HEARING AND MOTION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**You are hereby notified** that on  April 9, 2020 , at  10:00 a .m, in Department  1 , Room  218  of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of  Chapter 7 Trustee Richard M Kipperman , Movant, for

MOTION BY CHAPTER 7 TRUSTEE, RICHARD M KIPPERMAN TO DISGORGE COMPENSATION PAID TO CHAPTER 11 CHIEF RESTRUCTURING OFFICER, RICHARD FEFERMAN

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: March 3, 2020

/s/ GARY E. SLATER
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 1183**

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __3rd__ day of __March__, 20__20__, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers:
1. MOTION BY CHAPTER 7 TRUSTEE RICHARD M KIPPERMAN, TO DISGORGE COMPENSATION PAID TO CHAPTER 11 CHIEF RESTRUCTURING OFFICER, RICHARD FEFERMAN; 2. DECLARATION OF CHAPTER 7 TRUSTEE RICHARD M KIPPERMAN IN SUPPORT 3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __March 3, 2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☑   Attorney for Debtor (or Debtor), if required:

    SEE ATTACHMENT

    ☑   Chapter 7 Trustee:

    ☑   For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:

    | UNITED STATES TRUSTEE | THOMAS H. BILLINGSLEA, JR., TRUSTEE | DAVID L. SKELTON, TRUSTEE |
    |---|---|---|
    | ustp.region15@usdoj.gov | Billingslea@thb.coxatwork.com | admin@ch13.sdcoxmail.com |
    | | | dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail**:

    On __March 3, 2020__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☑   Attorney for Debtor (or Debtor), if required:

    SEE ATTACHMENT

**CSD 1183**

**CSD 1183 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  March 3, 2020  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☑ Attorney for Debtor (or Debtor), if required:

SEE ATTACHMENT

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  March 3, 2020         /s/ Gina R. Lucas
           (Date)                  (Typed Name and Signature)

                                   15373 Innovation Drive, Suite 210
                                   (Address)

                                   San Diego, CA 92128
                                   (City, State, ZIP Code)

**CSD 1183**

## ATTACHMENT TO CERTIFICATE OF SERVICE

PARTIES WITH E-MAIL ADDRESSES SERVED VIA COURT'S NOTICE OF ELECTRONIC FILING ("NEF) OR BY ELECTRONIC MAIL, AND ALL OTHER PARTIES SERVED VIA U.S. MAIL OR OVERNIGHT MAIL AS INDICATED BELOW:

### VIA U.S. FIRST CLASS MAIL:

| | | |
|---|---|---|
| Core Supplement Technology, Inc.<br>4645 North Ave<br>Oceanside, CA 92056<br>Debtor | | |

### VIA FIRST-CLASS MAIL and (E-mail)

| | | |
|---|---|---|
| Richard Feferman<br>Corporate Recovery Associates, LLC<br>3830 Valley Centre Drive, #75-152<br>San Diego. California 92130<br>E-mail:richard@crarecovery.com | | |

### VIA ELECTRONIC (E-mail) Only:

| | | |
|---|---|---|
| Melissa Bustarde, Esq.<br>Mayfield Bustarde, LLP<br>462 Stevens Avenue, Ste. 303<br>Solana Beach, CA 92075<br>E-mail: melissa@bmbr.com | | |

### VIA ELECTRONIC-NOTICE OF ELECTRONIC FILING (NEF):

| | | |
|---|---|---|
| Stephen C. Hinze, Esq.<br>Stephen C. Hinze, Attorney at Law, APC<br>l00 E. San Marcos Blvd . #400<br>San Marcos, CA 92069<br>Attorney for Debtor<br>Email: sch@schinzelaw.com | Wayne R. Terry, Esq.<br>Bank of America<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436<br>Email: wterry@hemar-rousso.com | J. Alexandra Rhim, Esq.<br>Bank of America<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor Encino, CA 91436<br>Email: arhim@hemar-rousso.com |
| Gary B. Rudolph, Esq.<br>Christopher V. Hawkins, Esq.<br>SULLIVAN HILL LEWIN REZ & ENGEL<br>550 West "C " Street, Suite 1500<br>San Diego, California 92101<br>Email rudolph@sullivanhill.com<br>Email: hawkins@sullivanhill.com<br>Counsel for Joseph O'Dea | Carol Chow, Esq.<br>Freeman, Freeman & Smiley, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>E-mail: carol.chow@ffslaw.com<br>Attorney for Compound Solutions, Inc. | Mette H. Kurth, Esq.<br>Fox Rothschild, LLP<br>10250 Constellation Blvd., No. 900<br>Los Angeles, CA 90067<br>Email: mkurth@roxrothschild.com<br>Chapter 11 Special Counsel |
| Richard M Kipperman<br>Corporate Management, Inc.<br>P.O. Box 3010<br>La Mesa, CA 91944-3010<br>Email: rmk@corpmgt.com<br>Trustee | David A. Ortiz, Esq.<br>Office of U.S. Trustee<br>DOJ-OUST<br>880 Front Street, Suite 3230<br>San Diego, CA 92101<br>Email: david.a.ortiz@usdoj.gov | |