GARY E. SLATER (State Bar No. 99141)
TIMOTHY J. TRUXAW (State Bar No. 106428)
**SLATER & TRUXAW, LLP**
15373 Innovation Drive, Suite 210
San Diego, California 92128
Telephone: (858) 675-0755/Fax: (858) 675-0733

Attorneys for Trustee, Richard M Kipperman, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 17-06078-MM7 |
|---|---|
| CORE SUPPLEMENT TECHNOLOGY, INC., <br><br> Debtor. | **STIPULATION TO CONTINUE HEARING ON MOTION BY CHAPTER 7 TRUSTEE, RICHARD M KIPPERMAN, TO DISGORGE COMPENSATION PAID TO CHAPTER 11 CHIEF RESTRUCTURING OFFICER, RICHARD FEFERMAN** <br><br> **PREVIOUS HEARING DATE:** April 9, 2020 <br> **TIME:** 10:00 a.m. <br> **DEPT:** 1, Room 218 <br><br> **CONTINUED HEARING DATE:** May 6, 2020 <br> **TIME:** 10:00 a.m. <br> **DEPT:** 1, Room 218 <br><br> **Honorable Margaret M. Mann** |

Chapter 7 Trustee RICHARD M KIPPERMAN ("the Trustee"), and Jason Dennis ("Mr. Dennis") on behalf of Chapter 11 Chief Restructuring Officer ("CRO") Richard Feferman ("Mr. Feferman"), hereinafter called the "Parties" (or, as to each of them, a "Party") each by his/her undersigned counsel of record or representative herein, hereby stipulate and agree as follows:

1.   Debtor filed its Petition for Relief under Chapter 11 of the United States Bankruptcy Code on October 3, 2017. On March 30, 2018, this Court entered its Order approving the Debtor's Emergency Motion to sell assets free and clear of liens, to approve compromise pursuant to Rule 9019 and to approve assumption and assignment of customer orders (*ECF No. 226*).

2.   Thereafter, four days later, by Order of this Court (*ECF No. 237*), this case was

1  converted to a chapter 7 case on April 3, 2018, thereby creating the chapter 7 estate ("Estate"). Richard M Kipperman was appointed chapter 7 Trustee of the Estate by virtue of the Court's Order and is now so acting.

4.   3.   On December 6, 2018, in response to the filing of the application for professional fees filed by Slater & Truxaw, counsel for the Trustee, the Court issued a Tentative Ruling, (*ECF No. 288*) which addressed its concerns about disgorgement of CRO Feferman's fees, and modified its order to ensure that his fees would be subject to disgorgement.

4.   Accordingly, on March 3, 2020, the Trustee through his undersigned counsel, filed his Motion to Disgorge Compensation Paid to Chapter 11 Chief Restructuring Officer, Richard Feferman, and supporting pleadings ("Motion to Disgorge," *ECF Nos. 371*, *et seq.*)  The corresponding Notice of Hearing (*ECF No. 372*) referenced a hearing date of April 9, 2020, at 10:00 a.m.

5.   Due to a family vacation, Mr. Dennis requested, and the Trustee has agreed, to a continuance of the April 9, 2020 hearing on the Motion to Disgorge.  The continued hearing on the Motion to Disgorge has been rescheduled to now occur on May 6, 2020, at 10:00 a.m., in Department 1, Room 218.

6.   The Parties will file and serve a Status Report seven (7) days prior to the May 6, 2020 hearing date, or no later than April 29, 2020.

7.   This Stipulation may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which together shall be construed as one and the same instrument.  Facsimile copies of original signatures may be deemed to be the equivalent of an original signature on any counterpart copy of this Stipulation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. 17-06078-MM7

WHEREFORE, the Parties have each executed and agreed to the terms and conditions of this Stipulation; and each respectfully requests that the Court approve this Stipulation, adopt its terms and request the entry of an Order hereon.

IT IS SO STIPULATED.

Dated: March 12, 2020          SLATER & TRUXAW, LLP

By:    */s/ Gary E. Slater*
       GARY E. SLATER
       Attorneys for Richard M Kipperman, Chapter 7 Trustee

Dated: March 12, 2020          LYNN PINKER COX HURST

By:    */s/ Jason Dennis*
       JASON DENNIS
       Attorneys for Richard Feferman, Chief Restructuring Officer