CSD 2065 [05/19/17]
Court Telephone: (619) 557-5620     Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

Richard M Kipperman, Trustee
P.O. Box 3010
La Mesa, CA 91944
Tel: (619) 668-4500
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re
CORE SUPPLEMENT TECHNOLOGY, INC.,

BANKRUPTCY NO. 17-06078-MM7

Debtor.

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and FRBP 6007(a), notice is hereby given that the undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:
Claims against AlphaNutra Solution Limited, also known as Bestcom (WUXI) Biotech Co., Ltd. ("AlphaNutra") for relief under 11 U.S.C. sections 547 and 550 for avoidance and recovery of transfers made by debtor to or for AlphaNutra's benefit during the statutory preference period, as alleged in Trustee's complaint (ECF Doc. 1) filed in Adversary Proceeding No. 19-90113-MM.

ESTIMATED VALUE OF THE PROPERTY:
Unknown

LIENS AGAINST THE PROPERTY:
Unknown

The property is to be abandoned because:

☒ There is little or no equity in the property for the estate.

☒ Costs of collection or litigation will probably exceed any recovery.

☐ Preservation of the asset is burdensome to the bankruptcy estate.

☒ Other:  Although claims for $25,884 are alleged in the complaint, Trustee's further investigation indicates that no sums are likely to be recoverable against AlphaNutra, and that costs of further litigation and recovery will exceed the value of any recovery.

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

CSD 2065

CSD 2065 (Page 2) [05/19/17]

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - MM   -   call (619) 557-7407   -   DEPARTMENT ONE (Room 218)
    - LA   -   call (619) 557-6594   -   DEPARTMENT TWO (Room 118)
    - LT   -   call (619) 557-6018   -   DEPARTMENT THREE (Room 129)
    - CL   -   call (619) 557-6019   -   DEPARTMENT FIVE (Room 318)

2. **Within twenty-one (21)[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition to the Abandonment** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **If you fail to serve your "Declaration in Opposition to the Abandonment" and "Request and Notice of Hearing"** within the 21-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

| | |
|---|---|
| Dated:    March 17, 2020 | /s/ Richard M Kipperman |
| | Chapter 7 Trustee |
| | Address:    P.O. Box 3010<br>La Mesa, CA 91944 |
| | Phone No.:    (619) 668-4500 |
| | E-mail:    teresaj@corpmgt.com |

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2065