GARY E. SLATER (State Bar No. 99141)
TIMOTHY J. TRUXAW (State Bar No. 106428)
**SLATER & TRUXAW, LLP**
15373 Innovation Drive, Suite 210
San Diego, California 92128
Telephone: (858) 675-0755/Fax: (858) 675-0733

Attorneys for Richard M Kipperman, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | **Case No. 17-06078-MM7** |
|---|---|
| **CORE SUPPLEMENT TECHNOLOGY, INC.** | **CERTIFICATION OF SERVICE** |
| Debtor. | Honorable Margaret M. Mann |

I, the undersigned, whose address appears below, certify: That I am, and at all times herein mentioned was, more than 18 years of age;

That on the 17th day of March 2020, I served a true copy of:

1. NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING [DATED 03/17/2020] – Notice only via U.S. Mail; and,

2. TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY [DATED: 03/17/2020] – Notice only via U.S. Mail

by the means of service indicated below to the parties identified on the attached service list:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document(s) will be served by the court via NEF and hyperlink to the document. As indicated on the attachment, parties as so indicated, will be served via NEF.

2. "ELECTRONICALLY" – document(s) were served by electronic mail (Email) to the parties so designated on the attached service list.

3. SERVED BY U.S. MAIL OR OVERNIGHT MAIL - The foregoing document(s) will be served by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first-class, postage pre-paid, and/or with an overnight mail service. As indicated on the

1

Case No. 17-06078-MM7

attachment, parties as so indicated will be served via U.S. Mail or overnight mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2020.

          /s/ Leah M. Brahin
          LEAH M. BRAHIN
          15373 Innovation Drive, Suite 210
          San Diego, CA  92128

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 17-06078-MM7<br>Southern District of California<br>San Diego<br>Tue Mar 17 11:51:16 PDT 2020 | Ascentium Capital LLC<br>c/o Wright Law Group, PLLC<br>4470 W. Sunset Blvd., Suite 90003<br>Los Angeles, CA 90027-6302 | Bank of America, N.A.<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 |
| Berlin Packaging L.L.C.<br>525 West Monroe Street<br>Chicago, IL 60661-3648 | California Department of Tax and Fee Adminis<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Core Supplement Technology, Inc.<br>4645 North Ave<br>Oceanside, CA 92056-3593 |
| (p)CREDITORS ADJUSTMENT BUREAU INC<br>ATTN WENDY THOMAS<br>14226 VENTURA BLVD<br>SHERMAN OAKS CA 91423-2777 | Direct Food Ingredients, Inc.<br>1235 Activity Drive Suite B<br>Vista, CA 92081-8562 | Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 |
| Dongyu USI<br>Coface North America Insurance<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | Dun & Bradstreet<br>Attn: Lynne Roberts, 2nd Floor<br>3501 Corporate Parkway<br>PO Box 520<br>Center Valley, PA 18034-0520 | Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| IRS<br>Insolvency Group 1<br>333 W Broadway<br>San Diego, CA 92101-3805 | IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Micro Quality Labs, Inc.<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436-4493 |
| Pyure Brands, LLC<br>c/o Harris J. Koroglu<br>Shutts & Bowen LLP<br>200 S Biscayne Blvd<br>Suite 4100<br>Miami, FL 33131-2362 | Slater & Truxaw, LLP<br>15373 Innovation Drive, #210<br>San Diego, CA 92128-3425 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | 3M<br>PO Box 844127<br>Dallas, TX 75284-4127 | A&A Pharmachem<br>4-77 Auriga Drive<br>Ottawo, Onterio Canada K2E727 |
| AIDP, Inc.<br>19535 East Walnut Drive South<br>Rowland Heights, CA 91748-2318 | AM Trust North America<br>P. O. Box 6939<br>Cleveland, OH 44101-1939 | APP Global, Inc<br>1940 S Lynx Place<br>Ontario, CA 91761-8054 |
| Acasi Machinery Inc.<br>7085 NW 46th Street<br>Miami, FL 33166-5605 | Accutek<br>2685 S. Melrose DR.<br>Vista, CA 92081-8783 | Advanced Air & Vacuum<br>1685 N. Marshall Ave<br>El Cajon, CA 92020-1126 |
| Airlite Plastics Co.<br>Attn: Shona Flack<br>6110 Abbott Drive<br>Omaha, NE 68110-2834 | Airlite Plastics, Co.<br>PO Box 8400<br>Omaha, NE 68108-0400 | Albion Minerals<br>101 N. Main<br>Clearfield, UT 84015-2243 |

| | | |
|---|---|---|
| Alkemist Laboratories<br>1260 Logan Avenue #B2<br>Costa Mesa, CA 92626-4000 | Alkemist Labs<br>12661 Hoover Street<br>Garden Grove, CA 92841-4174 | Allen Flavors, Inc.<br>23 Progress Street<br>Edison, NJ 08820-1102 |
| Allen Flavors, Inc.<br>Ira Steinberg, CFO<br>23 Progress Street<br>Edison, NJ 08820-1102 | Ally<br>P. O. Box 9001948<br>Louisville, KY 40290-1948 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Almax Corporation<br>7 Schindler Dr<br>Rockaway, NJ 07866-4811 | AlphaNutra Solution Limited<br>Brown & Joseph, Ltd.<br>c/o Don Leviton<br>Po Box 59838<br>Schaumburg, IL 60159-0838 | Alvar Enrique Morales<br>4017 Independence Ave<br>South Gate, CA 90280-2504 |
| Alz Chemical<br>680 Village Trace<br>Marietta, GA 30067-4097 | Ameri-Seal<br>21330 Superior Street<br>Chatsworth, CA 91311-4312 | American Labratories<br>4410 S. 102nd St.<br>Omaha, NE 68127-1003 |
| American Lecithin Company, Inc<br>115 Hurley Road<br>Unit 2B<br>Oxford, CT 06478-1047 | American Nutrition<br>718 Broadway<br>Everett, MA 02149-2917 | Analytical Laboratories in Ana<br>2951 Saturn Street<br>Brea, CA 92821-6206 |
| Andrew B. Levin<br>Winthrop Couchot Golubow Hollander, LLP<br>660 Newport Center Drive, uite 400<br>Newport Beach, CA 92660-6427 | Applied Food Science<br>8708 S. Concress, Bldg. 290<br>Austin, TX 78745-7379 | Applied Food Sciences, Inc.<br>c/o Duane J. Brescia<br>Strasburger & Price, LLP<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 |
| Aramark<br>Aus West Lockbox<br>PO Box 101179<br>Pasadena, CA 91189-1179 | BAG Corp<br>P O Box 671212<br>Dallas, TX 75267-1212 | BCS<br>13550 Danielson St.<br>Poway, CA 92064-6874 |
| BDS Naturals<br>2779 El Presidio St.<br>Carson, CA 90810-1118 | Banc of America Leasing<br>2059 Northlake Parkway<br>3rd Floor North<br>Tucker, GA 30084-5321 | Banc of America Leasing & Capital, LLC<br>c/o Wayne R. Terry<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 |
| Bank of America<br>One Independence Center<br>NC1-001-05-13, 101 N. Tryon St<br>Charlotte, NC 28255-0010 | Bank of America<br>c/o J. ALEXANDRA RHIM<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 | Bank of America Credit Card<br>P. O. box 15731<br>Wilmington, DE 19886-5731 |
| Bank of America NA<br>2059 Northlake Pkwy<br>Tucker, GA 30084-5399 | Bank of America, N.A.<br>HEMAR, ROUSSO & HEALD, LLP<br>c/o J. Alexandra Rhim, Esq.<br>15910 Ventura Blvd., 12th Floor<br>Encino, California  91436<br>( 91436-2802 | Bank of America, N.A.<br>c/o Wayne R. Terry<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 |

| | | |
|---|---|---|
| Batory Foods<br>1700 E. Higgins Rd. Suite 300<br>Des Plaines, IL 60018-3800 | Batory Foods<br>PO Box 80047<br>City of Industry, CA 91716-8047 | Berlin Packaging L.L.C.<br>c/o Brian J. Jackiw, Esq.<br>Goldstein & McClintock LLLP<br>111 W. Washington, Suite 1221<br>Chicago, IL 60602-3482 |
| Berlin Packaging L.L.C.<br>c/o Nathan A. Schultz, Esq.<br>Law Office of Nathan A. Schultz, P.C.<br>10621 Craig Road<br>Traverse City, MI 49686-9221 | Berlin Packaging LLC<br>PO Box 95584<br>Chicago, IL 60694-5584 | Bosch Packaging Services, Inc.<br>P. O. Box 95193<br>Chicago, IL 60694-5193 |
| Busch Machinery, Inc.<br>727 E 20th Street<br>Tucson, AZ 85719-6620 | Business Copier Solutions<br>13750 Danielson Street<br>Poway, CA 92064-8889 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| CT Corporation System<br>330 N. Brand Blvd. STE 700<br>Glendale, CA 91203-2336 | CT Lien Solutions<br>2727 Allen Parkway<br>Houston, TX 77019-2120 | Canyon Plastics, Inc.<br>28455 Livingston Ave<br>Valencia, CA 91355-4173 |
| Capital Premium Finance<br>12235 S. 800 E<br>Draper, UT 84020-9726 | CapsCanada<br>456 Silver Creek Industrial Dr.<br>Tecumeseh, ON N8N 4Y3 Canada | Carol Chow, Esq.<br>Jeffrey S. Goodfried, Esq.<br>Freeman, Freeman & Smiley, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067-1719 |
| Century Lable<br>12836 South Dixie Highway<br>Bowling Green, OH 43402-9230 | Chad Robinson<br>679 Merit Dr.<br>San Marcos, CA 92078-1403 | Chempoint<br>411 108th Ave NE<br>Bellevue, WA 98004-8402 |
| Christopher V. Hawkins, Esq.<br>Sullivan Hill Lewin Rez& Engel APLC<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | ChromaDex Inc.<br>10005 Muirlands Blvd.<br>Suite G 1st Floor<br>Irvine, CA 92618-2538 | City of Oceanside,<br>Office of the City Attorney<br>300 North Coast Highway<br>Oceanside, CA 92054-2824 |
| Clark Pest Control<br>PO Box 1480<br>Lodi, CA 95241-1480 | Clutch<br>527 Molino Unit # 203<br>Los Angeles, CA 90013-2344 | Color Maker<br>1300 N Hancock Street<br>Anaheim, CA 92807-1928 |
| Compound Solutions, Inc.<br>Attn: Laura Novak, Controller<br>1930 Palomar Point Way, Suite 105<br>Carlsbad, CA 92008-5579 | Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Covance Laboratories, Inc.<br>2102 Wright St.<br>Madison, WI 53704-2577 |
| Creative Compounds<br>600 Daugherty Rd.<br>PO Box 4011<br>Scott City, MO 63780-4011 | Custom Blow Molding<br>946 S. Andreasen DR.<br>Escondido, CA 92029-1914 | DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 |

| | | |
|---|---|---|
| DMitry Karetny<br>365 Pamelo Dr. #E1<br>Vista, CA 92081-6395 | Daylight Transport<br>CVC Technologies, Inc.<br>10861 Business Drive<br>Fontana, CA 92337-8235 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 |
| Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 | Diana Naturals Inc.<br>PO Box 157<br>Silverton, OR 97381-0157 | Dongyu USI<br>2590 Main St.<br>Irvine, CA 92614-6227 |
| Dynamic Distribution<br>546 Jesmond Road<br>Fig Tree Pocket<br>QLD 4069<br>Australia, ME 04014 | ETHORN<br>16050 Canary Avenue<br>La Mirada, CA 90638-5585 | Eirich Machines<br>4033 Ryan Rd<br>Gurnee, IL 60031-1255 |
| Electronic Recycling Center<br>2618 Temple Heights Dr.<br>Oceanside, CA 92056-3512 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Enzo<br>2605 Pinon Ct.<br>Grapevine, TX 76051-7176 |
| Eriez Manufacturing Company<br>2200 Asbury Road<br>Erie, PA 16506-1402 | Ernest Packaging Solutions<br>1345 Sycamore Avenue<br>Vista, CA 92081-7810 | Euler Hermes N.A.<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5190 |
| Evolution Salt Co.<br>3310 W. Barker Lane 300-234<br>Austin, TX 78758-7853 | FamVans, Inc<br>10870 Kalama River Ave<br>Fountain Valley, CA 92708-6003 | Fastenal Company<br>1334 N. Melrose Dr. STE A&B<br>Vista, CA 92083-2922 |
| FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | FedEx Corporate Services<br>Regions Lockbox Services<br>C/O FedEx SenseAware<br>Birmingham, AL 35287-1926 | FedEx Corporate Services, Inc.<br>3965 Airways Blvd.<br>Module G, 3rd Floor<br>Memphis, TN 38116-5017 |
| FedEx Freight<br>Dept LA PO Box 21415<br>Pasadena, CA 91185-1415 | Feed Me More<br>2555 W. Centennial Pkwy<br>North Las Vegas, NV 89084-5809 | Feed Me More<br>P.O. Box 752740<br>Las Vegas, NV 89136-2740 |
| Fifth Nutrisupply, Inc<br>C/O Hui Heidi Liu<br>Arbor CPA, APC<br>17870 Castleton St. STE 230<br>City of Industry, CA 91748-6712 | Fifth Nutrisupply, Inc.<br>5595 Daniels St. Unit B<br>Chino, CA 91710-9034 | Financial Pacific Leasing<br>C/O CT Lien Solutions<br>2727 Allen Parkway<br>Houston, TX 77019-2120 |
| Financial Pacific Leasing<br>C/O CT Lien Solutions<br>818 W. Seventh St. STE 930<br>Los Angeles, CA 90017-3476 | Financial Pacific Leasing, Inc., a Washingto<br>C/O Spiwak & Iezza, LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360-4103 | Five Percent Nutrition<br>8285 Bryan Dairy Road<br>Suite 190<br>Largo, FL 33777-1306 |

| | | |
|---|---|---|
| Fredrick W. Kosmo, Jr. Esq.<br>Wilson, Turner, Kosmo, LLP<br>550 West C. Street #1050<br>San Diego, CA 92101-3532 | Fredrick W. Kosmo, Jr. Esq.<br>Wilson, Turner, Kosmo, LLP<br>San Diego, CA 92101 | Fuller Enterprise USA, Inc.<br>1735 E. Grevillea Ct.<br>Ontario, CA 91761-8092 |
| GNT USA<br>660 White Plains Road<br>Tarrytown, NY 10591-5139 | Gary B. Rudolph, Esq.<br>SULLIVAN HILL LEWIN REZ & ENGEL, APLC<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | General Ingredients Solutions,<br>1220 E. Elm Street<br>Ontario, CA 91761-4584 |
| Genysis Nutrition Labs/VMI<br>391 S. Orange Street<br>Salt Lake City, UT 84104-3524 | George Nutting Co Inc<br>1907 Dotman Road<br>Bainbridge GA 39817-1731 | Glanbia Business Services, Inc.<br>975 Meridian Lake Drive<br>Aurora, IL 60504-4929 |
| (p)GLANBIA NUTRITIONALS  INC<br>ATTN C/O GLANBIA BUSINESS SERVICES INC<br>4255 MERIDIAN PARKWAY<br>SUITE 151<br>AURORA IL 60504-7961 | Global Formulas<br>27111 Aliso Creek Road<br>Ste. 175<br>Aliso Viejo, CA 92656-5354 | Golden Globe Group, LLC<br>13567 OLD EL CAMINO REAL<br>San Diego, CA 92130-3163 |
| Goldstein & McClintock LLLP<br>Attn: Brian J. Jackiw<br>111 W. Washington<br>Suite 1221<br>Chicago, IL 60602-3482 | Granite Nutrition<br>30 Waterworks Way<br>Irvine, CA 92618-3107 | Granite Nutrition<br>P.O. Box 1090<br>Placentia, CA 92871-1090 |
| Great American Packaging<br>431 S. Soto St., STE B<br>Los Angeles, CA 90033 | Great American Packaging<br>4361 S. Soto Street<br>Vernon, CA 90058-2311 | Great American Packaging<br>C/O Greg Gurewitz<br>4361 S. Soto St., STE B<br>Vernon, CA 90058-2311 |
| Green Wave Ingredients<br>C/O Michael Magnuson<br>13215 Penn Street<br>Whittier, CA 90602-1722 | Green Wave Ingredients<br>Ima North America, Inc<br>7 New Lancaster Road<br>Leominster, MA 01453-5224 | Green Wave Ingredients, Inc.<br>c/o Michael S. Magnuson<br>13215 Penn Street, Suite 205<br>Whittier, CA 90602-1749 |
| HP Ingredients Corp.<br>707 24th Ave. W.<br>Bradenton, FL 34205-8272 | HP Ingredients c/o ESP Receivables<br>399 Asbury Drive<br>Mandeville, LA 70471-3461 | HS Biopharmaceuticals, Inc.<br>2792 Loker Ave. West Ste 105<br>Carlsbad, CA 92010-6615 |
| Harbor Packaging<br>PO Box 844969<br>Los Angeles, CA 90084-4969 | Hawthorne Lift Systems<br>1600 E. Missiion Road<br>San Marcos, CA 92069-4564 | Hilmar Cheese Company, Inc.<br>PO Box 910<br>Hilmar, CA 95324-0910 |
| Hilmar Ingredients, Inc.<br>8901 N. Lander Ave.<br>Hilmar, CA 95324-9327 | Honey Badger<br>3005 S. Lamar Blvd<br>Ste D109 #145<br>Austin, TX 78704-4785 | IB Fitness<br>C/O Jerome Moe, Esq<br>501 W. Broadway, STE 1205<br>San Diego, CA 92101-3536 |

| | | |
|---|---|---|
| Ima North America, Inc<br>7 New Lancaster Road<br>Leominster, MA 01453-5224 | Image Fillers<br>735 Foxchase, STE 111<br>Coatsville, PA 19320-1897 | Image Fillers, Inc<br>735 Fox Chaxe, STE 111<br>Coatesvill, PA 19320-1897 |
| Infinite Packaging Group<br>712 Valley Ridge Circle<br>Lewisville, TX 75057-3307 | Innovative Muscle<br>633 13thStreet, Unit 41<br>San Diego, CA 92154-1060 | Innovative Muscle, LLC<br>C/O Stephen Kerson<br>10861 Queensland St.<br>Los Angeles, CA 90034-3420 |
| Inspired Nutraceuticals<br>6242 Warner Ave 9F<br>Huntington Beach, CA 92647-5186 | Inspired Nutraceuticals<br>795 E. Factory Dr. STE C<br>Saint George, UT 84790-5067 | Integrated Time Systems, LLC<br>740 N Plankinton Rd. STE 730<br>Milwaukee, WI 53203-2403 |
| InterHealth, Inc.<br>5451 Industrial Way<br>Benicia, CA 94510-1010 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JJJ Enterprises<br>PO Box 463021<br>Escondido, CA 92046-3021 |
| Jennison Quality Components<br>54 Arch Street Extension<br>Carnegie, PA 15106-2040 | Jennison Quality Components, I<br>54 Arch Street Extension<br>P.O. Box 861<br>Carnegie, PA 15106-0861 | Jiaherb Inc.<br>1 Chapin Rd. Unit 1<br>Pine Brook, NJ 07058-9221 |
| Jigsaw<br>9035 E Pima Center Parkway<br>Suite 3<br>Scottsdale, AZ 85258-4410 | Joseph A. Abramo<br>4130 Milano Way<br>Oceanside, CA 92057-7649 | Joseph O'Dea<br>3688 Camino de las Lomas<br>Vista, CA 92084-6639 |
| Joseph O'Dea<br>c/o Gary B. Rudolph, Esq.<br>SULLIVAN HILL LEWIN REZ & ENGEL, APLC<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | Joseph Odea<br>3688 Camino de las Lomas<br>Vista, CA 92084-6639 | Joseph Odea<br>4645 North Ave.<br>Oceanside, CA 92056-3593 |
| Jost Chemical<br>8150 Lackland Road<br>Saint Louis, MO 63114-4524 | KPC Mastercraft International<br>300 Brynt Lane<br>Woodbury, TN 37190-1630 | Katherine Haycook<br>480 Dennis Drive<br>Vista, CA 92083-7776 |
| Kelly Services<br>PO Box 31001-0422<br>Pasadena, CA 91110-0422 | Kelly Sevices, Inc.<br>999 West Big Beaver<br>Troy, MI 48084-4716 | Kevin M. Bell, Esq.<br>Porzio, Bromberg @ Newman, PC<br>1200 New Hampshire Ave NW, 710<br>Washington, DC 20036-6827 |
| Kyowa Hakko<br>600 Third Ave, 19th Floor<br>New York, NY 10016-1904 | LA Leasing, Inc<br>600 35th Avenue<br>Moline, IL 61265-6145 | LC Magnetics<br>1139 N. Kraemer Place<br>Anaheim, CA 92806-1923 |

| | | |
|---|---|---|
| LCA Bank Corporation<br>P. O. Box 1650<br>Troy, MI 48099-1650 | Law Office of Nathan A. Schultz, P.C.<br>Attn: Nathan A. Schultz<br>10621 Craig Road<br>Traverse City, MI 49686-9221 | Layn USA, Inc<br>20250 Acacia St.<br>Suite 105<br>Newport Beach, CA 92660-1736 |
| Leak Star Advanced Leak Detect<br>PO Box 2333<br>Carlsbad, CA 92018-2333 | Logisticx Fox<br>7461 Garden Grove Blvd. Unit A<br>Garden Grove, CA 92841-4227 | MJB Freight Systems, Inc<br>6225 Marindustry Dr.<br>San Diego, CA 92121-2537 |
| MTC Industries, Inc.<br>255 Oser Ave<br>Hauppauge, NY 11788-3765 | Marburg Industries Inc.<br>1207 Activity Drive<br>Vista, CA 92081-8510 | Marina Teel<br>Jerome Moe, Esq.<br>501 W. Broadway, STE 1025<br>San Diego, CA 92101-3546 |
| Markem-Imaje<br>P. O. Box 3542<br>Boston, MA 02241-3542 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | Marlin Leasing Corporation<br>6470 E. Johns Crossing<br>Duluth, GA 30097-2511 |
| Max Racks, Inc<br>3791 Hillside Ave<br>Norco, CA 92860-1554 | MayPro Industries, LLC.<br>2975 Westchester Avenue<br>Purchase, NY 10577-2533 | Mayfield Bustarde, LLP<br>462 Stevens Ave. Suite 303<br>Solana Beach, CA 92075-2066 |
| McMaster-Carr<br>PO Box 7690<br>Chicago, IL 60680-7690 | Melody G. Anderson, Esq.<br>WRIGHT LAW GROUP, PLLC<br>4470 W. Sunset Blvd. Suite 90003<br>Los Angeles, CA 90027-6302 | Metro Fire and Safety<br>2733 Via Orange Way, STE 103<br>Spring Valley, CA 91978-1748 |
| Metrolift<br>556 Commerce Street<br>Franklin Lakes, NJ 07417-1310 | Michael B. Lestino<br>259 Prospects Plains Road, Building A<br>Cranbury, NJ 08512-3706 | Michael D. Schulman, Esq.<br>18757 Burbank Blvd. STE 310<br>Tarzana, CA 91356-3393 |
| Micro Quality Labs, Inc.<br>3120 N Clybourn Ave.<br>Burbank, CA 91505-1050 | Milne Fruit (MicroDried)<br>P.O. Box 368<br>Grandview, WA 98930-0368 | Mitsubishi International Food<br>2200 Fletcher Ave. 5th Fl.<br>Fort Lee, NJ 07024-5016 |
| Mitsubishi International Food Ingredients, I<br>2200 Fletcher Ave. Ste. 503<br>Fort Lee, NJ 07024-5016 | Muriello Muscle<br>1102 Robinwood Drive<br>Oldsmar, FL 34677-4502 | NSF International<br>P. O. Box 77000<br>Detroit, MI 48277-1380 |
| Natreon, Inc<br>2-D Janine Place<br>New Brunswick, NJ 08901-3646 | (p)NATURAL ALTERNATIVES INTERNATIONAL INC<br>1535 FARADAY AVENUE<br>CARLSBAD CA 92008-7319 | Nature's Supplements, Inc.<br>1342 Rocky Point Drive<br>Oceanside, CA 92056-5864 |

| | | |
|---|---|---|
| Naturex, Inc.<br>375 Huyler Street<br>South Hackensack, NJ 07606-1532 | Novel Ingredients, Inc.<br>72 Deforest Ave.<br>East Hanover, NJ 07936-2811 | NuLiv Science USA<br>255 Paseo Tesoro<br>Walnut, CA 91789-2724 |
| Nutraleaf Nutrition<br>1780 Lacosta Meadows Dr. Ste 100<br>San Marcos, CA 92078-9101 | Nutriom, LLC.<br>3145 Hogum Bay Rd. NE<br>Lacey, WA 98516-3110 | Nutriscience<br>2450 Reservoir Ave.<br>Trumbull, CT 06611-4735 |
| Nutrleaf Nutrition<br>1780 La Costa Meadows Drive<br>San Marcos, CA 92078-9101 | OSF Flavors, Inc.<br>P. O. Box 591<br>Windsor, CT 06095-0591 | OmniActive Health Technologies Inc.<br>67 East Park ave., Suite 500<br>Morristown, NJ 07960 |
| OneSource Distributors, LLC<br>3951 Oceanic Drive<br>Oceanside, CA 92056-5846 | Ontario Refrigeration<br>635 S. Mountain Avenue<br>Ontario, CA 91762-4114 | Orora Packaging Solutions<br>PO Box 101150<br>Pasadena, CA 91189-1150 |
| Orora Packaging Solutions<br>dba Manufactured Packaging Products<br>6600 Valley View Street<br>Buena Park, CA 90620-1145 | PAT Vitamins, Inc.<br>1751 Curtiss Court<br>La Verne, CA 91750-5852 | Package All Corp.<br>Mr. Phil Padgett, CEO<br>655 Church Street<br>Bayport, NY 11705-1098 |
| Package All Corp.<br>PO Box 4105<br>Rancho Cucamonga, CA 91729-4105 | PanaSource Ingredients Inc.<br>Coface North America Insurance<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | PanaSource Ingredients, Inc.<br>98-A Mayfield Avenue<br>Edison, NJ 08837-3821 |
| Peek Packaging<br>6221 Yarrow Street<br>Carlsbad, CA 92011-1550 | Pharma Resources Inc.<br>C/O Dixit Law Firm, PA<br>3030 N. Rocky Pt. DR. W. #260<br>Tampa, FL 33607-5902 | Pharmachem Labs<br>2929 East White Star Ave<br>Anaheim, CA 92806-2628 |
| Platinum Bear<br>1890 Pinto Circle<br>Gardnerville, NV 89410-6819 | PlusPharma, Inc<br>2611 Commerce Way, Suite A<br>Vista, CA 92081-8455 | Prescott/Patnode<br>3011 Deeb Court<br>Vista, CA 92084-6565 |
| Pretium Packaging LLC<br>15450 South Outer Forty Ste 120<br>Chesterfield, MO 63017-2062 | Primeval Nutrition<br>70 Batesville Blvd. Ste. A<br>Batesville, AR 72501-8972 | Prinova<br>36780 Eagle Way<br>Chicago, IL 60678-1367 |
| Pro-Scape, Inc.<br>510 Venture Street<br>Escondido, CA 92029-1212 | Pro-Scape, Inc.<br>C/O Michael L. Helms<br>1441 York Dr.<br>Vista, CA 92084-7609 | Providence Capital Funding<br>3020 Saturn Street<br>Suite 203<br>Brea, CA 92821-6262 |

| | | |
|---|---|---|
| Pure Valley Nutrition<br>403 Arrow Hwy, Ste 306<br>San Dimas, CA 91773-3367 | Pyure Brands, LLC<br>2277 Trade Center Way, Ste 101<br>Naples, FL 34109-2010 | Pyure Brands, LLC<br>c/o Harris J. Koroglu, Esq.<br>Shutts & Bowen LLP<br>200 S. Biscayne Blvd., Suite 4100<br>Miami, FL 33131-2362 |
| RJ Van Drunen & Sons, Inc<br>300 W 6th Street<br>Momence, IL 60954-1136 | RS HUGHES CO INC<br>2575 PIONEER AVE STE 102<br>Vista, CA 92081-8450 | RSP<br>3381 NW 168th Street<br>Opa Locka, FL 33056-4229 |
| Rancho California Center, LP<br>1656 Bahia Vista Way<br>La Jolla, CA 92037-7852 | ReadyRefresh by Nestle<br>PO Box 856158<br>Louisville, KY 40285-6158 | ReadyRefresh by Nestle<br>c/o Amy Curtis<br>375 Paramount Dr<br>Raynham, MA 02767-5154 |
| Richard W. Bass<br>3633 Indiana St. #9<br>San Diego, CA 92103-4664 | Robert Bailly<br>20 La Flauta<br>Rancho Santa Margarita, CA 92688-3224 | Robert Bailly<br>4645 North Ave<br>Oceanside, CA 92056-3593 |
| Robert Bailly<br>73 Northern Pine Loop<br>Aliso Viejo, CA 92656-6034 | Royalty Nutrition<br>100 West 5th Street #4F<br>Long Beach, CA 90802-2363 | Sabinsa<br>20 Lake Drive<br>East Windsor, NJ 08520-5321 |
| Saminchem Inc.<br>3225 Grapevine St<br>Mira Loma, CA 91752-3502 | San Diego County Treasurer Tax Collector<br>Attn: Bankruptcy Desk<br>1600 Pacific Highway Room 162<br>San Diego, CA 92101-2477 | SeaTech Bioproducts Corp.<br>159 Memorial Dr. Unit C<br>Shrewsbury, MA 01545-6202 |
| Sedona Staffing<br>600 35th Avenue<br>Moline, IL 61265-6145 | Select Staffing<br>PO Box 512007<br>Los Angeles, CA 90051-0007 | Sensaware By FedEx<br>FedEx Corporate Services, Inc<br>3640 Hacks Cross Rd. Bldg. D<br>Memphis, TN 38125-8800 |
| Sensient<br>777 East Wisconsin Ave<br>Milwaukee, WI 53202-5304 | Seppic Inc.<br>P. O. Box 101654<br>Pasadena, CA 91189-1654 | Seppic, Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| Seven Labs<br>1420 Decision, STE C<br>Vista, CA 92081-8576 | Shanghai Freeman<br>377 Hoes Lane, Suite 240<br>Piscataway, NJ 08854-4138 | Shanghai Freemen Lifescience Co., LTD<br>Brown & Joseph ltd.<br>c/o Don Leviton<br>P.O. Box 59838<br>Schaumburg, IL 60159-0838 |
| Southeastern Freight Lines Inc.<br>PO Box 1691<br>Columbia, SC 29202-1691 | Stauber Ingredients<br>4120 N. Palm Street<br>Fullerton, CA 92835-1026 | Stauber Ingredients<br>4645 North Ave.<br>Oceanside, CA 92056-3593 |

| | | |
|---|---|---|
| Steven J. Cote Esq<br>Chang & Cote LLP<br>19138 Walnut Drive, Suite 100<br>Rowland Heights, CA 91748-1432 | Stryka Botanicals<br>279 Homestead Road<br>Hillsborough, NJ 08844-1907 | Superior Labs<br>9921 Carmel Mountain Rd. #297<br>San Diego, CA 92129-2813 |
| The Western Group<br>3950 NW St. Helens Rd<br>Portland, OR 97210-1423 | ThermoFisher Scientific<br>81 Wyman Street<br>Waltham, MA 02451-1223 | Tic Gums<br>4609 Richlynn Drive<br>Belcamp, MD 21017-1228 |
| Tristar Machinery<br>1287 Naperville Drive<br>Romeoville, IL 60446-1187 | UPS<br>P. O. Box 1012<br>Horsham, PA 19044-8012 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085-8311 |
| Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | (c)UNGERER & COMPANY<br>4 UNGERER WAY<br>LINCOLN PARK NJ 07035-1449 | UniChem Enterprises, Inc.<br>1905 S. Lynx Pl<br>Ontario, CA 91761-8055 |
| UniFirst<br>4041 Market Street<br>San Diego, CA 92102-4593 | Unifirst Corporation<br>Attn: Accounts Receivable<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Fire Group<br>118 Second Ave SE<br>Cedar Rapids, IA 52401-1253 |
| United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 | Univar USA, Inc.<br>PO BOX 34325<br>Seattle, WA 98124-1325 | Van Drunen Farms<br>Attn: Stephanie J. Harris<br>33 N. Dearborn Street, Suite 340<br>Chicago, IL 60602-3965 |
| Vanadium Interactive<br>9277 Research Drive<br>Irvine, CA 92618-4286 | Vitajoy USA Inc.<br>14165 Ramona Avenue Chino, CA<br>Chino, CA 91710-5753 | Vitalah<br>41 Hangar Way<br>Watsonville, CA 95076-2458 |
| Volt Management Corp<br>P.O. Box 679307<br>Dallas, TX 75267-9307 | Volt Management Corp.<br>c/o Terry Jordan<br>2421 N. Glassell St.<br>Orange, CA 92865-2705 | Volt Workforce Solutions<br>Attn: Director of Contracts<br>2401 North Glassell St.<br>Orange, CA 92865-2705 |
| Waseta Int. Trading Co. Ltd.<br>Room 2001-2002-<br>Golden Eagle Edifice B # 1518<br>Min Sheng Rd. Shanghai China | Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd., SW<br>Cedar Rapids, IA 52404-8247 | Wesco Security Systems, Inc.<br>PO Box 1108<br>Placentia, CA 92871-1108 |
| West Coast Environmental<br>2323 Chico Ave, STE 3<br>South El Monte, CA 91733-1634 | Westco Chemicals, Inc<br>12551 Saticoy Street South<br>North Hollywood, CA 91605-4312 | Wixon<br>PO Box 88533<br>Milwaukee, WI 53288-0533 |

| | | |
|---|---|---|
| Wixon, Inc<br>1390 E Bolivar Ave<br>St. Francis, WI 53235-4521 | Alan Myers<br>4121 Paseo Montanas<br>San Diego, CA 92130-2108 | Ernie Zachary Park<br>for DS Del Mar Heights, LLC<br>13215 E. Penn Street, Ste 510<br>Whittier, CA 90602-1797 |
| Melissa Bustarde<br>462 STEVENS AVE, SUITE 303<br>SOLANA BEACH, CA 92075-2066 | Mette Kurth<br>Fox Rothschild LLP<br>1800 Century Park East<br>Suite 300<br>Los Angeles, CA 90067-1506 | Richard M Kipperman<br>PO Box 3010<br>La Mesa, CA 91944-3010 |
| Ronald F Woods<br>Ronald F. Woods & Associates<br>225 Broadway<br>Suite 1900<br>San Diego, CA 92101-5047 | Stephen C. Hinze<br>Stephen C. Hinze, Attorney at Law, A PC<br>100 E. San Marcos Blvd.<br>Suite 400<br>San Marcos, CA 92069-2988 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Creditors Adjustment Bureau, Inc.,<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 | (d)Creditors Adjustment Bureau, Inc.<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 | De Lage Landen Financial<br>Attn: D DiFilippo<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Glanbia Nutritionals<br>c/o Glanbia Business Services,<br>Dept 3331<br>Carol Stream, IL 60132-3331 | Natural Alternatives Int. Inc.<br>1535 Faraday Avenue<br>Carlsbad, CA 92008 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Ungerer & Company
4 Bridgewater Lane
Lincoln Park, NJ 07035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS West, Inc. | (u)Compound Solutions, Inc. | (u)Floorit Financial Inc |

| | | |
|---|---|---|
| (u)PanaSource Ingredients Inc. | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (d)Ascentium Capital, LLC<br>c/o Wright Law Group, PLLC<br>4470 W. Sunset Blvd., Suite 90003<br>Los Angeles, CA 90027-6302 | (u)Bestcom (Wuxi) Biotech Co. Ltd<br>Room 502, No. 5<br>Zhihui Rd., Huishen Dist.<br>Wuki City, Jiangsu Prov. | (u)Bradley J Knudson |
| (d)Direct Food Ingredients, Inc.<br>1235 Activity Drive Suite B<br>Vista, CA 92081-8562 | (d)Dongyu USI<br>Coface North America Insurance<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | (u)Financial Pacific Leasing |
| (u)Konica Minolta Premier Finance | (d)Micro Quality Labs, Inc.<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436-4493 | (u)Shri Kartikeya Pharma<br>D. No. 5-9-225, 3rd floor<br>Sanali Estate, Chirag Ali Lane<br>Andhrapradesh |
| (u)Unipharm | (d)Joseph O'Dea<br>3688 Camino de las Lomas<br>Vista, CA 92084-6639 | (u)Michael D. Schulman<br>18757 Burbank Blvd.<br>Suite 310<br>Tarzana |

End of Label Matrix
Mailable recipients    307
Bypassed recipients     18
Total                  325

| | | |
|---|---|---|
| Franchise Tax Board<br>State of California<br>Headquarters Compliance<br>Sacramento, CA 92867 | Franchise Tax Board,<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Office of the US Attorney<br>Southern Dist. of Cal.<br>880 Front St., Rm. 6293<br>San Diego, CA 92101 |
| Internal Revenue<br>P. O. Box 12586<br>Fresno, CA 93778 | City of San Diego<br>Treasurer Collections<br>525 "B" Street MS-854<br>San Diego, CA 92101 | U. S. Department of Justice<br>P. O. Box 9683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Employment Dev. Dept.<br>State of California<br>800 Capitol Mall<br>Sacramento, CA 95814 | Dept. of Industrial Rel.<br>Div. of Labor Law Enforc.<br>1550 W. Main Street<br>El Centro, CA 92243-5002 | Div. of Labor Standards<br>Enforcement - California<br>8765 Aero Drive<br>San Diego, CA 92123 |
| Div. of Labor Standards Enf.<br>7575 Metropolitan Drive<br>Suite 210<br>San Diego, CA 92108 | Dunn & Bradstreet<br>333 City Blvd. West<br>Suite 1400<br>Orange, CA 92868-2924 | Dunn & Bradstreet<br>Maryanne Bachert-Public Rec.<br>899 Eaton Avenue<br>Bethlehem, PA 18025 |
| I.R.S. - Insolvency Group 1<br>Mailstop 5501<br>24000 Avila Road<br>Laguna Niguel, CA 92677 | IRS-Insolvency Division<br>P.O. Box 21126<br>Philadelphia, PA 19114 | I.R.S. - Insolvency<br>333 W. Broadway<br>San Diego, CA 92101 |
| State Board of Equal. - CA<br>Customer & Tax Payer Sec.<br>P. O. Box 942879<br>Sacramento, CA 94279-0001 | S. D. Treasurer- Tax Coll.<br>1600 Pacific Highway<br>Room 162<br>San Diego, CA 92101 | Employment Dev. Dept.<br>P.O. Box 2550<br>1350 Front St., Rm 1062<br>San Diego, CA 92112 |
| City Treasurer<br>P.O. Box 129039<br>San Diego, CA 92112-9030 | Employment Dev Dept - CA<br>Bankruptcy Unix - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 | I.R.S.-ATTN: Kirk C. Johnson<br>Special Procedures Branch<br>P.O. Box 30213 - IU-3<br>Laguna Niguel, CA 93607-0213 |