CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

GARY E. SLATER (State Bar No. 99141)
TIMOTHY J. TRUXAW (State Bar No. 106428)
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, California  92128
Telephone: (858) 675-0755/Fax: (858) 675-0733

Order Entered on
March 18, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  CORE SUPPLEMENT TECHNOLOGY, INC.,

Debtor.

BANKRUPTCY NO. 17-06078-MM7

Date of Hearing: May 6, 2020
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. Margaret M. Mann

**ORDER ON**
**STIPULATION TO RESET DEADLINES FOR OPPOSITION & REPLY BRIEFS REGARDING MOTION BY CH 7 TRUSTEE TO DISGORGE COMPENSATION PAID TO CH 11 CHIEF RESTRUCTURING OFFICER RICHARD FEFFERMAN**

The court orders as set forth on the continuation pages attached and numbered One through Two with exhibits, if any, for a total of 4 pages.  Motion/Application Docket Entry No. 375.

//
//
//
//
//
//
//
//

DATED:  March 17, 2020

_Margaret M Mann_
Judge, United States Bankruptcy Court

CSD 1001A [07/01/18] Page **2** of **2**

ORDER ON STIPULATION TO RESET DEADLINES FOR OPPOSITION AND REPLY BRIEFS REGARDING MOTION BY CH 7 TRUSTEE TO DISGORGE COMPENSATION PAID TO CH 11 CHIEF RESTRUCTURING OFFICER RICHARD FEFFERMAN
DEBTOR: CORE SUPPLEMENT TECHNOLOGY, INC.                    CASE NO: 17-06078-MM7

---

The Court having read and considered the STIPULATION TO RESET DEADLINES FOR OPPOSITION AND REPLY BRIEFS REGARDING MOTION ("the Motion") BY CHAPTER 7 TRUSTEE TO DISGORGE COMPENSATION PAID TO CHAPTER 11 CHIEF RESTRUCTURING OFFICER RICHARD FEFFERMAN ("the "Stipulation"), a copy of which is attached hereto as Exhibit "A," entered into between Chief Restructuring Officer Richard Feferman and Richard M Kipperman, Chapter 7 Trustee, (the "Trustee"), hereinafter "the Parties," by and through their respective counsel of record; and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Regarding the current May 6, 2020 hearing date on the Motion:

    A. The deadline to file an Opposition to the Motion has been continued from March 17, 2020 to April 6, 2020;

    B. The deadline for any Reply to the Opposition is April 13, 2020.

2. The Parties' April 29, 2020 deadline to file and serve their Status Reports, if applicable, remains.

    IT IS SO ORDERED.

CSD 1001A

Signed by Judge Margaret M. Mann March 17, 2020

1  GARY E. SLATER (State Bar No. 99141)
   TIMOTHY J. TRUXAW (State Bar No. 106428)
2  **SLATER & TRUXLAW, LLP**
   15373 Innovation Drive, Suite 210
3  San Diego, California 92128
   Telephone: (858) 675-0755/Fax: (858) 675-0733
4
5  Attorneys for Trustee, Richard M. Kipperman, Chapter 7 Trustee
6
7             UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF CALIFORNIA
8
9  In Re:                                CASE NO: 17-06078-MM7
10 CORE SUPPLEMENT                       STIPULATION TO RESET DEADLINES
   TECHNOLOGY, INC.,                     FOR OPPOSITION AND REPLY BRIEFS
11                                       REGARDING MOTION BY CHAPTER 7
       Debtor.                           TRUSTEE, RICHARD M. KIPPERMAN,
12                                       TO DISGORGE COMPENSATION PAID
                                         TO CHAPTER 11 CHIEF
13                                       RESTRUCTURING OFFICER, RICHARD
                                         FEFERMAN
14
15                                       **Honorable Margaret M. Mann**
16
                                         Date:  May 6, 2020
17                                       Time:  10:00 a.m.
                                         Dept.: 1, Room 218
18
19
20
21
22     Chapter 7 Trustee RICHARD M KIPPERMAN (the "Trustee"), and Jason Dennis ("Mr.
23 Dennis") on behalf of Chapter 11 Chief Restructuring Officer ("CRO") Richard Feferman ("Mr.
24 Feferman"), hereinafter called the "Parties" (or, as to each of them, a "Party") each by his/her
25 undersigned counsel of record or representative herein, hereby stipulate and agree as follows:
26     1.    On March 12, 2020, Mr. Slater filed the Stipulation to Continue Hearing on Motion to
27 Disgorge (*ECF No. 373*) (the "March 12 Stipulation").
28     2.    On March 13, 2020, the Court issued its Order regarding the March 12 Stipulation

wherein it reset the hearing on the Motion to Disgorge to May 6, 2020 (*ECF No. 374*). The Court's Order provides that "[t]he deadlines to oppose the Motion and file a reply, if any, shall be governed by Local Bankruptcy Rule 9013-6."

3. It is the Parties agreement and intent to continue *both* the deadlines to oppose the Motion *and* the hearing, the Parties file the instant Stipulation to provide that the Parties have agreed to extend the deadline for an Opposition to the Motion from March 17, 2020 to April 6, 2020. The deadline for any reply to the Opposition would be April 13, 2020.

4. This Stipulation may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which together shall be construed as one and the same instrument. Facsimile copies of original signatures may be deemed to be the equivalent of an original signature on any counterpart copy of this Stipulation.

WHEREFORE, the Parties have each executed and agreed to the terms and conditions of this Stipulation; and each respectfully requests that the Court approve this Stipulation, adopt its terms and request the entry of an Order hereon.

IT IS SO STIPULATED.

DATED: March 16, 2020                    SLATER & TRUXLAW, LLP

                                          By:  */s/ Gary E. Slater*
                                               GARY E. SLATER
                                               Attorney for Richard M. Kipperman, Chapter 7 Trustee

DATED: March 16, 2020                    LYNN PINKER COX & HURST, LLP

                                          By:  */s/ Edward Jason Dennis*
                                               EDWARD JASON DENNIS
                                               Attorney for Richard Feferman, Chief Restructuring Officer