# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 3/20/2020 |
| Case: 17–06078–MM7 | Form ID: pdf905 | Total: 318 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PanaSource Ingredients Inc.
14343530    Bradley J Knudson
14343562    Financial Pacific Leasing
14343595    Konica Minolta Premier Finance
14343664    Unipharm
                                                                                            TOTAL: 5

**Recipients of Notice of Electronic Filing:**
tr          Richard M Kipperman       Rmk@corpmgt.com
aty         Carol Chow        carol.chow@ffslaw.com
aty         Craig G Margulies         craig@marguliesfaithlaw.com
aty         Gary E. Slater        ges@slatertruxaw.com
aty         Harris J. Koroglu         hkoroglu@shutts.com
aty         J. Alexandra Rhim         arhim@hemar–rousso.com
aty         Melody G. Anderson        mga@replevin.com
aty         Mette Kurth       mkurth@foxrothschild.com
aty         Stephen C. Hinze      sch@schinzelaw.com
aty         Timothy J. Truxaw         tjt@slatertruxaw.com
aty         Wayne R. Terry        wterry@hemar–rousso.com
                                                                                            TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Core Supplement Technology, Inc.         4645 North Ave         Oceanside, CA 92056
cr          Bank of America, N.A.         c/o Hemar, Rousso & Heald, LLP         15910 Ventura Blvd., 12th Floor         Encino, CA 91436
cr          Michael D. Schulman       18757 Burbank Blvd.        Suite 310        Tarzana
cr          Berlin Packaging L.L.C.        525 West Monroe Street         Chicago, IL 60661
cr          Creditors Adjustment Bureau, Inc.,        14226 Ventura Blvd.        Sherman Oaks, CA 91423
cr          Pyure Brands, LLC         c/o Harris J. Koroglu         Shutts & Bowen LLP         200 S Biscayne Blvd         Suite 4100         Miami, FL 33131
cr          Direct Food Ingredients, Inc.        1235 Activity Drive Suite B         Vista, CA 92081
cr          Dongyu USI        Coface North America Insurance         650 College Road East, Suite 2005         Princeton, NJ 08540
cr          Ascentium Capital LLC         c/o Wright Law Group, PLLC         4470 W. Sunset Blvd., Suite 90003         Los Angeles, CA 90027
cr          Micro Quality Labs, Inc.         c/o Margulies Faith, LLP         16030 Ventura Blvd., Suite 470         Encino, CA 91436
14343504    3M        PO Box 844127         Dallas, TX 75284–4127
14373504    A&A Pharmachem        4–77 Auriga Drive         Ottawo, Onterio Canada K2E727
14343507    AIDP, Inc.        19535 East Walnut Drive South         Rowland Heights, CA 91748
14373507    AM Trust North America        P. O. Box 6939        Cleveland, OH 44101–1939
14343520    APP Global, Inc       1940 S Lynx Place        Ontario, CA 91761
14343505    Acasi Machinery Inc.        7085 NW 46th Street        Miami, FL 33166
14373505    Accutek       2685 S. Melrose DR.        Vista, CA 92081
14343506    Advanced Air & Vacuum         1685 N. Marshall Ave        El Cajon, CA 92020
14350615    Airlite Plastics Co.        Attn: Shona Flack         6110 Abbott Drive        Omaha, NE 68110
14343508    Airlite Plastics, Co.        PO Box 8400        Omaha, NE 68108–0400
14343509    Albion Minerals       101 N. Main        Clearfield, UT 84015
14343510    Alkemist Laboratories        1260 Logan Avenue #B2        Costa Mesa, CA 92626
14455649    Alkemist Labs        12661 Hoover Street         Garden Grove, CA 92841
14373506    Allen Flavors, Inc.        23 Progress Street         Edison, NJ 08820
14396047    Allen Flavors, Inc.        Ira Steinberg, CFO         23 Progress Street         Edison, NJ 08820
14343511    Ally        P. O. Box 9001948        Louisville, KY 40290–1948
14349069    Ally Financial       PO Box 130424         Roseville MN 55113–0004
14343512    Almax Corporation         7 Schindler Dr        Rockaway, NJ 07866
14343513    AlphaNutra Solution Limited         Brown & Joseph, Ltd.        c/o Don Leviton        Po Box 59838        Schaumburg, IL 60159
14343514    Alvar Enrique Morales         4017 Independence Ave         South Gate, CA 90280
14343515    Alz Chemical         680 Village Trace         Marietta, GA 30067
14343516    Ameri–Seal        21330 Superior Street         Chatsworth, CA 91311
14373508    American Labratories        4410 S. 102nd St.        Omaha, NE 68127
14343517    American Lecithin Company, Inc        115 Hurley Road        Unit 2B        Oxford, CT 06478–1037
14343518    American Nutrition        718 Broadway        Everett, MA 02149
14343519    Analytical Laboratories in Ana        2951 Saturn Street         Brea, CA 92821
14413947    Andrew B. Levin        Winthrop Couchot Golubow Hollander, LLP        660 Newport Center Drive, uite 400        Newport Beach, CA 92660
14373509    Applied Food Science        8708 S. Concress, Bldg. 290        Austin, TX 78745

| | | | | |
|---|---|---|---|---|
| 14395819 | Applied Food Sciences, Inc. | c/o Duane J. Brescia | Strasburger & Price, LLP | 720 Brazos, Suite 700   Austin, TX 78701 |
| 14343521 | Aramark | Aus West Lockbox | PO Box 101179 | Pasadena, CA 91189–1179 |
| 14653659 | Ascentium Capital, LLC | c/o Wright Law Group, PLLC | 4470 W. Sunset Blvd., Suite 90003 | Los Angeles, CA 90027 |
| 14343522 | BAG Corp | P O Box 671212 | Dallas, TX 75267–1212 | |
| 14343528 | BCS | 13550 Danielson St. | Poway, CA 92064 | |
| 14373510 | BDS Naturals | 2779 El Presidio St. | Carson, CA 90810 | |
| 14343523 | Banc of America Leasing | 2059 Northlake Parkway | 3rd Floor North | Tucker, GA 30084 |
| 14350299 | Banc of America Leasing & Capital, LLC | c/o Wayne R. Terry | Hemar, Rousso & Heald, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14343524 | Bank of America | One Independence Center | NC1–001–05–13, 101 N. Tryon St | Charlotte, NC 28255–0010 |
| 14352733 | Bank of America | c/o J. ALEXANDRA RHIM | Hemar, Rousso & Heald, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14343525 | Bank of America Credit Card | P. O. box 15731 | Wilmington, DE 19886–5731 | |
| 14343526 | Bank of America NA | 2059 Northlake Pkwy | Tucker, GA 30084 | |
| 14352732 | Bank of America, N.A. | HEMAR, ROUSSO & HEALD, LLP | c/o J. Alexandra Rhim, Esq. | 15910 Ventura Blvd., 12th Floor   Encino, California 91436   (818) 501–3800 |
| 14343965 | Bank of America, N.A. | c/o Wayne R. Terry | HEMAR, ROUSSO & HEALD, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14407807 | Batory Foods | 1700 E. Higgins Rd. Suite 300 | Des Plaines, IL 60018 | |
| 14343527 | Batory Foods | PO Box 80047 | City of Industry, CA 91716–8047 | |
| 14358180 | Berlin Packaging L.L.C. | c/o Brian J. Jackiw, Esq. | Goldstein & McClintock LLLP | 111 W. Washington, Suite 1221   Chicago, IL 60602 |
| 14358179 | Berlin Packaging L.L.C. | c/o Nathan A. Schultz, Esq. | Law Office of Nathan A. Schultz, P.C. | 10621 Craig Road   Traverse City, MI 49686 |
| 14343529 | Berlin Packaging LLC | PO Box 95584 | Chicago, IL 60694–5584 | |
| 14373511 | Bestcom (Wuxi) Biotech Co. Ltd | Room 502, No. 5 | Zhihui Rd., Huishen Dist. | Wuki City, Jiangsu Prov. |
| 14373512 | Bosch Packaging Services, Inc. | P. O. Box 95193 | Chicago, IL 60694–5193 | |
| 14343531 | Busch Machinery, Inc. | 727 E 20th Street | Tucson, AZ 85719 | |
| 14395603 | Business Copier Solutions | 13750 Danielson Street | Poway, CA 92064 | |
| 14352049 | CIT Bank NA | PO Box 593007 | San Antonio, TX 78259 | |
| 14343542 | CT Corporation System | 330 N. Brand Blvd. STE 700 | Glendale, CA 91203 | |
| 14343543 | CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 | |
| 14343532 | Canyon Plastics, Inc. | 28455 Livingston Ave | Valencia, CA 91355 | |
| 14373513 | Capital Premium Finance | 12235 S. 800 E | Draper, UT 84020 | |
| 14343533 | CapsCanada | 456 Silver Creek Industrial Dr. | Tecumeseh, ON N8N 4Y3 Canada | |
| 14648030 | Carol Chow, Esq. | Jeffrey S. Goodfried, Esq. | Freeman, Freeman & Smiley, LLP | 1888 Century Park East, Suite 1500   Los Angeles, CA 90067 |
| 14373514 | Century Lable | 12836 South Dixie Highway | Bowling Green, OH 43402 | |
| 14421141 | Chad Robinson | 679 Merit Dr. | San Marcos, CA 92078 | |
| 14343534 | Chempoint | 411 108th Ave NE | Bellevue, WA 98004 | |
| 14383378 | Christopher V. Hawkins, Esq. | Sullivan Hill Lewin Rez& Engel APLC | 550 West C Street, Suite 1500 | San Diego, CA 92101 |
| 14343535 | ChromaDex Inc. | 10005 Muirlands Blvd. | Suite G 1st Floor | Irvine, CA 92618 |
| 14439251 | City of Oceanside, | Office of the City Attorney | 300 North Coast Highway | Oceanside, CA 92054 |
| 14343536 | Clark Pest Control | PO Box 1480 | Lodi, CA 95241–1480 | |
| 14343537 | Clutch | 527 Molino Unit # 203 | Los Angeles, CA 90013 | |
| 14343538 | Color Maker | 1300 N Hancock Street | Anaheim, CA 92807 | |
| 14672535 | Compound Solutions, Inc. | Attn: Laura Novak, Controller | 1930 Palomar Point Way, Suite 105 | Carlsbad, CA 92008 |
| 14343539 | Corporation Service Company | 801 Adlai Stevenson Drive | Springfield, IL 62703 | |
| 14343540 | Covance Laboratories, Inc. | 2102 Wright St. | Madison, WI 53704 | |
| 14343541 | Creative Compounds | 600 Daugherty Rd. | PO Box 4011 | Scott City, MO 63780 |
| 14363148 | Creditors Adjustment Bureau, Inc. | 14226 Ventura Blvd. | Sherman Oaks, CA 91423 | |
| 14343544 | Custom Blow Molding | 946 S. Andreasen DR. | Escondido, CA 92029 | |
| 14350363 | DAVID A. ORTIZ | OFFICE OF THE UNITED STATES TRUSTEE | 880 FRONT STREET, SUITE 3230 | SAN DIEGO, CA 92101 |
| 14422657 | DMitry Karetny | 365 Pamelo Dr. #E1 | Vista, CA 92081 | |
| 14343545 | Daylight Transport | CVC Technologies, Inc. | 10861 Business Drive | Fontana, CA 92337 |
| 14439249 | De Lage Landen Financial | Attn: D DiFilippo | 1111 Old Eagle School Road | Wayne, PA 19087 |
| 14343546 | Diana Naturals Inc. | PO Box 157 | Silverton, OR 97381 | |
| 14343547 | Direct Food Ingredients, Inc. | 1235 Activity Drive Suite B | Vista, CA 92081 | |
| 14343548 | Dongyu USI | 2590 Main St. | Irvine, CA 92614 | |
| 14353079 | Dongyu USI | Coface North America Insurance | 650 College Road East, Suite 2005 | Princeton, NJ 08540 |
| 14343549 | Dynamic Distribution | 546 Jesmond Road | Fig Tree Pocket | QLD 4069   Australia, ME 04014 |
| 14343554 | ETHORN | 16050 Canary Avenue | La Mirada, CA 90638 | |
| 14343550 | Eirich Machines | 4033 Ryan Rd | Gurnee, IL 60031 | |
| 14373515 | Electronic Recycling Center | 2618 Temple Heights Dr. | Oceanside, CA 92056 | |
| 14445601 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 | |
| 14343551 | Enzo | 2605 Pinon Ct. | Grapevine, TX 76051 | |
| 14343552 | Eriez Manufacturing Company | 2200 Asbury Road | Erie, PA 16506 | |

| | | | | |
|---|---|---|---|---|
| 14343553 | Ernest Packaging Solutions | 1345 Sycamore Avenue | Vista, CA 92081 | |
| 14353276 | Euler Hermes N.A. | 800 Red Brook Blvd. | Owings Mills, MD 21117 | |
| 14373516 | Evolution Salt Co. | 3310 W. Barker Lane 300–234 | Austin, TX 78758 | |
| 14343555 | FamVans, Inc | 10870 Kalama River Ave | Fountain Valley, CA 92708 | |
| 14373517 | Fastenal Company | 1334 N. Melrose Dr. STE A&B | Vista, CA 92083 | |
| 14343556 | FedEx | PO Box 7221 | Pasadena, CA 91109–7321 | |
| 14343557 | FedEx Corporate Services | Regions Lockbox Services | C/O FedEx SenseAware | Birmingham, AL 35287–1926 |
| 14359995 | FedEx Corporate Services, Inc. | 3965 Airways Blvd. | Module G, 3rd Floor | Memphis, TN 38116–5017 |
| 14343558 | FedEx Freight | Dept LA PO Box 21415 | Pasadena, CA 91185–1415 | |
| 14343559 | Feed Me More | 2555 W. Centennial Pkwy | North Las Vegas, NV 89084 | |
| 14395563 | Feed Me More | P.O. Box 752740 | Las Vegas, NV 89136 | |
| 14395553 | Fifth Nutrisupply, Inc | C/O Hui Heidi Liu | Arbor CPA, APC | 17870 Castleton St. STE 230   City of Industry, CA 91748 |
| 14343560 | Fifth Nutrisupply, Inc. | 5595 Daniels St. Unit B | Chino, CA 91710 | |
| 14343561 | Financial Pacific Leasing | C/O CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 |
| 14395557 | Financial Pacific Leasing | C/O CT Lien Solutions | 818 W. Seventh St. STE 930 | Los Angeles, CA 90017 |
| 14363208 | Financial Pacific Leasing, Inc., a Washington Corp | C/O Spiwak & Iezza, LLP | 555 Marin Street, Suite 140   Thousand Oaks, CA 91360 | |
| 14343563 | Five Percent Nutrition | 8285 Bryan Dairy Road | Suite 190 | Largo, FL 33777 |
| 14395559 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 |
| 14402291 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 |
| 14343564 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | San Diego, CA 92101 | |
| 14343565 | Fuller Enterprise USA, Inc. | 1735 E. Grevillea Ct. | Ontario, CA 91761 | |
| 14343569 | GNT USA | 660 White Plains Road | Tarrytown, NY 10591 | |
| 14376514 | Gary B. Rudolph, Esq. | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | 550 West C Street, Suite 1500   San Diego, CA 92101 | |
| 14343566 | General Ingredients Solutions, | 1220 E. Elm Street | Ontario, CA 91761 | |
| 14373518 | Genysis Nutrition Labs/VMI | 391 S. Orange Street | Salt Lake City, UT 84104 | |
| 14486845 | George Nutting Co Inc | 1907 Dotman Road | Bainbridge GA 39817 | |
| 14365100 | Glanbia Business Services, Inc. | 975 Meridian Lake Drive | Aurora, IL 60504 | |
| 14343567 | Glanbia Nutritionals | c/o Glanbia Business Services, | Dept 3331 | Carol Stream, IL 60132–3331 |
| 14343568 | Global Formulas | 27111 Aliso Creek Road | Ste. 175 | Aliso Viejo, CA 92656 |
| 14343570 | Golden Globe Group, LLC | 13567 OLD EL CAMINO REAL | San Diego, CA 92130 | |
| 14358105 | Goldstein & McClintock LLLP | Attn: Brian J. Jackiw | 111 W. Washington   Suite 1221   Chicago, IL 60602 | |
| 14379976 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | |
| 14395556 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | |
| 14343571 | Granite Nutrition | P.O. Box 1090 | Placentia, CA 92871 | |
| 14373519 | Great American Packaging | 431 S. Soto St., STE B | Los Angeles, CA 90058 | |
| 14379975 | Great American Packaging | 4361 S. Soto Street | Vernon, CA 90058 | |
| 14395564 | Great American Packaging | C/O Greg Gurewitz | 4361 S. Soto St., STE B | Vernon, CA 90058 |
| 14395558 | Green Wave Ingredients | C/O Michael Magnuson | 13215 Penn Street | Whittier, CA 90602 |
| 14343572 | Green Wave Ingredients | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 |
| 14380050 | Green Wave Ingredients, Inc. | c/o Michael S. Magnuson | 13215 Penn Street, Suite 205 | Whittier, CA 90602 |
| 14343576 | HP Ingredients Corp. | 707 24th Ave. W. | Bradenton, FL 34205 | |
| 14386296 | HP Ingredients c/o ESP Receivables | 399 Asbury Drive | Mandeville, LA 70471 | |
| 14343577 | HS Biopharmaceuticals, Inc. | 2792 Loker Ave. West Ste 105 | Carlsbad, CA 92010 | |
| 14343573 | Harbor Packaging | PO Box 844969 | Los Angeles, CA 90084–4969 | |
| 14343574 | Hawthorne Lift Systems | 1600 E. Missiion Road | San Marcos, CA 92069 | |
| 14379889 | Hilmar Cheese Company, Inc. | PO Box 910 | Hilmar, CA 95324 | |
| 14373520 | Hilmar Ingredients, Inc. | 8901 N. Lander Ave. | Hilmar, CA 95324 | |
| 14343575 | Honey Badger | 3005 S. Lamar Blvd | Ste D109 #145 | Austin, TX 78704 |
| 14373521 | IB Fitness | C/O Jerome Moe, Esq | 501 W. Broadway, STE 1205 | San Diego, CA 92101 |
| 14343578 | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 | |
| 14373522 | Image Fillers | 735 Foxchase, STE 111 | Coatesville, PA 19380 | |
| 14343579 | Image Fillers, Inc | 735 Fox Chaxe, STE 111 | Coatesvill, PA 19320 | |
| 14343580 | Infinite Packaging Group | 712 Valley Ridge Circle | Lewisville, TX 75057 | |
| 14373523 | Innovative Muscle | 633 13thStreet, Unit 41 | San Diego, CA 92154 | |
| 14395565 | Innovative Muscle, LLC | C/O Stephen Kerson | 10861 Queensland St. | Los Angeles, CA 90034 |
| 14343581 | Inspired Nutraceuticals | 6242 Warner Ave 9F | Huntington Beach, CA 92647 | |
| 14395561 | Inspired Nutraceuticals | 795 E. Factory Dr. STE C | Saint George, UT 84790 | |
| 14343582 | Integrated Time Systems, LLC | 740 N Plankinton Rd. STE 730 | Milwaukee, WI 53203 | |
| 14343583 | InterHealth, Inc. | 5451 Industrial Way | Benicia, CA 94510 | |
| 14363150 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 14343588 | JJJ Enterprises | PO Box 463021 | Escondido, CA 92046 | |
| 14343584 | Jennison Quality Components | 54 Arch Street Extension | Carnegie, PA 15106 | |
| 14343585 | Jennison Quality Components, I | 54 Arch Street Extension | P.O. Box 861 | Carnegie, PA 15106–0861 |
| 14343586 | Jiaherb Inc. | 1 Chapin Rd. Unit 1 | Pine Brook, NJ 07058 | |
| 14343587 | Jigsaw | 9035 E Pima Center Parkway | Suite 3 | Scottsdale, AZ 85258 |
| 14421148 | Joseph A. Abramo | 4130 Milano Way | Oceanside, CA 92057 | |

```
14343589    Joseph O'Dea         3688 Camino de las Lomas        Vista, CA 92084
14376724    Joseph O'Dea         c/o Gary B. Rudolph, Esq.       SULLIVAN HILL LEWIN REZ & ENGEL, APLC    550
            West C Street, Suite 1500    San Diego, CA 92101
14343591    Joseph Odea          3688 Camino de las Lomas        Vista, CA 92084
14343590    Joseph Odea          4645 North Ave.        Oceanside, CA 92056
14343592    Jost Chemical        8150 Lackland Road     Saint Louis, MO 63114
14373524    KPC Mastercraft International    300 Brynt Lane      Woodbury, TN 37190
14422656    Katherine Haycook       480 Dennis Drive       Vista, CA 92083
14343593    Kelly Services       PO Box 31001–0422       Pasadena, CA 91110–0422
14393588    Kelly Sevices, Inc.     999 West Big Beaver     Troy, MI 48084
14343594    Kevin M. Bell, Esq.     Porzio, Bromberg @ Newman, PC    1200 New Hampshire Ave NW,
            710       Washington, DC 20036
14343596    Kyowa Hakko         600 Third Ave, 19th Floor      New York, NY 10016
14400522    LA Leasing, Inc       600 35th Avenue        Moline, IL 61265
14343598    LC Magnetics         1139 N. Kraemer Place      Anaheim, CA 92806
14343599    LCA Bank Corporation      P. O. Box 1650      Troy, MI 48099–1650
14358104    Law Office of Nathan A. Schultz, P.C.    Attn: Nathan A. Schultz    10621 Craig Road    Traverse City,
            MI 49686
14343597    Layn USA, Inc        20250 Acacia St.       Suite 105      Newport Beach, CA 92660
14343600    Leak Star Advanced Leak Detect     PO Box 2333     Carlsbad, CA 92018
14373525    Logisticx Fox        7461 Garden Grove Blvd. Unit A      Garden Grove, CA 92841
14343612    MJB Freight Systems, Inc      6225 Marindustry Dr.     San Diego, CA 92121
14343613    MTC Industries, Inc.    255 Oser Ave       Hauppauge, NY 11788
14343601    Marburg Industries Inc.     1207 Activity Drive     Vista, CA 92081
14373526    Marina Teel        Jerome Moe, Esq.        501 W. Broadway, STE 1025        San Diego, CA 92101
14373527    Markem–Imaje       P. O. Box 3542       Boston, MA 02241
14343603    Marlin Leasing Corporation    300 Fellowship Road     Mount Laurel, NJ 08054
14343602    Marlin Leasing Corporation    6470 E. Johns Crossing     Duluth, GA 30097
14343604    Max Racks, Inc       3791 Hillside Ave       Norco, CA 92860
14343605    MayPro Industries, LLC.      2975 Westchester Avenue      Purchase, NY 10577
14410936    Mayfield Bustarde, LLP      462 Stevens Ave. Suite 303     Solana Beach, CA 92075
14343606    McMaster–Carr       PO Box 7690        Chicago, IL 60680–7690
14466874    Melody G. Anderson, Esq.     WRIGHT LAW GROUP, PLLC      4470 W. Sunset Blvd. Suite 90003    Los
            Angeles, CA 90027
14373528    Metro Fire and Safety     2733 Via Orange Way, STE 103      Spring Valley, CA 91978
14343607    Metrolift        556 Commerce Street       Franklin Lakes, NJ 07417
14441604    Michael B. Lestino      259 Prospects Plains Road, Building A     Cranbury, NJ 08512
14343608    Michael D. Schulman, Esq.      18757 Burbank Blvd. STE 310      Tarzana, CA 91356–3375
14343609    Micro Quality Labs, Inc.     3120 N Clybourn Ave.      Burbank, CA 91505
14666231    Micro Quality Labs, Inc.     c/o Margulies Faith, LLP      16030 Ventura Blvd., Suite 470    Encino, CA
            91436
14343610    Milne Fruit (MicroDried)     P.O. Box 368        Grandview, WA 98930
14343611    Mitsubishi International Food     2200 Fletcher Ave. 5th Fl.     Fort Lee, NJ 07024
14387511    Mitsubishi International Food Ingredients, Inc.    2200 Fletcher Ave. Ste. 503    Fort Lee, NJ 07024
14343614    Muriello Muscle       1102 Robinwood Drive       Oldsmar, FL 34677
14373529    NSF International      P. O. Box 77000       Detroit, MI 48277–1380
14343615    Natreon, Inc       2–D Janine Place      New Brunswick, NJ 08901
14343616    Natural Alternatives Int. Inc.     1535 Faraday Avenue      Carlsbad, CA 92008
14343617    Nature's Supplements, Inc.     1342 Rocky Point Drive     Oceanside, CA 92056
14343618    Naturex, Inc.       375 Huyler Street       South Hackensack, NJ 07606
14343619    Novel Ingredients, Inc.     72 Deforest Ave.       East Hanover, NJ 07936
14343620    NuLiv Science USA       255 Paseo Tesoro       Walnut, CA 91789
14395554    Nutraleaf Nutrition      1780 Lacosta Meadows Dr. Ste 100      San Marcos, CA 92078
14395555    Nutraleaf Nutrition      1780 Lacosta Meadows Dr. Ste 100      San Marcos, CA 92078
14343621    Nutriom, LLC.       3145 Hogum Bay Rd. NE        Lacey, WA 98516
14373530    Nutriscience       2450 Reservoir Ave.       Trumbull, CT 06611
14343622    Nutrleaf Nutrition      1780 La Costa Meadows Drive      San Marcos, CA 92078
14373532    OSF Flavors, Inc.      P. O. Box 591       Windsor, CT 06095
14373531    OmniActive Health Technologies Inc.     67 East Park ave., Suite 500    Morristown, NJ 07960
14343623    OneSource Distributors, LLC     3951 Oceanic Drive     Oceanside, CA 92056–5832
14343624    Ontario Refrigeration     635 S. Mountain Avenue      Ontario, CA 91762
14343625    Orora Packaging Solutions      PO Box 101150        Pasadena, CA 91189–1150
14415857    Orora Packaging Solutions      dba Manufactured Packaging Products    6600 Valley View Street    Buena
            Park, CA 90620
14343628    PAT Vitamins, Inc.      1751 Curtiss Court      La Verne, CA 91750
14672456    Package All Corp.      Mr. Phil Padgett, CEO      655 Church Street       Bayport, NY 11705
14343626    Package All Corp.      PO Box 4105        Rancho Cucamonga, CA 91729
14346206    PanaSource Ingredients Inc.     Coface North America Insurance     650 College Road East, Suite
            2005       Princeton, NJ 08540
14343627    PanaSource Ingredients, Inc.     98–A Mayfield Avenue      Edison, NJ 08837
14373533    Peek Packaging        6221 Yarrow Street       Carlsbad, CA 92011
14343629    Pharma Resources Inc.     C/O Dixit Law Firm, PA      3030 N. Rocky Pt. DR. W. #260    Tampa, FL
            33607
14343630    Pharmachem Labs       2929 East White Star Ave      Anaheim, CA 92806–2628
14343631    Platinum Bear       1890 Pinto Circle       Gardnerville, NV 89410
14343632    PlusPharma, Inc       2611 Commerce Way, Suite A      Vista, CA 92081
14343633    Prescott/Patnode      3011 Deeb Court       Vista, CA 92084
14402090    Pretium Packaging LLC       15450 South Outer Forty Ste 120      Chesterfield, MO 63017
```

```
14343634    Primeval Nutrition      70 Batesville Blvd. Ste. A      Batesville, AR 72501
14373534    Prinova     36780 Eagle Way     Chicago, IL 60678-1367
14343635    Pro-Scape, Inc.     510 Venture Street     Escondido, CA 92029
14395562    Pro-Scape, Inc.     C/O Michael L. Helms     1441 York Dr.     Vista, CA 92084
14343636    Providence Capital Funding     3020 Saturn Street     Suite 203     Brea, CA 92821
14373535    Pure Valley Nutrition     403 Arrow Hwy, Ste 306     San Dimas, CA 91780
14343637    Pyure Brands, LLC     2277 Trade Center Way, Ste 101     Naples, FL 34109
14360347    Pyure Brands, LLC     c/o Harris J. Koroglu, Esq.     Shutts & Bowen LLP     200 S. Biscayne Blvd., Suite
            4100      Miami, FL 33131
14343640    RJ Van Drunen & Sons, Inc     300 W 6th Street     Momence, IL 60954
14343645    RS HUGHES CO INC     2575 PIONEER AVE STE 102     Vista, CA 92081
14343646    RSP     3381 NW 168th Street     Opa Locka, FL 33056
14343638    Rancho California Center, LP     1656 Bahia Vista Way     La Jolla, CA 92037
14343639    ReadyRefresh by Nestle     PO Box 856158     Louisville, KY 40285-6158
14451099    ReadyRefresh by Nestle     c/o Amy Curtis     375 Paramount Dr     Raynham, MA 02767
14416385    Richard W. Bass     3633 Indiana St. #9     San Diego, CA 92103
14343641    Robert Bailly     20 La Flauta     Rancho Santa Margarita, CA 92688
14343642    Robert Bailly     4645 North Ave     Oceanside, CA 92056
14343643    Robert Bailly     73 Northern Pine Loop     Aliso Viejo, CA 92656
14343644    Royalty Nutrition     100 West 5th Street #4F     Long Beach, CA 90802
14343647    Sabinsa     20 Lake Drive     East Windsor, NJ 08520
14373536    Saminchem Inc.     3225 Grapevine St     Mira Loma, CA 91752
14466838    San Diego County Treasurer Tax Collector     Attn: Bankruptcy Desk     1600 Pacific Highway Room
            162      San Diego, CA 92101
14343648    SeaTech Bioproducts Corp.     159 Memorial Dr. Unit C     Shrewsbury, MA 01545
14343649    Sedona Staffing     600 35th Avenue     Moline, IL 61265
14343650    Select Staffing     PO Box 512007     Los Angeles, CA 90051-0007
14343651    Sensaware By FedEx     FedEx Corporate Services, Inc     3640 Hacks Cross Rd. Bldg. D     Memphis, TN
            38125
14373537    Sensient     777 East Wisconsin Ave     Milwaukee, WI 53202
14373538    Seppic Inc.     P. O. Box 101654     Pasadena, CA 91189-1654
14399318    Seppic Inc.     P. O. Box 101654     Pasadena, CA 91189-1654
14358550    Seppic, Inc.     Coface North America Insurance Company     50 Millstone Rd., Bldg. 100, Ste. 360     East
            Windsor, NJ 08520
14373539    Seven Labs     1420 Decision, STE C     Vista, CA 92081
14343652    Shanghai Freeman     377 Hoes Lane, Suite 240     Piscataway, NJ 08854
14368239    Shanghai Freemen Lifescience Co., LTD     Brown & Joseph ltd.     c/o Don Leviton     P.O. Box
            59838      Schaumburg, IL 60159
14343653    Shri Kartikeya Pharma     D. No. 5-9-225, 3rd floor     Sanali Estate, Chirag Ali
            Lane      Andhrapradesh
14493082    Southeastern Freight Lines Inc.     PO Box 1691     Columbia, SC 29202
14343654    Stauber Ingredients     4120 N. Palm Street     Fullerton, CA 92835-1026
14350738    Stauber Ingredients     4645 North Ave.     Oceanside, CA 92056
14343655    Steven J. Cote Esq     Chang & Cote LLP     19138 Walnut Drive, Suite 100     Rowland Heights, CA
            91748
14373540    Stryka Botanicals     279 Homestead Road     Hillsborough, NJ 08844
14343656    Superior Labs     9921 Carmel Mountain Rd. #297     San Diego, CA 92129
14343657    The Western Group     3950 NW St. Helens Rd     Portland, OR 97210
14343658    ThermoFisher Scientific     81 Wyman Street     Waltham, MA 02454
14343659    Tic Gums     4609 Richlynn Drive     Belcamp, MD 21017
14343660    Tristar Machinery     1287 Naperville Drive     Romeoville, IL 60446
14373543    UPS     P. O. Box 1012     Horsham, PA 19044
14373541    Uline     2200 S. Lakeside Dr.     Waukegan, IL 60085
14439682    Uline Shipping Supplies     12575 Uline Drive     Pleasant Prairie, WI 53158
14343661    Ungerer & Company     4 Bridgewater Lane     Lincoln Park, NJ 07035
14343662    UniChem Enterprises, Inc.     1905 S. Lynx Pl     Ontario, CA 91761
14343663    UniFirst     4041 Market Street     San Diego, CA 92102
14415403    Unifirst Corporation     Attn: Accounts Receivable     68 Jonspin Road     Wilmington, MA 01887
14373542    United Fire Group     118 Second Ave SE     Cedar Rapids, IA 52407-3909
14466855    United States Trustee     880 Front Street, Suite 3230     San Diego, CA 92101
14343665    Univar USA, Inc.     PO BOX 34325     Seattle, WA 98124-1325
14374702    Van Drunen Farms     Attn: Stephanie J. Harris     33 N. Dearborn Street, Suite 340     Chicago, IL
            60602
14373544    Vanadium Interactive     9277 Research Drive     Irvine, CA 92618
14343666    Vitajoy USA Inc.     14165 Ramona Avenue Chino, CA     Chino, CA 09171-5753
14343667    Vitalah     41 Hangar Way     Watsonville, CA 95076
14343668    Volt Management Corp     P.O. Box 679307     Dallas, TX 75267-9307
14370062    Volt Management Corp.     c/o Terry Jordan     2421 N. Glassell St.     Orange, CA 92865
14343669    Volt Workforce Solutions     Attn: Director of Contracts     2401 North Glassell St.     Orange, CA
            92865
14373545    Waseta Int. Trading Co. Ltd.     Room 2001-2002-     Golden Eagle Edifice B # 1518     Min Sheng Rd.
            Shanghai China
14412459    Wells Fargo Vendor Financial Services, LLC     1010 Thomas Edison Blvd., SW     Cedar Rapids, IA
            52404
14343670    Wesco Security Systems, Inc.     PO Box 1108     Placentia, CA 92871
14343671    West Coast Environmental     2323 Chico Ave, STE 3     South El Monte, CA 91733
14343672    Westco Chemicals, Inc     12551 Saticoy Street South     North Hollywood, CA 91605
14343673    Wixon     PO Box 88533     Milwaukee, WI 53288-0533
```

| | | | |
|---|---|---|---|
| 14442418 | Wixon, Inc | 1390 E Bolivar Ave | St. Francis, WI 53235 |

TOTAL: 302