Eliyahu Ness (State Bar No. 311054)
eness@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Fax: (214)-981-3839

Attorneys for Corporate Recovery
Associates, LLC and Richard Feferman

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CORE SUPPLEMENT TECHNOLOGY, INC.,<br><br>Debtor. | **CASE NO: 17-06078-MM7**<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>DATE: No Hearing Required<br>TIME: No Hearing Required<br>JUDGE: Hon. Margaret M. Mann<br>CRTM: No Hearing Required |

**PLEASE TAKE NOTICE** that in accordance with Rules 2002, 3017, 4001, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), the Law Office Lynn Pinker Cox & Hurst, LLP hereby appear as counsel for Corporate Recovery Associates, LLC, the Debtor's former Chief Restructuring Officer, Richard Feferman, in the above-captioned bankruptcy case, and request that all notices, papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

Eliyahu Ness (State Bar No. 311054)
eness@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800

1
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
**Error! Unknown document property name.**

1   Fax: (214)-981-3839

2

3   DATED: April 2, 2020                    LYNN PINKER COX & HURST, LLP

4

5                                   By:   */s/ Eliyahu Ness*
                                          ELIYAHU NESS
6                                         Attorneys for Corporate Recovery Associates,
                                          LLC and Richard Feferman
7

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Eliyahu Ness
(State Bar No. 311054)
eness@lynnllp.com
2100 Ross Avenue, Suite 2700

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re
Core Supplement Technology, Inc.,

Debtor.

BANKRUPTCY NO. 17-06078-MM11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Eliyahu Ness am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 2, 2020, I served the following documents:

1. NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE; and

2. PROOF OF SERVICE

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 2, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

CSD 3010

CSD 3010 [07/01/18]

Stephen C. Hinze on behalf of Debtor Core Supplement Technology, Inc.
sch@schinzelaw.com

David Ortiz on behalf of United States Trustee
david.a.ortiz@usdoj.gov;  USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov

J. Alexandra Rhim on behalf of Creditor Bank of America, N.A.
arhim@hemar-rousso.com; tdunn@hemar-rousso.com

Wayne R. Terry on behalf of Creditor Bank of America N.A. wterry@hemar-rousso.com; mgranzow@hemar-rousso.com

Gary B. Rudolph on behalf of Joseph O'Dea
rudolph@sullivanhill.com; hawkins@sullivanhill.com

Christopher V. Hawkins on behalf of Interested Party Joseph O'Dea
hawkins@sullivanhill.com,
hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf. inforuptcy.com

Carol Chow on behalf of Compound Solutions, Inc.
carol.chow@ffslaw.com

Mette H. Kurth as Chapter 11 Special Counsel
mkurth@roxrothschild.com

Timothy J. Truxaw on behalf of Trustee Richard M Kipperman tjt@slatertruxaw.com, grl@slatertruxaw.com

Richard M. Kipperman as Trustee
rmk@corpmgt.com

United States Trustee
ustp.region15@usdoj.gov

James R. Selth on behalf of Interested Party Joseph O'Dea
jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com

Gary E. Slater on behalf of Attorney Slater & Truxaw, LLP
ges@slatertruxaw.com, grl@slatertruxaw.com;lmb@slatertruxaw.com

Gary E. Slater on behalf of Trustee Richard M Kipperman
ges@slatertruxaw.com, grl@slatertruxaw.com;lmb@slatertruxaw.com

Yosina M. Lissebeck on behalf of Attorney Melissa Bustarde
ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com

Harris J. Koroglu on behalf of Creditor Pyure Brands, LLC
hkoroglu@shutts.com

| ☐ | Chapter 7 Trustee: | | | | |
|---|---|---|---|---|---|
| ☐ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
| | UNITED STATES TRUSTEE ustp.region15@usdoj.gov | | THOMAS H. BILLINGSLEA, JR., TRUSTEE Billingslea@thb.coxatwork.com | | DAVID L. SKELTON, TRUSTEE admin@ch13.sdcoxmail.com dskelton13@ecf.epiqsystems.com |

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  April 2, 2020                    /s/ Eliyahu Ness
             (Date)                           (Typed Name and Signature)

                                              2100 Ross Avenue, Ste. 2700
                                              (Address)

                                              Dallas, TX 75201
                                              (City, State, ZIP Code)

CSD 3010