# EXHIBIT B

# Gmail

Richard Feferman <richard.feferman@gmail.com>

## Core
1 message

**Alan Myers** <amcpa53@gmail.com>  Fri, Feb 16, 2018 at 3:44 PM
To: Richard Feferman <richard@crarecovery.com>

Hi Richard

Kathy was in today and working on the reconciliations of the Simpson a/r and a/p. Hopefully she will finish the work today. My understanding is that Simpson's accountant went home around noon today and they do not currently have their numbers for comparison.

Kathy's office is a bit of a mess, with stacks of paper and boxes here and there with no clearly defined order. As of today, January's bank accounts have not been reconciled. Kathy receives a tremendous amount of information (payments received, payments owed, invoices, etc.) thru her email. She must go thru hundreds of emails to discover what information they contain that is needed to update the accounting system.

I did learn today that Kathy does not enter payments received (a/r) into the system until the amount is reported by the bank.

Monday, after the Simpson a/r and a/p are settled, we can get to the full reconciliation of a/r, a/p and the bank accounts.

Thank you
Alan

--
Alan Myers, CPA
4121 Paseo Montanas
San Diego, CA 92130
T: 858 755 9639
amcpa53@gmail.com