# EXHIBIT F

Stephen C. Hinze (State Bar No. 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW
217 Civic Center Drive, Suite 10
Vista, CA 92084
Tel: 760-945-9353
Fax: 760-454-2427

Bankruptcy Counsel
for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 17-06078-MM11 |
| | Chapter 11 |
| CORE SUPPLEMENT TECHNOLOGY, INC. a California Corporation | **CORPORATE RECOVERY ASSOCIATES, LLC'S FIRST REPORT OF TASKS PERFORMED BY CHIEF RESTRUCTURING OFFICER WITH SUPPORTING BACK-UP.** |
| Debtor and Debtor in Possession | Judge: Hon. Margaret M. Mann
Dept.1 Room 218 |

Corporate Recovery Associates, LLC ("CRA") submits its First Report of Tasks Performed by Chief Restructuring Officer Richard Feferman and Supporting Back-Up (the "Report") for the Period December 26, 2017 – January 31, 2018 (the "Reporting Period") for work performed for Core Supplement Technology, Inc. (the "Debtor").

Page **1** of **6**

Report of Tasks Performed by Chief Restructuring Officer                17-006078-11 MM11

## SUMMARY

On February 23, 2018, the Court entered its Order Granting Debtor's Motion for Entry of an Order Pursuant to Section 363 and 105(a) of the Bankruptcy Code Approving the Engagement Contract of Richard Feferman and Corporate Recovery Associates, LLC as Chief Restructuring Officer (the "Employment Order") [Docket Entry Number (DEN). #150], pursuant to which Richard Feferman was retained to serve as the Debtor's Chief Restructuring Officer and CRA was retained to perform services related thereto.

### Summary of Fees and Time Spent

| | |
|---|---|
| Total Fees | $23,870.97 |
| Total Expenses | $325.94 |
| Time Spent By CRO | 143.2 Hours |
| Time Spent By Authorized Assistants | None |

## REPORT IN DETAIL

Pursuant to the Court's Order On Debtor's 11 USC 363 and 105(a) Motion for the Appointment of a Chief Restructuring Officer (the "Appointment Order") [DEN. # 153], CRA hereby submits its First Report of Tasks Performed.

No hourly professionals were utilized by CRA during the Reporting Period. In accordance with CRA's approved retention terms, Richard Feferman, the Debtor's Chief Restructuring Officer, and a member of CRA, bills at a flat rate of $20,000.00 per month. This Report covers the prorated portion of December from December 26, 2017 through December 31, 2017 and the month of January 2018. The combined fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/26/17 – 12/31/17 | $3,870.97 | | $3,870.97 |
| 1/1/18 – 1/31/18 | $20,000.00 | | $20,000.00 |

CRA has been paid to date as follows:

| Reporting Period | Amount | Description |
|---|---|---|
| December 26, 2017 – January 31, 2018 | $23,870.97 | This amount represents payment of the flat monthly fee, for the Reporting Period, payable upon entry of the Employment Order. |
| Fee Advance | $20,000.00 | Fee advance called for in the Fee Agreement. |

Below is a summary of services provided by Mr. Feferman during the period of time covered by this Report. Attached as Exhibit "A" hereto is the name of each professional who performed services in connection with this case during the period covered by this Report and the hourly rate for each such professional. Attached hereto as Exhibit "B" are Mr. Feferman's detailed time and expense for the period of time covered by this Report.

**Summary of Services of Richard Feferman, Chief Restructuring Officer for the Period December 26, 2017 – January 31, 2018**

**Asset Disposition (39.2 Hours)**

Examine and identify assets that may possibly be sold to prospective buyers. Conduct face to face meetings, teleconferences, and exchange emails with multiple prospective buyers for the Debtors Assets. Respond to diligence requests from multiple prospective buyers.

**Fee and Employment Application**

Telephone conversations with attorneys concerning moving papers to appoint the CRO. Reviewed, analyzed, amended, and commented on provisions of the various engagement documents. Conducted multiple telephone conversations with Bank of America's attorney to discuss terms of employment. Address the concerns of the Office of the United States Trustee and amend terms accordingly.

**Business Analysis (27.4 Hours)**

Prepared, analyzed and reviewed information for communication to Debtor's major secured creditor. Conducted multiple teleconferences with Bank of America's attorney to Numerous face to face meetings with members of board to discuss business operations and exit opportunities. Reviewed assets that can be sold. Worked with the company to accelerate the collection of outstanding accounts receivable. Numerous meetings with counsel and Core management to discuss situation and options for accounting department. Took corrective action upon identifying that accounting department appears disorganized and having problems getting information out timely; transactions are not timely being entered into system. Problems included December 2017 financials are slow being completed, however Core team expresses concerns that current CFO will be difficult to replace due to cost and familiarity with system could result in a disruption from which the Debtor could not recover. CFO promises to catch up and that she will have transactions entered. I too am concerned that the loss of the CFO could compound the challenges for the accounting department and Core management and CFO are resistant to Alan Myers from CRA coming in to assess the problem and assist with an efficient solution.  The most cost-effective solution will be if she can catch up. Action plan is to monitor her progress and have my staff member Alan Myers, upon the Court ordering the appointment.

**Business Operations (1.8 Hours)**

Conducted teleconferences regarding operational status, staffing, sales, collections, etc. Conduct several teleconferences with Core management concerning necessity to conduct physical inventory as usual.

**Case Administration (20.7 Hours)**

Telephone calls with attorneys and management to discuss case issues and status updates. Confer on dividing work to avoid duplication and discuss next steps on multiple issues; as well as to plan upcoming work with attorneys and

management. Many of these calls covered several issues on a variety of topics such as the status of various pleadings, sales procedures, sale negotiations, bank negotiations, and problems/solutions with accounting department.

### Fee and Employment Application (17.7 Hours)

Telephone conversations with attorneys concerning moving papers to appoint the CRO. Conducted multiple telephone conversations with Bank of America's attorney to discuss terms of employment. Drafting, negotiating, amending and commenting on engagement documents. Examining, responding to, and addressing the concerns of the Office of the United States Trustee.

### Fee and Employment Applications of Others (3.7 Hours)

Several telephonic and one face to face meeting with prospective substitute counsel to discuss case and possibility of substituting in, however the terms of a compensation agreement (cash collateral and a carve out) were not able to be agreed on.

### Finance (21.6) Hours

Numerous telephone conversations with attorneys concerning the negotiation of a consensual cash collateral agreement. Conducted multiple discussions with attorneys including Debtor's counsel and Bank of America's counsel regarding items that needed to be paid and the potential for irreparable harm to the Debtor's estate.

### Travel (11.1 Hours)

Travel to and from client site between Del Mar, CA and Oceanside, CA; travel to and from San Diego, CA Bankruptcy Courthouse; and travel to meet with prospective buyers in Carlsbad, CA and Costa Mesa, CA.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing along with all attachments and supporting data is true and correct to except as to those matters stated on information and belief and as to those matters I reasonably believe them to be true.

Executed this 1st day of April 2018 at San Diego, California.

Richard J. Feferman

EXHIBIT A
PROFESSIONALS PROVIDING SERVICES DURING PERIOD

| Professional | Rate |
|---|---|
| Richard Feferman | $20,000 Flat Monthly Rate |

EXHIBIT B
TIME ENTRIES REIMBURSABLE COSTS

| DATE | PROFESSIONAL | TIME | DESCRIPTION | CATEGORY |
|---|---|---|---|---|
| 12/26/17 | Feferman | 1 | Telephone call with Gary Rudolph, Robert Opera, and Hawkins? Re status of employment of CRO strategy | Case Administration |
| 12/26/17 | Feferman | 0.4 | Telephone call with Robert Opera re employment issues and details (terms) | Fee and Employment Applications |
| 12/26/17 | Feferman | 0.1 | Examination and analysis of email from Gary Rudolph re retention | Fee and Employment Applications |
| 12/26/17 | Feferman | 0.3 | Examination and analysis of email from Gary Rudolph concerns - UST | Fee and Employment Applications |
| 12/27/17 | Feferman | 4.3 | Examination and analysis of court file | Business analysis |
| 1/3/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea to discuss operation | Business analysis |
| 1/3/18 | Feferman | 0.3 | Telephone call with Robert Opera in preparation for call with B of A | Finance |
| 1/3/18 | Feferman | 0.8 | Participate in telephone call with Alexandra Rhim, Robert Opera, Gary Rudolph, Chris Hawkins re cash collateral and employment | Finance |
| 1/3/18 | Feferman | 2.3 | Discuss employment, case strategy and direction with Robert Bailey and Jacob Heitz sp? | Business analysis |
| 1/3/18 | Feferman | 0.2 | Telephone call with Chris Hawkins recap discussion with B of A and items to be filed | Finance |
| 1/3/18 | Feferman | 1 | Telephone call with Joseph O'Dea re | Business analysis |
| 1/3/18 | Feferman | 0.3 | Telephone call with Stephen Hinze re application to appoint CRO | Fee and Employment Applications |
| 1/3/18 | Feferman | 1.4 | Meet with Jack Hyten and Rob Bailly re CRO Assignment, Business Operations, their decision not to persue a purchase, and potential prospects they have for a purchase. Also at meeting is prospective Buyer representative Doug Smith of Primarch. | Asset Disposition |
| 1/3/18 | Feferman | 0.3 | Recap with Robert Opera re today's conference call with lender | Finance |
| 1/4/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea re CF | Business analysis |
| 1/4/18 | Feferman | 0.3 | Draft email to Chris Hawkins re task to be completed in advance of continued status conference | Fee and Employment Applications |
| 1/4/18 | Feferman | 0.4 | Telephone call with Stephen Hinze re status on DO?? Prep. | Case Administration |
| 1/4/18 | Feferman | 0.8 | Telephone call with Chris Hawkins re items for status conference | Case Administration |
| 1/5/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re status conference documents | Case Administration |
| 1/5/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea regarding collections status | Business Operations |
| 1/5/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea regarding conference of completed draft and send | Fee and Employment Applications |

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| | | | related email | |
| 1/5/18 | Feferman | 0.1 | Employment application and report to email re sharing of labor - status conference documents | Case Administration |
| 1/5/18 | Feferman | 0.3 | E&A of motion to employ CRA and RJF | Fee and Employment Applications |
| 1/5/18 | Feferman | 0.2 | Telephone call with Chris Hawkins re employment motion | Fee and Employment Applications |
| 1/6/18 | Feferman | | Mileage beginning 34,957 end 35,020 to headquarters | |
| 1/6/18 | Feferman | 0.6 | Travel to headquarters to meet with staff | Travel |
| 1/6/18 | Feferman | 2.6 | Nutritional supplement and vitamin contract manufacturing Meet with Joseph O'Dea re site visit, business analysis | Business analysis |
| 1/6/18 | Feferman | 0.5 | Return from meeting at Core with Joseph O'Dea | Travel |
| 1/7/18 | Feferman | 0.3 | Examination and analysis of email from Robert Bailey re discussion items and meeting times | Business analysis |
| 1/7/18 | Feferman | 0.1 | Employment application and report to email from Robert Bailey re prospective buyer | Asset Disposition |
| 1/7/18 | Feferman | 3 | Employment application, comment on draft employment documents | Fee and Employment Applications |
| 1/8/18 | Feferman | 0.1 | Draft and send email - review of motion to employ CRO | Fee and Employment Applications |
| 1/8/18 | Feferman | 2.3 | Employment application and comment - CRO motion | Fee and Employment Applications |
| 1/8/18 | Feferman | 0.1 | Examination and analysis of email from Joseph O'Dea to Board of Directors | Fee and Employment Applications |
| 1/8/18 | Feferman | 4.2 | Employment application and comment on | Fee and Employment Applications |
| 1/8/18 | Feferman | 0.2 | Telephone call with Chris Hawkins re status of prep for status conference | Case Administration |
| 1/8/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea discuss business opps | Business Operations |
| 1/8/18 | Feferman | 0.6 | Telephone call with Joseph O'Dea discuss prospect | Asset Disposition |
| 1/8/18 | Feferman | 0.7 | Telephone call with Stephen Hinze re sales procedures | Asset Disposition |
| 1/8/18 | Feferman | 0.5 | Telephone call with Joseph O'Dea re WIP inventory | Business analysis |
| 1/9/18 | Feferman | 0.5 | Telephone call with Joseph O'Dea re status of work re motion: CRO retention; cash collateral; sale procedures, etc. | Case Administration |
| 1/9/18 | Feferman | 0.1 | Email to Stephen Hinze re status miscellaneous pleadings | Case Administration |
| 1/9/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea and Stephen Hinze re status pleadings | Case Administration |
| 1/9/18 | Feferman | 0.7 | Telephone call with Joseph O'Dea re sale procedures | Asset Disposition |
| 1/9/18 | Feferman | 1 | Telephone call with Chris Hawkins and Joseph O'Dea | Case Administration |
| 1/9/18 | Feferman | 0.8 | Draft sales procedures | Asset Disposition |
| 1/10/18 | Feferman | 0.3 | Examination and analysis of emails from Robert Bailey | Asset Disposition |
| 1/10/18 | Feferman | 0.1 | Telephone call with Chris Hawkins | Case Administration |
| 1/10/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea | Case Administration |
| 1/10/18 | Feferman | 3.2 | Examination and analysis and comment of CRO motion and attachments | Fee and Employment Applications |
| 1/10/18 | Feferman | 1.2 | Telephone call with Stephen Hinze and Joseph O'Dea re CRO engagement, cash collateral, CRO motion, etc. | Fee and Employment Applications |
| 1/11/18 | Feferman | 0.5 | Travel to meetings at headquarters | Travel |
| 1/11/18 | Feferman | 8.5 | Conduct meeetings at Core with Robert | Asset Disposition |

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| | | | Bailey and Joseph O'Dea | |
| 1/11/18 | Feferman | 0.5 | | Travel |
| 1/12/18 | Feferman | 1 | Telephone call with Chris Hawkins and Joseph O'Dea re sales procedures motion | Asset Disposition |
| 1/12/18 | Feferman | 0.1 | Listen to message and return call to REO | Case Administration |
| 1/12/18 | Feferman | 0.7 | Telephone call with Alexandra Rhim, B of A atty re sales procedures and cash collateral | Case Administration |
| 1/12/18 | Feferman | 0.5 | Travel to meeting with prospective buyer's reps and Robert Bailey. Redact | Travel |
| 1/12/18 | Feferman | 1.5 | Meet with reps of prospective buyer and Robert Bailey | Asset Disposition |
| 1/12/18 | Feferman | 0.7 | Travel to Core from meeting with prospective buyer (Primarch) | Travel |
| 1/12/18 | Feferman | 1.7 | Examination and analysis of projections for cash budget for Bank. Discuss assumptions with . staff. | Finance |
| 1/12/18 | Feferman | 0.7 | Return from meetings at Core. | Travel |
| 1/15/18 | Feferman | 0.4 | Draft narrative description of background for use in sale related pleadings | Asset Disposition |
| 1/15/18 | Feferman | 0.2 | Examination and analysis and report to email from Stephen Hinze re status next | Case Administration |
| 1/15/18 | Feferman | 0.7 | Telephone call with Joseph O'Dea re status report and open items | Case Administration |
| 1/15/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re status report and open items | Case Administration |
| 1/15/18 | Feferman | 0.5 | Drive to meet Joseph O'Dea 3:25 | Travel |
| 1/15/18 | Feferman | 2.1 | Meet with Joseph O'Dea and accounting staff | Business analysis |
| 1/15/18 | Feferman | 0.5 | Return from meeting at Core | Travel |
| 1/16/18 | Feferman | 0.1 | EA and respond to email from Robert Opera | Case Administration |
| 1/16/18 | Feferman | 0.1 | EA and report to email from Robert Bailey | Asset Disposition |
| 1/16/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea re work plan | Case Administration |
| 1/16/18 | Feferman | 0.5 | Travel to Core | Travel |
| 1/16/18 | Feferman | 3.7 | Work at Core on cash collateral and sale | Asset Disposition |
| 1/17/18 | Feferman | 0.5 | Examination and analysis of misc emails re diligence requests and prospective sale | Asset Disposition |
| 1/17/18 | Feferman | 0.5 | TC with Joseph O'Dea informing him that he need to take a diminished role in the sales process | Asset Disposition |
| 1/17/18 | Feferman | 0.8 | Travel to Core | Travel |
| 1/17/18 | Feferman | 4.3 | Work at Core HQ, meet with employees; examine darft budget; discuss issues with accounting and HR; TC with BofA atty, Alexandra Rhim; TC with prospect (Simpson) re negotiations and additional followup with Ms. Rhim | Case Administration |
| 1/18/18 | Feferman | 0.5 | Travel to Core | Travel |
| 1/18/18 | Feferman | 9.7 | Work at Core. Financial projections; meet with Joseph O'Dea on operations; meet with BOD member Robert Bailey; respond to info requests from prospective buyers | Business analysis |
| 1/18/18 | Feferman | 0.5 | Return from Core | Travel |
| 1/18/18 | Feferman | 0.5 | TC with Joseph O'Dea re projections financial reports, counsel | Business analysis |
| 1/18/18 | Feferman | 0.3 | TC with Joseph O'Dea re motion to appoint CRO | Fee and Employment Applications |
| 1/19/18 | Feferman | 0.3 | TC with Gary Rudolph re CRO, motion delay and status of case | Case Administration |

EXHIBIT 5
TIME ENTRIES REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| 1/19/18 | Feferman | 0.4 | TC with Robert Opera re CRO motion delay and status of case | Case Administration |
| 1/19/18 | Feferman | 0.4 | TC with Joseph O'Dea re status of counsel and delay hearing on CRO motion | Case Administration |
| 1/19/18 | Feferman | 0.2 | Draft and send email to S. Hinze re status of CRO motion/hearing /OSC | Case Administration |
| 1/20/18 | Feferman | 1.4 | Examination and anaylsis and amend draft cash collateral budget | Finance |
| 1/20/18 | Feferman | 0.8 | Examination and anaylsis and amend cash collateral budget | Finance |
| 1/20/18 | Feferman | 0.3 | TC with Joseph O'Dea discuss staffing issues, counsel and CFO | Business Operations |
| 1/21/18 | Feferman | 0.4 | Exchange texts with Joseph O'Dea re sales, financial reporting and staffing | Business Operations |
| 1/21/18 | Feferman | 0.3 | Respond to due diligence requests | Asset Disposition |
| 1/21/18 | Feferman | 0.2 | Exchange texts with A. Myers re accounting issues | Business Operations |
| 1/22/18 | Feferman | 0.2 | Examine email from J. Hyten - due diligence request | Asset Disposition |
| 1/22/18 | Feferman | 0.1 | Msg left for Joseph O'Dea re MOR, CRO motion and staff | Case Administration |
| 1/22/18 | Feferman | 0.1 | ML for Robert Opera re CRO appt and counsel | Case Administration |
| 1/22/18 | Feferman | 0.4 | TC with counsel, Joseph O'Dea re case, staffing, revenue projections, disruption in accounting dept | Case Administration |
| 1/22/18 | Feferman | 0.6 | Travel to Jeffrey Cawdrey's office | Travel |
| 1/22/18 | Feferman | 2.1 | Prepare for and meet with Jeffrey Cawdrey, discuss case background and substituting him as BK counsel | Fee and Employment Applications of Others |
| 1/22/18 | Feferman | 0.5 | Return from G&R | Travel |
| 1/22/18 | Feferman | 1.4 | Revise cash collateral budget | Fee and Employment Applications of Others |
| 1/22/18 | Feferman | 0.1 | TC with Robert Opera re debtor's financial condition and hearing date on CRO motion | Business analysis |
| 1/22/18 | Feferman | 0.6 | TC with Chris Hawkins re UST comments, CRO engagement | Finance |
| 1/23/18 | Feferman | 0.3 | TC with Joseph O'Dea re status, CRA motion and operations, accounting dept | Case Administration |
| 1/23/18 | Feferman | 0.4 | Conduct 2 Teleconfs with Stephen Hinze CRO motion, changes and service | Fee and Employment Applications |
| 1/23/18 | Feferman | 0.7 | examine draft of my declaration re employment amendments and comments from David Ortiz and Chris Hawkins, authorize changes and execute documents | Fee and Employment Applications |
| 1/23/18 | Feferman | 1.6 | Amend cash collateral budget | Business analysis |
| 1/23/18 | Feferman | 0.4 | Draft, send email | Business analysis |
| 1/23/18 | Feferman | 0.6 | TC with Joseph O'Dea re cash v. accrual forecast | Business analysis |
| 1/24/18 | Feferman | 7.4 | Examine factual info and amend collection forcast accordingly. Draft cover email and forward to A. Rhim | Finance |
| 1/24/18 | Feferman | 1.6 | Travel to Pizzeria Ontico, Costa Mesa CA. Meet with prospective Buyer (Simpson). | Travel |
| 1/24/18 | Feferman | 1.3 | Meet with prospect, Don Grace - Simpson Labs - negotiations | Asset Disposition |
| 1/24/18 | Feferman | 1.1 | Return from Costa Mesa, CA | Travel |
| 1/24/18 | Feferman | 0.3 | TC with Robert Opera re diligence, Hyten | Asset Disposition |
| 1/24/18 | Feferman | 0.4 | Text to Jeff Cawdrey re Hyten diligence request | Asset Disposition |
| 1/25/18 | Feferman | 0.1 | Examination and analysis of email from Jeff Cawdrey re Hyten diligence request | Asset Disposition |

EXHIBIT 5

TIME ENTRIES REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| 1/25/18 | Feferman | 0.1 | ML for Robert Opera Hyten diligence | Asset Disposition |
| 1/25/18 | Feferman | 0.1 | Email to Robert Opera, Hyten diligence | Asset Disposition |
| 1/25/18 | Feferman | 0.1 | Examination and analysis and respond to email from Robert Bailey | Asset Disposition |
| 1/24/18 | Feferman | 0.2 | Draft and send email to Robert Opera, Robert Bailey, J. Hyten and Hyten diligence report | Asset Disposition |
| 1/26/18 | Feferman | 0.5 | TC with Alexandra Rhim re deal terms and cash collateral. Stephen Hinze on phone for portion of call | Finance |
| 1/25/18 | Feferman | 0.4 | TC with Joseph O'Dea re operating performance | Business analysis |
| 1/25/18 | Feferman | 0.1 | TC with Jeff Cawdrey re status of discussions with BofA | Fee and Employment Applications of Others |
| 1/25/18 | Feferman | 0.1 | TC with Joseph O'Dea re Jeff Cawdrey | Fee and Employment Applications of Others |
| 1/25/18 | Feferman | 0.9 | TC with Joseph O'Dea re prospects due diligence | Asset Disposition |
| 1/25/18 | Feferman | 0.3 | TC with Robert Bailey re tasks needed to complete sale | Asset Disposition |
| 1/25/18 | Feferman | 0.1 | TC with Robert Opera re sale issues and his client's diligence requests - corporate counsel | Asset Disposition |
| 1/25/18 | Feferman | 0.2 | TC with R. Opera re sale issues and his client's diligence requests | Asset Disposition |
| 1/25/18 | Feferman | 0.5 | Further TC with Robert Bailey re sale issues | Asset Disposition |
| 1/25/18 | Feferman | 0.8 | Examine cash collateral forecast and draft footnotes | Finance |
| 1/26/18 | Feferman | 0.2 | Draft and send email to Stephen Hinze re 2/1 court date and cc work group | Case Administration |
| 1/26/18 | Feferman | 0.1 | ML for Chris Hawkins and Jeff Cawdrey re upcoming court date | Case Administration |
| 1/26/18 | Feferman | 0.1 | Draft and send email to Alexandra Rhim | Finance |
| 1/26/18 | Feferman | 0.1 | Examination, analysis and report to email from Jeff Cawdrey re cash collateral | Finance |
| 1/26/18 | Feferman | 0.1 | Examination, analysis and report to email reply from Stephen Hinze re prep for 2/1 court appearance | Case Administration |
| 1/26/18 | Feferman | 0.3 | TC with Joseph O'Dea re prep for court 2/1 by Stephen Hinze | Case Administration |
| 1/26/18 | Feferman | 0.1 | TC with Joseph O'Dea - deal (?) teams | Asset Disposition |
| 1/26/18 | Feferman | 0.3 | TC with Robert Opera re cash collateral, CRO motion | Case Administration |
| 1/26/18 | Feferman | 1.2 | TC with Joseph O'Dea re deal terms with prospective buyer | Asset Disposition |
| 1/26/18 | Feferman | 0.1 | Draft and send email to Alexandra Rhim re cash collateral exhibit | Finance |
| 1/26/18 | Feferman | 0.2 | Draft and send email to Alexandra Rhim, Stephen Hinze, Robert Opera, and Chris Hawkins, payments under current cash collateral scheme | Finance |
| 1/26/18 | Feferman | 0.5 | Examination, analysis and report to Alexandra Rhim re cash collateral budget | Finance |
| 1/26/18 | Feferman | 0.1 | Examination, analysis and report to email from Stephen Hinze re what to and what not to pay | Finance |
| 1/26/18 | Feferman | 0.7 | TC with Alexandra Rhim re cash | Finance |

TIME ENTRIES REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| | | | collateral budget | |
| 1/26/18 | Feferman | 0.2 | TC with Chris Hawkins re cash collateral budget | Finance |
| 1/26/18 | Feferman | 0.8 | 2 TC's with Joseph O'Dea re cash collateral budget | Finance |
| 1/27/18 | Fefrman | 0.6 | TC from Joseph O'Dea re administrative costs | Case Administration |
| 1/27/18 | Feferman | 0.4 | TC with Joseph O'Dea discuss action items | Case Administration |
| 1/28/18 | Feferman | 0.6 | Examination, analysis and report to text reply from Jeff Cawdrey re cash collateral and budget | Case Administration |
| 1/28/18 | Feferman | 0.1 | Listen to voice mail reply from Jeff Cawdrey | Case Administration |
| 1/28/18 | Feferman | 0.1 | Trade voice mail with Robert Bailey re case status | Case Administration |
| 1/28/18 | Feferman | 0.1 | Reply to Jeff Cawdrey via text | Case Administration |
| 1/28/18 | Feferman | 2.4 | Draft narrative report on factual info to Jeff Cawdrey | Case Administration |
| 1/28/18 | Feferman | 0.7 | Work on report of factual info for Jeff Cawdrey | Case Administration |
| 1/28/18 | Feferman | 0.3 | TC with Robert Bailey re business operations and forecast. Also replacement counsel | Business analysis |
| 1/28/18 | Feferman | 0.1 | Draft and send email to Alexandra Rhim | Finance |
| 1/28/18 | Feferman | 0.5 | TC with Joseph O'Dea re cash v. collateral and insider compensation | Business Operations |
| 1/28/18 | Feferman | 0.4 | TC with Joseph O'Dea re cash collateral projections | Finance |
| 1/28/18 | Feferman | 0.1 | TC with Alexandra Rhim re cash collateral | Finance |
| 1/28/18 | Feferman | 0.4 | TC with Alexandra Rhim re cash collateral | Finance |
| 1/28/18 | Feferman | 0.1 | ML for prospect (Don Grace at Simpson) re diligence needed for qualifying prospect | Asset Disposition |
| 1/28/18 | Feferman | 0.8 | Amend report of factual info and forward to Jeff Cawdrey | Asset Disposition |
| 1/28/18 | Feferman | 0.3 | Examination, analysis and report to email from Alexandra Rhim re qualification of prospect | Asset Disposition |
| 1/28/18 | Feferman | 0.4 | Draft and send email to prospect, Simpson, re info request for BofA and forward copy to BofA counsel | Asset Disposition |
| 1/29/18 | Feferman | 1.5 | TC with Joseph O'Dea and Chris Hawkins re cash collateral in preparation for Thursday hearing | Finance |
| 1/29/18 | Feferman | 0.1 | Draft and send email to Alexandra Rhim | Finance |
| 1/29/18 | Feferman | 0.2 | Draft and send 2 emails to prospect re sale (Don Grace) | Asset Disposition |
| 1/29/18 | Feferman | 0.1 | TC with Chris Hawkins re term sheet and sale procedures | Asset Disposition |
| 1/29/18 | Feferman | 1.5 | Work on counter offer to prospect Simpson | Asset Disposition |
| 1/29/18 | Feferman | 0.5 | TC with Don Grace | Asset Disposition |
| 1/29/18 | Feferman | 0.2 | TC with Alexandra Rhim re status budget | Finance |
| 1/29/18 | Feferman | 0.9 | 2 TC's with Jeff Cawdrey re substitute counsel, cash collateral, and sale | Case Administration |
| 1/29/18 | Feferman | 0.1 | TC with Chris Hawkins re prospect #1 (Simpson) | Asset Disposition |
| 1/29/18 | Feferman | 0.5 | TC with Robert Opera re his client's diligence efforts | Asset Disposition |
| 1/29/18 | Feferman | 0.4 | TC with Jeff Cawdrey re cash | Finance |

EXHIBIT 6
TIME ENTRIES REIMBURSABLE COSTS

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| | | | collateral | | | |
| 1/29/18 | Feferman | 1.9 | Draft comments on draft sale | Asset Disposition | | |
| 1/29/18 | Feferman | 0.4 | TC with Chris Hawkins - status | Asset Disposition | | |
| 1/30/18 | Feferman | 0.4 | TC with Joseph O'Dea in preparation for TC with prospect | Asset Disposition | | |
| 1/30/18 | Feferman | 1.3 | TC with Joseph O'Dea and prospect #1 sale negotiations | Asset Disposition | | |
| 1/30/18 | Feferman | 0.8 | TC with Jeff Cawdrey and Alexandra Rhim re status of sale efforts, cash forecast, etc. | Finance | | |
| 1/30/18 | Feferman | 0.1 | Examination, analysis and report to email re Joseph O'Dea declaration | Asset Disposition | | |
| 1/30/18 | Feferman | 0.4 | Examination, analysis and report to email from Chris Hawkins re comments on sale procedures | Asset Disposition | | |
| 1/30/18 | Feferman | 2.8 | Revise budget fro skeleton scenario Send to Alexandra Rhim | Asset Disposition | | |
| 1/30/18 | Feferman | 0.2 | TC with Joseph O'Dea and prospect re proof of funds | Asset Disposition | | |
| **Total Hours** | | **143.2** | | | | |

**Reimbursable Costs**

| Date | Matter | Description | Amount | Price per | Price Ext |
|---|---|---|---|---|---|
| 12/26/17 | Core | Pacer | 28 | 0.1 | $ 2.80 |
| 12/27/17 | | Pacer | 5 | 0.1 | $ 0.50 |
| 1/3/18 | Core | 44 Miles to meet with Board Members in Carlsbad | 44 | 0.545 | $ 23.98 |
| 1/6/18 | Core | Milage rt to Core | 63 | 0.545 | $ 34.34 |
| 1/11/18 | Core | Milage | 64 | 0.545 | $ 34.88 |
| 1/12/18 | Core | Milage to Beach Plumb Café to meet with prospective buyers (Primarch and Rob Bailly) | 17 | 0.545 | $ 9.27 |
| 1/12/18 | Core | To Core's offices from Beach Plumb meeting with prospective buyer | 10 | 0.545 | $ 5.45 |
| 1/12/18 | Core | Return from Core | 34 | 0.545 | $ 18.53 |
| 1/13/18 | Core | Pacer | 10 | 0.1 | $ 1.00 |
| 1/15/18 | Core | Milage | 71 | 0.545 | $ 38.70 |
| 1/16/18 | Core | Docket | | | $ 3.00 |
| 1/16/18 | Core | Pacer | | | $ 5.90 |
| 1/16/18 | Core | Pacer | | | $ 0.40 |
| 1/16/18 | Core | Pacer | | | $ 8.30 |
| 1/16/18 | Core | Pacer | | | $ 0.80 |
| 1/16/18 | Core | Pacer | | | $ 0.50 |
| 1/16/18 | Core | Pacer | | | $ 1.90 |
| 1/16/18 | Core | Pacer | | | $ 0.30 |
| 1/16/18 | Core | Pacer | | | $ 0.60 |
| 1/16/18 | Core | Pacer | | | $ 3.00 |
| 1/16/18 | Core | Pacer | | | $ 0.20 |
| 1/16/18 | Core | Pacer | | | $ 2.60 |
| 1/16/18 | Core | Pacer | | | $ 0.20 |
| 1/16/18 | Core | Pacer | | | $ 1.80 |
| 1/22/18 | Core | 35 Miles | 35 | 0.545 | $ 19.08 |
| 1/22/18 | Core | Parking | | | $ 20.00 |
| 1/22/18 | Core | Docket | | | $ 1.10 |
| 1/22/18 | Core | Pacer | | | $ 0.40 |
| 1/22/18 | Core | Pacer | | | $ 0.40 |
| 1/22/18 | Core | Pacer | | | $ 2.10 |
| 1/24/18 | Core | 154 Milage Meet with prospective Buyer in Orange County | 154 | 0.545 | $ 83.93 |
| **Total Costs** | | | | | **$ 325.94** |