Edward Jason Dennis
jdennis@lynnllp.com
(*Pro hac vice application pending*)
Eliyahu Ness (State Bar No. 311054)
eness@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Fax: (214)-981-3839

Attorneys for Corporate Recovery
Associates, LLC and Richard Feferman

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CORE SUPPLEMENT TECHNOLOGY, INC. a California Corporation<br><br>Debtor and Debtor in Possession | Case No.: 17-06078-MM11<br><br>Chapter 11<br><br>**CORPORATE RECOVERY ASSOCIATES, LLC'S SECOND REPORT OF TASKS PERFORMED BY CHIEF RESTRUCTURING OFFICER WITH SUPPORTING BACK-UP.**<br><br>Judge: Hon. Margaret M. Mann<br>Dept.1 Room 218 |

Corporate Recovery Associates, LLC ("CRA") submits its Second Report of Tasks Performed by Chief Restructuring Officer Richard Feferman and Support Staff With Supporting Back-Up (the "Report") for the period February 1, 2018 – March 31, 2018 (the "Reporting Period") for work performed for Core Supplement Technology, Inc. (the "Debtor").

# SUMMARY

On February 23, 2018, the Court entered its Order Granting Debtor's Motion for Entry of an Order Pursuant to Section 363 and 105(a) of the Bankruptcy Code Approving the Engagement Contract of Richard Feferman and Corporate Recovery Associates, LLC as Chief Restructuring Officer (Dkt. 153) (the "Employment Order"), pursuant to which Richard Feferman was retained to serve as the Debtor's Chief Restructuring Officer and CRA was retained to perform services related thereto.

**Summary of Fees and Time Spent During the Reporting Period**

| | |
|---|---|
| Total Fees | $49,600.00 |
| Total Expenses | $775.60 |
| Time Spent By CRO | 274.1 Hours |
| Time Spent By Authorized Assistants | 48.4 |

# REPORT IN DETAIL

Pursuant to the Employment Order, CRA hereby submits its Second Report of Tasks Performed.

Alan Myers was utilized by CRA during the Reporting Period for 48.4 hours, however Mr. Myers billable time is limited to 20 hours per month therefor there was no charge for 8.4 hours. Mr. Myers billable rate was $240 per hour during the reporting period. In accordance with CRA's approved retention terms, Richard Feferman, the Debtor's Chief Restructuring Officer, and a member of CRA, bills at a discounted flat rate of $20,000.00 per month. This Report covers the period commencing on February 1, 2018 through March 31, 2018. The combined fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 2017 | $24,800.00 | $479.74 | $25,279.74 |
| March 2017 | $24,800.00 | $295.85 | $25,095.85 |

CRA has been paid to date as follows:

| Reporting Period | Amount | Description |
|---|---|---|
| December 26, 2017 – January 31, 2018 | $23,870.97 | This amount represents payment of the flat monthly fee, for the Reporting Period, payable upon entry of the Employment Order. |
| Fee Advance | $20,000.00 | Fee advance called for in the Fee Agreement. |

Below is a summary of services provided by Mr. Feferman and Mr. Myers during the period of time covered by this Report. Attached as Exhibit "A" hereto is the name of each professional who performed services in connection with this case during the period covered by this Report and the hourly rate for each such professional. Attached hereto as Exhibit "B" are Mr. Feferman's detailed time and expenses for the period of time covered by this Report.

**Summary of Services of Richard Feferman, Chief Restructuring Officer for the Period December 26, 2017 – January 31, 2018**

### Accounting (48.4 Hours)

Work in this category encompasses all of the time spent by Alan Myers [and none of the CRO's time] which included an assessment of the Debtor's accounting system; staffing problems and work not being completed; how the system is maintained; and how data is collected and entered into system. Evluate how data

and accounting system can be sequestered and preserved for use after sale of business assets. Respond to multiple inquiries from CRO. Examination and analysis of fixed assets, inventory and tax reporting status. Examination and analysis of leased versus owned equipment. Examination and analysis of transactions between Debtor and Simpson. Identify leased equipment erroneously listed as being sold to Simpson.

### (AD) Asset Disposition (158.3 Hours)

Activities in this category include (but are not limited to) extensive meetings and negotiations with attorney Mette Kurth and representatives of Simpson Labs in an attempt to resurrect and improve the sale of substantially all of the Debtor's assets after the denial of the sale motion that was heard on or about March 8, 2018. Conduct telephone calls and in-person meetings with representatives of the Tiger Group regarding evaluating the Debtor's assets, providing an estimate of the liquidation value of the Debtor's assets, and making an offer to purchase the Debtor's assets in bulk for them to liquidate piecemeal. Meeting with, reporting, and conducting negotiations with prospective buyers, the Debtor's creditors including its major secured creditor and attorneys for insiders (two sides of a serious business dispute that had fractured the Board into 2 factions) and the Debtor on all aspects of the disposition of the Debtor's assets including leased versus owned assets; sales procedures; identifying prospective buyers; contacting and marketing the Debtor's assets to more than 50 prospective buyers; negotiating transitional services and cooperation with the stalking horse; preservation of the Debtor's books and records for use by both the Buyer and Seller (post sale); responding to and assisting with due diligence requests of prospective buyers. Confer with counsel and other parties on sales procedures respond to questions regarding same. Examine and identify assets that may possibly be sold to

prospective buyers. Conduct face to face meetings, teleconferences, and exchange emails with multiple prospective buyers for the Debtors Assets. Respond to diligence requests from multiple prospective buyers. Work extensively with counsel on the documentation of the transaction.

### (FEA) Fee and Employment Application (3.9 Hours)

The time spent in this category consists of negotiations with Bank of America regarding the carve out and permission to use cash collateral which were required by the former CRO and CRA in consideration for accepting this engagement; and attending the hearing on the engagement.

### (BA) Business Analysis (26.3 Hours)

Work in this area included but is not limited to the following. Examination and analysis of whistle blower allegations leading to concern of misappropriation of intellectual property. Work with Alan Myers and staff on problems with accounting department. Preparation of wind-up forecast. Work with Richard Bass, Nikki McEvers, and Alan Myers on examination of Simpson transactions; and reconciliation of bank records with MORs. Conduct teleconferences with counsel regarding financial issues.

### (BO) Business Operations (18.5 Hours)

Work in this category included the conduct of meetings and teleconferences regarding operational status, staffing, sales, collections, etc. Work with staff on inventory issues, problems with accounting staff, employee reviews, workforce reductions, wind down planning, payroll issues, vendor issues, transitional issues, insurance coverage. Work with staff on resolving or mitigating accounting department problems.

### (CA) Case Administration (13.5 Hours)

Work in this category included, but was not limited to the following. Obtain consents from the Board of Directors to hire Mette Kurth as Special Counsel for a final effort to save the sale of the Debtor's operating assets. Discuss prospective replacement of counsel with Jeff Cawdrey. Respond to members of the Board of Directors regarding case status and next steps. Confer with counsel regarding problems including the problematic performance of the accounting department; possible misappropriation of intellectual property; and declarations in support of transaction. Interview staff regarding possible misappropriation of IP. Confer with staff regarding efforts to market estate assets. Confer with Bank of America's counsel on multiple issues. Review open items necessary to move case forward; discuss same with counsel and key staff. Divide work and avoid duplication.

### (CAO) Claims Analysis and Objections (.8 hours)

Time spent in the category included work on the examination and analysis of individual claims that merited attention at the time the work was performed.

### (D) Data Analysis (3.9 Hours)

Time spent in this category centered around the examination and analysis of the Debtor's information system including problems; and as the asset sale included the purchase of the IT System it was necessary to plan and take measures to preserve the system in such a way that the Debtor or a successor to the Debtor would be able to access information. For instance, this work enabled the chapter 7 trustee to prosecute avoidance actions.

### (FEAO) Fee and Employment Applications of Others (.1 Hours)

Time spent in this category was for the examination of email from board members regarding the hiring of Mette Kurth.

**(F) Finance (21.5) Hours**

Time spent in this category included identifying leased equipment, and requesting payoff statements on secured obligations. Also time was spent conferring and communicating with counsel on related issues. Working on and communicating with Bank of America and counsel on cash collateral issues, as well as reviewing budgets (and necessary expenditures) with Bank of America's counsel (and amending such budgets). Additionally, considerable time was spent discussing an accommodation from Bank of America for the provision of unencumbered cash for the benefit of creditors. Analysis of leases and preparing for the rejection of leases. Numerous telephone conversations with attorneys concerning the negotiation of a consensual cash collateral agreement. Conducted multiple discussions with attorneys including Debtor's counsel and Bank of America's counsel regarding items that needed to be paid and the potential for irreparable harm to the Debtor's estate.

**(LC) Litigation Consulting (1.1 hours)**

Time spent in this category consists of work necessary to examine the potential misappropriation of intellectual property of the Debtor. This issue impacted multiple areas and thus related work was performed in other billing categories.

**(OSC) Order to Show Cause (.2 Hours)**

Time spent in this category was spent conferring with counsel and obtaining the relevant transcript.

**Plan (14.3 Hours)**

Time spent in this category consisted of preparation and revision of a distribution analysis submitted to the Court and used in negotiations. Conferring with counsel and creditor on deal structure.

**Travel (11.7 Hours)**

Travel to and from client site between Del Mar, CA and Oceanside, CA; travel to and from San Diego, CA Bankruptcy Courthouse.

I declare under penalty of perjury that the foregoing along with all attachments and supporting data is true and correct to except as to those matters stated on information and belief and as to those matters I reasonably believe them to be true.

Executed this 6st day of April 2020 at San Diego, California.

*Richard J. Feferman* (signature)

Richard J. Feferman