# EXHIBIT A

EXHIBIT A
PROFESSIONALS PROVIDING SERVICES DURING REPORTING PERIOD

| PROFESSIONAL | RATE |
|---|---|
| Richard Feferman | $20,000 Flat Monthly Rate |
| Alan Myers | $240 Per Hour |