# EXHIBIT B

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| DATE | PROFESSIONAL | TIME | DESCRIPTION | CATEGORY |
|---|---|---|---|---|
| 2/1/18 | Feferman | 0.1 | Draft and send email to Joseph O'Dea and Chris Hawkins re sales negotiations | AD |
| 2/1/18 | Feferman | 0.2 | Examination and analysis and report to email from Joseph O'Dea re opeations | BO |
| 2/1/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re staff | BO |
| 2/1/18 | Feferman | 0.1 | Telephone call with Gary Rudolph re staff | BO |
| 2/1/18 | Feferman | 0.2 | Telephone call with N. Mc Evers re staffing | BO |
| 2/1/18 | Feferman | 0.1 | Two telephone calls with Chris Hawkins re staffing | BO |
| 2/1/18 | Feferman | 0.1 | Examine and respond to emails to Chris Hawkins re sale calendar | AD |
| 2/1/18 | Feferman | 0.2 | Examine calendar and email Chris Hawkins re sale calendar - conflicts | AD |
| 2/1/18 | Feferman | 0.4 | Telephone call with Chris Hawkins re sale calendar conflicts | AD |
| 2/1/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re staffing problems | BO |
| 2/1/18 | Feferman | 0.2 | Draft and send email to Chris Hawkins | BO |
| 2/1/18 | Feferman | 0.6 | Examination, analysis and report to email from Chris Hawkins re sale procedures | AD |
| 2/2/18 | Feferman | 0.1 | Examination and analysis email from Joseph O'Dea - reply in kind | CA |
| 2/2/18 | Feferman | 0.1 | Draft and send email to prospect "X" confirming terms of "proposal" | CA |
| 2/2/18 | Feferman | 5.2 | Telephone call and face-to-face work session with Chris Haskins and conference call with Bank of America re sale and CRO Employment | AD |
| 2/4/18 | Feferman | 0.5 | Telephone call with Joseph O'Dea re equipment | AD |
| 2/4/18 | Feferman | 0.3 | Examination, analysis and report to email from Chris Hawkins re negotiations | AD |
| 2/4/18 | Feferman | 0.6 | Telephone call with Joseph O'Dea, discuss sale negotiations | AD |
| 2/5/18 | Feferman | 0.2 | Exchange texts with Joseph O'Dea re equipment owned and leased | AD |
| 2/5/18 | Feferman | 0.4 | Examination and analysis of list of leased equipment - call Joseph O'Dea and request he add payment schedule | AD |
| 2/5/18 | Feferman | 0.3 | Telephone call with Chris Hawkins and Joseph O'Dea re equipment | AD |
| 2/5/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re equipment | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/5/18 | Feferman | 0.1 | Email to Alexandra Rhim re carve out | FEA |
| 2/5/18 | Feferman | 0.2 | Draft and send email to Mark Young and Don Grace re , cc Stephen Heinz, Chris Hawkins, Joseph O'Dea re equipment | AD |
| 2/5/18 | Feferman | 0.4 | Exchange texts and send email in response to diligence request (text) from Robert Bailey on behalf of Doug Smith | AD |
| 2/5/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re negotiations | AD |
| 2/5/18 | Feferman | 0.1 | Respond to diligence request via email | AD |
| 2/5/18 | Feferman | 0.1 | Examination, analysis and report to email on administrative claim on truck | CAO |
| 2/5/18 | Feferman | 0.3 | Telephone call with Chris Hawkins re negotiations | AD |
| 2/5/18 | Feferman | 0.3 | Draft and send email to Alexandra Rhim, status | AD |
| 2/5/18 | Feferman | 0.2 | Examination and analysis of email with draft CRO order. Send comments fo Stephen Heinz, cc other parties including U.S. Trustee | FEA |
| 2/5/18 | Feferman | 0.3 | Draft and send email to Chris Hawkins and Joseph O'Dea re negotiations | AD |
| 2/6/18 | Feferman | 0.3 | Draft and send email to Joseph O'Dea and Chris Hawkins re negotiations with prospect | AD |
| 2/6/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re negotiations | AD |
| 2/6/18 | Feferman | 0.6 | Conference call with Joseph O'Dea, Chris Hawkins re prepare for conference call with prospect Simpson | AD |
| 2/6/18 | Feferman | 1.7 | Telephone call with Don Grace, Mark Young, Chris Hawkins and Joseph O'Dea re sale negotiations | AD |
| 2/6/18 | Feferman | 0.1 | Reply to inventory requests | AD |
| 2/6/18 | Feferman | 0.6 | Telephone call with Alexandra Rhim re status deal and cash collateral | AD |
| 2/6/18 | Feferman | 1 | Telephone call with same people on both calls | AD |
| 2/7/18 | Feferman | 1.7 | Examination and analysis on draft psa | AD |
| 2/7/18 | Feferman | 0.1 | Draft and send confidential and privileged email and text to Jeff Cawdrey | CA |
| 2/7/18 | Feferman | 0.1 | Exchange emails with Chris Hawkins re psa | AD |
| 2/7/18 | Feferman | 0.2 | Telephone call with Chris Hawkins re negotiations | CA |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/7/18 | Feferman | 0.1 | Draft and send email to Chris Hawkins and Alexandra Rhim requesting conference call to discuss deal | AD |
| 2/7/18 | Feferman | 0.1 | Telephone call with Stephen Hinze re negotiations | AD |
| 2/7/18 | Feferman | 0.6 | Telephone call with Stephen Hinze re negotiations | AD |
| 2/7/18 | Feferman | 0.4 | Examination and analysis of draft PSA | AD |
| 2/7/18 | Feferman | 0.1 | Examination, analysis and report to email from Alexandra Rhim re deal status | AD |
| 2/7/18 | Feferman | 0.1 | Eaxmination, analysis and report to Prospect "X", sale discussions | AD |
| 2/7/18 | Feferman | 0.1 | Repspond to diligence request of Robert Bailey | AD |
| 2/7/18 | Feferman | 1.3 | Continue drafting comments to Simpson's first draft of PSA | AD |
| 2/7/18 | Feferman | 0.6 | Telephone call with Simpson resp Don Grace and Mark Young, Chris Hawkins, Joseph O'Dea, Stephen Heinze re negotiations, PSA | AD |
| 2/7/18 | Feferman | 0.5 | Telephone call with Stephen Hinze, recap after telephone call with Simpson reps | AD |
| 2/7/18 | Feferman | 0.1 | Draft email and send comments to (redact) | AD |
| 2/7/18 | Feferman | 0.3 | Examination, analysis and C on Stephen Hinze's redline of PSA and ask why have my concerns not been addressed | AD |
| 2/7/18 | Feferman | 0.8 | Eaxmination, analysis and report to Alexandra Rhim re B of A changes to fee order | FEA |
| 2/8/18 | Feferman | 0.3 | Exchange correspondence with Stephen Hinze and Chris Hawkins re PSA | AD |
| 2/8/18 | Feferman | 0.6 | Travel to courhouse | Travel |
| 2/8/18 | Feferman | | Mileage to courhouse, parking at Meridian, tip $20 | Cost |
| 2/8/18 | Feferman | 2.8 | Wait for and participate in hearing on CRO retention, et al. conduct neg on CRO comp with and meet with Chris Hawkins and Stephen Hinze after hearing to discuss next steps | FEA |
| 2/8/18 | Feferman | 0.8 | Return from court | travel |
| 2/10/18 | Feferman | 3.9 | Telephone call with Stephen Hinze, Joseph O'Dae, Chris Hawkins, Don Grace, and Mark Young re sale negotiations | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|------|------|-------|-------------|------|
| 2/11/18 | Feferman | 0.3 | Telephone call with Stephen Hinze re deal negotiations | AD |
| 2/11/18 | Feferman | 0.2 | Exchange emails and texts with Alexandra Rhim re status of negotiations | AD |
| 2/11/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re open items to review | AD |
| 2/11/18 | Feferman | 0.1 | Draft and send email to work group re BofA | AD |
| 2/11/18 | Feferman | 1 | Telephone call with A. Myers, Joseph O'Dea and IT staff, discuss system | AD |
| 2/11/18 | Feferman | 2.8 | Examination, analysis and comment on PSA | AD |
| 2/11/18 | Feferman | 3.1 | Work on BofA | AD |
| 02/11/18 | Myers | 0.3 | Telephone call with R. Feferman re case status. | Accounting |
| 02/11/18 | Myers | 0.7 | Telephone call with R. Feferman and J. Odea re case status and accounting system. | Accounting |
| 2/12/18 | Feferman | 1.6 | Work on deal terms, amend and comment on PSA | AD |
| 2/12/18 | Feferman | 0.6 | Telephone call with Joseph O'Dea and A. Myers, structuring deal terms, accounting issue | AD |
| 2/12/18 | Feferman | 0.2 | Discuss deal documentation with Stephen Hinze | AD |
| 2/12/18 | Feferman | 0.1 | Confirm via phone - conference call with Robert Opera to discuss prospective deal, discuss with his client | AD |
| 2/12/18 | Feferman | 0.6 | Telephone call with Chris Hawkins re deal negotiations | AD |
| 2/12/18 | Feferman | 0.1 | Draft and send status email to Simpson team | AD |
| 2/12/18 | Feferman | 0.4 | Review and comment on current version of PSA | AD |
| 2/12/18 | Feferman | 0.3 | Telephone call with A. Myers, Joseph O'Dea and Core's IT staff re IT system and books and records | D |
| 2/12/18 | Feferman | 0.4 | Exchange emails and review vendor file re administrative claim of Pyure Brands | CAO |
| 2/12/18 | Feferman | 0.2 | Debrief of A. Myers re his telephone call with IT staff | D |
| 2/12/18 | Feferman | 0.1 | Telephone call with Chris Hawkins, discussion of documentation of sale | AD |
| 2/12/18 | Feferman | 0.9 | Telephone call with Robet Opera, J. Hyten and Robert Bailey of review Simpson deal | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| 02/12/18 | Myers | 0.5 | Telephone call with R. Feferman, J. Odea and R. Bass re accounting system, how maintained, access to system and backups. | Accounting |
| 02/12/18 | Myers | 0.2 | Telephone call with R. Feferman and J. Odea re need to process outstanding credit card payments. | Accounting |
| 2/13/18 | Feferman | 0.4 | Examination, analysis and report to email string with Joseph O'Dea, A. Myers and R. Bass | D |
| 2/13/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re staff | BO |
| 2/13/18 | Feferman | 0.7 | Telephone call with Alexandra Rhim re sale negotiations, deal terms | AD |
| 2/13/18 | Feferman | 0.1 | Email to Mark Youn and Stephen Hinze re status on hearing dates and amended PSA | AD |
| 2/13/18 | Feferman | 0.2 | Examination, analysis and report to R. Bass re IT project | D |
| 2/13/18 | Feferman | 0.1 | Two emails to IT group . 1) volume of paper records; 2) chart showing IT and record system - index? | D |
| 2/13/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re staffing, inventory needed to complete WIP inventory to complete job that is needed for collections | BO |
| 2/13/18 | Feferman | 0.7 | Telephone call with Nikki re HR problem | BO |
| 2/13/18 | Feferman | 0.9 | Telephone call with A. Myers re system and ERP, other books and records | D |
| 02/13/18 | Myers | 0.3 | Telephone call with R. Feferman and J. Odea re case status, access to accounting system & credit card processing. | Accounting |
| 02/13/18 | Myers | 0.4 | Prepare email to R. Feferman and J. O'dea re thoughts on how to sequester needed acctg data prior to turnover of business. | Accounting |
| 02/13/18 | Myers | 4.5 | Go to Core (1.0), discuss various topics with R. Bass and N. McEvers including sequestering acctg data (0.8), how to process credit card payments (0.9), payroll issues (0.8), the computerized acctg system and the extent of use of integrated applications (1.0). | Accounting |
| 02/13/18 | Myers | 0.6 | Telephone call with R. Feferman and R. Bass re the data and information and files that need to be in an accessible backup. | Accounting |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/14/18 | Feferman | 0.2 | Telephone call with A. Myers re accounting, IT system | D |
| 2/14/18 | Feferman | 0.2 | Telephone call with Alexandra Rhim re status of A. Myers site visit yesterday | D |
| 2/14/18 | Feferman | 0.2 | Telephone call with Chris Hawkins re eal status | AD |
| 2/14/18 | Feferman | 0.6 | Telephone call with A. Myers, Joseph O'Dea and Stephen Hinze re staffing and accounting department | BO |
| 2/14/18 | Feferman | 0.1 | Joseph O'Dea, recap conference call and confirm next steps | BO |
| 2/14/18 | Feferman | 0.6 | Travel to courthouse, status | Travel |
| 2/14/18 | Feferman | 1.3 | Arrive at 1:45 for 2 pm - 3 pm status conference re sale | AD |
| 2/14/18 | Feferman | 0.7 | Debrief with Chris Hawkins and Stephen Hinze after hearing | AD |
| 2/14/18 | Feferman | 2.8 | Examination and analysis of sale and restructuring liquid ?? | AD |
| 2/14/18 | Feferman | 0.8 | Return from court | Travel |
| 02/14/18 | Myers | 0.2 | Telephone call from R. Feferman re case status, hearing today, notes from yesterday. | Accounting |
| 02/14/18 | Myers | 0.5 | Prepare notes re visit to Core and the results of meeting with R. Bass and N. McEvers and send to R. Feferman. | Accounting |
| 02/14/18 | Myers | 0.4 | Telephone call from R. Ferferman with J. Odea to discuss current status of acctg department, health issues with K. Haycook and need to visit Core to determine status of the acctg system. | Accounting |
| 02/14/18 | Myers | 0.2 | Review email from Joe Odea re Friday reports. | Accounting |
| 02/14/18 | Myers | 0.2 | Telephone calls with N. McEvers re access to GP accounting system and the availabilty of K. Haycook. | Accounting |
| 02/14/18 | Myers | 0.2 | Telephone call with R. Feferman re day and time to go to Core to access accounting system. | Accounting |
| 2/15/18 | Feferman | 0.8 | Examination and analysis of email from redact re transactions of interest | BA |
| 2/15/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea re sale negotiations | AD |
| 2/15/18 | Feferman | 0.1 | Telephone call with N. McEvers re controller's health | BO |
| 2/15/18 | Feferman | 0.5 | Telephne call with Joseph O'Dea re business operations and accounting staff absence/mitigation | BO |
| 2/15/18 | Feferman | 0.4 | Telephone call with A. Myers re progress with accounting system | BA |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/15/18 | Feferman | 0.2 | Telephone call with A. Myers re status on progress with the accounting system | BA |
| 2/15/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re examination of transactions of interest and possible claims against | LC |
| 2/15/18 | Feferman | 0.2 | Telephone call with Chris Hawkins re sale negotiations and PSA | AD |
| 2/15/18 | Feferman | 0.7 | Examination and analysis of amended PSA - forward to Stephen Hinze and Chris Hawkins | AD |
| 2/15/18 | Feferman | 2.2 | Meet with Joseph O'Dea and Chris Hawkins, discuss restructuring deal | AD |
| 02/15/18 | Myers | 0.6 | Telephone call from R. Feferman re case status, work to do today at Core and information needed. | Accounting |
| 02/15/18 | Myers | 5.1 | Go to Core (1.0), discuss various topics with R. Bass, N. McEvers and J. O'dea including status of bank accounts and check deposits at bank and how recoreded into the acctg system (1.9), access to and use of acctg system and all the different reports available (1.8), and a telephone call with K. Haycook (0.4).  Time inclues walking between buildings and waiting for people. | Accounting |
| 2/16/18 | Feferman | 0.8 | Telephone call with Alexandra Rhim re deal terms/negotiations | AD |
| 2/16/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re negotiations over deal structure | AD |
| 2/16/18 | Feferman | 0.3 | Telephone call with Mark Young re deal structure | AD |
| 2/16/18 | Feferman | 0.5 | Telephone call with Chris Hawkins, restructure deal terms | AD |
| 2/16/18 | Feferman | 0.1 | Telephone call with A. Myers re status of examination of problems with accounting clerk | BO |
| 2/16/18 | Feferman | 0.1 | Telephone call with N. McEvers , problem with accounting clerk, job performance | BO |
| 2/16/18 | Feferman | 0.2 | Telephone call with A. Myers re job performance and problems | BO |
| 2/16/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea, structure new deal | AD |
| 2/16/18 | Feferman | 0.2 | Update from N. McEvers re accounting staff | BO |
| 2/16/18 | Feferman | 0.7 | Examination and analysis and draft details on new deal structure | AD |
| 2/16/18 | Feferman | 0.8 | Telephone call with Chris Hawkins, new deal structure | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/16/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea, review deal structure | AD |
| 2/16/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea, review deal structure | AD |
| 2/16/18 | Feferman | 0.1 | Telephone call with N. McEvers, update, accounting staff and job performance | BO |
| 2/16/18 | Feferman | 0.1 | Telephone call with Mark Young, negotiations | AD |
| 2/16/18 | Feferman | 2.2 | Examination and analysis and report to email from members of BOD re status and next steps | CA |
| 02/16/18 | Myers | 3.1 | Go to Core (1.0), meet with K Haycook to begin review of acctg system,  accounting system, disccus accounts receivable and accounts payable reports needed re Simpson, status of bank account reconcilaitations (1.8), and meet with J. O'dea (0.3). | Accounting |
| 02/16/18 | Myers | 0.3 | Telephone call with R. Feferman and J. Odea re results of visit to Core and work to be done. | Accounting |
| 2/17/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea, discuss deal negotiations and problem | AD |
| 2/17/18 | Feferman | 0.4 | "               "          " | AD |
| 2/17/18 | Feferman | 0.3 | "               "          " | AD |
| 2/17/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea and Don Grace, negotiations | AD |
| 2/17/18 | Feferman | 0.5 | Telephone call with Joseph O'Dea and Don Grace, negotiations, everything looks good -new structure. Need to review with partners | AD |
| 2/17/18 | Feferman | 1.3 | Telephone call with Joseph O'Dea re examination, analysis, and restructuring cost shift strategy | AD |
| 2/17/18 | Feferman | 0.8 | Telephone call with Stephen Hinze, accounting staff performance problem, transaction of interest strategy, declarations in support of transactions | CA |
| 2/17/18 | Feferman | 0.1 | ML for R. Bass re transaction of interest | CA |
| 2/17/18 | Feferman | 0.7 | Travel to Lazy Acres, Encinitas, to meet with Joseph O'Dea | Travel |
| 2/17/18 | Feferman | 0.9 | Meet with Joseph O'Dea re transactions of interest | CA |
| 17-Feb | Feferman | 0.6 | Return from Lazy Acres | Travel |
| 2/17/18 | Feferman |  | Mileage 34 miles round trip, CD RWs $15.65 | Cost |
| 2/17/18 | Feferman | 2.3 | Work on declaration in support of sale | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 2/18/18 | Feferman | 0.5 | Two telephone calls (.2), (.3) with Joseph O'Dea, marketing concerns | CA |
| 2/18/18 | Feferman | 0.5 | Telephone call with Stephen Hinze. Discuss declaration in support of sale and concerns | AD |
| 2/18/18 | Feferman | 0.6 | Examination and analysis of online ads and reaser for marketing campaign | AD |
| 2/18/18 | Feferman | 5.2 | Work on declaration in support of sales procedures | AD |
| 2/18/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re open items - NDA | AD |
| 2/18/18 | Feferman | 2.3 | Continue with declaration, forward draft to Stephen Hinze | AD |
| 2/19/18 | Feferman | 0.1 | Examination, analysis and report to email from Chris Hawkins re status of documentations | AD |
| 2/19/18 | Feferman | 0.1 | Draft and send email and leave voice mail message to Mark Young re status of his side's review. Update Chris Hawkins, Stephen Hinze, Joseph O'Dea re status | AD |
| 2/19/18 | Feferman | 0.1 | Examination, analysis and report to email from R. Bass, diligence, transactions of interest | LC |
| 2/19/18 | Feferman | 0.2 | Examination and analysis of email from Stephen Hinze re Federal and California Warn act. Follow up with Nikki. | BO |
| 2/19/18 | Feferman | 0.2 | Examination, analysis and report to Chris Hawkins re Warn act and work force reductions | BO |
| 2/19/18 | Feferman | 0.6 | Draft and send email  to Nikki re multiple topics: Critical employee performance review, and marketing support | BO |
| 2/19/18 | Feferman | 0.3 | Examination, analysis and report to email re payment for temps | BO |
| 2/19/18 | Feferman | 5.1 | Conduct negotiations with Mark Young, Don Grace, Stephen Hinze, Chris Hawkins and Jeff _____, Simpson principal | AD |
| 2/19/18 | Feferman | 3.8 | Examination and analysis of draft declaration and attachments. Amend declaration ISO, execute and forward to counsel | AD |
| 2/20/18 | Feferman | 0.8 | Telephone call with Alexandra Rhim re proposed deal terms | AD |
| 2/20/18 | Feferman | 0.7 | Telephone call with Robert Bailey | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|------|------|-------|-------------|----------|
| 2/20/18 | Feferman | 1.6 | Review RJF declaration ISO, draft errata, draft comments, identify open items to complete for signature copy | AD |
| 2/20/18 | Feferman | 0.8 | Draft email to Mark Young, Stephen Hinze, et al. re purchase contract | AD |
| 02/20/18 | Myers | 0.6 | Telephone calls with R. Feferman and N. McEvers re disgorgement from J. O'dea, how disgorgement was reported in the 2017 acctg and the need to collect documents to show how the transaction was reported. | Accounting |
| 02/20/18 | Myers | 0.2 | Telephone call from R. Feferman re case status, payroll info and | Accounting |
| 2/21/18 | Feferman | 0.6 | Telephone call with N. McEvers re accounting department problem, work force reduction, planning | BO |
| 2/21/18 | Feferman | 0.2 | Telephone call with Alexandra Rhim re CRO employment order, WF reduction, status in accounting and sale status including discussion of payment of vacation time to terminated employees. Does her client have an objection. | CA |
| 2/21/18 | Feferman | 1.1 | Work on ADA and exhibits | AD |
| 2/21/18 | Feferman | 0.1 | Telephone call with Stephen Hinze re APA | AD |
| 2/21/18 | Feferman | 0.4 | Telephone call with Alexandra Rhim re accounting department status on part time, N. McEvers, Joseph O'Dea | BO |
| 02/21/18 | Myers | 0.3 | Telephone call from R. Feferman re case status, monthly operating | Accounting |
| 2/22/18 | Feferman | 2 | Prepare for hearing by preparing responses to Judge Mann's rentative | AD |
| 2/22/18 | Feferman | 0.5 | Drive to courthouse | Travel |
| 2/22/18 | Feferman | 1.3 | Conduct and participate in discussion ?? At satisfying judicial concerns | AD |
| 2/22/18 | Feferman | 0.8 | Attend hearing on sale procedures | AD |
| 2/22/18 | Feferman | 1.5 | Work session at Sullivan, Hill - order, today's hearing and sicuss next steps with Stephen Hinze, Joseph O'Dea and Chris Hawkins | AD |
| 2/22/18 | Feferman | 0.5 | Return | Travel |
| 02/22/18 | Myers | 0.5 | Telephone call from R. Feferman re case status, accounting issues and court hearing. | Accounting |
| 02/22/18 | Myers | 0.5 | Telephone call with N. McEvers re 2017 disgorgement, review pages received via email and send email to R. Feferman re the funds disgorged by J. O'dea. | Accounting |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| 02/22/18 | Myers | 0.1 | Telephone call with J. Odea re moving operations and accounting into one building and the amount of time needed. | Accounting |
| 2/23/18 | Feferman | 0.6 | Examination and analysis of open items and next steps to move case forward | CA |
| 2/23/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea, discuss latest status and agenda | CA |
| 2/23/18 | Feferman | 0.2 | Telephone call with Stephen Hinze, discuss status and agenda | CA |
| 2/23/18 | Feferman | 0.2 | Telephone call with Rober Bailey, discuss new prospect, ANC | AD |
| 2/23/18 | Feferman | 0.2 | Telephone call with A. Myers, discuss strategy for organizing the CFO | D |
| 2/23/18 | Feferman | 0.1 | ML for Alexandra Rhim re workforce reduction | BO |
| 2/23/18 | Feferman | 0.1 | Telephone call with N. McEvers re teasers | AD |
| 2/23/18 | Feferman | 0.7 | Travel without working on other matter to Core | Travel |
| 2/23/18 | Feferman | 1.3 | Meet with Joseph O'Dea and discuss wind-down plan:  staffing, lease rejections, consolidating into building 1, etc. | BO |
| 2/23/18 | Feferman | 0.4 | Meet with N. McEvers and Joseph O'Dea re wind-down staffing, marketing, teasers mailed | BO |
| 2/23/18 | Feferman | 0.3 | Meet with K. Haycook CFO in her office, discuss her move to new building | BO |
| 2/23/18 | Feferman | 0.8 | Return from Core | Travel |
| 2/23/18 | Feferman | 0.2 | Telephone call with N. McEvers re workforce reduction | BO |
| 2/24/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea, windup, moving out of building 2 | BO |
| 2/24/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea, windup, moving out of building 2 | BO |
| 2/24/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea, windup, moving out of building 2 | BO |
| 2/24/18 | Feferman | 0.3 | Draft dist analysis | Plan |
| 2/24/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea, windup | Plan |
| 2/24/18 | Feferman | 0.3 | Moving accounting department | D |
| 2/24/18 | Feferman | 1.4 | Draft Dist. analysis, examine executory contracts and liabilities | Plan |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|---|---|---|---|---|
| 02/24/18 | Myers | 0.2 | Telephone call with R. Feferman re case status, moving the acctg department, sale of excess containers, how to deal with payroll and accrued vacation. | Accounting |
| 2/25/18 | Feferman | 0.2 | Email to Stephen Hinze and M. Bustarde re estimated feew through Feb 28 | Plan |
| 2/25/18 | Feferman | 0.2 | Examination, analysis and report to email from Robert Bailey re prospect | AD |
| 2/26/18 | Feferman | 0.2 | Telephone call with N. McEvers re final payroll | BO |
| 2/26/18 | Feferman | 0.2 | Telephone call with N. McEvers re final payroll | BO |
| 2/26/18 | Feferman | 0.5 | Draft email to Alexandra Rhim re final payroll | BO |
| 2/26/18 | Feferman | 0.1 | Telephone call with Alexandra Rhim re final payroll for employees being terminated | BO |
| 2/26/18 | Feferman | 0.1 | Examination, analysis and report to email identifying unused equipment | F |
| 2/26/18 | Feferman | 0.1 | Call from Dustin Lee, agent for Pro Merchandise. Cell: (323) 313-3699. email: L6D73@yahoo.com | AD |
| 2/27/18 | Feferman | 0.6 | Travel without working on Core | Travel |
| 2/27/18 | Feferman | 0.2 | Telephone call with N. McEvers, discuss status of accounting, move out of building 2 | BO |
| 2/27/18 | Feferman | 0.2 | re of _____ 363 sale | AD |
| 2/27/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re PSA amendment | AD |
| 2/27/18 | Feferman | 3.2 | Work at Core in accounting department on liquidation analysis | Plan |
| 2/27/18 | Feferman | 0.2 | Telephone call with prospective buyer, Stephen Finnegan, Makers Nutrition, Steve@Makersnutrition.com.  Call Wed to see if interested | AD |
| 2/27/18 | Feferman | 1.3 | Meet with Joseph O'Dea to discuss status of wind-down, next steps with personnel, marketing | CA |
| 2/27/18 | Feferman | 0.1 | Send email to T. Fawkes requesting payoff statement | F |
| 2/27/18 | Feferman | 1.3 | Work on cash flow through 3/31, examination and analysis of open orders, commissions and deposits owed and on hand | Plan |
| 2/27/18 | Feferman | 0.3 | Discuss IT system with R. Bass | D |
| 2/27/18 | Feferman | 2.4 | Work on liquidation pro forma for 3/31/18 | Plan |
| 2/27/18 | Feferman | 0.5 | Return from Core | Travel |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| | | | | |
|---|---|---|---|---|
| 2/28/18 | Feferman | 0.3 | Examination, analysis and report to email from M.Thompson | AD |
| 2/28/18 | Feferman | 0.6 | Telephone call with Tom Fawkes re deal structure | Plan |
| 2/28/18 | Feferman | 0.6 | Travel to Core | Travel |
| 2/28/18 | Feferman | 1.4 | Prepare and send diligence materials to four active prospects | AD |
| 2/28/18 | Feferman | 0.3 | Telephone call with prospect | AD |
| 2/28/18 | Feferman | 0.6 | Telephone call with Melissa Thomas, North County Insurance, and Joseph O'Dea. Mthomas@northcountyinsurance.com. Product liability, Work comp, property, D&O, bond on 401k | BO |
| 2/28/18 | Feferman | 2.7 | Work on Dist analysis | AD |
| 2/28/18 | Feferman | 2.5 | Examination, analysis and reply to Stephen Hinze, Chris Hawkins and Joseph O'Dea re Mark Young's draft | AD |
| 3/1/18 | Feferman | 0.5 | Telephone call with Stephen Hinze re distribution report | BO |
| 3/1/18 | Feferman | 0.4 | Telephone call with Nikki re issuance of disbursements to and required status of MOR | BO |
| 3/1/18 | Feferman | 0.1 | Discuss sale status with Joseph O'Dea | AD |
| 3/1/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re dsitribution report | Plan |
| 3/1/18 | Feferman | 1.2 | Amend declaration attached to distribution report | Plan |
| 3/1/18 | Feferman | 0.1 | Telephone call with Stephen Hinze re distribution report | Plan |
| 3/1/18 | Feferman | 0.6 | Examination and analysis of PSA | AD |
| 3/1/18 | Feferman | 0.4 | Telephone call with Stephen Hinze and Mark Young re problem with PSA resulting from removal of language on a proposed interum agreement | AD |
| 3/1/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea re Simpson, settling accounts, open orders, commissions, department turnover, pro rations | AD |
| 3/1/18 | Feferman | 0.4 | Telephone cal with N. McEvers re make sure Kathy knows no distributions without authorization, report on disbursements and department in transit, what needs to be paid, and authrozied but not issued | BO |
| 3/1/18 | Feferman | 2.4 | Draft and send email to Joseph O'Dea and Stephen Hinze re clean up items needed as part of sale to Simpson | AD |
| 3/1/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re accounting related to open orders | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|------|------|-------|-------------|------|
| 3/1/18 | Feferman | 0.4 | Draft and send email to Joseph O'Dea and Stephen Hinze re additional clean up items, accounting from Simpson on progress with open orders | AD |
| 3/1/18 | Feferman | 0.7 | Settlement discussions with Thomas Fawkes, Berlin claim | AD |
| 3/1/18 | Feferman | 0.7 | Telephone call with Stephen Hinze and Joseph O'Dea re diwn-up issues with Simpson | AD |
| 3/1/18 | Feferman | 0.9 | Settlement discussion with Alexandra Rhim | AD |
| 3/1/18 | Feferman | 0.4 | Draft and send email re open ??? To Mark Young, Chris Hawkins, and Stephen Hinze | AD |
| 3/2/18 | Feferman | 1.2 | Examination and analysis of open issues re asset sale | AD |
| 3/2/18 | Feferman | 0.1 | Draft and send email re APA to Mark Young, Simpson principals, Stephen Hinze, Chris Hawkins, et al. | AD |
| 3/2/18 | Feferman | 0.8 | Telephence call with Stephen Hinze re open issues, insurance, true up AP and customer deposits, etc. | AD |
| 3/2/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea re confirming amount of AR and customer deposit balances for MOU | AD |
| 3/2/18 | Feferman | 0.3 | Telephone call with BofA customer service rep re online system | CA |
| 3/2/18 | Feferman | 1.3 | Examination and analysis of draft MOU, draft comments, "redline" and email to counsel | AD |
| 3/2/18 | Feferman | 2.4 | Examination and analysis of objections to sale from BofA and Berlin | AD |
| 3/2/18 | Feferman | 0.3 | Draft and send emails to Mark Young, Thomas Fawkes and Alexandra Rhim discussing continuance to give time to resolved issues | AD |
| 3/2/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea discussing deterioration of value resulting from shutdown of operations and customer service problems | AD |
| 3/2/18 | Feferman | 1.6 | Conference call with Stephen Hinze, Mark Young, Joseph O'Dea and E. Simpson re possible continuance, declining value, customer problems, true-up, and objections from secured creditors | AD |
| 3/3/18 | Feferman | 0.7 | Examination and analysis of revised MOU. Send my second redline to Stephen Hinze | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| | | | | |
|---|---|---|---|---|
| 3/3/18 | Feferman | 0.4 | Telephone call with Stehpen Hinze re draft MOU, emergency motions | AD |
| 3/3/18 | Feferman | 0.7 | Examination and analysis of email from Mark Young (3/2/18 @ 11:56 a.m.) re factual info re sale | AD |
| 3/3/18 | Feferman | 0.4 | Examination and analysis of revised MOU. | AD |
| 3/3/18 | Feferman | 0.2 | $129,818.80 - $203,983.93 $74,165.13 examine back-up from Core re settlement of AR/AP balances with Simpson. Draft and send email to Mark Young, et al. and Stephen Hinze et al. re same | AD |
| 3/4/18 | Feferman | 0.1 | Examination, analysis and report re email from Stephen Hinze re APA | AD |
| 3/4/18 | Feferman | 0.2 | Examination, analysis and report to email from Joseph O'Dea re APA | AD |
| 3/4/18 | Feferman | 0.1 | Examination and analysis of email from Stephen Hinze re APA. Reply in kind | AD |
| 3/4/18 | Feferman | 0.1 | Examination, analysis and report to email from Stephen Hinze on APA and emergency motions | AD |
| 3/4/18 | Feferman | 0.1 | Draft and send email re MOU to Mark Young | AD |
| 3/4/18 | Feferman | 1.3 | Examination and analysis of sale documents | AD |
| 3/4/18 | Feferman | 0.4 | Follow up with prospects | AD |
| 3/4/18 | Feferman | 0.8 | 7a, 7b  Draft declaration | AD |
| 3/4/18 | Feferman | 0.6 | Examination and analysis of Joseph O'Dea's declaration.  Send email re same to Joseph O'Dea | AD |
| 3/4/18 | Feferman | 0.6 | Telephone call with Stephen Hinze re my declaration in support of sale | AD |
| 3/5/18 | Feferman | 0.4 | Examination, analysis and comments on declaration of Joseph O'Dea ISO sales hearing | AD |
| 3/5/18 | Feferman | 0.4 | Prepare for telephone call with Stephen Hinze - items to be completed and filed today for hearing on Tuesday | AD |
| 3/5/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re work plan - items to be completed and filed today | AD |
| 3/5/18 | Feferman | 0.2 | Telephone call with Mark Feferman re IT system | D |
| 3/5/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea, discuss pleadings that he needs to help with | AD |
| 3/5/18 | Feferman | 0.7 | Telephonce call with Alexandra Rhim re settlement negotiations | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 3/5/18 | Feferman | 0.3 | Telephone call with Chris Hawkins - case status and items he can help with today | AD |
| 3/5/18 | Feferman | 0.4 | Telephone call with Stephen Hinze, discuss revisions to pleadings, declarations, MOU, reply briefs, APA | AD |
| 3/5/18 | Feferman | 0.2 | Telephone call with Stephen Hinze re Joseph O'Dea's declaration | AD |
| 3/5/18 | Feferman | 0.9 | Conference call with Alexandra Rhim and reps of BofA, discuss case status and settlement alternatives | AD |
| 3/5/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea, amending his declaration describing operations | AD |
| 3/5/18 | Feferman | 0.4 | Examination, analysis and comment on Joseph O'Dea's declaration | AD |
| 3/5/18 | Feferman | 0.1 | Telephone call with Stephen Hinze, discuss status of preparation, filing of pleadings | AD |
| 3/5/18 | Feferman | 0.2 | Debrief with Stephen Hinze adter settlement conference with Alexandra Rhim and BofA | AD |
| 3/5/18 | Feferman | 0.2 | Telephone call with Alexandra Rhim, followup after settlement conference | AD |
| 3/5/18 | Feferman | 0.6 | Prepare fot settlement conference with Thomas Fawkes, atty for secured creditor Berlin | AD |
| 3/5/18 | Feferman | 0.3 | Telephone call with Mark Young re APA, MOU | AD |
| 3/5/18 | Feferman | 0.3 | Telephone call with Stephen Hinze re open items with sale, related pleadings, ADA, MOU | AD |
| 3/6/18 | Feferman | 0.8 | Examination and analysis of wind-up budget | BO |
| 3/6/18 | Feferman | 0.2 | Telephone call with N. McEvers re payroll forecst for windup, look at amending | BO |
| 3/6/18 | Feferman | 0.2 | Telephone call with N. McEvers re discuss assumption for amending payroll forecast | BO |
| 3/6/18 | Feferman | 0.4 | Examine amended payroll forecast | BO |
| 3/6/18 | Feferman | 4.9 | Examination and analysis and amend windup forecast in preparation for sale hearing | BA |
| 3/6/18 | Feferman | 0.5 | Travel to court | Travel |
| 3/6/18 | Feferman | 4.5 | Attend court hearing on sale motion. Most of time was spent in negotiations in courthouse conference room with parties-in-interest | AD |
| 3/6/18 | Feferman | 0.5 | Return from court | Travel |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | | Hours | Description | Category |
|------|------|------|------|------|------|
| 3/6/18 | Feferman | Costs | | Parking, $15.  Mileage round trip | Travel |
| 3/7/18 | Feferman | | 0.1 | Reply to Joseph O'Dea re sale negotiations | AD |
| 3/7/18 | Feferman | | 0.2 | Examinatio, analysis and report, C? finished with reply to Robert Bailey re status | AD |
| 3/7/18 | Feferman | | 0.4 | Two telephone calls with N. McEvers re accounting department, preparation of MOR January and February, getting system up to date | BO |
| 3/7/18 | Feferman | | 0.6 | Telephone call with R. Bass re helping accounting catch up. Discuss accounting and IT issues | BO |
| 3/7/18 | Feferman | | 0.4 | Telephone call with Stephen Hinze and Mark Young, part time re status of negotiations | AD |
| 3/7/18 | Feferman | | 0.1 | Two messages left for Alexandra Rhim | AD |
| 3/7/18 | Feferman | | 2.3 | Prepare for hearing | AD |
| 3/7/18 | Feferman | | 0.3 | Telephone call with R. Bass re outsourcing analysis | BA |
| 3/7/18 | Feferman | | 1.5 | Prepare for hearing, possible narrative for declaration | AD |
| 3/7/18 | Feferman | | 1.6 | Examine and amend liquidation analysis | AD |
| 3/7/18 | Feferman | | 0.9 | Telephone call with Stephen Hinze, prepare for tomorrow's hearing | AD |
| 3/8/18 | Feferman | | 0.4 | Telephone call with Stephen Hinze re my declaration in support of sale motion, liquadation analysis | AD |
| 03/11/18 | Myers | | 1.3 | Telephone calls with R. Feferman and J. Odea regarding sale hearing, values of inventory and fixed assets and tax return extensions to be prepared. | Accounting |
| 3/12/18 | Feferman | | 0.1 | Examination, analysis and report to email from Mette Kurth re transcript | AD |
| 3/12/18 | Feferman | | 0.1 | Examination and analysis to email response from board members re hiring Meete Kurth | FEAO |
| 3/12/18 | Feferman | | 0.1 | Examination and analysis of email from Nikki re marketing brochure | AD |
| 3/12/18 | Feferman | | 0.2 | Examination, analysis and report to emails from Tigre group re asset valuations | AD |
| 03/12/18 | Myers | | 5.2 | Go to Core, meet with R. Feferman, J. Odea and R. Bass to discuss status of various projects (0.8), obtain copies of and prepare a summary of equipement leases and loan doucments (3.4), review balance sheets and income statements form the MOR (1.0). | Accounting |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 3/13/18 | Feferman | 0.4 | Examination and analysis of emails from Mette Kurth re responding to OCS and teeing up sale pleadings | AD |
| 3/13/18 | Feferman | 0.1 | Telephone call with Joseph O'Dea re task him to work with staff to generate definitive info on Simpson transactions and equipment liens and leases | AD |
| 3/13/18 | Feferman | 1 | Telephone call with Tiger group representatives, estimate on equipment, inventory, AR values | AD |
| 3/13/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re status on fixed asset inventory | AD |
| 3/13/18 | Feferman | 0.6 | Telephone call with Thomas Fawkes re disposition of his client's collateral | AD |
| 03/13/18 | Myers | 2.1 | Go to Core, meet with J. Odea and R. Bass to review items and worksheets related to the fixed assets (1.8), and discuss with J. O'dea the summary of leases (0.3). | Accounting |
| 3/14/18 | Feferman | 0.2 | Examination, analysis and report to email from Mette Kurth re financials | BA |
| 3/14/18 | Feferman | 0.1 | Telephone call with Stephen Hinze re rejections of ececutory contracts. | F |
| 3/14/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re wind up plan | AD |
| 3/14/18 | Feferman | 0.1 | Telephone call with Margaret Manning re APA comments | AD |
| 3/14/18 | Feferman | 0.1 | Examination and analysis of email from Stephen Hinze re executory contracts | F |
| 3/14/18 | Feferman | 0.1 | Examination and analysis of email from Margaret Manning | F |
| 3/14/18 | Feferman | 0.2 | Telephone call with J. Bird re real property leases and assumption and assignment, Building 1; Building 2 background | F |
| 3/14/18 | Feferman | 0.8 | Conference call with Margaret Manning, Mette Kurth, et al. re APA | AD |
| 3/14/18 | Feferman | 0.1 | Examination and analysis of eamil from Joseph O'Dea re cost to vacate Building 2 | F |
| 3/14/18 | Feferman | 0.8 | Review revised APA with Margaret Manning | AD |
| 3/14/18 | Feferman | 0.2 | Telephone call with Alexandra Rhim and Margaret Manning re status of APA | AD |
| 3/14/18 | Feferman | 0.1 | Draft and send email to Stephen Hinze re payroll | BO |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 3/14/18 | Feferman | 0.2 | Telephone call re insurance re general liability policy | BO |
| 3/14/18 | Feferman | 0.5 | Telephone call with Mette Kurth and Margaret Manning re status of work to be completed by tomorro'w filing deadline | AD |
| 3/14/18 | Feferman | 0.2 | Telephone call with Stephen Hinze confirming his instructions to pay payroll | BO |
| 3/14/18 | Feferman | 0.3 | Telephone call with M Thomas re workers' comp and product liability | BO |
| 3/14/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re wind up costs | BO |
| 3/14/18 | Feferman | 0.1 | Telephone call with Margaret Manning re wind up provisions | AD |
| 3/14/18 | Feferman | 1.3 | Telephone call with Joseph O'Dea, examine outsourcing deal with Joseph O'Dea | BA |
| 3/14/18 | Feferman | 2.7 | Examine outsource transaction | BA |
| 03/14/18 | Myers | 0.8 | Review excel sheet form re fixed assets, compare to balance sheet and summarized. | Accounting |
| 03/14/18 | Myers | 0.5 | Telephone call with R. Feferman and J. Odea re transactions between Core and Simpson and work to be done. | Accounting |
| 3/15/18 | Feferman | 0.8 | Examination and analysis od draft declaration | AD |
| 3/15/18 | Feferman | 0.5 | Conference call with Mette Kurth, Mark Young, et al. re APA | AD |
| 3/15/18 | Feferman | 0.4 | Telephone call with Mette Kurth and Joseph O'Dea re negotiations with Mark Young | AD |
| 3/15/18 | Feferman | 0.4 | Telephone call with A. Myers and Joseph O'Dea re analysis if Simpson transactions | BA |
| 3/15/18 | Feferman | 3.2 | Review and amend declaration | AD |
| 3/15/18 | Feferman | 2.2 | Telephone call with R. Bass - examine Core transactions with SLL | BA |
| 3/15/18 | Feferman | 0.8 | Amend declaration in support of sale | AD |
| 3/15/18 | Feferman | 1.3 | Amend declaration in support of sale | AD |
| 3/15/18 | Feferman | 0.4 | Telephone call with prospect, All Point Manufacturing | AD |
| 03/15/18 | Myers | 0.4 | Telephone call with R. Feferman and J. Odea re transactions between Core and Simpson, work to be done and a summary prepared by R. Feferman. | Accounting |
| 03/15/18 | Myers | 0.2 | Telephone calls with R. Feferman and J. Odea re status of work related to transactions with Simpson. | Accounting |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 03/15/18 | Myers | 0.2 | Prepare draft spreadsheet re Simpson transactions. | Accounting |
| 3/16/18 | Feferman | 0.1 | Telephone call with Mette Kurth re examining transcripts | OSC |
| 3/16/18 | Feferman | 0.1 | Telephone call with court reporter to order expedited transcript | OSC |
| 3/16/18 | Feferman | 0.3 | Coordinate with Margaret Manning and Mette Kurth re divide work to avoid duplication | AD |
| 3/16/18 | Feferman | 1.6 | Examination and analysis of Simpson transactions | BA |
| 3/16/18 | Feferman | 0.1 | Telephone call with Alexandra Rhim re carve out for administration and unsecureds | AD |
| 3/16/18 | Feferman | 0.2 | Telephone call with interested equipment buyer | AD |
| 3/16/18 | Feferman | 0.2 | Telephone call with Mette Kurth re insurance subsidiary | BO |
| 3/16/18 | Feferman | 0.7 | Telephone call with M. Thomas re PL insurance - subsidiary | BO |
| 3/16/18 | Feferman | 0.2 | Draft and send email to R. Bass re reconciliation of transactions with Simpson with disbursements and with balance with SLL | BA |
| 3/16/18 | Feferman | 0.3 | Telephone call with prospect - Ishay Manufacturing | AD |
| 3/16/18 | Feferman | 0.2 | Telephone call with Mette Kurth re non-renewal of policy for life brand | BO |
| 3/16/18 | Feferman | 0.4 | Telephone call with prospect, Bradly Manufacturing | AD |
| 3/17/18 | Feferman | 2.4 | Examination and analysis of Simpson transactions contianed in report provided by staff | BA |
| 3/17/18 | Feferman | 0.1 | Draft and send email to Joseph O'Dea re unreturned calls | CA |
| 3/17/18 | Feferman | 0.3 | Telephone call with Joseph O'Dea re exhibits requested by counsel, showing equipment to prospects, reconciliation of MOR's with data I am examining | AD |
| 3/17/18 | Feferman | 0.4 | Follow up with prospects is - Ishay. Email to confirm appointment.  Envino corporation, confirm appointment to show equipment.  All Points Manufacturing, second invite for inspection.  Brady Manufacturing | AD |
| 3/17/18 | Feferman | 1.7 | Telephone call with Joseph O'Dea and R. Bass.  Discussion re financial statement and reconciliation with bank. 15 t0 20% 577,579 | BA |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|------|------|-------|-------------|----------|
| 3/17/18 | Feferman | 2.6 | Examination and analysis of Simpson transactions. Reconcile with AR. What category are MOR's | BA |
| 3/17/18 | Feferman | 0.1 | Send email to Margaret Manning confirming that she has all documents for APA exhibits | AD |
| 03/17/18 | Myers | 0.3 | Review emails received from J. Odea and R. Bass. | Accounting |
| 03/17/18 | Myers | 0.2 | Telephone call from R. Bass re billing issue. | Accounting |
| 03/17/18 | Myers | 0.3 | Telephone call from R. Feferman and J. Odea regarding total paid to Simpson between Oct and Feb. | Accounting |
| 03/17/18 | Myers | 0.2 | Telephone call with J. O'dea re summary of payments made to Simpson and the offsetting credits between Simpson and Core. | Accounting |
| 3/18/18 | Feferman | 1.9 | Work on cash collateral budgets | F |
| 3/18/18 | Feferman | 0.2 | Draft email to Melissa Bustarde re board of directors consent | CA |
| 3/18/18 | Feferman | 0.1 | Telephone call with prospective buyer (Ishay) re today's inspection | AD |
| 3/18/18 | Feferman | 0.6 | Travel to Core round trip 84 miles | Travel |
| 3/18/18 | Feferman | 1.1 | Work with N. McEvers reconciling bank account with MOR's | BA |
| 3/18/18 | Feferman | 0.4 | Prepare for arrival of equipment prospects | AD |
| 3/18/18 | Feferman | 1.3 | Work with N. McEvers reconciling bank statements dispensed to Simpson | AD |
| 3/19/18 | Feferman | 0.1 | Examine and reply to email from Mette Kurth re cash collateral | F |
| 3/19/18 | Feferman | 0.5 | Work on cash collateral | F |
| 3/19/18 | Feferman | 0.1 | Telephone call with auction propsect, T. Sharkey | AD |
| 3/19/18 | Feferman | 0.1 | Draft and send email to staff re auto pays | F |
| 3/19/18 | Feferman | 0.1 | Forward sales procedures to Thomas Sharkey | AD |
| 3/19/18 | Feferman | 0.2 | Telephone call with Jackie Bickfor, City of Oceanside | CA |
| 3/19/18 | Feferman | 0.3 | Draft and send follow up to Jackie Bickford | CAO |
| 3/19/18 | Feferman | 0.2 | Telephone call with prospect Ted Barnes | AD |
| 3/19/18 | Feferman | 0.7 | Telephone call with A. Myers and Joseph O'Dea re equipment issues | AD |
| 3/19/18 | Feferman | 3.2 | Work on cash collateral and Liquidation analysis | Plan |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Code |
|---|---|---|---|---|
| 3/19/18 | Feferman | 1.6 | Telephone call with Mette Kurth re cash collateral | F |
| 03/19/18 | Myers | 0.7 | Telephone calls from R. Feferman and J. Odea re list of equipment to be sold to Simpson and does it contain leased equipment. | Accounting |
| 03/19/18 | Myers | 1.8 | Review list of equipment to be sold to Simpson, compare with assets listed in leases, note items included in both. | Accounting |
| 03/19/18 | Myers | 0.2 | Telephone call with J. Odea re summary of leased items that may be on equipment list, scan and email. | Accounting |
| 03/19/18 | Myers | 1.5 | Telephone calls with R. Feferman to discuss equipment items on the APA Owned Equipment List, determine which items may be leased, prepare Excel summary matching APA list. | Accounting |
| 3/20/18 | Feferman | 0.2 | Examination and analysis of email, Joseph O'Dea MOR | CA |
| 3/20/18 | Feferman | 0.3 | Examination and analysis of email from Mette Kurth, open items | AD |
| 3/20/18 | Feferman | 0.2 | Email to Joseph O'Dea re MOR and 2013.5 | CA |
| 3/20/18 | Feferman | 0.2 | Telephone call with Mette Kurth re distribution analysis | AD |
| 3/20/18 | Feferman | 1.4 | Amend and work on distribution analysis and cash collateral budgets | AD |
| 3/20/18 | Feferman | 0.8 | Continue work on cash collateral budget | F |
| 3/20/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re prospective equipment buyers visiting today | AD |
| 3/20/18 | Feferman | 0.1 | Telephone call with prospective equipment buyer (J.An) re process | AD |
| 3/20/18 | Feferman | 1.6 | Revise and update distribution pro forma | AD |
| 3/20/18 | Feferman | 0.6 | Telephone call with Alexandra Rhim, examine cash collateral budget | F |
| 3/20/18 | Feferman | 0.2 | Telephone call with Joseph O'Dea re equipment prospects | AD |
| 3/20/18 | Feferman | 0.9 | Amend cash collateral budget | F |
| 3/20/18 | Feferman | 0.6 | Amend cash collateral and distribution pro forma | F |
| 3/20/18 | Feferman | 1.3 | Telephone call with Alexandra Rhim and Mette Kurth re cash collateral and liquidation negotiations | F |
| 3/20/18 | Feferman | 0.4 | Telephone call with R. Bass re analysis of accounting system | D |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| | | | | |
|---|---|---|---|---|
| 3/20/18 | Feferman | 0.6 | Telephone call with Mette Kurth, discuss revisions to cash colateral budget and distribution pro forma | F |
| 3/20/18 | Feferman | 1.3 | Telephone call with Joseph O'Dea. Examination and analysis of financial report on profitability | BA |
| 3/21/18 | Feferman | 0.1 | Examination and analysis of email from Alexandra Rhim in respoinse to cash collateral report and waterfall distribution pro forma | AD |
| 3/21/18 | Feferman | 0.1 | Examination and analysis of email from Stephen Hinze re his availability before departing for court | CA |
| 3/21/18 | Feferman | 0.3 | Forward factual info to Mette Kurth and Margaret Manning. Redact | LC |
| 3/21/18 | Feferman | 0.4 | Examination and analysis of amended draft cash collateral agreement | F |
| 3/21/18 | Feferman | 1.4 | Amend cash collateral agreement and distribution analysis. Forward to Mette Kurth and Alexandra Rhim | F |
| 3/21/18 | Feferman | 0.9 | Telephone call with Mette Kurth re cash collateral and distribution analysis. Alexandra Rhim on call for .3, cash collateral negotiations | F |
| 3/21/18 | Feferman | 1.3 | Make further revisions to cash collation and distribution budget. Send to Mette Kurth and Alexandra Rhim | F |
| 3/21/18 | Feferman | 0.6 | Travel to court | Travel |
| 3/21/18 | Feferman | 1.3 | Attend sale hearing. Arrive early and discuss case with attorneys present | AD |
| 3/21/18 | Feferman | 0.7 | Return in traffic | Travel |
| 03/21/18 | Myers | 0.9 | Telephone call with J. Odea to discuss changes to APA equipment list, review file received from J. O'dea and update to remove assets not owned. | Accounting |
| 03/21/18 | Myers | 0.1 | Telephone call from M Manning re asset list. | Accounting |
| 03/21/18 | Myers | 0.4 | Review APA asset list for any items that may be covered by a Berlin lease, make notes, discuss withy Atty Manning and email updated list. | Accounting |
| 3/22/18 | Feferman | 0.4 | Telephone call with Joseph O'Dea re handling customer | BO |
| 3/22/18 | Feferman | 0.3 | Telephone call with Mette Kurth and Joseph O'Dea re transitional issues | BO |
| 3/22/18 | Feferman | 0.3 | Telephone call with Mark Young re transitional management issues, managing customer concerns 26,754.54 + 23,340.48 = 49,095.02 | AD |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| | | | | |
|---|---|---|---|---|
| 3/22/18 | Feferman | 0.2 | Telephone call with Mette Kurth re lease rejections, employer concerns, cash collateral | F |
| 3/22/18 | Feferman | 0.3 | Telephone call with Stephen Hinze re workforce reduction and lease rejection motion | CA |
| 3/22/18 | Feferman | 0.3 | Telephone call, discuss cash collateral budget and wind down | F |
| 3/22/18 | Feferman | 0.1 | Examination and analysis of cash balance | CA |
| 3/23/18 | Feferman | 2 | Telephence call with R. Bass re reconciliation of books and records | BA |
| 3/23/18 | Feferman | 0.1 | Telephone call with vendor Wessco re alarm service | BO |
| 3/23/18 | Feferman | 0.2 | Telephone call with A. Myers re executory contracts | F |
| 3/23/18 | Feferman | 0.6 | Telephone call with P. Pavlevich at BofA re bank account administration | BO |
| 03/23/18 | Myers | 0.2 | Telephone call from R. Feferman re final list of equipment to be sold | Accounting |
| 03/23/18 | Myers | 0.2 | Telephone call with M. Manning re final list of equipment to be sold and Berlin items to be removed. | Accounting |
| 03/23/18 | Myers | 1.1 | Review APA equipment list received from M. Manning, prepare alpha sort, compare to prior list and determine possible matches with the Berlin list of leased assets. | Accounting |
| 03/23/18 | Myers | 0.3 | Telephone calls with R. Feferman re final list of equipment to be sold, attempts to contact Berlin. | Accounting |
| 03/23/18 | Myers | 0.3 | Telephone call with R. Feferman re final list of equipment to be sold and a discussion with Berlin counsel. | Accounting |
| 03/23/18 | Myers | 0.3 | Telephone call from J. Perlstein of Berlin re items to be removed from APA Equipment List. | Accounting |
| 03/23/18 | Myers | 0.2 | Telephone call with Atty Manning re discussion with J. Perlstein. | Accounting |
| 03/23/18 | Myers | 0.2 | Telephone call with J. Odea re assets to remove from list. | Accounting |
| 03/23/18 | Myers | 0.8 | Update APA equipment list to remove items per discussion with J. O'dea and email to Atty Manning, email and call R. Feferman. | Accounting |
| 3/25/18 | Feferman | 0.1 | Draft and send email to Mette Kurth re work plan for upcoming week | CA |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Hours | Description | Category |
|------|------|-------|-------------|----------|
| 03/26/18 | Myers | 4.0 | Go to Core, meet with J. O'dea, R. Feferman, R. Bass and N. McEvers to discuss various topics including status of acctg system (1.5), reports to printed and reviewed (1.5), and discuss case status with R. Feferman (1.0).  Time spent includes walking between buildings and waiting for people. | Accounting |
| 3/27/18 | Feferman | 0.3 | Prepare for Telephone call on equipment disposition | AD |
| 3/27/18 | Feferman | 0.5 | Conference call with M. Salazar, Margaret Manning | AD |
| 3/27/18 | Feferman | 3.8 | Work on draft 9 of cash collateral budget | F |
| 3/27/18 | Feferman | 0.1 | Examination and analysis of email from Alexandra Rhim re final payroll, post-petition vacation | F |
| 3/27/18 | Feferman | 0.6 | Examination and analysis of sublease. Execute and return | AD |
| 03/27/18 | Myers | 2.8 | Go to Core, meet withR. Feferman, R. Bass and N. McEvers to discuss various topics including documents and info needed by Friday (1.0), complete a draft of a declaration (1.5), and make a bank deposit (0.3). | Accounting |
| 3/29/18 | Feferman | 0.3 | Examination and analysis of notes and open items | CA |
| 3/29/18 | Feferman | 1.7 | Examination and analysis of draft status report. Comment and sent to counsel | CA |
| 3/29/18 | Feferman | 0.2 | Draft email to Mette Kurth re status report | CA |
| 3/29/18 | Feferman | 0.5 | Telephone call related to factual information in connection with impact on Debtors financial affairs | LC |
| 3/29/18 | Feferman | 0.5 | Telephone call with M. Kurth re preparation of status report | CA |
| 3/29/18 | Feferman | 0.6 | Examination and analysis of draft re Berlin stipulation | F |
| 3/29/18 | Feferman | 0.2 | Telephone call with Mette Kurth re lease rejections, employer concerns, cash collateral | F |
| 3/29/18 | Feferman | 2.3 | Examination and analysis of leases, offers, etc. | F |
| 3/29/18 | Feferman | 0.1 | Draft and send email to Mette Kurth re confort order - Joseph O'Dea, Simpson issue | BO |
| 3/29/18 | Feferman | 0.5 | Travel without working to court | Travel |
| 3/29/18 | Feferman | 1.3 | Wait for and attend hearing on OSC | CA |
| 3/29/18 | Feferman | 0.2 | Debrief with counsel after hearing | CA |

EXHIBIT B
TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Personel | Item | Number | Amount |
|------|----------|------|--------|--------|
| 2/8/18 | Feferman | Milage to Courthouse rt | 41 | 22.35 |
| | Feferman | Parking | | 20.00 |
| 2/10/18 | Feferman | Pacer | | 1.30 |
| 2/10/18 | Feferman | Pacer | | 1.30 |
| 2/10/18 | Feferman | Pacer | | 2.50 |
| 2/14/18 | Feferman | Milage to Courthouse rt | 41 | 22.35 |
| 2/14/18 | Feferman | Parking | | 20.00 |
| 2/17/18 | Feferman | Milage to meeting rt | 20.8 | 11.34 |
| 2/17/19 | Feferman | Milage supplies CDRWs | 34 | 18.53 |
| 2/17/18 | Feferman | CDRWs (supplies) | | 15.65 |
| 2/19/18 | Feferman | Pacer | | 1.40 |
| 2/19/18 | Feferman | Pacer | | 1.40 |
| 2/19/18 | Feferman | Pacer | | 0.30 |
| 2/19/18 | Feferman | Pacer | | 1.20 |
| 2/19/18 | Feferman | Pacer | | 3.00 |
| 2/20/18 | Feferman | Pacer | | 1.40 |
| 2/22/18 | Feferman | Pacer | | 0.30 |
| 2/22/18 | Feferman | Pacer | | 2.60 |
| 2/22/18 | Feferman | Milage to Courthouse rt | 41 | 22.35 |
| 2/22/18 | Feferman | Parking | | 10.00 |
| 2/23/18 | Feferman | Working lunch with J. O'Dea | | 84.34 |
| 2/23/18 | Feferman | Milage to meeting rt | 78 | 42.51 |
| 2/27/18 | Feferman | Milage to Core | 63 | 34.34 |
| 2/28/18 | Feferman | Milage to Core | 63 | 34.34 |
| 2/28/18 | Feferman | Pacer | | 1.50 |
| 2/28/18 | Feferman | Pacer | | 3.00 |
| 2/28/18 | Feferman | Pacer | | 1.70 |
| 2/28/18 | Feferman | Pacer | | 0.40 |
| 2/28/18 | Feferman | Pacer | | 1.50 |
| 2/28/18 | Feferman | Pacer | | 0.60 |
| 2/28/18 | Feferman | Pacer | | 0.40 |
| 2/28/18 | Feferman | Pacer | | 0.50 |
| 3/1/18 | Feferman | Copies | | 5.40 |
| 3/1/18 | Feferman | Pacer | | 1.50 |
| 3/1/18 | Feferman | Pacer | | 0.70 |
| 3/1/18 | Feferman | Pacer | | 0.70 |
| 3/1/18 | Feferman | Pacer | | 1.50 |
| 3/1/18 | Feferman | Pacer | | 1.00 |
| 3/1/18 | Feferman | Pacer | | 1.50 |
| 3/1/18 | Feferman | Pacer | | 0.70 |
| 3/1/18 | Feferman | Pacer | | 1.60 |
| 3/4/18 | Feferman | Pacer | | 1.60 |
| 3/4/18 | Feferman | Pacer | | 1.60 |
| 3/6/18 | Feferman | Milage to Courthouse rt | 41 | 22.35 |
| 3/6/18 | Feferman | Parking | | 15.00 |
| 3/7/18 | Feferman | Copies | 58 | 11.60 |
| 3/7/18 | Feferman | Pacer | | 1.70 |

EXHIBIT B

TIME ENTRIES AND REIMBURSABLE COSTS

| Date | Name | Description | Qty | Amount |
|------|------|-------------|-----|--------|
| 3/14/18 | Feferman | Pacer | | 1.80 |
| 3/14/18 | Feferman | Pacer | | 2.10 |
| 3/15/18 | Feferman | Pacer | | 1.80 |
| 3/15/18 | Feferman | Pacer | | 1.80 |
| 3/15/18 | Feferman | Pacer | | 1.70 |
| 3/15/18 | Feferman | Pacer | | 1.80 |
| 3/15/18 | Feferman | Pacer | | 2.40 |
| 3/15/18 | Feferman | Pacer | | 0.30 |
| 3/18/18 | Feferman | Milage to Core | 63 | 34.34 |
| 3/21/18 | Feferman | Milage to Courthouse rt | 56 | 30.52 |
| 3/21/18 | Feferman | Parking | | 20.00 |
| 3/25/18 | Feferman | Pacer | | 0.90 |
| 3/25/18 | Feferman | copies | 9 | 1.80 |
| 3/25/18 | Feferman | copies | 23 | 4.60 |
| 3/27/18 | Feferman | pacer | | 2.20 |
| 3/29/18 | Feferman | Milage to Courthouse rt | 44 | 23.98 |
| | Alan Myers | Miles Driven to Core rt During Feb and March | 350 | 190.75 |
| | | **Total** | | 775.60 |