CSD 3005 [07/01/18]
Name, Address, Telephone No. & I.D. No.
Edward Jason Dennis
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Texas Bar No. 24045776
ID No. 5711643

**Order Entered on April 10, 2020 by Clerk U.S. Bankruptcy Court Southern District of California**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re
CORE SUPPLEMENT TECHNOLOGY, INC., a California Corporation

Debtor.

BANKRUPTCY NO. 17-06078-MM11

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

Date of Hearing: TBD
Time of Hearing: TBD
Name of Judge: Hon. Margaret Mann

## PRO HAC VICE APPLICATION AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __2__ through __3__ with (lc) exhibits, if any, for a total of __4__ pages.

//
//
//
//

DATED: April 9, 2020

*Margaret M Mann*

Judge, United States Bankruptcy Court

CSD 3005

CSD 3005 [07/01/18](Page 2)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR: CORE SUPPLEMENT TECHNOLOGY, INC., a California Corporation     CASE NO.: 17-06078-MM11
ADV. NO.:

Party Represented: CORE Supplement Technology, Inc., a California Corporation

I, Edward Jason Dennis (Applicant), hereby petition the above-entitled court to permit me to appear and participate in this case/adversary proceeding and in support of petition state:

My firm name: Lynn Pinker Cox & Hurst, LLP
Street address: 2100 Ross Avenue, Suite 2700
City, State, ZIP: Dallas, Texas 75201
Phone number: 214-981-3800
My State Bar Membership Number is 5711643

That on 5/25/2004 (Date), I was admitted to practice before Northern District of Texas (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court,

that I [ ] have [✓] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of Case: _____
Case Number: _____   Date of Application: _____
Application   [ ] granted    [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/30/2020

Signature of Applicant

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Name: Eliyahu Ness
Firm: Lynn Pinker Cox & Hurst, LLP
Address: 2100 Ross Avenue, Suite 2700
City, State & ZIP Code: Dallas, Texas 75201
State Bar Membership No.: 311054
Phone No.: 214-219-7017
Dated: 3/30/2020

Signature of Applicant

I hereby consent to the above designation.

Dated: 3/30/2020

Signature of Designee Attorney

CSD 3005

CSD 3005 [07/01/18](Page 3)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR: CORE SUPPLEMENT TECHNOLOGY, INC., a California Corporation     CASE NO.: 17-06078-MM11
ADV. NO.:

Received $206.00 for Court Library fee

_____, Deputy Clerk

### PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission; (3) that he/she is in good standing and eligible to practice in said court; (4) that he/she is not currently suspended or disbarred in any other court; and (5) if he/she has concurrently or within the year preceding his/her current application the attorney made any pro hac vice application to this court, the title and the number of each matter wherein he/she made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his/her application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of each designee.

Fee:   $206.00, Library fee, payable to Clerk, United States District Court
       Please complete and return the library card with this application.

**Application, fee and library card should be mailed directly to:**

Barry K. Lander, Clerk
United States Bankruptcy Court
325 West F Street
San Diego, California 92101-6991

CSD 3005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PRO HAC VICE

APPLICANT  Edward Jason Dennis
(Please print)

STATE BAR # 24045776          STATE Texas

FIRM NAME Lynn Pinker Cox & Hurst, LLP
(Mailing address)

2100 Ross Avenue, Suite 2700

Dallas, Texas 75201

214-981-3800
(Telephone)

(Signature)

**COURT USE ONLY**
**FEES PAID**

(Date)        (Amount)

(Initials)

---

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS120535
Cashier ID: cdelgado
Transaction Date: 04/07/2020
Payer Name: LYNN PINKER COX AND HURST LLP

PRO HAC VICE - LIBRARY
For: LYNN PINKER COX AND HURST LLP
Case/Party: D-CAS-3-19-LF-002019-001
Amount:       $176.00
PRO HAC VICE - PRO BONO
For: LYNN PINKER COX AND HURST LLP
Case/Party: D-CAS-3-19-PB-002019-001
Amount:       $30.00

CHECK
Check/Money Order Num: 33112
Amt Tendered:    $206.00

Total Due:       $206.00
Total Tendered:  $206.00
Change Amt:      $0.00

There will be a fee of $53.00
charged for any returned check.