# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 4/10/2020 |
| Case: 17–06078–MM7 | Form ID: pdfO1 | Total: 33 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PanaSource Ingredients Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Richard M Kipperman | Rmk@corpmgt.com |
| aty | Carol Chow | carol.chow@ffslaw.com |
| aty | Christopher V. Hawkins | hawkins@sullivanhill.com |
| aty | Craig G Margulies | craig@marguliesfaithlaw.com |
| aty | Eliyahu Ness | eness@lynnllp.com |
| aty | Gary B. Rudolph | rudolph@sullivanhill.com |
| aty | Gary E. Slater | ges@slatertruxaw.com |
| aty | Harris J. Koroglu | hkoroglu@shutts.com |
| aty | J. Alexandra Rhim | arhim@hemar–rousso.com |
| aty | James R. Selth | jim@wsrlaw.net |
| aty | Melody G. Anderson | mga@replevin.com |
| aty | Mette Kurth | mkurth@foxrothschild.com |
| aty | Stephen C. Hinze | sch@schinzelaw.com |
| aty | Timothy J. Truxaw | tjt@slatertruxaw.com |
| aty | Wayne R. Terry | wterry@hemar–rousso.com |
| aty | Yosina M. Lissebeck | ylissebeck@lissebecklaw.com |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Core Supplement Technology, Inc. | 4645 North Ave    Oceanside, CA 92056 |
| cr | Bank of America, N.A. | c/o Hemar, Rousso & Heald, LLP    15910 Ventura Blvd., 12th Floor    Encino, CA 91436 |
| cr | Michael D. Schulman | 18757 Burbank Blvd.    Suite 310    Tarzana |
| cr | Berlin Packaging L.L.C. | 525 West Monroe Street    Chicago, IL 60661 |
| cr | Creditors Adjustment Bureau, Inc., | 14226 Ventura Blvd.    Sherman Oaks, CA 91423 |
| intp | Joseph O'Dea | 3688 Camino de las Lomas    Vista, CA 92084 |
| cr | Pyure Brands, LLC | c/o Harris J. Koroglu    Shutts & Bowen LLP    200 S Biscayne Blvd    Suite 4100    Miami, FL 33131 |
| pty | IRS | Insolvency Group 1    333 W Broadway    San Diego, CA 92101–3805 |
| acc | Alan Myers | 4121 Paseo Montanas    San Diego, CA 92130 |
| cr | Direct Food Ingredients, Inc. | 1235 Activity Drive Suite B    Vista, CA 92081 |
| aty | Slater & Truxaw, LLP | 15373 Innovation Drive, #210    San Diego, CA 92128 |
| aty | Melissa Bustarde | 462 STEVENS AVE, SUITE 303    SOLANA BEACH, CA 92075 |
| cr | Dongyu USI | Coface North America Insurance    650 College Road East, Suite 2005    Princeton, NJ 08540 |
| cr | Ascentium Capital LLC | c/o Wright Law Group, PLLC    4470 W. Sunset Blvd., Suite 90003    Los Angeles, CA 90027 |
| cr | Micro Quality Labs, Inc. | c/o Margulies Faith, LLP    16030 Ventura Blvd., Suite 470    Encino, CA 91436 |
| cr | Richard J. Feferman | c/o 2100 Ross Avenue    Suite 2700    Dallas, TX 75201 |

TOTAL: 16