GARY E. SLATER (State Bar No. 99141)
TIMOTHY J. TRUXAW (State Bar No. 106428)
**SLATER & TRUXAW, LLP**
15373 Innovation Drive, Suite 210
San Diego, California 92128
Telephone: (858) 675-0755/Fax: (858) 675-0733

Attorneys for Richard M Kipperman, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 17-06078-MM7 |
|---|---|
| **CORE SUPPLEMENT TECHNOLOGY, INC.** | **CERTIFICATION OF SERVICE** |
| Debtor. | Honorable Margaret M. Mann |

I, the undersigned, whose address appears below, certify: That I am, and at all times herein mentioned was, more than 18 years of age;

That on the 13th day of April 2020, I served a true copy of: **REPLY TO OPPOSITION OF FORMER CHAPTER 11 CRO RICHARD FEFERRMAN TO TRUSTEE'S MOTION TO DISGORGE COMPENSATION PAID DURING CHAPTER 11** by the means of service indicated below to the parties identified on the attached service list:

1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document(s) will be served by the court via NEF and hyperlink to the document. As indicated on the attachment, parties as so indicated, will be served via NEF.

2.    "ELECTRONICALLY" – document(s) were served by electronic mail (Email) to the parties so designated on the attached service list;

3.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL - The foregoing document(s) will be served by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first-class, postage pre-paid, and/or with an overnight mail service. As indicated on the attachment, parties as so indicated will be served via U.S. Mail or overnight mail.

1  I certify under penalty of perjury that the foregoing is true and correct.
2  Executed on April 13, 2020.

                                                   */s/ Gina R. Lucas*
                                                   GINA R. LUCAS
                                                   15373 Innovation Drive, Suite 210
                                                   San Diego, CA  92128

SLATER & TRUXAW
15373 INNOVATION DRIVE, SUITE 210
SAN DIEGO, CALIFORNIA 92128

## ATTACHMENT TO CERTIFICATE OF SERVICE

PARTIES WITH E-MAIL ADDRESSES SERVED VIA COURT'S NOTICE OF ELECTRONIC FILING ("NEF) OR BY ELECTRONIC MAIL, AND ALL OTHER PARTIES SERVED VIA U.S. MAIL OR OVERNIGHT MAIL AS INDICATED BELOW:

### VIA U.S. FIRST CLASS MAIL:

| | | |
|---|---|---|
| Core Supplement Technology, Inc.<br>4645 North Ave<br>Oceanside, CA 92056<br>Debtor | | |

### VIA FIRST-CLASS MAIL and (E-mail)

| | | |
|---|---|---|
| Richard Feferman<br>Corporate Recovery Associates, LLC<br>3830 Valley Centre Drive, #75-152<br>San Diego. California 92130<br>E-mail:richard@crarecovery.com | | |

### VIA ELECTRONIC (E-mail) Only:

| | | |
|---|---|---|
| Melissa Bustarde, Esq.<br>Mayfield Bustarde, LLP<br>462 Stevens Avenue, Ste. 303<br>Solana Beach, CA 92075<br>E-mail: melissa@bmbr.com | Edward Jason Dennis, Esq.<br>Lynn Pinker Cox & Hurst LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>Attorneys for Corporate Recovery &<br>Richard Feferman<br>E-mail: jdennis@lynnllp.com | |

### VIA ELECTRONIC-NOTICE OF ELECTRONIC FILING (NEF):

| | | |
|---|---|---|
| Stephen C. Hinze, Esq.<br>Stephen C. Hinze, Attorney at Law, APC<br>l00 E. San Marcos Blvd . #400<br>San Marcos, CA 92069<br>Attorney for Debtor<br>Email: sch@schinzelaw.com | Wayne R. Terry, Esq.<br>Bank of America<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436<br>Email: wterry@hemar-rousso.com | J. Alexandra Rhim, Esq.<br>Bank of America<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor Encino, CA 91436<br>Email: arhim@hemar-rousso.com |
| Gary B. Rudolph, Esq.<br>Christopher V. Hawkins, Esq.<br>SULLIVAN HILL LEWIN REZ & ENGEL<br>550 West "C " Street, Suite 1500<br>San Diego, California 92101<br>Email:rudolph@sullivanhill.com<br>Email: hawkins@sullivanhill.com<br>Counsel for Joseph O'Dea | Carol Chow, Esq.<br>Freeman, Freeman & Smiley, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>E-mail: carol.chow@ffslaw.com<br>Attorney for Compound Solutions, Inc. | Mette H. Kurth, Esq.<br>Fox Rothschild, LLP<br>10250 Constellation Blvd., No. 900<br>Los Angeles, CA 90067<br>Email: mkurth@roxrothschild.com<br>Chapter 11 Special Counsel |
| Richard M Kipperman<br>Corporate Management, Inc.<br>P.O. Box 3010<br>La Mesa, CA 91944-3010<br>Email: rmk@corpmgt.com<br>Trustee | David A. Ortiz, Esq.<br>Office of U.S. Trustee<br>DOJ-OUST<br>880 Front Street, Suite 3230<br>San Diego, CA 92101<br>Email: david.a.ortiz@usdoj.gov | Eliyahu Ness, Esq.<br>Lynn Pinker Cox & Hurst LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>Attorneys for Corporate Recovery &<br>Richard Feferman<br>E-mail: eness@lynnllp.com |