# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CORE SUPPLEMENT TECHNOLOGY, INC. |
| **Case Number:** | 17-06078-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 07, 2020 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

MOTION TO DISGORGE COMPENSATION PAID TO CHAPTER 11 CHIEF RESTRUCTURING OFFICER, RICHARD FEFERMAN FILED BY TRUSTEE (fr. 4/9/20)

### *Appearances:*

GARY E. SLATER, ATTORNEY FOR RICHARD M. KIPPERMAN  (Telephonic appearance)
RICHARD M. KIPPERMAN, PRESENT  (Telephonic appearance)
ELIYAHU NESS, ATTORNEY FOR CORPORATE RECOVERY ASSOCIATES, LLC, RICHARD FEFERMAN  (Telephonic appearance)
JASON DENNIS, ATTORNEY FOR RICHARD FEFERMAN  (Telephonic appearance)
RICHARD FEFERMAN, PRESENT  (Telephonic appearance)

### *Disposition:*

Mr. Dennis read proposed terms of stipulation on the record.

Matter off calendar pending submission of stipulation.