**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Order Entered on
May 15, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

**ORDER ON**

      IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: May 15, 2020

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

_____
(Firm name)

By:_____
    Trustee

**CSD 1001A**

**CSD 1001A** [11/15/04]**(Page 2)**
ORDER ON
DEBTOR:                                                          CASE NO:

**CSD 1001A**

Signed by Judge Margaret M. Mann May 15, 2020