# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/15/2020 |
| Case: 17–06078–MM7 | Form ID: pdfO1 | Total: 33 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr            PanaSource Ingredients Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr            Richard M Kipperman            Rmk@corpmgt.com
aty           Carol Chow            carol.chow@ffslaw.com
aty           Christopher V. Hawkins            hawkins@sullivanhill.com
aty           Craig G Margulies            craig@marguliesfaithlaw.com
aty           Eliyahu Ness            eness@lynnllp.com
aty           Gary B. Rudolph            rudolph@sullivanhill.com
aty           Gary E. Slater            ges@slatertruxaw.com
aty           Harris J. Koroglu            hkoroglu@shutts.com
aty           J. Alexandra Rhim            arhim@hemar–rousso.com
aty           James R. Selth            jim@wsrlaw.net
aty           Melody G. Anderson            mga@replevin.com
aty           Mette Kurth            mkurth@foxrothschild.com
aty           Stephen C. Hinze            sch@schinzelaw.com
aty           Timothy J. Truxaw            tjt@slatertruxaw.com
aty           Wayne R. Terry            wterry@hemar–rousso.com
aty           Yosina M. Lissebeck            ylissebeck@lissebecklaw.com

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Core Supplement Technology, Inc.            4645 North Ave            Oceanside, CA 92056
cr            Bank of America, N.A.            c/o Hemar, Rousso & Heald, LLP            15910 Ventura Blvd., 12th Floor            Encino, CA 91436
cr            Michael D. Schulman            18757 Burbank Blvd.            Suite 310            Tarzana
cr            Berlin Packaging L.L.C.            525 West Monroe Street            Chicago, IL 60661
cr            Creditors Adjustment Bureau, Inc.,            14226 Ventura Blvd.            Sherman Oaks, CA 91423
intp          Joseph O'Dea            3688 Camino de las Lomas            Vista, CA 92084
cr            Pyure Brands, LLC            c/o Harris J. Koroglu            Shutts & Bowen LLP            200 S Biscayne Blvd            Suite 4100            Miami, FL 33131
pty           IRS            Insolvency Group 1            333 W Broadway            San Diego, CA 92101–3805
acc           Alan Myers            4121 Paseo Montanas            San Diego, CA 92130
cr            Direct Food Ingredients, Inc.            1235 Activity Drive Suite B            Vista, CA 92081
aty           Slater & Truxaw, LLP            15373 Innovation Drive, #210            San Diego, CA 92128
aty           Melissa Bustarde            462 STEVENS AVE, SUITE 303            SOLANA BEACH, CA 92075
cr            Dongyu USI            Coface North America Insurance            650 College Road East, Suite 2005            Princeton, NJ 08540
cr            Ascentium Capital LLC            c/o Wright Law Group, PLLC            4470 W. Sunset Blvd., Suite 90003            Los Angeles, CA 90027
cr            Micro Quality Labs, Inc.            c/o Margulies Faith, LLP            16030 Ventura Blvd., Suite 470            Encino, CA 91436
cr            Richard J. Feferman            c/o 2100 Ross Avenue            Suite 2700            Dallas, TX 75201

TOTAL: 16