**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re: CORE SUPPLEMENT TECHNOLOGY, INC.  §   Case No. 17-06078-MM-07
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Richard M. Kipperman</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

325 West F St.
San Diego, CA 92101

If you object to the Trustee's Final Report or the Proposed Distribution:

1. YOU ARE REQUIRED to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Case No. in the caption of this notice. If the case number is followed by the letters:

   MM - call (619) 557-7407 - Dept. 1
   LA  - call (619) 557-6594 - Dept. 2
   LT  - call (619) 557-6018 - Dept. 3
   CL  - call (619) 557-6019 - Dept. 5

2. WITHIN TWENTY-ONE (21) DAYS* FROM THE DATE OF THIS NOTICE, you are further required to serve a copy of your DECLARATION IN OPPOSITION and separate REQUEST AND NOTICE OF HEARING (Local Form CSD 1184**) upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front St., Rm. 3230, San Diego, CA 92101. The opposing declaration shall be signed and verified in the manner prescribed by F.R.B.P. 9011, and the declaration shall, a. identify the interest of the opposing party, and b. state, with particularity, the factual and legal grounds for the opposition.

3. YOU MUST file the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, CA 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION" AND "REQUEST AND NOTICE OF HEARING" within the 21-day period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the trustee may proceed with the intended distribution.

**UST Form 101-7-NFR (10/1/2010)**

    \* If you were served electronically or by mail, you have an additional three (3) days to take the above-stated actions as calculated by F.R.B.P. 9006(f).

    \*\* You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

    Please note: Dividends under $5.00 will not be issued pursuant to F.R.B.P. 3010 and will be remitted to the United States Registry.

Uploaded to the Court: <u>09/16/2021</u>　　　　　　By: /s/ Richard M Kipperman

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Richard M. Kipperman  
PO Box 3010  
La Mesa, CA 91944  
(619) 668-4500

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re: CORE SUPPLEMENT TECHNOLOGY, INC.   §   Case No. 17-06078-MM-07
§
§
§
Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of:* | $ | 2,082,105.84 |
| *and approved disbursements of:* | $ | 1,798,069.88 |
| *leaving a balance on hand of[1]:* | $ | 284,035.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Ally Financial | 3,774.18 | 3,520.38 | 3,520.38 | 0.00 |
| 7-1S | Banc of America Leasing & Capital, LLC | 326,065.98 | 0.00 | 0.00 | 0.00 |
| 7-2S | Banc of America Leasing & Capital, LLC | 326,065.98 | 0.00 | 0.00 | 0.00 |
| 10S | Bank of America, N.A. | 1,479,759.04 | 1,407,743.54 | 1,407,743.54 | 0.00 |
| 21S | Financial Pacific Leasing, Inc., a Washington Corp C/O Spiwak & Iezza, LLP | 100,000.00 | 0.00 | 0.00 | 0.00 |
| 29S | Berlin Packaging L.L.C. | 241,923.84 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 72S | De Lage Landen Financial Services, Inc. | 3,946.32 | 0.00 | 0.00 | 0.00 |
| 91S | Ascentium Capital LLC | 7,806.68 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $           0.00 |
| Remaining balance: | $     284,035.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Kipperman | 85,713.18 | 0.00 | 85,713.18 |
| Trustee, Expenses - Richard M. Kipperman | 3,166.35 | 0.00 | 3,166.35 |
| Fees, United States Trustee | 29,470.00 | 0.00 | 29,470.00 |
| Other Chapter 7 Administrative Expenses - FedEx Corporate Services, Inc., Assignee | 50.47 | 0.00 | 50.47 |
| Attorney for Trustee Fees (Other Firm) - Gary E. Slater | 303,316.50 | 303,316.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Gary E. Slater | 4,258.52 | 4,258.52 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Alan Myers | 30,564.50 | 30,564.50 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Alan Myers | 1,335.30 | 1,335.30 | 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $     118,400.00 |
| Remaining balance: | $     165,635.96 |

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Fox Rothschild, LLP | 109,212.00 | 0.00 | 46,075.12 |
| Attorney for D-I-P Fees (Chapter 11) - Stephen C. Hinze, Esq. | 49,005.00 | 0.00 | 20,674.57 |
| Attorney for D-I-P Fees (Chapter 11) - Melissa Bustarde, Esq. | 6,504.75 | 0.00 | 2,744.27 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Fox Rothschild, LLP | 5,453.43 | 0.00 | 2,300.73 |
| Attorney for D-I-P Expenses (Chapter 11) - Stephen C. Hinze, Esq. | 4,626.15 | 0.00 | 1,951.71 |
| Attorney for D-I-P Expenses (Chapter 11) - Melissa Bustarde, Esq. | 725.61 | 0.00 | 306.13 |
| Prior Chapter Other State or Local Taxes - California Dept of Tax & Fee Administration | 4,125.00 | 0.00 | 1,740.28 |
| Prior Chapter Other State or Local Taxes - Employment Development Dept, Special Procedures Section | 435.39 | 0.00 | 183.69 |
| Prior Chapter Other State or Local Taxes - San Diego County Treasurer-Tax Collector | 11,064.64 | 0.00 | 4,668.03 |
| Prior Chapter Trade Debt - Micro Quality Labs, Inc. | 16,296.00 | 0.00 | 6,875.07 |
| Prior Chapter Trade Debt - Micro Quality Labs, Inc. | 7,703.00 | 0.00 | 3,249.80 |
| Prior Chapter Trade Debt - Seppic, Inc. | 9,000.00 | 0.00 | 3,796.98 |
| Prior Chapter Trade Debt - Pyure Brands, LLC | 5,000.00 | 0.00 | 2,109.43 |
| Prior Chapter Trade Debt - Shanghai Freemen Lifescience Co., LTD | 29,340.00 | 0.00 | 12,378.16 |
| Prior Chapter Trade Debt - Van Drunen Farms | 9,150.00 | 0.00 | 3,860.27 |
| Prior Chapter Trade Debt - CapsCanada Corporation | 0.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - ChemPoint.com, Inc. | 1,348.42 | 0.00 | 568.88 |
| Prior Chapter Trade Debt - AlphaNutra Solution Limited | 13,405.00 | 0.00 | 5,655.40 |
| Prior Chapter Trade Debt - Pure Valley Nutrition | 11,850.00 | 0.00 | 4,999.36 |
| Prior Chapter Trade Debt - Airlite Plastics Co. | 848.39 | 0.00 | 357.92 |
| Prior Chapter Trade Debt - Vanadium Interactive/VanadiumTech, Inc. | 735.00 | 0.00 | 310.09 |
| Prior Chapter Trade Debt - Ontario Refrigeration Service, Inc. | 1,330.00 | 0.00 | 561.11 |
| Prior Chapter Trade Debt - Uline Shipping Supplies | 921.80 | 0.00 | 388.90 |
| Prior Chapter Trade Debt - ReadyRefresh by Nestle | 408.08 | 0.00 | 172.16 |

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Administrative Rent (post-petition storage fees, leases) - Prescott/Patnode | 58,744.38 | 0.00 | 24,783.49 |
| Prior Chapter Other Operating Expenses - FedEx Corporate Services, Inc., Assignee | 26,890.58 | 0.00 | 11,344.79 |
| Prior Chapter Other Operating Expenses - Wells Fargo Vendor Financial Services, LLC | 565.05 | 0.00 | 238.39 |
| Prior Chapter Other Operating Expenses - Kelly Services, Inc. | 6,842.72 | 0.00 | 2,886.85 |
| Prior Chapter Other Operating Expenses - ARAMARK Uniform & Career Apparel, LLC | 1,077.02 | 0.00 | 454.38 |

Total to be paid for prior chapter administrative expenses:  $ 165,635.96
Remaining balance:  $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,375.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 38P | Internal Revenue Service | 3,518.60 | 0.00 | 0.00 |
| 58P | Robert Phillippe Bailly | 12,850.00 | 0.00 | 0.00 |
| 61P | Richard W. Bass | 2,441.44 | 0.00 | 0.00 |
| 62P | Chad Robison | 936.93 | 0.00 | 0.00 |
| 63P | Joseph A. Abramo | 895.79 | 0.00 | 0.00 |
| 64P | Katherine Haycook | 3,118.59 | 0.00 | 0.00 |
| 65P | Dmitry Karetny | 2,614.08 | 0.00 | 0.00 |

Total to be paid for priority claims:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,645,035.55 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PanaSource Ingredients Inc. | 52,800.00 | 0.00 | 0.00 |
| 2 | The Western Group | 3,845.60 | 0.00 | 0.00 |
| 3 | Westco Chemicals, Inc | 38,892.09 | 0.00 | 0.00 |
| 4 | Ameri-Seal, Inc. | 3,305.91 | 0.00 | 0.00 |
| 6 | Ungerer & Company | 81,267.50 | 0.00 | 0.00 |
| 8 | Airlite Plastics Co. | 0.00 | 0.00 | 0.00 |
| 9 | Stauber Ingredients | 1,696.00 | 0.00 | 0.00 |
| 11 | CIT Bank NA | 4,987.26 | 0.00 | 0.00 |
| 12 | CIT Bank NA | 6,762.70 | 0.00 | 0.00 |
| 13 | Naturex, Inc. | 13,122.50 | 0.00 | 0.00 |
| 14U | Dongyu USI | 15,000.00 | 0.00 | 0.00 |
| 15 | Euler Hermes N.A. | 114,353.90 | 0.00 | 0.00 |
| 16 | Clark Pest Control | 1,191.00 | 0.00 | 0.00 |
| 17 | OneSource Distributors, LLC | 3,186.35 | 0.00 | 0.00 |
| 18U | Seppic, Inc. | 20,925.00 | 0.00 | 0.00 |
| 19 | FedEx Corporate Services, Inc., Assignee | 0.00 | 0.00 | 0.00 |
| 20U | Pyure Brands, LLC | 10,091.92 | 0.00 | 0.00 |
| 21U | Financial Pacific Leasing, Inc., | 225,777.68 | 0.00 | 0.00 |
| 22 | Glanbia Nutritionals (NA), Inc. | 58,040.00 | 0.00 | 0.00 |
| 23U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 24U | Shanghai Freemen Lifescience Co., LTD Brown & Joseph ltd. c/o Don Leviton | 92,060.00 | 0.00 | 0.00 |
| 25 | Volt Management Corp. c/o Terry Jordan | 114,432.16 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 26 | HS Biopharmaceuticals, Inc. | 2,660.00 | 0.00 | 0.00 |
| 28U | Van Drunen Farms | 15,400.00 | 0.00 | 0.00 |
| 29U | Berlin Packaging L.L.C. | 107,528.60 | 0.00 | 0.00 |
| 30 | Hilmar Cheese Company, Inc. | 2,532.20 | 0.00 | 0.00 |
| 31 | Green Wave Ingredients, Inc. | 0.00 | 0.00 | 0.00 |
| 32 | Kyowa Hakko USA, Inc. | 12,150.00 | 0.00 | 0.00 |
| 33 | OmniActive Health Technologies, Inc. | 5,250.00 | 0.00 | 0.00 |
| 34 | HP Ingredients | 22,500.00 | 0.00 | 0.00 |
| 35 | Mitsubishi International Food Ingredients, Inc. | 30,498.15 | 0.00 | 0.00 |
| 36 | NutriScience Innovations, LLC | 0.00 | 0.00 | 0.00 |
| 37U | Kelly Services, Inc. | 24,859.13 | 0.00 | 0.00 |
| 38U | Internal Revenue Service | 100.00 | 0.00 | 0.00 |
| 39U | CapsCanada Corporation | 0.00 | 0.00 | 0.00 |
| 40 | Applied Food Sciences, Inc. | 3,156.43 | 0.00 | 0.00 |
| 41 | Allen Flavors, Inc. | 1,794.18 | 0.00 | 0.00 |
| 42U | ChemPoint.com, Inc. | 2,126.95 | 0.00 | 0.00 |
| 43 | Nutriscience Innovations, LLC | 1,750.00 | 0.00 | 0.00 |
| 44U | AlphaNutra Solution Limited | 57,205.00 | 0.00 | 0.00 |
| 45 | LA Leasing, Inc | 0.00 | 0.00 | 0.00 |
| 46U | ARAMARK Uniform & Career Apparel, LLC | 1,044.00 | 0.00 | 0.00 |
| 47 | Century Label | 10,301.35 | 0.00 | 0.00 |
| 48 | Alkemist Labs | 8,291.25 | 0.00 | 0.00 |
| 49 | Pretium Packaging LLC | 43,198.65 | 0.00 | 0.00 |
| 50 | Marlin Business Bank | 9,300.84 | 0.00 | 0.00 |
| 51 | Great American Packaging, LLC | 3,898.29 | 0.00 | 0.00 |
| 52 | TIC Gums, Inc. | 6,070.00 | 0.00 | 0.00 |
| 53U | Pure Valley Nutrition | 41,975.00 | 0.00 | 0.00 |
| 54 | Batory Foods | 12,749.27 | 0.00 | 0.00 |
| 55 | Mayfield Bustarde, LLP | 4,859.65 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 56 | Wells Fargo Vendor Financial Services, LLC | 0.00 | 0.00 | 0.00 |
| 57 | Suzhou Vitajoy Bio-Tech Co. Ltd. | 0.00 | 0.00 | 0.00 |
| 58U | Robert Phillippe Bailly | 37,150.00 | 0.00 | 0.00 |
| 59 | Unifirst Corporation | 5,718.90 | 0.00 | 0.00 |
| 60 | Orora Packaging Solutions dba Manufactured Packaging Products | 1,013.84 | 0.00 | 0.00 |
| 66 | Seven Labs | 2,173.50 | 0.00 | 0.00 |
| 67U | Airlite Plastics Co. | 4,630.18 | 0.00 | 0.00 |
| 68 | Fifth Nutrisupply, Inc. | 57,600.00 | 0.00 | 0.00 |
| 69U | Vanadium Interactive/VanadiumTech, Inc. | 5,000.00 | 0.00 | 0.00 |
| 70 | MJB Freight Systems, Inc | 7,886.00 | 0.00 | 0.00 |
| 71 | Western Wire Works, Inc. dba The Western Group | 0.00 | 0.00 | 0.00 |
| 73 | City of Oceanside | 3,317.72 | 0.00 | 0.00 |
| 74U | Ontario Refrigeration Service, Inc. | 3,553.00 | 0.00 | 0.00 |
| 75U | Uline Shipping Supplies | 1,712.66 | 0.00 | 0.00 |
| 76 | Canyon Plastics, Inc. | 6,022.64 | 0.00 | 0.00 |
| 77 | Novel Ingredients | 38,461.00 | 0.00 | 0.00 |
| 78 | Wixon, Inc | 30,656.00 | 0.00 | 0.00 |
| 79 | Kyowa Hakko | 0.00 | 0.00 | 0.00 |
| 81-1 | Micro Quality Labs, Inc. | 0.00 | 0.00 | 0.00 |
| 81-2U | Micro Quality Labs, Inc. | 10,842.00 | 0.00 | 0.00 |
| 82 | Mayfield Bustarde, LLP | 0.00 | 0.00 | 0.00 |
| 84 | American Lecithin Company, Inc | 423.00 | 0.00 | 0.00 |
| 85 | Alkemist Labs | 0.00 | 0.00 | 0.00 |
| 86 | Jiaherb, Inc. | 19,956.80 | 0.00 | 0.00 |
| 87 | Mitsubishi International Food Ingredients, Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 88 | Prescott/Patnode | 0.00 | 0.00 | 0.00 |
| 91U | Ascentium Capital LLC | 24,478.93 | 0.00 | 0.00 |
| 94U | FedEx Corporate Services, Inc., Assignee | 2,727.21 | 0.00 | 0.00 |
| 96 | Sedona Staffing, Inc. | 29,554.41 | 0.00 | 0.00 |
| 97 | Vitajoy USA, Inc. | 0.00 | 0.00 | 0.00 |
| 98 | Package All Corp. | 7,500.00 | 0.00 | 0.00 |
| 99 | Compound Solutions, Inc. | 5,500.00 | 0.00 | 0.00 |
| 100 | CapsCanada Corp. | 12,221.25 | 0.00 | 0.00 |
| 101 | United Samples, Inc. dba Dongyu USI | 15,000.00 | 0.00 | 0.00 |
| 102 | Pure Assay Ingredients, Inc. | 19,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $3,354.79 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 92 | George Nutting Co., Inc. | 362.00 | 0.00 | 0.00 |
| 93 | Southeastern Freight Lines, Inc. | 2,992.79 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| |
|---|
| None |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Submitted By: /s/ Richard M Kipperman
Chapter 7 Trustee

Richard M. Kipperman
PO Box 3010
La Mesa, CA 91944
(619) 668-4500

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**