# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 9/16/2021 |
| Case: 17–06078–MM7 | Form ID: pdf906 | Total: 328 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PanaSource Ingredients Inc.
14343530    Bradley J Knudson
14343562    Financial Pacific Leasing
14343595    Konica Minolta Premier Finance
14343664    Unipharm
                                                                                                TOTAL: 5

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee       ustp.region15@usdoj.gov
tr          Richard M Kipperman         Rmk@corpmgt.com
aty         Carol Chow                  carol.chow@ffslaw.com
aty         Craig G Margulies           craig@marguliesfaithlaw.com
aty         David Ortiz                 david.a.ortiz@usdoj.gov
aty         Eliyahu Ness                eness@lynnllp.com
aty         Gary E. Slater              ges@slatertruxaw.com
aty         Harris J. Koroglu           hkoroglu@shutts.com
aty         J. Alexandra Rhim           arhim@hemar–rousso.com
aty         Melody G. Anderson          manderson@hrhlaw.com
aty         Mette H. Kurth              mkurth@cm.law
aty         Stephen C. Hinze            sch@schinzelaw.com
aty         Timothy J. Truxaw           tjt@slatertruxaw.com
aty         Wayne R. Terry              wterry@hemar–rousso.com
                                                                                                TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Core Supplement Technology, Inc.        4645 North Ave        Oceanside, CA 92056
cr          Bank of America, N.A.        c/o Hemar, Rousso & Heald, LLP        15910 Ventura Blvd., 12th Floor        Encino, CA 91436
cr          Michael D. Schulman        18757 Burbank Blvd.        Suite 310        Tarzana
cr          Berlin Packaging L.L.C.        525 West Monroe Street        Chicago, IL 60661
cr          Creditors Adjustment Bureau, Inc.,        14226 Ventura Blvd.        Sherman Oaks, CA 91423
cr          Pyure Brands, LLC        c/o Harris J. Koroglu        Shutts & Bowen LLP        200 S Biscayne Blvd        Suite 4100        Miami, FL 33131
cr          Direct Food Ingredients, Inc.        1235 Activity Drive Suite B        Vista, CA 92081
cr          Dongyu USI        Coface North America Insurance        650 College Road East, Suite 2005        Princeton, NJ 08540
cr          Ascentium Capital LLC        c/o Wright Law Group, PLLC        4470 W. Sunset Blvd., Suite 90003        Los Angeles, CA 90027
cr          Micro Quality Labs, Inc.        c/o Margulies Faith, LLP        16030 Ventura Blvd., Suite 470        Encino, CA 91436
cr          Richard J. Feferman        c/o 2100 Ross Avenue        Suite 2700        Dallas, TX 75201
smg         IRS–Insolvency Division        P.O. Box 7346        Philadelphia, PA 19114
14343504    3M        PO Box 844127        Dallas, TX 75284–4127
14373504    A&A Pharmachem        4–77 Auriga Drive        Ottawo, Onterio Canada K2E727
14343507    AIDP, Inc.        19535 East Walnut Drive South        Rowland Heights, CA 91748
14373507    AM Trust North America        P. O. Box 6939        Cleveland, OH 44101–1939
14343520    APP Global, Inc        1940 S Lynx Place        Ontario, CA 91761
14343505    Acasi Machinery Inc.        7085 NW 46th Street        Miami, FL 33166
14373505    Accutek        2685 S. Melrose DR.        Vista, CA 92081
14343506    Advanced Air & Vacuum        1685 N. Marshall Ave        El Cajon, CA 92020
14350615    Airlite Plastics Co.        Attn: Shona Flack        6110 Abbott Drive        Omaha, NE 68110
14343508    Airlite Plastics, Co.        PO Box 8400        Omaha, NE 68108–0400
14343509    Albion Minerals        101 N. Main        Clearfield, UT 84015
14343510    Alkemist Laboratories        1260 Logan Avenue #B2        Costa Mesa, CA 92626
14455649    Alkemist Labs        12661 Hoover Street        Garden Grove, CA 92841
14373506    Allen Flavors, Inc.        23 Progress Street        Edison, NJ 08820
14396047    Allen Flavors, Inc.        Ira Steinberg, CFO        23 Progress Street        Edison, NJ 08820
14343511    Ally        P. O. Box 9001948        Louisville, KY 40290–1948
14349069    Ally Financial        PO Box 130424        Roseville MN 55113–0004
14343512    Almax Corporation        7 Schindler Dr        Rockaway, NJ 07866
14343513    AlphaNutra Solution Limited        Brown & Joseph, Ltd.        c/o Don Leviton        Po Box 59838        Schaumburg, IL 60159
14343514    Alvar Enrique Morales        4017 Independence Ave        South Gate, CA 90280
14343515    Alz Chemical        680 Village Trace        Marietta, GA 30067
14343516    Ameri–Seal        21330 Superior Street        Chatsworth, CA 91311
14373508    American Labratories        4410 S. 102nd St.        Omaha, NE 68127
14343517    American Lecithin Company, Inc        115 Hurley Road        Unit 2B        Oxford, CT 06478–1037

| | | | | |
|---|---|---|---|---|
| 14343518 | American Nutrition | 718 Broadway | Everett, MA 02149 | |
| 14343519 | Analytical Laboratories in Ana | 2951 Saturn Street | Brea, CA 92821 | |
| 14413947 | Andrew B. Levin | Winthrop Couchot Golubow Hollander, LLP | 660 Newport Center Drive, uite 400 | Newport Beach, CA 92660 |
| 14373509 | Applied Food Science | 8708 S. Concress, Bldg. 290 | Austin, TX 78745 | |
| 14395819 | Applied Food Sciences, Inc. | c/o Duane J. Brescia | Strasburger & Price, LLP | 720 Brazos, Suite 700   Austin, TX 78701 |
| 14343521 | Aramark | Aus West Lockbox | PO Box 101179 | Pasadena, CA 91189–1179 |
| 14653659 | Ascentium Capital, LLC | c/o Wright Law Group, PLLC | 4470 W. Sunset Blvd., Suite 90003 | Los Angeles, CA 90027 |
| 14343522 | BAG Corp | P O Box 671212 | Dallas, TX 75267–1212 | |
| 14343528 | BCS | 13550 Danielson St. | Poway, CA 92064 | |
| 14373510 | BDS Naturals | 2779 El Presidio St. | Carson, CA 90810 | |
| 14343523 | Banc of America Leasing | 2059 Northlake Parkway | 3rd Floor North | Tucker, GA 30084 |
| 14350299 | Banc of America Leasing & Capital, LLC | c/o Wayne R. Terry | Hemar, Rousso & Heald, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14343524 | Bank of America | One Independence Center | NC1–001–05–13, 101 N. Tryon St | Charlotte, NC 28255–0010 |
| 14352733 | Bank of America | c/o J. ALEXANDRA RHIM | Hemar, Rousso & Heald, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14343525 | Bank of America Credit Card | P. O. box 15731 | Wilmington, DE 19886–5731 | |
| 14343526 | Bank of America NA | 2059 Northlake Pkwy | Tucker, GA 30084 | |
| 14352732 | Bank of America, N.A. | HEMAR, ROUSSO & HEALD, LLP | c/o J. Alexandra Rhim, Esq. | 15910 Ventura Blvd., 12th Floor   Encino, California 91436   (818) 501–3800 |
| 14343965 | Bank of America, N.A. | c/o Wayne R. Terry | HEMAR, ROUSSO & HEALD, LLP | 15910 Ventura Blvd., 12th Floor   Encino, CA 91436 |
| 14407807 | Batory Foods | 1700 E. Higgins Rd. Suite 300 | Des Plaines, IL 60018 | |
| 14343527 | Batory Foods | PO Box 80047 | City of Industry, CA 91716–8047 | |
| 14358180 | Berlin Packaging L.L.C. | c/o Brian J. Jackiw, Esq. | Goldstein & McClintock LLLP | 111 W. Washington, Suite 1221   Chicago, IL 60602 |
| 14358179 | Berlin Packaging L.L.C. | c/o Nathan A. Schultz, Esq. | Law Office of Nathan A. Schultz, P.C. | 10621 Craig Road   Traverse City, MI 49686 |
| 14343529 | Berlin Packaging LLC | PO Box 95584 | Chicago, IL 60694–5584 | |
| 14373511 | Bestcom (Wuxi) Biotech Co. Ltd | Room 502, No. 5 | Zhihui Rd., Huishen Dist. | Wuki City, Jiangsu Prov. |
| 14373512 | Bosch Packaging Services, Inc. | P. O. Box 95193 | Chicago, IL 60694–5193 | |
| 14343531 | Busch Machinery, Inc. | 727 E 20th Street | Tucson, AZ 85719 | |
| 14395603 | Business Copier Solutions | 13750 Danielson Street | Poway, CA 92064 | |
| 14352049 | CIT Bank NA | PO Box 593007 | San Antonio, TX 78259 | |
| 14343542 | CT Corporation System | 330 N. Brand Blvd. STE 700 | Glendale, CA 91203 | |
| 14343543 | CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 | |
| 14343532 | Canyon Plastics, Inc. | 28455 Livingston Ave | Valencia, CA 91355 | |
| 14373513 | Capital Premium Finance | 12235 S. 800 E | Draper, UT 84020 | |
| 14343533 | CapsCanada | 456 Silver Creek Industrial Dr. | Tecumeseh, ON N8N 4Y3 Canada | |
| 14648030 | Carol Chow, Esq. | Jeffrey S. Goodfried, Esq. | Freeman, Freeman & Smiley, LLP | 1888 Century Park East, Suite 1500   Los Angeles, CA 90067 |
| 14373514 | Century Lable | 12836 South Dixie Highway | Bowling Green, OH 43402 | |
| 14421141 | Chad Robinson | 679 Merit Dr. | San Marcos, CA 92078 | |
| 14343534 | Chempoint | 411 108th Ave NE | Bellevue, WA 98004 | |
| 14383378 | Christopher V. Hawkins, Esq. | Sullivan Hill Lewin Rez& Engel APLC | 550 West C Street, Suite 1500 | San Diego, CA 92101 |
| 14343535 | ChromaDex Inc. | 10005 Muirlands Blvd. | Suite G 1st Floor | Irvine, CA 92618 |
| 14439251 | City of Oceanside, | Office of the City Attorney | 300 North Coast Highway | Oceanside, CA 92054 |
| 14343536 | Clark Pest Control | PO Box 1480 | Lodi, CA 95241–1480 | |
| 14343537 | Clutch | 527 Molino Unit # 203 | Los Angeles, CA 90013 | |
| 14343538 | Color Maker | 1300 N Hancock Street | Anaheim, CA 92807 | |
| 14672535 | Compound Solutions, Inc. | Attn: Laura Novak, Controller | 1930 Palomar Point Way, Suite 105 | Carlsbad, CA 92008 |
| 14726485 | Corporate Recovery Associates, LLC | c/o 2100 Ross Avenue, Suite 2700 | Dallas, Texas 75201 | |
| 14343539 | Corporation Service Company | 801 Adlai Stevenson Drive | Springfield, IL 62703 | |
| 14343540 | Covance Laboratories, Inc. | 2102 Wright St. | Madison, WI 53704 | |
| 14343541 | Creative Compounds | 600 Daugherty Rd. | PO Box 4011 | Scott City, MO 63780 |
| 14363148 | Creditors Adjustment Bureau, Inc. | assignee of Suzhou Vitajoy Bio–Tech Co. | 14226 Ventura Blvd.   Sherman Oaks, CA 91423 | |
| 14343544 | Custom Blow Molding | 946 S. Andreasen DR. | Escondido, CA 92029 | |
| 14350363 | DAVID A. ORTIZ | OFFICE OF THE UNITED STATES TRUSTEE | 880 FRONT STREET, SUITE 3230 | SAN DIEGO, CA 92101 |
| 14422657 | DMitry Karetny | 365 Pamelo Dr. #E1 | Vista, CA 92081 | |
| 14343545 | Daylight Transport | CVC Technologies, Inc. | 10861 Business Drive | Fontana, CA 92337 |
| 14439249 | De Lage Landen Financial | Attn: D DiFilippo | 1111 Old Eagle School Road | Wayne, PA 19087 |
| 14343546 | Diana Naturals Inc. | PO Box 157 | Silverton, OR 97381 | |
| 14343547 | Direct Food Ingredients, Inc. | 1235 Activity Drive Suite B | Vista, CA 92081 | |
| 14343548 | Dongyu USI | 2590 Main St. | Irvine, CA 92614 | |
| 14353079 | Dongyu USI | Coface North America Insurance | 650 College Road East, Suite 2005 | Princeton, NJ 08540 |
| 14343549 | Dynamic Distribution | 546 Jesmond Road | Fig Tree Pocket | QLD 4069   Australia, ME 04014 |

| | | | | | |
|---|---|---|---|---|---|
| 14343554 | ETHORN | 16050 Canary Avenue | La Mirada, CA 90638 | | |
| 14343550 | Eirich Machines | 4033 Ryan Rd | Gurnee, IL 60031 | | |
| 14373515 | Electronic Recycling Center | 2618 Temple Heights Dr. | Oceanside, CA 92056 | | |
| 14445601 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 | | |
| 14343551 | Enzo | 2605 Pinon Ct. | Grapevine, TX 76051 | | |
| 14343552 | Eriez Manufacturing Company | 2200 Asbury Road | Erie, PA 16506 | | |
| 14343553 | Ernest Packaging Solutions | 1345 Sycamore Avenue | Vista, CA 92081 | | |
| 14353276 | Euler Hermes N.A. | 800 Red Brook Blvd. | Owings Mills, MD 21117 | | |
| 14373516 | Evolution Salt Co. | 3310 W. Barker Lane 300–234 | Austin, TX 78758 | | |
| 14343555 | FamVans, Inc | 10870 Kalama River Ave | Fountain Valley, CA 92708 | | |
| 14373517 | Fastenal Company | 1334 N. Melrose Dr. STE A&B | Vista, CA 92083 | | |
| 14343556 | FedEx | PO Box 7221 | Pasadena, CA 91109–7321 | | |
| 14343557 | FedEx Corporate Services | Regions Lockbox Services | C/O FedEx SenseAware | Birmingham, AL 35287–1926 | |
| 14359995 | FedEx Corporate Services, Inc. | 3965 Airways Blvd. | Module G, 3rd Floor | Memphis, TN 38116–5017 | |
| 14343558 | FedEx Freight | Dept LA PO Box 21415 | Pasadena, CA 91185–1415 | | |
| 14343559 | Feed Me More | 2555 W. Centennial Pkwy | North Las Vegas, NV 89084 | | |
| 14395563 | Feed Me More | P.O. Box 752740 | Las Vegas, NV 89136 | | |
| 14395553 | Fifth Nutrisupply, Inc | C/O Hui Heidi Liu | Arbor CPA, APC | 17870 Castleton St. STE 230 | City of Industry, CA 91748 |
| 14343560 | Fifth Nutrisupply, Inc. | 5595 Daniels St. Unit B | Chino, CA 91710 | | |
| 14343561 | Financial Pacific Leasing | C/O CT Lien Solutions | 2727 Allen Parkway | Houston, TX 77019 | |
| 14395557 | Financial Pacific Leasing | C/O CT Lien Solutions | 818 W. Seventh St. STE 930 | Los Angeles, CA 90017 | |
| 14363208 | Financial Pacific Leasing, Inc., a Washington Corp | C/O Spiwak & Iezza, LLP | 555 Marin Street, Suite 140 | Thousand Oaks, CA 91360 | |
| 14343563 | Five Percent Nutrition | 8285 Bryan Dairy Road | Suite 190 | Largo, FL 33777 | |
| 14395559 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 | |
| 14402291 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | 550 West C. Street #1050 | San Diego, CA 92101 | |
| 14343564 | Fredrick W. Kosmo, Jr. Esq. | Wilson, Turner, Kosmo, LLP | San Diego, CA 92101 | | |
| 14343565 | Fuller Enterprise USA, Inc. | 1735 E. Grevillea Ct. | Ontario, CA 91761 | | |
| 14343569 | GNT USA | 660 White Plains Road | Tarrytown, NY 10591 | | |
| 14376514 | Gary B. Rudolph, Esq. | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | 550 West C Street, Suite 1500 | San Diego, CA 92101 | |
| 14343566 | General Ingredients Solutions, | 1220 E. Elm Street | Ontario, CA 91761 | | |
| 14373518 | Genysis Nutrition Labs/VMI | 391 S. Orange Street | Salt Lake City, UT 84104 | | |
| 14486845 | George Nutting Co Inc | 1907 Dotman Road | Bainbridge GA 39817 | | |
| 14365100 | Glanbia Business Services, Inc. | 975 Meridian Lake Drive | Aurora, IL 60504 | | |
| 14343567 | Glanbia Nutritionals | c/o Glanbia Business Services, | Dept 3331 | Carol Stream, IL 60132–3331 | |
| 14343568 | Global Formulas | 27111 Aliso Creek Road | Ste. 175 | Aliso Viejo, CA 92656 | |
| 14343570 | Golden Globe Group, LLC | 13567 OLD EL CAMINO REAL | San Diego, CA 92130 | | |
| 14358105 | Goldstein & McClintock LLLP | Attn: Brian J. Jackiw | 111 W. Washington Suite 1221 | Chicago, IL 60602 | |
| 14379976 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | | |
| 14395556 | Granite Nutrition | 30 Waterworks Way | Irvine, CA 92678 | | |
| 14343571 | Granite Nutrition | P.O. Box 1090 | Placentia, CA 92871 | | |
| 14373519 | Great American Packaging | 431 S. Soto St., STE B | Los Angeles, CA 90058 | | |
| 14379975 | Great American Packaging | 4361 S. Soto Street | Vernon, CA 90058 | | |
| 14395564 | Great American Packaging | C/O Greg Gurewitz | 4361 S. Soto St., STE B | Vernon, CA 90058 | |
| 14395558 | Green Wave Ingredients | C/O Michael Magnuson | 13215 Penn Street | Whittier, CA 90602 | |
| 14343572 | Green Wave Ingredients | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 | |
| 14380050 | Green Wave Ingredients, Inc. | c/o Michael S. Magnuson | 13215 Penn Street, Suite 205 | Whittier, CA 90602 | |
| 14343576 | HP Ingredients Corp. | 707 24th Ave. W. | Bradenton, FL 34205 | | |
| 14386296 | HP Ingredients c/o ESP Receivables | 399 Asbury Drive | Mandeville, LA 70471 | | |
| 14343577 | HS Biopharmaceuticals, Inc. | 2792 Loker Ave. West Ste 105 | Carlsbad, CA 92010 | | |
| 14343573 | Harbor Packaging | PO Box 844969 | Los Angeles, CA 90084–4969 | | |
| 14343574 | Hawthorne Lift Systems | 1600 E. Missiion Road | San Marcos, CA 92069 | | |
| 14379889 | Hilmar Cheese Company, Inc. | PO Box 910 | Hilmar, CA 95324 | | |
| 14373520 | Hilmar Ingredients, Inc. | 8901 N. Lander Ave. | Hilmar, CA 95324 | | |
| 14343575 | Honey Badger | 3005 S. Lamar Blvd | Ste D109 #145 | Austin, TX 78704 | |
| 14373521 | IB Fitness | C/O Jerome Moe, Esq | 501 W. Broadway, STE 1205 | San Diego, CA 92101 | |
| 14343578 | Ima North America, Inc | 7 New Lancaster Road | Leominster, MA 01453 | | |
| 14373522 | Image Fillers | 735 Foxchase, STE 111 | Coatsville, PA 19380 | | |
| 14343579 | Image Fillers, Inc | 735 Fox Chaxe, STE 111 | Coatesvill, PA 19320 | | |
| 14343580 | Infinite Packaging Group | 712 Valley Ridge Circle | Lewisville, TX 75057 | | |
| 14373523 | Innovative Muscle | 633 13thStreet, Unit 41 | San Diego, CA 92154 | | |
| 14395565 | Innovative Muscle, LLC | C/O Stephen Kerson | 10861 Queensland St. | Los Angeles, CA 90034 | |
| 14343581 | Inspired Nutraceuticals | 6242 Warner Ave 9F | Huntington Beach, CA 92647 | | |
| 14395561 | Inspired Nutraceuticals | 795 E. Factory Dr. STE C | Saint George, UT 84790 | | |
| 14343582 | Integrated Time Systems, LLC | 740 N Plankinton Rd. STE 730 | Milwaukee, WI 53203 | | |
| 14343583 | InterHealth, Inc. | 5451 Industrial Way | Benicia, CA 94510 | | |
| 14363150 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |

| | | | | |
|---|---|---|---|---|
| 14343588 | JJJ Enterprises | PO Box 463021 | Escondido, CA 92046 | |
| 14343584 | Jennison Quality Components | 54 Arch Street Extension | Carnegie, PA 15106 | |
| 14343585 | Jennison Quality Components, I | 54 Arch Street Extension | P.O. Box 861 | Carnegie, PA 15106–0861 |
| 14343586 | Jiaherb Inc. | 1 Chapin Rd. Unit 1 | Pine Brook, NJ 07058 | |
| 14343587 | Jigsaw | 9035 E Pima Center Parkway | Suite 3 | Scottsdale, AZ 85258 |
| 14421148 | Joseph A. Abramo | 4130 Milano Way | Oceanside, CA 92057 | |
| 14343589 | Joseph O'Dea | 3688 Camino de las Lomas | Vista, CA 92084 | |
| 14376724 | Joseph O'Dea | c/o Gary B. Rudolph, Esq. | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | 550 West C Street, Suite 1500    San Diego, CA 92101 |
| 14343591 | Joseph Odea | 3688 Camino de las Lomas | Vista, CA 92084 | |
| 14343590 | Joseph Odea | 4645 North Ave. | Oceanside, CA 92056 | |
| 14343592 | Jost Chemical | 8150 Lackland Road | Saint Louis, MO 63114 | |
| 14373524 | KPC Mastercraft International | 300 Brynt Lane | Woodbury, TN 37190 | |
| 14422656 | Katherine Haycook | 480 Dennis Drive | Vista, CA 92083 | |
| 14343593 | Kelly Services | PO Box 31001–0422 | Pasadena, CA 91110–0422 | |
| 14393588 | Kelly Sevices, Inc. | 999 West Big Beaver | Troy, MI 48084 | |
| 14343594 | Kevin M. Bell, Esq. | Porzio, Bromberg @ Newman, PC | 1200 New Hampshire Ave NW, 710 | Washington, DC 20036 |
| 14343596 | Kyowa Hakko | 600 Third Ave, 19th Floor | New York, NY 10016 | |
| 14400522 | LA Leasing, Inc | 600 35th Avenue | Moline, IL 61265 | |
| 14343598 | LC Magnetics | 1139 N. Kraemer Place | Anaheim, CA 92806 | |
| 14343599 | LCA Bank Corporation | P. O. Box 1650 | Troy, MI 48099–1650 | |
| 14358104 | Law Office of Nathan A. Schultz, P.C. | Attn: Nathan A. Schultz | 10621 Craig Road | Traverse City, MI 49686 |
| 14343597 | Layn USA, Inc | 20250 Acacia St. | Suite 105 | Newport Beach, CA 92660 |
| 14343600 | Leak Star Advanced Leak Detect | PO Box 2333 | Carlsbad, CA 92018 | |
| 14373525 | Logisticx Fox | 7461 Garden Grove Blvd. Unit A | Garden Grove, CA 92841 | |
| 14726497 | Lynn Pinker Cox & Hurst, LLP | 2100 Ross Avenue, Suite 2700 | Dallas, TX 75201 | |
| 14343612 | MJB Freight Systems, Inc | 6225 Marindustry Dr. | San Diego, CA 92121 | |
| 14343613 | MTC Industries, Inc. | 255 Oser Ave | Hauppauge, NY 11788 | |
| 14343601 | Marburg Industries Inc. | 1207 Activity Drive | Vista, CA 92081 | |
| 14373526 | Marina Teel | Jerome Moe, Esq. | 501 W. Broadway, STE 1025 | San Diego, CA 92101 |
| 14373527 | Markem–Imaje | P. O. Box 3542 | Boston, MA 02241 | |
| 14343603 | Marlin Leasing Corporation | 300 Fellowship Road | Mount Laurel, NJ 08054 | |
| 14343602 | Marlin Leasing Corporation | 6470 E. Johns Crossing | Duluth, GA 30097 | |
| 14343604 | Max Racks, Inc | 3791 Hillside Ave | Norco, CA 92860 | |
| 14343605 | MayPro Industries, LLC. | 2975 Westchester Avenue | Purchase, NY 10577 | |
| 14410936 | Mayfield Bustarde, LLP | 462 Stevens Ave. Suite 303 | Solana Beach, CA 92075 | |
| 14343606 | McMaster–Carr | PO Box 7690 | Chicago, IL 60680–7690 | |
| 14466874 | Melody G. Anderson, Esq. | WRIGHT LAW GROUP, PLLC | 4470 W. Sunset Blvd. Suite 90003 | Los Angeles, CA 90027 |
| 14373528 | Metro Fire and Safety | 2733 Via Orange Way, STE 103 | Spring Valley, CA 91978 | |
| 14343607 | Metrolift | 556 Commerce Street | Franklin Lakes, NJ 07417 | |
| 14441604 | Michael B. Lestino | 259 Prospects Plains Road, Building A | Cranbury, NJ 08512 | |
| 14343608 | Michael D. Schulman, Esq. | 18757 Burbank Blvd. STE 310 | Tarzana, CA 91356–3375 | |
| 14343609 | Micro Quality Labs, Inc. | 3120 N Clybourn Ave. | Burbank, CA 91505 | |
| 14666231 | Micro Quality Labs, Inc. | c/o Margulies Faith, LLP | 16030 Ventura Blvd., Suite 470 | Encino, CA 91436 |
| 14343610 | Milne Fruit (MicroDried) | P.O. Box 368 | Grandview, WA 98930 | |
| 14343611 | Mitsubishi International Food | 2200 Fletcher Ave. 5th Fl. | Fort Lee, NJ 07024 | |
| 14387511 | Mitsubishi International Food Ingredients, Inc. | 2200 Fletcher Ave. Ste. 503 | Fort Lee, NJ 07024 | |
| 14343614 | Muriello Muscle | 1102 Robinwood Drive | Oldsmar, FL 34677 | |
| 14373529 | NSF International | P. O. Box 77000 | Detroit, MI 48277–1380 | |
| 14343615 | Natreon, Inc | 2–D Janine Place | New Brunswick, NJ 08901 | |
| 14343616 | Natural Alternatives Int. Inc. | 1535 Faraday Avenue | Carlsbad, CA 92008 | |
| 14343617 | Nature's Supplements, Inc. | 1342 Rocky Point Drive | Oceanside, CA 92056 | |
| 14343618 | Naturex, Inc. | 375 Huyler Street | South Hackensack, NJ 07606 | |
| 14343619 | Novel Ingredients, Inc. | 72 Deforest Ave. | East Hanover, NJ 07936 | |
| 14343620 | NuLiv Science USA | 255 Paseo Tesoro | Walnut, CA 91789 | |
| 14395554 | Nutraleaf Nutrition | 1780 Lacosta Meadows Dr. Ste 100 | San Marcos, CA 92078 | |
| 14395555 | Nutraleaf Nutrition | 1780 Lacosta Meadows Dr. Ste 100 | San Marcos, CA 92078 | |
| 14343621 | Nutriom, LLC. | 3145 Hogum Bay Rd. NE | Lacey, WA 98516 | |
| 14373530 | Nutriscience | 2450 Reservoir Ave. | Trumbull, CT 06611 | |
| 14343622 | Nutrleaf Nutrition | 1780 La Costa Meadows Drive | San Marcos, CA 92078 | |
| 14373532 | OSF Flavors, Inc. | P. O. Box 591 | Windsor, CT 06095 | |
| 14373531 | OmniActive Health Technologies Inc. | 67 East Park ave., Suite 500 | Morristown, NJ 07960 | |
| 14343623 | OneSource Distributors, LLC | 3951 Oceanic Drive | Oceanside, CA 92056–5832 | |
| 14343624 | Ontario Refrigeration | 635 S. Mountain Avenue | Ontario, CA 91762 | |
| 14343625 | Orora Packaging Solutions | PO Box 101150 | Pasadena, CA 91189–1150 | |
| 14415857 | Orora Packaging Solutions | dba Manufactured Packaging Products | 6600 Valley View Street | Buena Park, CA 90620 |
| 14343628 | PAT Vitamins, Inc. | 1751 Curtiss Court | La Verne, CA 91750 | |
| 14672456 | Package All Corp. | Mr. Phil Padgett, CEO | 655 Church Street | Bayport, NY 11705 |
| 14343626 | Package All Corp. | PO Box 4105 | Rancho Cucamonga, CA 91729 | |
| 14346206 | PanaSource Ingredients Inc. | Coface North America Insurance | 650 College Road East, Suite 2005 | Princeton, NJ 08540 |
| 14343627 | PanaSource Ingredients, Inc. | 98–A Mayfield Avenue | Edison, NJ 08837 | |

| | | | | |
|---|---|---|---|---|
| 14373533 | Peek Packaging | 6221 Yarrow Street | Carlsbad, CA 92011 | |
| 14343629 | Pharma Resources Inc. | C/O Dixit Law Firm, PA | 3030 N. Rocky Pt. DR. W. #260 | Tampa, FL 33607 |
| 14343630 | Pharmachem Labs | 2929 East White Star Ave | Anaheim, CA 92806–2628 | |
| 14343631 | Platinum Bear | 1890 Pinto Circle | Gardnerville, NV 89410 | |
| 14343632 | PlusPharma, Inc | 2611 Commerce Way, Suite A | Vista, CA 92081 | |
| 14343633 | Prescott/Patnode | 3011 Deeb Court | Vista, CA 92084 | |
| 14402090 | Pretium Packaging LLC | 15450 South Outer Forty Ste 120 | Chesterfield, MO 63017 | |
| 14343634 | Primeval Nutrition | 70 Batesville Blvd. Ste. A | Batesville, AR 72501 | |
| 14373534 | Prinova | 36780 Eagle Way | Chicago, IL 60678–1367 | |
| 14343635 | Pro–Scape, Inc. | 510 Venture Street | Escondido, CA 92029 | |
| 14395562 | Pro–Scape, Inc. | C/O Michael L. Helms | 1441 York Dr. | Vista, CA 92084 |
| 14343636 | Providence Capital Funding | 3020 Saturn Street | Suite 203 | Brea, CA 92821 |
| 14736604 | Pure Assay Ingredients, Inc. | William Skinner, Attorney at Law | 2667 Camino Del Rio S Ste 100B | San Diego, CA 92108 |
| 14373535 | Pure Valley Nutrition | 403 Arrow Hwy, Ste 306 | San Dimas, CA 91780 | |
| 14343637 | Pyure Brands, LLC | 2277 Trade Center Way, Ste 101 | Naples, FL 34109 | |
| 14360347 | Pyure Brands, LLC | c/o Harris J. Koroglu, Esq. | Shutts & Bowen LLP | 200 S. Biscayne Blvd., Suite 4100    Miami, FL 33131 |
| 14343640 | RJ Van Drunen & Sons, Inc | 300 W 6th Street | Momence, IL 60954 | |
| 14343645 | RS HUGHES CO INC | 2575 PIONEER AVE STE 102 | Vista, CA 92081 | |
| 14343646 | RSP | 3381 NW 168th Street | Opa Locka, FL 33056 | |
| 14343638 | Rancho California Center, LP | 1656 Bahia Vista Way | La Jolla, CA 92037 | |
| 14343639 | ReadyRefresh by Nestle | PO Box 856158 | Louisville, KY 40285–6158 | |
| 14451099 | ReadyRefresh by Nestle | c/o Amy Curtis | 375 Paramount Dr | Raynham, MA 02767 |
| 14726484 | Richard Feferman | c/o 2100 Ross Avenue, Suite 2700 | Dallas, Texas 75201 | |
| 14416385 | Richard W. Bass | 3633 Indiana St. #9 | San Diego, CA 92103 | |
| 14343641 | Robert Bailly | 20 La Flauta | Rancho Santa Margarita, CA 92688 | |
| 14343642 | Robert Bailly | 4645 North Ave | Oceanside, CA 92056 | |
| 14343643 | Robert Bailly | 73 Northern Pine Loop | Aliso Viejo, CA 92656 | |
| 14343644 | Royalty Nutrition | 100 West 5th Street #4F | Long Beach, CA 90802 | |
| 14343647 | Sabinsa | 20 Lake Drive | East Windsor, NJ 08520 | |
| 14373536 | Saminchem Inc. | 3225 Grapevine St | Mira Loma, CA 91752 | |
| 14466838 | San Diego County Treasurer Tax Collector | Attn: Bankruptcy Desk | 1600 Pacific Highway Room 162 | San Diego, CA 92101 |
| 14343648 | SeaTech Bioproducts Corp. | 159 Memorial Dr. Unit C | Shrewsbury, MA 01545 | |
| 14343649 | Sedona Staffing | 600 35th Avenue | Moline, IL 61265 | |
| 14343650 | Select Staffing | PO Box 512007 | Los Angeles, CA 90051–0007 | |
| 14343651 | Sensaware By FedEx | FedEx Corporate Services, Inc | 3640 Hacks Cross Rd. Bldg. D | Memphis, TN 38125 |
| 14373537 | Sensient | 777 East Wisconsin Ave | Milwaukee, WI 53202 | |
| 14373538 | Seppic Inc. | P. O. Box 101654 | Pasadena, CA 91189–1654 | |
| 14399318 | Seppic Inc. | P. O. Box 101654 | Pasadena, CA 91189–1654 | |
| 14358550 | Seppic, Inc. | Coface North America Insurance Company | 50 Millstone Rd., Bldg. 100, Ste. 360 | East Windsor, NJ 08520 |
| 14373539 | Seven Labs | 1420 Decision, STE C | Vista, CA 92081 | |
| 14343652 | Shanghai Freeman | 377 Hoes Lane, Suite 240 | Piscataway, NJ 08854 | |
| 14368239 | Shanghai Freemen Lifescience Co., LTD | Brown & Joseph ltd. | c/o Don Leviton | P.O. Box 59838    Schaumburg, IL 60159 |
| 14343653 | Shri Kartikeya Pharma | D. No. 5–9–225, 3rd floor | Sanali Estate, Chirag Ali Lane | Andhrapradesh |
| 14493082 | Southeastern Freight Lines Inc. | PO Box 1691 | Columbia, SC 29202 | |
| 14343654 | Stauber Ingredients | 4120 N. Palm Street | Fullerton, CA 92835–1026 | |
| 14350738 | Stauber Ingredients | 4645 North Ave. | Oceanside, CA 92056 | |
| 14343655 | Steven J. Cote Esq | Chang & Cote LLP | 19138 Walnut Drive, Suite 100 | Rowland Heights, CA 91748 |
| 14373540 | Stryka Botanicals | 279 Homestead Road | Hillsborough, NJ 08844 | |
| 14343656 | Superior Labs | 9921 Carmel Mountain Rd. #297 | San Diego, CA 92129 | |
| 14343657 | The Western Group | 3950 NW St. Helens Rd | Portland, OR 97210 | |
| 14343658 | ThermoFisher Scientific | 81 Wyman Street | Waltham, MA 02454 | |
| 14343659 | Tic Gums | 4609 Richlynn Drive | Belcamp, MD 21017 | |
| 14343660 | Tristar Machinery | 1287 Naperville Drive | Romeoville, IL 60446 | |
| 14373543 | UPS | P. O. Box 1012 | Horsham, PA 19044 | |
| 14373541 | Uline | 2200 S. Lakeside Dr. | Waukegan, IL 60085 | |
| 14439682 | Uline Shipping Supplies | 12575 Uline Drive | Pleasant Prairie, WI 53158 | |
| 14343661 | Ungerer & Company | 4 Bridgewater Lane | Lincoln Park, NJ 07035 | |
| 14343662 | UniChem Enterprises, Inc. | 1905 S. Lynx Pl | Ontario, CA 91761 | |
| 14343663 | UniFirst | 4041 Market Street | San Diego, CA 92102 | |
| 14415403 | Unifirst Corporation | Attn: Accounts Receivable | 68 Jonspin Road | Wilmington, MA 01887 |
| 14373542 | United Fire Group | 118 Second Ave SE | Cedar Rapids, IA 52407–3909 | |
| 14733348 | United Samples, Inc. dba Dongyu USI | c/o Law Offices of Park & Zheng | 6 Venture Ste 265 | Irvine CA 92618 |
| 14466855 | United States Trustee | 880 Front Street, Suite 3230 | San Diego, CA 92101 | |
| 14343665 | Univar USA, Inc. | PO BOX 34325 | Seattle, WA 98124–1325 | |
| 14374702 | Van Drunen Farms | Attn: Stephanie J. Harris | 33 N. Dearborn Street, Suite 340 | Chicago, IL 60602 |
| 14373544 | Vanadium Interactive | 9277 Research Drive | Irvine, CA 92618 | |
| 14343666 | Vitajoy USA Inc. | 14165 Ramona Avenue Chino, CA | Chino, CA 09171–5753 | |

| | | | | |
|---|---|---|---|---|
| 14343667 | Vitalah | 41 Hangar Way | Watsonville, CA 95076 | |
| 14343668 | Volt Management Corp | P.O. Box 679307 | Dallas, TX 75267–9307 | |
| 14370062 | Volt Management Corp. | c/o Terry Jordan | 2421 N. Glassell St. | Orange, CA 92865 |
| 14343669 | Volt Workforce Solutions | Attn: Director of Contracts | 2401 North Glassell St. | Orange, CA 92865 |
| 14373545 | Waseta Int. Trading Co. Ltd. | Room 2001–2002– | Golden Eagle Edifice B # 1518 | Min Sheng Rd. Shanghai China |
| 14412459 | Wells Fargo Vendor Financial Services, LLC | 1010 Thomas Edison Blvd., SW | Cedar Rapids, IA 52404 | |
| 14343670 | Wesco Security Systems, Inc. | PO Box 1108 | Placentia, CA 92871 | |
| 14343671 | West Coast Environmental | 2323 Chico Ave, STE 3 | South El Monte, CA 91733 | |
| 14343672 | Westco Chemicals, Inc | 12551 Saticoy Street South | North Hollywood, CA 91605 | |
| 14343673 | Wixon | PO Box 88533 | Milwaukee, WI 53288–0533 | |
| 14442418 | Wixon, Inc | 1390 E Bolivar Ave | St. Francis, WI 53235 | |

TOTAL: 309